**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** III     **Investigating Agency** HHS OIG

**City** Malden     **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  see attached list
Search Warrant Case Number  see attached list
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: SpineFrontier, Inc.     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Malden, MA

Birth date (Yr only): ___ SSN (last4#): ___ Sex ___ Race: ___ Nationality: ___

**Defense Counsel if known:** Raymond Sayeg    Address: Krattenmaker O'Connor & Ingber P.C

**Bar Number:** _____    One McKinley Square, Fifth Floor, Boston, MA 02109

**U.S. Attorney Information:**

**AUSA** Callahan, George, Derusha, & Lazarus    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   SPINEFRONTIER, INC

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Violate the Anti-Kickback Statute | 1 |
| Set 2 | 42 U.S.C. 1320a-7b | Offering and Paying Kickbacks in Violation of the AKS | 2-7 |
| Set 3 | 18 U.S.C. 1956(h) | Conspiracy to Launder Money | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Attachment 1 to JS-45 Criminal Case Coversheet**

**Related Case Information:**

**Search Warrant Case Numbers:**

16-MJ-6192-MPK; 16-MJ-6193-MPK; 16-MJ-6297-MPK; 19-MJ-1045-DLC; 19-MJ-2330-MBB; 19-MJ-8091-JPO (D.Kan.); 19-MJ-8092-JPO (D. Kan.); 19-MJ-8093-JPO (D. Kan);

**Related Criminal Cases**:

United States v. John Balzer, 1:20-cr-10158-WGY
United States v. Jason Montone, 1:20-cr-10159-WGY

**Related Civil Cases:**

USA *ex. rel.* Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12877-RWZ
USA *ex. rel.* Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12908-RWZ

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __III__     Investigating Agency __HHS OIG__

**City** __Cambridge__     **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __see attached list__
Magistrate Judge Case Number __see attached list__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ADITYA S. HUMAD__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Cambridge, MA__

Birth date (Yr only): __1984__ SSN (last4#): __7883__ Sex __M__ Race: _____ Nationality: __USA__

**Defense Counsel if known:** __Seth Orkand__     Address __Robinson Cole__

**Bar Number** _____     __One Boston Pl., 26th Fl.__
    __Boston, MA 02108__

**U.S. Attorney Information:**

**AUSA** __Callahan, George, Derusha, & Lazarus__     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:** ☐ Petty ── ☐ Misdemeanor ── ☑ Felony __8__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ADITYA S. HUMAD

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Violate the Anti-Kickback Statute | 1 |
| Set 2 | 42 U.S.C. 1320a-7b | Offering and Paying Kickbacks in Violation of the AKS | 2-7 |
| Set 3 | 18 U.S.C. 1956(h) | Conspiracy to Launder Money | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Attachment 1 to JS-45 Criminal Case Coversheet**

**Related Case Information:**

**Search Warrant Case Numbers:**

16-MJ-6192-MPK; 16-MJ-6193-MPK; 16-MJ-6297-MPK; 19-MJ-1045-DLC; 19-MJ-2330-MBB; 19-MJ-8091-JPO (D.Kan.); 19-MJ-8092-JPO (D. Kan.); 19-MJ-8093-JPO (D. Kan);

**Related Criminal Cases**:

United States v. John Balzer, 1:20-cr-10158-WGY
United States v. Jason Montone, 1:20-cr-10159-WGY

**Related Civil Cases:**

USA *ex. rel*. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12877-RWZ
USA *ex. rel*. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12908-RWZ

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** III    **Investigating Agency** HHS OIG

**City** Fort Lauderdale

**County** Broward

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: see attached list
- Search Warrant Case Number: see attached list
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: KINGSLEY R. CHIN    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Fort Lauderdale, Florida

Birth date (Yr only): 1964   SSN (last4#): 2114   Sex: M   Race: _____   Nationality: USA

**Defense Counsel if known:** Brad Bailey    Address: 44 School Street, 1000B

**Bar Number:** _____    Boston, MA 02108

**U.S. Attorney Information:**

AUSA: Callahan, George, Derusha, & Lazarus    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   KINGSLEY R. CHIN

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Violate the Anti-Kickback Statute | 1 |
| Set 2 | 42 U.S.C. 1320a-7b | Offering and Paying Kickbacks in Violation of the AKS | 2-7 |
| Set 3 | 18 U.S.C. 1956(h) | Conspiracy to Launder Money | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Attachment 1 to JS-45 Criminal Case Coversheet**

**Related Case Information:**

**Search Warrant Case Numbers:**

16-MJ-6192-MPK; 16-MJ-6193-MPK; 16-MJ-6297-MPK; 19-MJ-1045-DLC; 19-MJ-2330-MBB; 19-MJ-8091-JPO (D.Kan.); 19-MJ-8092-JPO (D. Kan.); 19-MJ-8093-JPO (D. Kan);

**Related Criminal Cases**:

United States v. John Balzer, 1:20-cr-10158-WGY
United States v. Jason Montone, 1:20-cr-10159-WGY

**Related Civil Cases:**

USA *ex. rel*. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12877-RWZ
USA *ex. rel*. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12908-RWZ