UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants | )<br>)<br>)<br>) Case No. 21-CR-10256-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT KINGSLEY CHIN'S**
**SUBMISSION CONCERNING HIS LICENSE TO PRACTICE MEDICINE**

On September 20, 2021, following Defendant Kingsley Chin's arraignment, the Court directed Dr. Chin to submit documentation concerning his license to practice medicine and his practice in Jamaica. Attached to this submission are copies of Dr. Chin's medical licenses, including his licenses to practice medicine in Florida and Jamaica, and the lease on his clinical office in Jamaica. A confidential document concerning the disposition of a Florida administrative proceeding was previously submitted as Exhibit 5 to the parties' joint memorandum, which was filed earlier today under seal.

Respectfully submitted

/s/ *William W. Weinreb*
William D. Weinreb (BBO#557826)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: 617-712-7100
Date: September 27, 2021         billweinreb@quinnemanuel.com
*Attorney for Defendant Kingsley R. Chin*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on September 27, 2021.

                                              /s/ *William D. Weinreb*
                                              William D. Weinreb