AC# 9406974

# STATE OF FLORIDA
## DEPARTMENT OF HEALTH
### DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL NO. |
|---|---|---|
| 01/17/2020 | ME 90952 | 700630 |

THE MEDICAL DOCTOR

NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.

QUALIFICATION(S):
**Dispensing Practitioner**

Expiration Date: **JANUARY 31, 2022**
KINGSLEY RICHARD CHIN, MD
3816 HOLLYWOOD BLVD #102
HOLLYWOOD, FL - 33021

*Ron DeSantis*
Ron DeSantis
GOVERNOR

*Scott A. Rivkees*
Scott A. Rivkees, MD
State Surgeon General

DISPLAY IF REQUIRED BY LAW

---

AC# 9406974

STATE OF FLORIDA
DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL NO. |
|---|---|---|
| 01/17/2020 | ME 90952 | 700630 |

THE MEDICAL DOCTOR
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.

Expiration Date: JANUARY 31, 2022
KINGSLEY RICHARD CHIN, MD

LICENSEE SIGNATURE

QUALIFICATION(S):
Dispensing Practitioner

---

EXPIRATION DATE: **JANUARY 31, 2022**

Your license number is ME 90952. Please use it in all correspondence with your board/council. Each licensee is solely responsible for notifying the Department in writing of the licensee's current mailing address and practice location address. If you have not received your renewal notice 90 days prior to the expiration date shown on this license, please visit www.FLHealthSource.gov and click "Renew A License" to renew online.

The Medical Quality Assurance Online Services Portal gives you the ability to manage your license to perform address updates, name changes, request duplicate licenses and much more.

It's simple.  Log onto your MQA Online Services account today at http://flhealthsource.gov/.  Select the "Account Login" button to access your account.  For changes to your name, address or to request duplicate licenses, choose your selection from the dropdown list under "Manage My License".  Your profession will open for renewal 90 days prior to your expiration date.  When the renewal cycle opens for your profession, the "Renew My License" header will automatically display on your license Dashboard.

## IMPORTANT ANNOUNCEMENTS

ARE YOU RENEWAL READY?

The Department of Health will now review
your continuing education records at the
time of license renewal.

To learn more, please visit
www.FLHealthSource.gov/AYRR

GROUNDS FOR DISCIPLINE

You should be familiar with the Grounds for
Discipline found in Section 456.072(1),
Florida Statutes, and in the practice act for
the profession in which you are licensed.
Florida Statutes can be accessed at
www.leg.state.fl.us/Statutes

# Medical Council of Jamaica



**Annual Practising Certificate**

Pursuant to the Medical Act it is hereby certified that the Practitioner hereunder

DR. KINGSLEY R. CHIN
M.D. (HARVARD) Hons. 1996

Whose name is entered on the register of Medical Practitioners is certified to practise as a Medical Practitioner in Jamaica for the period specified

CME Credits  17
Certificate Number  0775
Certificate valid from  JAN. 1, 2021 - DEC. 31, 2021
Registration Number  **1741206**
Registered Address  LESS INSTITUTE
7-9 ARDENNE ROAD
KINGSTON 10

Dated this 19TH DAY OF JANUARY 2021
**CERTIFICATE RENEWAL JANUARY/FEBRUARY ANNUALLY**

Howard Spencer
Registrar

Kenneth Vaughan
Chairman

To: Licensee/Registrant

- Please review the Registration Certificate below to be sure the information on it is correct.

- If any of the information is not correct, please contact us at OPREGFEE@mail.nysed.gov or (518) 474-3817, Ext. 410.

- If the information is correct, sign above the Licensee/Registrant block and please destroy any previous Registration Certificates you may have, as certificates with incorrect information are not valid and should not be kept.

- Should your address or name change, please notify us as described on the reverse and a new certificate will be issued.

**UPON RECEIPT OF THIS REGISTRATION CERTIFICATE YOUR PREVIOUSLY ISSUED REGISTRATION CERTIFICATE IS NULL AND VOID. PLEASE DESTROY THE PREVIOUSLY ISSUED REGISTRATION CERTIFICATE.**

SEE BACK FOR IMPORTANT INFORMATION

---

**The University of the State of New York**
**Education Department**
**Office of the Professions**
**REGISTRATION CERTIFICATE**
Do not accept a copy of this certificate

License Number: 286623-01          Certificate Number: 0937786

CHIN KINGSLEY R
3328 NE 16TH CT
FORT LAUDERDALE    FL  33305-0000

is registered to practice in New York State through 02/28/2022 as a(n)
**PHYSICIAN**

LICENSEE/REGISTRANT

EXECUTIVE SECRETARY

INTERIM COMMISSIONER OF EDUCATION

DEPUTY COMMISSIONER
FOR THE PROFESSIONS

*This document is valid only if it has not expired, name and address are correct, it has not been tampered with and is an original - not a copy. To verify that this registration certificate is valid or for more information please visit www.op.nysed.gov.*

# Arizona Medical Board

## State of Arizona

LICENSE **55548**

***This Is To Certify*** that **Kingsley Richard Chin, MD**
having a diploma dated **Jun 06, 1996** has complied with the applicable provisions of
Chapter 13, Title 32, Arizona Revised Statutes, as amended, required to practice Medicine in the State of Arizona, and
therefore, is entitled to so practice. This license shall be evidence thereof unless or until suspended or revoked.

In testimony whereof, the ARIZONA MEDICAL BOARD of the STATE OF ARIZONA has issued this LICENSE and

caused the same to be signed by its EXECUTIVE DIRECTOR, this **10TH** day of **June**, A.D., **2019**.

*Executive Director*

# State Of New Jersey
## New Jersey Office of the Attorney General
## Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE
**Board of Medical Examiners**

HAS REGISTERED

Kingsley R. Chin
3328 NE 16th Ct.
Fort Lauderdale FL 33305

FOR PRACTICE IN NEW JERSEY AS A(N): Medical Doctor

06/28/2021 TO 06/30/2023
VALID

25MA10203200
LICENSE/REGISTRATION/CERTIFICATION #

ACTING DIRECTOR

Signature of Licensee/Registrant/Certificate Holder

---

**Kingsley R. Chin**

YOUR LICENSE/REGISTRATION/CERTIFICATE NUMBER IS **25MA 10203200** . USE THIS SECTION TO REPORT ADDRESS CORRESPONDENCE TO THE DIVISION OF CONSUMER AFFAIRS. YOUR LICENSE/REGISTRATION/CERTIFICATE AND IT MAY BE MADE CHANGES. YOU ARE REQUIRED TO REPORT ANY ADDRESS CHANGES IMMEDIATELY TO THE ADDRESS NOTED BELOW.

Board of Medical Examiners
P.O. Box 183
Trenton, NJ 08625-0183

EXPIRATION DATE **2023** . PLEASE USE IT IN ALL

**PRINT YOUR NEW ADDRESS OF RECORD BELOW.**
YOUR ADDRESS OF RECORD IS THE ADDRESS THAT WILL PRINT ON YOUR LICENSE/REGISTRATION/CERTIFICATE AND IT MAY BE MADE AVAILABLE TO THE PUBLIC.

TELEPHONE
INCLUDE AREA CODE

HOME ☐
BUSINESS ☐

**PRINT YOUR NEW MAILING ADDRESS BELOW.**
YOUR MAILING ADDRESS IS THE ADDRESS THAT WILL BE USED BY THE DIVISION OF CONSUMER AFFAIRS TO SEND YOU ALL CORRESPONDENCE.

TELEPHONE
INCLUDE AREA CODE

HOME ☐
BUSINESS ☐

---

If the law governing your profession requires the current license/registration/certificate to be displayed, it should be within reasonable proximity of your original license/registration/certificate at your principal office or place of business.

THIS DOCUMENT IS PRINTED ON WATERMARKED PAPER, WITH A MULTI-COLORED BACKGROUND AND MULTIPLE SECURITY FEATURES. PLEASE VERIFY AUTHENTICITY.

---

—PLEASE DETACH HERE—

New Jersey Office of the Attorney General
Division of Consumer Affairs

Board of Medical Examiners
P.O. Box 183
Trenton, NJ 08625-0183

PLEASE NOTIFY:
IF YOUR LICENSE/REGISTRATION/
CERTIFICATE ID CARD IS LOST

—PLEASE DETACH HERE—

THIS IS TO CERTIFY THAT THE
Board of Medical Examiners
HAS REGISTERED
Kingsley R. Chin
Medical Doctor

06/28/2021 TO 06/30/2023
VALID

25MA10203200
License/Registration/Certificate #

SIGNATURE
ACTING DIRECTOR