UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> (1) KINGSLEY R. CHIN, </br> (2) ADITYA HUMAD, and </br> (3) SPINEFRONTIER, INC. </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Criminal No.  21-CR-10256-RWZ </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### MOTION FOR PROTECTIVE ORDER
(Assented-To)

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Local Rule 116, the Government submits the proposed protective order (attached as Exhibit A) relating to discoverable documents and information the Government will produce to defense counsel in this case.  With the assent of the three defendants, the Government requests that the Court enter the attached order.

As grounds for this motion, the Government notes that the Indictment in this case charges the defendants with conspiracy to pay and receive kickbacks and to commit money laundering.

The proposed protective order is necessary because a substantial amount of the discoverable information the Government intends to disclose to the defendants contains or references patient files and health insurance information with personal identifiers, such as dates of birth, social security account numbers, and addresses.  Courts, as well as federal and local rules, have specifically noted the importance of taking measures to protect personal identification information of third parties from unnecessary or unwarranted disclosure.  *See, e.g.,* Local Rule 5.3; Fed. R. Crim. P. 49.1.  The attached proposed protective order seeks to establish additional protections in light of the circumstances of this case.

Courts in this District have issued similar protective orders in other fraud-related cases. *See, e.g., United States v. Bean*, 13-mj-06032-LTS, Dkt. 16 (April 12, 2013) (M.J. Sorokin); *United States v. Robert H. Odimegwu*, No. 11-CR-10137-JLT, Electronic Order (July 17, 2011) (M.J. Sorokin). Counsel for the defendants assent to the Court's entry of the attached proposed protective order.

Accordingly, the Government respectfully requests that this Court enter the proposed protective order attached as Exhibit A.

                                                          Respectfully submitted,

                                                          NATHANIEL R. MENDELL
                                                          Acting United States Attorney

Date: September 30, 2021        By:   */s David G. Lazarus*
                                                         PATRICK CALLAHAN
                                                         ABRAHAM R. GEORGE
                                                         DAVID G. LAZARUS
                                                         DAVID DERUSHA
                                                         Assistant U.S. Attorneys
                                                         United States Attorney's Office
                                                         1 Courthouse Way
                                                         Boston, MA 02210