# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KINGSLEY R. CHIN, et. al. )<br>)<br>Defendant. )<br>) | No. 1:21-cr-10256-RWZ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of David G. Lazarus as counsel for the United States of America in this matter.

Respectfully submitted,

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

Dated: November 4, 2021

*/s David G. Lazarus*
DAVID G. LAZARUS
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
David.lazarus2@usdoj.gov