# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | )<br>)<br>)<br>)  Criminal No. 1:21-cr-10256-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Barry S. Pollack, hereby enters his appearance in the above-captioned matter on behalf of Defendants Kingsley R. Chin and SpineFrontier, Inc.

December 1, 2022

                                        Respectfully submitted,

                                         /s/ Barry S. Pollack_____
                                        Barry S. Pollack (BBO #642064)
                                        POLLACK SOLOMON DUFFY LLP
                                        31 St. James Avenue, Suite 940
                                        Boston, MA 02116
                                        (617) 439-9800
                                        bpollack@psdfirm.com

## Certificate of Service

    The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF December 1, 2022.

                                                                                  /s/ Barry S. Pollack_____