UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. 1:21 -cr- 10256-RWZ-2 |
| ) | |
| KINGSLEY CHIN et al., ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL**

William D. Weinreb and the law firm of Quinn Emanuel Urquhart & Sullivan LLP hereby withdraw their appearance as counsel for Defendants Kingsley Chin and SpineFrontier, Inc. Pursuant to Local Rule 83.5.2(c)(1), this notice of withdrawal has been preceded by the appearance of successor counsel for Mr. Chin and SpineFrontier.

Respectfully submitted,

/s/ William D. Weinreb. (BBO # 557826)
William D. Weinreb
QUINN EMANUEL URQUHART &
SULLIVAN LLP
111 Huntington Avenue
Boston, MA 02219
(617) 712-7114
billweinreb@quinnemanuel.com

Dated: December 1, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the ECF system on December 1, 2022 and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants will be served this day via email.

      This 1st day of December, 2022.

                                              /s/ William D. Weinreb
                                              William D. Weinreb