# EXHIBIT B



U.S. Department of Justice

*Rachael S. Rollins*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 15, 2022

William D. Weinreb
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
*Counsel for Defendants Kingsley R. Chin and SpineFrontier, Inc.*

Frank A. Libby, Jr.
LibbyHoopesBrooks, P.C.
399 Boylston Street
Boston, MA 02116
*Counsel for Defendant Aditya Humad*

**VIA EMAIL AND USAfx**

    Re:   *United States v. Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc.*
                No. 21-cr-10256-RWZ

Dear Counsel:

       In connection with the above-referenced case, we write to provide supplemental discovery pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts. An index of the discovery material is enclosed with this letter.

       We are producing the files via secure server. Access to the server has been given to your designees. The files will be available for download for 60 days.

       In our October 5, 2021 initial discovery letter to you, we disclosed that the government would in the future produce data from electronic devices belonging to John Balzer and Dr. Jason Montone. As we have discussed in recent weeks, those devices contain a large volume of data, and the government has endeavored to organize the data for production in an efficient format. Today's production includes the following:

1. A zip file with data from one family laptop belonging to John Balzer (USAO-MA-BALZER-0000053). This zip file includes all files from the laptop identified as

within the scope of search warrant 19-MJ-8091 (D. Kansas).  Items outside the scope of the search warrant are not included in this production.

2. Forensic reports of two cell phones belonging to John Balzer (USAO-MA-BALZER-0000054 to -0000198, and USAO-MA-BALZER-0000199 to -0011650).  A third cell phone belonging to John Balzer was retrieved during search warrant execution.  The investigatory team has not reviewed and does not intend to review the contents of that third phone, which appears to have been used for personal communications outside the scope of the search warrant.  Accordingly, this production does not include a forensic report concerning the contents of that third cell phone.

3. An excel file containing a report of messages from a cell phone belonging to Dr. Jason Montone (USAO-MA-MONTONE-0000002).  Dr. Montone consensually provided a copy of his cell phone to the government and, through counsel, identified phone numbers of his attorneys so that those communications could be segregated from the investigatory team.  The investigatory team has not accessed or reviewed data from Dr. Montone's cell phone other than this report, due to the presence of privileged communications.

The government is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(B)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

Should you have any questions, please do not hesitate to contact us.

    Very truly yours,

    RACHAEL S. ROLLINS
    United States Attorney

By:    */s/ David J. Derusha*
    ABRAHAM R. GEORGE
    PATRICK M. CALLAHAN
    DAVID J. DERUSHA
    CHRIS LOONEY
    Assistant U.S. Attorneys

Enclosure:
    June 15, 2022 Discovery Index