# EXHIBIT 1

February 1, 2019 – BassBerry Email to HHS-OIG

**From:** Seraphim, Olivia <olivia.seraphim@bassberry.com>
**Sent:** Friday, February 1, 2019 12:02 PM
**To:** Coviello, Roberto (OIG/OI) <Roberto.Coviello@oig.hhs.gov>
**Cc:** Kelly, John E. <JKelly@bassberry.com>; Bewley, Brian D. <brian.bewley@bassberry.com>
**Subject:** Dr. Jason Montone: Imaging Logistics and Follow-Up

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Rob,

Thank you and Meghan for your time this morning. Dr. Montone is available after 5/5:30 on Monday February 4th to go to the North Kansas City OIG offices and have his phone imaged.

For purposes of protecting any attorney-client privileged text messages or emails on his cell phone, please note the following phone numbers and email addresses:

John Kelly:
(703) 639-7131
jkelly@bassberry.com

Brian Bewley:
(816) 536-8453
brian.bewley@bassberry.com
bbewley@polsinelli.com

Lastly, please find here the addresses requested:

| Jason Montone | Home: 17323 Billings Rd, Lawson, MO 64062 |
|---|---|
| | Office: 2790 Clay Edwards Dr., Suite 630, North Kansas City, MO 64116 |
| John Balzer | Home: 8645 Woodland Terrace, Lenexa, KS 66220<br><br>*It is our understanding that John Balzer may have recently purchased another home, but we do not currently have that address.* |
| | Office: N/a<br><br>*It is our understanding that John Balzer works out of his home office.* |
| Jimmy John's | Jimmy John's Independence: 3601 S Noland Rd, Independence, MO 64055 |
| | Jimmy John's Kearney: 801 Watson Dr Ste. A, Kearney, MO 64060 |

Please let us know if you have any additional questions.

Thank you,
Olivia

**BASS BERRY + SIMS**

**Olivia Seraphim**
Associate

**Bass, Berry & Sims PLC**
1201 Pennsylvania Avenue NW, Suite 300 • Washington, DC 20004
202-827-2991 phone • 202-403-3729 fax
olivia.seraphim@bassberry.com • www.bassberry.com