# EXHIBIT 3

April 18, 2019 – Kingsley Chin HIPAA Subpoena

# UNITED STATES OF AMERICA
## DEPARTMENT OF JUSTICE

## SUBPOENA DUCES TECUM

**TO: Kingsley Chin**

***YOU ARE HEREBY COMMANDED TO APPEAR BEFORE Patrick Callahan, Abraham George, and David Derusha, officials of the United States Department of Justice, and you are hereby required to bring with you and produce the following:***

All documents and communications, including but not limited to emails and text messages, concerning (i) your work for SpineFrontier, or any interactions with any SpineFrontier personnel (current or former), (ii) your work or interactions with any physician who used SpineFrontier products, and (iii) your work or interactions with any hospital, out-patient surgery center, or medical practice at which a physician used a SpineFrontier product.

***which are necessary in the performance of the responsibility of the United States Department of Justice to investigate Federal health care offenses, defined in 18 U.S.C. § 24(a) to mean violations of, or conspiracies to violate: 18 U.S.C. §§ 669, 1035, 1347, or 1518; and 18 U.S.C. §§ 287, 371, 664, 666, 1001, 1027, 1341, 1343, or 1954 if the violation or conspiracy relates to a health care benefit program (defined in 18 U.S.C. § 24(b)).***

**PLACE AND TIME FOR APPEARANCE:**
United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, on May 10, 2019 at 10 o'clock A.M, or, at your option, the documents may be mailed to the Assistant United States Attorney listed at:

Abraham George
United States Attorney's Office,
Williams Building, Suite 530
408 Atlantic Ave
Boston, MA 02210

if received prior to the date and time for appearance.

---

Failure to comply with the requirements of this subpoena will render you liable to proceedings in the district Court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

---

Issued under authority of Sec. 248 of the Health Insurance
Portability & Accountability Act of 1996, Public Law No. 104-91
(18 U.S.C. § 3486)




***IN TESTIMONY WHEREOF***

***Amanda P. M. Strachan, Acting Health Care Fraud Chief, the undersigned official of the UNITED STATES DEPARTMENT OF JUSTICE, has hereunto set her hand this 18th day of April, 2019.***

(SIGNATURE)

FORM CRM-180
MAR.. 97

**RETURN OF SERVICE**

I, being a person over 18 years of age, hereby certify that a copy of this subpoena was duly served on the person named herein by means of --

1. personal delivery to an individual, to wit:

______________________________
*(Name)*

______________________________
*(Title)*

______________________________
*(Address)*

2. personal delivery to an address, to wit:

______________________________

______________________________
*(Description of premises)*

______________________________
*(Address)*

3. registered or certified mailing to:

______________________________
*(Name)*

______________________________

______________________________
*(Address)*

( ) a.m. at ___ ( ) p.m. on ___

______________________________
*(Signature)*

______________________________
*(Title)*

**UNITED STATES OF AMERICA**
**DEPARTMENT OF JUSTICE**

**SUBPOENA DUCES TECUM**

*Upon contumacy or refusal to obey, this subpoena shall be enforceable by order of the appropriate United States District Court.*