# EXHIBIT 5

April 9, 2019 – Kingsley Chin Tolling Agreement



U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 9, 2019

Michelle Peirce, Esq.
Barrett & Singal
One Beacon Street
Suite 1320
Boston, MA 02108

    Re:    <u>Dr. Kingsley R. Chin: Tolling Agreement on Statute of Limitations</u>

Dear Michelle:

    This letter confirms and sets forth an agreement between the Office of the United States Attorney for the District of Massachusetts and your Client, Dr. Kingsley R. Chin (hereinafter referred to as "your Client"). The terms of the agreement are as follows:

    1.    As you are aware, this Office is currently conducting an investigation of your Client, including allegations that your Client may have violated certain federal criminal statutes, including, but not limited to, (1) 18 U.S.C. §§ 1341, 1343 (mail and/or wire fraud); (2) 18 U.S.C. § 1001 (false or fraudulent statements); (3) 18 U.S.C. §§ 371, 1349 (conspiracy and attempt); (4) 42 U.S.C. § 1320(a)-7(b) (criminal penalties for acts involving the Medicare and State health care programs, including the Anti-Kickback Statute); (5) health care fraud statutes (*e.g.*, 18 U.S.C. §§ 1347 and 1035); (6) 18 U.S.C. §§ 1505, 1518, 1519 (obstruction offenses); (7) 18 U.S.C. § 1348, 15 U.S.C. §§ 78j(b) & 78ff(a), 17 C.F.R. § 240.10b-5 (securities fraud); (8) certain civil statutes and principles in equity (*e.g.*, 31 U.S.C. § 3729 (civil False Claims Act)); and (9) certain administrative statutes such as 42 U.S.C. § 1320a-7 (exclusion) and 42 U.S.C. § 1320a-7a (civil monetary penalties) in connection with the activities of Spinefrontier, Inc., Impartial Medical Experts, LLC, KICVentures, LLC, KIC Management Group Inc., AxioMed, LLC, and affiliated entities and persons relating to the distribution, sale, marketing, and promotion of medical devices and in connection with the implementation of consulting arrangements with physicians.

2.      You have advised us that you intend to provide certain information to this Office and, in such case, you would wish that such information would be considered prior to a prosecution decision concerning potential charges, or civil claims, resulting from that investigation. Toward that end, you have advised this Office that you and members of your firm will require a further time period to prepare any materials and gather information for presentation to this Office. As a result, this Office and your Client have agreed, as more fully set forth below, to toll the applicable statutes of limitations from April 9, 2019 through and including October 7, 2019, for the alleged conduct noted in Paragraph 1.

3.      Your Client hereby agrees that he will not at any time interpose a statute of limitations defense that includes the time period from April 9, 2019 through and including October 7, 2019, in the calculation of the limitations period as to any indictment, information, or count thereof, or civil complaint, or count thereof, or administrative action, which charges your Client or alleges your Client committed any federal violation related to the alleged conduct described in Paragraph 1. Similarly, your Client agrees not to plead, argue, or otherwise raise any defense based upon pre-indictment delay or other similar defenses or time limitations (whether constitutional, statutory, or otherwise) based upon pre-charging delay that includes the time period from April 9, 2019 through and including October 7, 2019, as part of the defense. By entering into this tolling agreement, your Client does not admit any liability in connection with any matter and reserves his right to raise any and all defenses, except as limited by this paragraph. Your Client specifically reserves his right to assert the defense that any limitations period applicable to one or more of the matters identified in Paragraph 1 expired prior to April 9, 2019.

4.      Your Client enters into this agreement knowingly and voluntarily. Your Client acknowledges that the statute of limitations and the United States Constitution regarding prejudicial pre-indictment delay confer benefits on him and he is not required to waive those benefits, and that he is doing so after consulting with you because he believes it is in his best interest to do so. Your Client also acknowledges his understanding that he may be charged with the foregoing offenses or violations and/or any other offenses at any time prior to and including October 7, 2019. Your Client further acknowledges his understanding that he may be charged with any criminal offenses for conduct not specifically described above at any time during the relevant statute of limitations period.

5.      This agreement relates only to the alleged conduct referred to in Paragraph 1 above. This writing contains the entire agreement between this Office and your client and can be modified or supplemented only by means of a writing signed by this Office and your Client.

2

If your Client is willing to enter into this agreement on the terms set forth above, you and your Client should indicate the same by signing on the spaces provided below and by initialing each page of this agreement. Please return an executed original to the undersigned.

Very truly yours,

ANDREW E. LELLING
United States Attorney

By: /s/ Patrick Callahan
PATRICK CALLAHAN
ABRAHAM GEORGE
DAVID DERUSHA
Assistant U.S. Attorneys

## ACKNOWLEDGMENT OF WAIVER OF STATUTE OF LIMITATIONS

I, Dr. Kingsley R. Chin, hereby acknowledge that I have read this letter in full. I am entering into this agreement freely and voluntarily after consultation with my attorney, who also has signed below. I hereby acknowledge that I am giving up certain benefits contained in the applicable statutes of limitations and the United States Constitution as to my potential criminal culpability and civil liability and that I do so because I believe that doing so is in my best interests.

_____        4-15-19
DR. KINGSLEY R. CHIN                                    DATE:

I have consulted with my client, Dr. Kingsley R. Chin, regarding this agreement. I have explained the agreement and its terms to him and have recommended that he enter into it. I believe that he is entering into this agreement freely, voluntarily, and knowingly.

_____        7/25/19
Michelle Peirce, Esq.                                          DATE:
Counsel for DR. KINGSLEY R. CHIN

3