# EXHIBIT 7

April 9, 2019 – SpineFrontier Tolling Agreement



**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 9, 2019

Michelle Peirce, Esq.
Barrett & Singal
One Beacon Street
Suite 1320
Boston, MA 02108

Re: <u>Spinefrontier, Inc, Impartial Medical Experts, LLC, KIC Ventures, LLC, KIC Management Group Inc., AxioMed, LLC: Tolling Agreement on Statute of Limitations</u>

Dear Michelle:

This letter confirms and sets forth an agreement between the Office of the United States Attorney for the District of Massachusetts and your Clients, Spinefrontier, Inc, Impartial Medical Experts, LLC, KICVentures, LLC, KIC Management Group Inc., and AxioMed, LLC (hereinafter referred to as "your Clients"). The terms of the agreement are as follows:

1.   As you are aware, this Office is currently conducting an investigation of your Clients, including allegations that your Clients may have violated certain federal criminal statutes, including, but not limited to, (1) 18 U.S.C. §§ 1341, 1343 (mail and/or wire fraud); (2) 18 U.S.C. § 1001 (false or fraudulent statements); (3) 18 U.S.C. §§ 371, 1349 (conspiracy and attempt); (4) 42 U.S.C. § 1320(a)-7(b) (criminal penalties for acts involving the Medicare and State health care programs, including the Anti-Kickback Statute); (5) health care fraud statutes (*e.g.*, 18 U.S.C. §§ 1347 and 1035); (6) 18 U.S.C. §§ 1505, 1518, 1519 (obstruction offenses); (7) 18 U.S.C. § 1348, 15 U.S.C. §§ 78j(b) & 78ff(a), 17 C.F.R. § 240.10b-5 (securities fraud); (8) certain civil statutes and principles in equity (*e.g.*, 31 U.S.C. § 3729 (civil False Claims Act)); and (9) certain administrative statutes such as 42 U.S.C. § 1320a-7 (exclusion) and 42 U.S.C. § 1320a-7a (civil monetary penalties) in connection with the activities of Spinefrontier, Inc, Impartial Medical Experts, LLC, KICVentures, LLC, KIC Management Group Inc., and AxioMed, LLC and affiliated entities and persons relating to the distribution, sale, marketing, and promotion of medical devices and in connection with the implementation of consulting arrangements with physicians.

2.   You have advised us that you intend to provide certain information to this Office and, in such case, you would wish that such information would be considered prior to a

prosecution decision concerning potential charges, or civil claims, resulting from that investigation. Toward that end, you have advised this Office that you and members of your firm will require a further time period to prepare any materials and gather information for presentation to this Office. As a result, this Office and your Clients have agreed, as more fully set forth below, to toll the applicable statutes of limitations from April 9, 2019 through and including October 7, 2019, for the alleged conduct noted in Paragraph 1.

3. Your Clients hereby agree that they will not at any time interpose a statute of limitations defense that includes the time period from April 9, 2019 through and including October 7, 2019, in the calculation of the limitations period as to any indictment, information, or count thereof, or civil complaint, or count thereof, or administrative action, which charges your Clients or alleges your Clients committed any federal violation related to the alleged conduct described in Paragraph 1. Similarly, your Clients agree not to plead, argue, or otherwise raise any defense based upon pre-indictment delay or other similar defenses or time limitations (whether constitutional, statutory, or otherwise) based upon pre-charging delay that includes the time period from April 9, 2019 through and including October 7, 2019, as part of the defense. By entering into this tolling agreement, your Clients do not admit any liability in connection with any matter and reserve their right to raise any and all defenses, except as limited by this paragraph. Your Clients specifically reserve their right to assert the defense that any limitations period applicable to one or more of the matters identified in Paragraph 1 expired prior to April 9, 2019.

4. Your Clients enter into this agreement knowingly and voluntarily. Your Clients acknowledge that the statute of limitations and the United States Constitution regarding prejudicial pre-indictment delay confer benefits on them and they are not required to waive those benefits, and that each is doing so after consulting with you because each believes it is in its best interest to do so. Your Clients also acknowledge their respective understandings that each may be charged with the foregoing offenses or violations and/or any other offenses at any time prior to and including October 7, 2019. Your Clients further acknowledge their understanding that each may be charged with any criminal offenses for conduct not specifically described above at any time during the relevant statute of limitations period.

5. This agreement relates only to the alleged conduct referred to in Paragraph 1 above. This writing contains the entire agreement between this Office and your Clients and can be modified or supplemented only by means of a writing signed by this Office and your Clients.

If your Clients are willing to enter into this agreement on the terms set forth above, you and each of your Clients should indicate the same by signing on the spaces provided below and by initialing each page of this agreement. Please return an executed original to the undersigned.

Very truly yours,

ANDREW E. LELLING
United States Attorney

By: *[signature]*
PATRICK CALLAHAN
ABRAHAM GEORGE
DAVID DERUSHA
Assistant U.S. Attorneys

3

## ACKNOWLEDGMENT OF WAIVER OF STATUTE OF LIMITATIONS

I, Dr. Kingsley R. Chin, hereby acknowledge that I have read this letter in full. I am entering into this agreement, on behalf of Spinefrontier, Inc, Impartial Medical Experts, LLC, KICVentures, LLC, KIC Management Group Inc., and AxioMed, LLC each of which freely and voluntarily agrees to enter into this agreement after consultation with its attorney, who also has signed below. I hereby acknowledge on behalf of Spinefrontier, Inc., Impartial Medical Experts, LLC, KICVentures, LLC, KIC Management Group Inc., and AxioMed, LLC that each entity is giving up certain benefits contained in the applicable statutes of limitations and the United States Constitution as to their respective potential criminal culpability and civil liability and that they do so because each believes that doing so is in its best interests.

_[signed] KRC, MD_                     DATE: 4-15-2019

Spinefrontier, Inc,
Impartial Medical Experts, LLC
KICVentures, LLC,
KIC Management Group, Inc.
AxioMed, LLC


I have consulted with my clients, Spinefrontier, Inc, Impartial Medical Experts, LLC, KICVentures, LLC, KIC Management Group, Inc., and AxioMed, LLC regarding this agreement. I have explained the agreement and its terms to each entity and have recommended that each entity enter into it. I believe that each is entering into this agreement freely, voluntarily, and knowingly.

_[signed]_                     DATE: 7/25/19

Michelle Peirce, Esq.
Counsel for:
Spinefrontier, Inc,
Impartial Medical Experts, LLC
KIC Ventures, LLC,
KIC Management Group, Inc.
AxioMed, LLC

4