# EXHIBIT 8

October 17, 2019 – Barrett & Singal Letter to Government



October 17, 2019

*Via Email*

Patrick Callahan, Assistant U.S. Attorney
Abraham R. George, Assistant U.S. Attorney
David Derusha, Assistant U.S. Attorney
Steven Sharobem, Assistant U.S. Attorney
Douglas Rosenthal, Trial Attorney, U.S. Department of Justice
United States Attorney's Office
408 Atlantic Avenue, Room 530
Boston, MA 02210

      Re:    SpineFrontier, Inc., Impartial Medical Experts, LLC, and KIC Ventures, LLC

Dear Pat, Abe, Dave, Steve, and Doug:

Thank you again for your time and consideration last week regarding SpineFrontier. I am following up on several open items from that meeting.

Khan emails included in the presentation

At your request, I am enclosing the emails contained in the Khan portion of last week's presentation (SF-HUM-00135578; SF-HUM-00243367; SF-HUM-00271545; SF-HUM-00276148; SIK-00013282). Please note that SIK-00013282, attached, was not previously produced.

Documents evidencing consulting hours submitted and hours reduced

You asked previously for documents showing surgeon consultant hours submitted and the number of hours reduced from the total submitted. As explained previously, the company attempted to find a mechanism by which to upload the data from the IME portal that contains that information, but was unable to do so. Accordingly, during our meeting last week, the company offered to give you live access to the IME portal. You stated that you wanted to discuss IT concerns/parameters among yourselves regarding that access. The company remains prepared to provide you with login credentials.



Patrick Callahan, Assistant U.S. Attorney
Abraham R. George, Assistant U.S. Attorney
David Derusha, Assistant U.S. Attorney
Steven Sharobem, Assistant U.S. Attorney
Douglas Rosenthal, Trial Attorney, U.S. Department of Justice
October 17, 2019
Page 2

Consulting payments by month

     As you know, the company produced a spreadsheet to you on October 4, 2019 (SIK-00000758), in an effort to respond to your request for a breakdown of monthly payments paid to surgeon consultants of IME/SpineFrontier. As we discussed at our October 10 meeting, the company has detected errors in that spreadsheet and we alerted you, and repeat here, that that spreadsheet cannot and should not be relied upon. As I said during our meeting last week, my general practice is not to create documents responsive to subpoenas because that practice runs the risk of errors, such as the one noted here. The company is working diligently to determine how it can respond to your request for this information accurately and completely.

Product usage for each surgeon consultant

     During our meeting on October 10, you requested that SpineFrontier provide you with documents evidencing each surgeon consultant's product usage. You cited as an example SF-SHI-0004010. The company is working to locate that information as soon as possible, subject to my same concerns expressed above concerning creating documents in respond to a subpoena.

Email example of monitoring surgeon hours

     We discussed last week the company's belief that it took steps to ensure that surgeon consultants billed their time in accordance with the contract and best practices. At your request, I am enclosing the example I mentioned (see SF-HUM-00121988, SF-HUM-00121991).

Civil settlement for SpineFrontier and related entities

     When we met, I raised the companies', and Dr. Chin's, interest in exploring a civil settlement. You did not commit fully to the concept of a civil settlement with SpineFrontier and its affiliates . I ask that you do so so that we can pursue the possible terms of such a resolution. This confirmation is particularly important given, as you know, the potential representation/ conflict issues that could arise in light of your statement that Dr. Chin will not, at this time, be part of any civil resolution. I have had preliminary discussions with the clients on the potential

Patrick Callahan, Assistant U.S. Attorney
Abraham R. George, Assistant U.S. Attorney
David Derusha, Assistant U.S. Attorney
Steven Sharobem, Assistant U.S. Attorney
Douglas Rosenthal, Trial Attorney, U.S. Department of Justice
October 17, 2019
Page 3



representation issues but request your commitment to a civil resolution – subject to negotiating acceptable terms – before finalizing those decisions.  In the meantime, to keep things moving forward, the clients are compiling the financial information you stated you would require to pursue a civil settlement.

Very truly yours,

Michelle R. Peirce

MRP/jt

Encs.