# EXHIBIT 9

October 25, 2019 – Emails among Barret & Singal and Government

## Stein, Camille (USAMA) [Contractor]

| | |
|---|---|
| **From:** | Michelle R. Peirce <mpeirce@barrettsingal.com> |
| **Sent:** | Friday, October 25, 2019 1:10 PM |
| **To:** | Callahan, Patrick (USAMA); George, Abraham (USAMA); Derusha, David (USAMA) |
| **Cc:** | Stein, Camille (USAMA) [Contractor] |
| **Subject:** | RE: USAO 10-17-19 Letter re 10-10-19 meeting follow up.PDF |
| **Attachments:** | LIfe Spine settlement.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Pat, I appreciate the email as that was certainly not my understanding. When we met on October 10, I made clear why my clients believe there is no criminal culpability—for the individuals or for SpineFrontier or IME—but offered a civil resolution as a way to resolve this matter for the reasons discussed. You made clear that there could be no civil resolution at this time from Dr. Chin, but entertained the idea (though admittedly did not commit) of a civil resolution for SpineFrontier; indeed, we discussed that approach later in the afternoon with Judge Zobel. On this topic, I note that the parties reached a civil settlement in the Life Spine case we discussed, which has very similar facts. I am attaching a copy although I am confident you are aware of it. I request that you reconsider the concept of a full resolution for SpineFrontier on a civil basis, as we proposed on October 10. Michelle

**From:** Callahan, Patrick (USAMA) <Patrick.Callahan@usdoj.gov>
**Sent:** Wednesday, October 23, 2019 4:41 PM
**To:** George, Abraham (USAMA) <Abraham.George@usdoj.gov>; Michelle R. Peirce <mpeirce@barrettsingal.com>; Derusha, David (USAMA) <David.Derusha@usdoj.gov>
**Cc:** Stein, Camille (USAMA) [Contractor] <Camille.Stein@usdoj.gov>
**Subject:** RE: USAO 10-17-19 Letter re 10-10-19 meeting follow up.PDF

Michelle:

To make sure there's no misunderstanding, we want to reiterate that there is an ongoing parallel criminal investigation. While we are willing to discuss a potential resolution with the company, we are not taking the possibility of criminal charges against the company off the table. The criminal investigation remains ongoing.

Patrick

**Patrick Callahan | Assistant United States Attorney | District of Massachusetts**
Phone: 617.748.3268 | Email: Patrick.Callahan@usdoj.gov

**From:** George, Abraham (USAMA) <AGeorge2@usa.doj.gov>
**Sent:** Tuesday, October 22, 2019 10:18 PM
**To:** Michelle R. Peirce <mpeirce@barrettsingal.com>; Callahan, Patrick (USAMA) <PCallahan@usa.doj.gov>; Derusha, David (USAMA) <DDerusha@usa.doj.gov>; Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>
**Subject:** RE: USAO 10-17-19 Letter re 10-10-19 meeting follow up.PDF

Michelle –

Apologies that we didn't respond, we were confused by the request. If you're asking whether the government is willing to consider a civil settlement with SpineFrontier of the government's civil claims against SpineFrontier, yes we are willing

to entertain that possibility. There are significant aspects of any potential settlement that would need to be worked out, but we are open to the discussion. Is that what you are asking?

Best,
Abe

Abraham R. George
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way
Boston, MA 02210
(617) 748-3152
abraham.george@usdoj.gov

**From:** Michelle R. Peirce <mpeirce@barrettsingal.com>
**Sent:** Tuesday, October 22, 2019 5:55 PM
**To:** Callahan, Patrick (USAMA) <PCallahan@usa.doj.gov>; George, Abraham (USAMA) <AGeorge2@usa.doj.gov>; Derusha, David (USAMA) <DDerusha@usa.doj.gov>; Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>
**Subject:** USAO 10-17-19 Letter re 10-10-19 meeting follow up.PDF

I am writing to follow up on my request in the attached letter that you confirm that you are willing to negotiate a civil settlement with SpineFrontier. As I noted in the attached letter, and when we met, your answer implicates my ability to represent all or some of my current clients. Given this significant issue, and given the time constraints if we are to pursue a civil resolution, I am hopeful you can give me definitive guidance on the possibility of a civil resolution with the company. Thank you. Michelle



**Michelle Peirce, Esq.**
Partner
One Beacon Street, Suite 1320
Boston, MA  02108
T  617-720-5090
F  617-720-5092
mpeirce@barrettsingal.com
www.barrettsingal.com

This electronic message and any files attached hereto contain confidential or privileged information from the law firm of Barrett and Singal. This information is intended to be for the use of the individuals or entities to whom it is addressed only. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender by reply email and destroy all copies of this message. To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.