# EXHIBIT 10

April 21, 2022 – Chin and SpineFrontier Global Resolution Letter



U.S. Department of Justice

*Rachael S. Rollins*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

April 21, 2022

*Via E-mail*

William D. Weinreb
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave Suite 520
Boston, MA 02199

**Re: SpineFrontier, Inc. and Dr. Kingsley R. Chin**

Dear Bill:

This Office has been investigating alleged misconduct by your clients, SpineFrontier, Inc. and Dr. Kingsley Chin, including the provision of remuneration in violation of the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b), conspiracy to violate the Anti-Kickback Statute, conspiracy to commit money laundering, and the submission of kickback-tainted claims in violation of the False Claims Act, 31 U.S.C. § 3729. The government has intervened in civil False Claims Act cases (Nos. 15-cv-12887 and -12908), and SpineFrontier and Dr. Chin were charged by indictment in a pending criminal case (No. 21-cr-10256). During recent conversations, you indicated that your clients are interested in attempting to resolve both the criminal and civil aspects of these matters at the same time. We are willing to discuss such a possible global resolution with you on the following terms and conditions:

1. SpineFrontier and Dr. Chin acknowledge and understand that there are two separate aspects of these matters: criminal and civil. Any discussions we have with regard to resolving any aspect of these matters are voluntary on your clients' part, and either or both of your clients may limit the discussions to only one or the other aspect of these matters, at their option.

2. SpineFrontier and Dr. Chin request that the government engage in settlement discussions on a global basis, including either of the matters described above. To the extent that the settlement discussions relate to the civil cases identified above, SpineFrontier and Dr. Chin request that the government engage with all of the corporate defendants identified in the civil False Claims Act cases (Nos. 15-cv-12887 and -12908).

3. Either the United States or your clients may terminate these discussions at any time, with regard to either aspect of the discussions.

4. Nothing contained in this letter shall preclude the United States, or any of its agencies, from taking such actions as it deems necessary to protect the public interest.

    Please confirm that SpineFrontier and Dr. Chin have each asked to proceed in this manner by signing below and returning the letter to us.

Sincerely,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ David J. Derusha*
PATRICK M. CALLAHAN
DAVID J. DERUSHA
ABRAHAM R. GEORGE
CHRISTOPHER LOONEY
STEVEN T. SHAROBEM
Assistant United States Attorneys

SpineFrontier, Inc.
Dr. Kingsley R. Chin

By: _____
WILLIAM D. WEINREB

cc:   Douglas J. Rosenthal
Christopher Terranova
Trial Attorneys, Department of Justice

2