UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>KINGSLEY R. CHIN, )<br>ADITYA HUMAD, and )<br>SPINEFRONTEIR, INC., )<br>      Defendants )<br>) | No. 21-CR-10256 |

### NOTICE OF APPEARANCE

Now comes the undersigned and hereby enters his appearance in the above-captioned matter for Movant and proposed Intervenor, Jason Montone.

Respectfully Submitted,

**/s/ Michael Pabian**
Michael Pabian, Esq.
Mass. Bar No. 684589
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

Dated: September 11, 2023

1

## **CERTIFICATE OF SERVICE**

  I, Michael Pabian, hereby certify that on this date, September 11, 2023, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                 **/s/ Michael Pabian**
                 Michael Pabian, Esq.