UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KINGSLEY R. CHIN, )<br>ADITYA HUMAD, and )<br>SPINEFRONTEIR, INC., )<br>        Defendants ) | No. 21-CR-10256 |

## MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* FOR JAMES R. HOBBS

I, Michael Pabian, a member of the bar of this Court, and counsel for Movant and proposed Intervenor, Jason Montone, hereby move pursuant to Rule 83.5.3 of the Local Rules of the United States District Court of Massachusetts, that James R. Hobbs, an attorney from Kansas City, Missouri, be admitted to appear and practice in this Court for the purpose of representing Jason Montone in the above-captioned matter.

I have been advised that Mr. Hobbs is admitted to practice, and a member in good standing, in Missouri. A Certificate of Good Standing can be provided if necessary.

I have been advised that Mr. Hobbs is not currently suspended or disbarred in any jurisdiction, and that there are no disciplinary proceedings pending against Mr. Hobbs in any jurisdiction. I have further been advised that Mr. Hobbs has reviewed and agrees to comply with the Local Rules of this Court.

Mr. Hobbs's Affirmation is attached hereto as Exhibit 1.

1

                                        Respectfully Submitted,

                                        **/s/ Michael Pabian**
                                        Michael Pabian, Esq.
                                        Mass. Bar No. 684589
                                        20 Park Plaza, Suite 1000
                                        Boston, MA 02116
                                        (617) 227-3700
                                        owlmgw@att.net

Dated: September 11, 2023

## CERTIFICATE OF SERVICE

     I, Michael Pabian, hereby certify that on this date, September 11, 2023, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                        **/s/ Michael Pabian**
                                        Michael Pabian, Esq.