UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KINGSLEY R. CHIN, )<br>ADITYA HUMAD, and )<br>SPINEFRONTEIR, INC., )<br>    Defendants ) | No. 21-CR-10256 |

# ATTORNEY CERTIFICATION IN SUPPORT OF MOTION
# TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(e)(3), the undersigned attorney certifies that (1) he is a member in good standing of the bar of the State of Missouri and has been admitted to practice before the federal district court in the Western District of Missouri, District of Kansas, District of Columbia and the federal appellate court of the Eighth Circuit; (2) there are no pending disciplinary proceedings against him as a member of the bar in any jurisdiction; (3) he has not previously had a *pro hac vice* or other limited admission to this Court revoked for misconduct; and (4) he has read and agrees to comply with the Local Rules of this Court.

Dated this 8th day of September, 2023.

1

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By: <u>   /s/ James R. Hobbs</u>
    JAMES R. HOBBS MO #29732
    One Kansas City Place
    1200 Main St., Suite 2110
    Kansas City, Missouri 64105
    Tel:   (816) 221-0080
    Fax:   (816) 221-3280
    jrhobbs@whmlaw.net