# EXHIBIT A

# Joshua Solomon

**From:** Joshua Solomon
**Sent:** Monday, September 11, 2023 10:06 AM
**To:** Michael Pabian
**Cc:** Barry Pollack
**Subject:** RE: US v. Chin et al

Mike,

Thanks for letting us know. Can you also please provide the information we requested on Friday as to when your co-counsel learned of these issues?

Josh

---

**From:** Michael Pabian <pabianlaw38@gmail.com>
**Sent:** Monday, September 11, 2023 9:58 AM
**To:** Joshua Solomon <jsolomon@psdfirm.com>
**Cc:** Barry Pollack <bpollack@psdfirm.com>
**Subject:** Re: US v. Chin et al

Hi Josh,

To avoid delay, Dr. Montone will simply provide notice to the Court of his intent to assert privilege, without briefing or argument on the underlying issues.

Thanks,
Mike

On Fri, Sep 8, 2023 at 5:23 PM Joshua Solomon <jsolomon@psdfirm.com> wrote:

> Mike,
>
> Thanks for the call. I understand from our call that you don't know personally, but can you please find out from your co-counsel when they learned about the request for the material at issue and the schedule for motions that Judge Kelley set in June? We've asked the government as well, but obviously don't know when we'll get an answer. In any event, given that you are seeking to intervene, that is something we should get from you as part of the meet and confer process on the motion.
>
> Thanks.
>
> Josh

1

**From:** Michael Pabian <pabianlaw38@gmail.com>
**Sent:** Friday, September 8, 2023 2:58 PM
**To:** Joshua Solomon <jsolomon@psdfirm.com>
**Subject:** US v. Chin et al

Hi Joshua,

My name is Mike Pabian, an attorney for Jason Montone. I just wanted to let you know that we plan to file a motion to intervene and an opposition to your motion to compel Monday.

Feel free to give me a call if you would like to discuss (███████████).

Thanks,

Mike