# EXHIBIT B

| | |
|---|---|
| **From:** | Callahan, Patrick (USAMA) |
| **To:** | Joshua Solomon |
| **Cc:** | Barry Pollack; William Fick; Daniel Marx; George, Abraham (USAMA); Derusha, David (USAMA); Looney, Christopher (USAMA) |
| **Subject:** | RE: US v. Chin |
| **Date:** | Monday, September 11, 2023 12:09:48 PM |

Josh:

We alerted Dr. Monotone's counsel of your motion to compel between August 13 and August 17. We can't recall whether the scheduling order was specifically referenced beyond directing them to the docket.

Can you let us know if and when you alerted Dr. Monotone's counsel that you were filing a motion seeking communications between Dr. Montone and his criminal defense attorneys?

Thanks.

**Patrick Callahan (he/him/his) | Deputy Chief, Health Care Fraud | District of Massachusetts**
Phone: 617.748.3268 | Mobile: 857.201.1156 | Email: Patrick.Callahan@usdoj.gov
U.S. Attorney's Office, District of Massachusetts, 1 Courthouse Way, Boston, MA 02110

**From:** Joshua Solomon <jsolomon@psdfirm.com>
**Sent:** Friday, September 8, 2023 5:14 PM
**To:** Callahan, Patrick (USAMA) <PCallahan@usa.doj.gov>; George, Abraham (USAMA) <AGeorge2@usa.doj.gov>; Looney, Christopher (USAMA) <CLooney@usa.doj.gov>; Derusha, David (USAMA) <DDerusha@usa.doj.gov>
**Cc:** Barry Pollack <bpollack@psdfirm.com>; William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Subject:** [EXTERNAL] US v. Chin

Pat, Abe, Chris, and Dave,

We just learned that Dr. Montone's counsel is planning to seek leave to intervene to oppose our motion to compel. Apparently, they will be filing papers on Monday. Can you please let us know when you informed Dr. Montone's counsel that we were seeking the communications at issue and the briefing schedule that we worked out with Judge Kelley?

Thanks.

Josh

Joshua L. Solomon
**POLLACK SOLOMON DUFFY LLP**
31 St. James Ave., Suite 940
Boston, MA 02116
617-439-9800
617-960-0556 (direct)

This e-mail communication, including all attachments to it, contains information from Pollack Solomon Duffy LLP that may be confidential and privileged. This information is intended for the use of only the listed recipient(s). If you are not an intended recipient, you may not review, copy, or distribute this message or any attachment thereto. If you have received this communication in error, please notify the sender immediately by e-mail and delete the original message. To comply with U.S. Treasury regulations, we inform you that any tax advice contained in this e-mail, including attachments, unless expressly stated otherwise, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any tax-related matter(s) addressed herein.