UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>KINGSLEY R. CHIN, )<br>ADITYA HUMAD, and )<br>SPINEFRONTIER, INC., )<br>)<br>**Defendants** ) | No. 21-cr-10256-IT |

**UNOPPOSED MOTION FOR EXCLUSION OF TIME
UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully requests that the Court exclude, for purposes of the Speedy Trial Act, the time from December 8, 2023, to and including the date of the trial, currently scheduled for September 9, 2024. As grounds for the motion, the government states the following:

1. All time has previously been excluded from the date of the defendant's initial appearance through the date of the status conference held on December 8, 2023. *See* Dkt. Nos. 13; 21; 56; 71; 75; 77; 83; 90; 92; 93; 98; 102; 104; 122; 133.

2. At the hearing on December 8, 2023, the Court scheduled trial to begin on September 9, 2024. Dkt. No. 140.

3. It is in the interests of justice to exclude time, for purposes of the Speedy Trial Act, from December 8, 2023 to and including September 9, 2024. *See* 18 U.S.C. § 3161(h)(7)(A).

4. The defendants do not oppose this motion.

The government attaches a proposed order to this filing.

| | |
|---|---|
| Respectfully submitted, | UNITED STATES OF AMERICA, |
| | By its attorney, |
| | JOSHUA S. LEVY<br>Acting United States Attorney |
| | */s/ Abraham R. George*<br>ABRAHAM R. GEORGE<br>PATRICK CALLAHAN<br>CHRISTOPHER LOONEY<br>Assistant U.S. Attorneys<br>1 Courthouse Way<br>John Joseph Moakley U.S. Courthouse<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: December 14, 2023