**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21-cr-10256-IT |
| | ) | |
| KINGSLEY R. CHIN, | ) | |
| ADITYA HUMAD, and | ) | |
| SPINEFRONTIER, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS COUNTS ONE THROUGH SEVEN AND/OR
REQUEST FOR AN EVIDENTIARY HEARING AND *IN CAMERA* INSPECTION OF
GRAND JURY TRANSCRIPTS**

Defendants Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc. respectfully submit

this motion to dismiss Counts One through Seven of the Indictment. In the event the Court does

not find it appropriate to dismiss on the papers, the defendants respectfully request an evidentiary

hearing concerning the government's awareness of exculpatory information when it presented

contrary information to the Grand Jury, along with an *in camera* inspection of Grand Jury

transcripts that the government has withheld, including the legal instructions the government

provided to the Grand Jury.

In accordance with Local R. 7.1(b)(1), defendants respectfully submit herewith a

memorandum in support of this motion.

Respectfully submitted,

/s/ Barry S. Pollack
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com
jsolomon@psdfirm.com

/s/ Daniel N. Marx
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

2

**<u>Certificate of Service</u>**

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on January 26, 2024.

/s/ Barry S. Pollack      

**<u>Local Rule 7.1 Certification</u>**

The undersigned certifies that counsel for the defendants conferred in good faith with counsel for the government on multiple occasions by email, letters, and phone/video conferences concerning this motion, and were unable to resolve or further narrow the issues presented herein.

/s/ Barry S. Pollack      