UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 1:21-cr-10256-IT |
| KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

### DECLARATION OF BARRY POLLACK

I, Barry Pollack, declare and state as follows:

1. I am a partner at the law firm Pollack Solomon Duffy LLP and counsel of record for Kingsley R. Chin and SpineFrontier, Inc. I submit this declaration in support of Defendants' Motion to Dismiss Counts One Through Seven, and/or Request for an Evidentiary Hearing and *In Camera* Inspection of Grand Jury Transcripts.

2. Attached as Exhibit A is a copy of summary records from CMS's public portal.

3. Attached as Exhibit B is a copy of a June 9, 2015 email chain involving Aditya Humad, Dr. Kingsley Chin, and Paul Speidel, Bates numbered SF-LUB-00011880 - 81.

4. Attached as Exhibit C is a June 2015 email chain involving Aditya Humad and Lesley Olson, Bates numbered SF00003423-24.

5. Attached as Exhibit D is a March 30, 2017 email chain involving Aditya Humad and Lesley Olson, Bates numbered SF-HUM-00289692.

6. Attached as Exhibit E is a copy of excerpts from the May 8, 2018 Grand Jury transcript of Terrence Dupont.

7. Attached as Exhibit F is a copy of excerpts from the August 30, 2021 Grand Jury transcript of Brandt Lambert.

8. Attached as Exhibit G is a copy of the December 22, 2023 letter from me to AUSA Abraham George.

9. Attached as Exhibit H is a copy of the signed consent form by Jason Montone, produced by the government after resolution of the motion to compel materials from Montone's phone.

10. Attached as Exhibit I is a copy of the January 24, 2024 letter from AUSA Patrick Callahan to Magistrate Judge Kelley.

I DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JANUARY 26, 2024:


/s/ Barry Pollack

Barry Pollack