# EXHIBIT A



An official website of the United States government
Here's how you know

**Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

**Secure .gov websites use HTTPS**
A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

☰ OpenPaymentsData.**CMS**.gov

# Spinefrontier, Inc.

MA United States



## Filters  ⓘ How to use filters

**Year**
2016 ▾

**Payment type**
General payments ▾

**Recipient type**
All Recipient Typ... ▾

**Recipient**

**Nature of payment**
All Natures of Pa... ▾

Reset Filters

## Totals by payment type in 2016

ⓘ What are the different payment types?

| | |
|---|---|
| General payments | **$1,878,004.67**<br>(73 payments) |



| Research payments | N/A |
| --- | --- |
| Ownership and investment interest | **$100,000,000.00**<br>(1 payments) |

## General Payments Across All Years



⬛ Spinefrontier, Inc.

## General Payments by Nature of Payment in 2016

**Nature of payment**
Consulting Fee

**Amount (%)**
$1,500,287.50 (79.9%)

**Number of Payments**
22

**Nature of payment**
Royalty or license

**Amount (%)**
$213,500.00 (11.4%)

**Number of Payments**
2

**Nature of payment**
Current or prospective ownership or...

**Amount (%)**
$146,623.00 (7.8%)

**Number of Payments**

1

**Nature of payment**
Food and Beverage

**Amount (%)**
$13,718.35 (0.7%)

**Number of Payments**
43

**Nature of payment**
Travel and Lodging

**Amount (%)**
$3,875.82 (0.2%)

**Number of Payments**
5

## Top Recipients Receiving General Payments in 2016

Use the Table view to see more details.



## List of General Payments in 2016

Showing 1-10 of 73

Download

**Recipient**
JEFFREY CARLSON

**Nature of payment**
Consulting Fee

**Date**
01/05/2016

**Total amount**
$236,075.00

---

**Recipient**
VIVEK KUSHWAHA

**Nature of payment**
Consulting Fee

**Date**
01/05/2016

**Total amount**
$213,750.00

---

**Recipient**
ROGER SUNG

**Nature of payment**
Consulting Fee

**Date**
01/05/2016

**Total amount**
$151,762.50

---

**Recipient**
WARREN YU

**Nature of payment**
Current or prospective ownership or investment interest

**Date**
02/04/2016

**Total amount**
$146,623.00

---

**Recipient**
JEREMY WANG

**Nature of payment**
Consulting Fee

**Date**
02/04/2016

**Total amount**
$110,437.50

---

**Recipient**
JEFFREY BASH

**Nature of payment**
Royalty or License

**Date**
01/06/2016

**Total amount**
$106,750.00

---

**Recipient**
JOSEPH AFERZON

**Nature of payment**
Royalty or License

**Date**
01/06/2016

**Total amount**
$106,750.00

---

**Recipient**
JOSUE GABRIEL

**Nature of payment**
Consulting Fee

**Date**
02/04/2016

**Total amount**
$105,450.00

---

**Recipient**
JACOB ROSENSTEIN

**Nature of payment**
Consulting Fee



# Spinefrontier, Inc.

MA United States

## Filters  ⓘ How to use filters

**Year**

| 2017 ⌄ |

**Payment type**

| General payments ⌄ |

**Recipient type**

| All Recipient Typ... ⌄ |

**Recipient**

|  |

**Nature of payment**

| All Natures of Pa... ⌄ |

Reset Filters

## Totals by payment type in 2017

ⓘ What are the different payment types?

| General payments | **$1,379,547.33** |
| --- | --- |
|  | (73 payments) |

| Research payments | N/A |
|---|---|
| Ownership and investment interest | N/A |

## General Payments Across All Years



Spinefrontier, Inc.

## General Payments by Nature of Payment in 2017

**Nature of payment**
Consulting Fee

**Amount (%)**
$1,204,718.75 (87.3%)

**Number of Payments**
17

**Nature of payment**
Royalty or license

**Amount (%)**
$154,500.00 (11.2%)

**Number of Payments**
2

**Nature of payment**
Travel and Lodging

**Amount (%)**
$13,216.14 (1.0%)

**Number of Payments**
21

**Nature of payment**
Food and Beverage

**Amount (%)**
$7,112.44 (0.5%)

**Number of Payments**
33

## Top Recipients Receiving General Payments in 2017

Use the Table view to see more details.



## List of General Payments in 2017

Showing 1-10 of 73

**Download**

**Recipient**
Jeffrey Carlson

**Nature of payment**
Consulting Fee

**Date**
01/09/2017

**Total amount**
$294,025.00

**Recipient**
Vivek Kushwaha

**Nature of payment**
Consulting Fee

**Date**
01/13/2017

**Total amount**
$173,375.00

---

**Recipient**
Roger Sung

**Nature of payment**
Consulting Fee

**Date**
01/12/2017

**Total amount**
$161,737.50

---

**Recipient**
Jacob Rosenstein

**Nature of payment**
Consulting Fee

**Date**
01/13/2017

**Total amount**
$121,600.00

---

**Recipient**
Mark McFarland

**Nature of payment**
Consulting Fee

**Date**
01/26/2017

**Total amount**
$111,625.00

---

**Recipient**
Jeffrey Bash

**Nature of payment**
Royalty or License

**Date**
01/05/2017

**Total amount**
$77,250.00

---

**Recipient**
JOSEPH AFERZON

**Nature of payment**
Royalty or License

**Date**
01/05/2017

**Total amount**
$77,250.00

---

**Recipient**
Jeremy Wang

**Nature of payment**
Consulting Fee

**Date**
01/17/2017

**Total amount**
$66,975.00

---

**Recipient**
Agha Khan

**Nature of payment**
Consulting Fee

**Date**
01/20/2017

**Total amount**
$45,600.00

---

**Recipient**
Josue Gabriel

**Nature of payment**
Consulting Fee



An official website of the United States government
Here's how you know ˅

🏛 **Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

🔒 **Secure .gov websites use HTTPS**
A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

☰ OpenPaymentsData.**CMS**.gov

# Spinefrontier, Inc.

MA United States



## Filters  ⓘ How to use filters

**Year**
2018 ˅

**Payment type**
General payments ˅

**Recipient type**
All Recipient Typ... ˅

**Recipient**

**Nature of payment**
All Natures of Pa... ˅

Reset Filters

## Totals by payment type in 2018

ⓘ What are the different payment types?

| | |
|---|---|
| General payments | **$948,917.38**<br>(163 payments) |

| Research payments | N/A |
| Ownership and investment interest | N/A |

## General Payments Across All Years



Spinefrontier, Inc.

## General Payments by Nature of Payment in 2018

**Nature of payment**
Consulting Fee

**Amount (%)**
$931,714.00 (98.2%)

**Number of Payments**
13

**Nature of payment**
Travel and Lodging

**Amount (%)**
$9,580.28 (1.0%)

**Number of Payments**
24

**Nature of payment**
Food and Beverage

**Amount (%)**
$7,623.10 (0.8%)

**Number of Payments**
126



## Top Recipients Receiving General Payments in 2018

Use the Table view to see more details.

## List of General Payments in 2018

Showing 1-10 of 163

**Download**

---

**Recipient**
Roger Sung

**Nature of payment**
Consulting Fee

**Date**
11/28/2018

**Total amount**
$256,500.00

---

**Recipient**
Jeffrey Carlson

**Nature of payment**
Consulting Fee

**Date**
12/13/2018

**Total amount**
$246,763.00

---

**Recipient**

Vivek Kushwaha

**Nature of payment**
Consulting Fee

**Date**
11/14/2018

**Total amount**
$132,050.00

---

**Recipient**
Jacob Rosenstein

**Nature of payment**
Consulting Fee

**Date**
11/14/2018

**Total amount**
$89,300.00

---

**Recipient**
Mark McFarland

**Nature of payment**
Consulting Fee

**Date**
11/26/2018

**Total amount**
$81,225.00

---

**Recipient**
Jeremy Wang

**Nature of payment**
Consulting Fee

**Date**
06/07/2018

**Total amount**
$47,025.00

---

**Recipient**
Matthew Wasserman

**Nature of payment**
Consulting Fee

**Date**
11/26/2018

**Total amount**
$28,263.00

---

**Recipient**
Agha Khan

**Nature of payment**
Consulting Fee

**Date**
06/13/2018

**Total amount**
$26,125.00

---

**Recipient**
Ashley Simela

**Nature of payment**
Consulting Fee

**Date**
11/26/2018

**Total amount**
$15,200.00

---

**Recipient**
Michael Murray

**Nature of payment**
Consulting Fee

**Date**
02/22/2018

**Total amount**
$7,363.00

---



# Spinefrontier, Inc.

MA United States

## Filters  ⓘ How to use filters

**Year**

| 2019 ▾ |

**Payment type**

| General payments ▾ |

**Recipient type**

| All Recipient Typ... ▾ |

**Recipient**

| |

**Nature of payment**

| All Natures of Pa... ▾ |

Reset Filters

## Totals by payment type in 2019

ⓘ What are the different payment types?

| General payments | **$644,208.61**<br>(230 payments) |

| Research payments | N/A |
|---|---|
| Ownership and investment interest | N/A |

## General Payments Across All Years



Spinefrontier, Inc.

## General Payments by Nature of Payment in 2019

**Nature of payment**
Consulting Fee

**Amount (%)**
$562,625.00 (87.3%)

**Number of Payments**
9

**Nature of payment**
Royalty or license

**Amount (%)**
$44,000.00 (6.8%)

**Number of Payments**
1

**Nature of payment**
Travel and Lodging

**Amount (%)**
$31,330.88 (4.9%)

**Number of Payments**
119

**Nature of payment**
Food and Beverage

**Amount (%)**
$3,698.87 (0.6%)

**Number of Payments**
99

---

**Nature of payment**
Compensation for services other tha...

**Amount (%)**
$2,500.00 (0.4%)

**Number of Payments**
1

---

**Nature of payment**
Entertainment

**Amount (%)**
$53.86 (0.0%)

**Number of Payments**
1

---

## Top Recipients Receiving General Payments in 2019

Use the Table view to see more details.



## List of General Payments in 2019

Showing 1-10 of 230

Download

**Recipient**
Jeffrey Carlson

**Nature of payment**
Consulting Fee

**Date**
01/09/2019

**Total amount**
$197,075.00

---

**Recipient**
Roger Sung

**Nature of payment**
Consulting Fee

**Date**
02/01/2019

**Total amount**
$99,250.00

---

**Recipient**
Vivek Kushwaha

**Nature of payment**
Consulting Fee

**Date**
01/22/2019

**Total amount**
$91,137.50

---

**Recipient**
Steven Anagnost

**Nature of payment**
Consulting Fee

**Date**
01/24/2019

**Total amount**
$89,500.00

---

**Recipient**
Jeffrey Bash

**Nature of payment**
Royalty or License

**Date**
01/07/2019

**Total amount**
$44,000.00

---

**Recipient**
Jacob Rosenstein

**Nature of payment**
Consulting Fee

**Date**
01/22/2019

**Total amount**
$39,500.00

---

**Recipient**
Ashley Simela

**Nature of payment**
Consulting Fee

**Date**
01/22/2019

**Total amount**
$21,425.00

---

**Recipient**
Matthew Wasserman

**Nature of payment**
Consulting Fee

**Date**
01/22/2019

**Total amount**
$18,075.00

---



# Spinefrontier, Inc.

MA United States

## Filters  ⓘ How to use filters

**Year**

2020 ⌄

**Payment type**

General payments ⌄

**Recipient type**

All Recipient Typ... ⌄

**Recipient**

**Nature of payment**

All Natures of Pa... ⌄

Reset Filters

## Totals by payment type in 2020

ⓘ What are the different payment types?

| General payments | $178,016.45 |
|---|---|
| | (134 payments) |

| Research payments | N/A |
|---|---|
| Ownership and investment interest | N/A |

## General Payments Across All Years



Spinefrontier, Inc.

## General Payments by Nature of Payment in 2020

**Nature of payment**
Consulting Fee

**Amount (%)**
$112,162.50 (63.0%)

**Number of Payments**
4

**Nature of payment**
Royalty or license

**Amount (%)**
$50,000.00 (28.1%)

**Number of Payments**
2

**Nature of payment**
Travel and Lodging

**Amount (%)**
$11,267.40 (6.3%)

**Number of Payments**
47

**Nature of payment**
Food and Beverage

**Amount (%)**
$4,586.55 (2.6%)

**Number of Payments**
81

## Top Recipients Receiving General Payments in 2020

Use the Table view to see more details.



## List of General Payments in 2020

Showing 1-10 of 134

Download

**Recipient**
JEFFREY CARLSON

**Nature of payment**
Consulting Fee

**Date**
01/14/2020

**Total amount**
$78,662.50

**Recipient**
JEFFREY BASH

**Nature of payment**
Royalty or License

**Date**
01/03/2020

**Total amount**
$25,000.00

---

**Recipient**
JOSEPH AFERZON

**Nature of payment**
Royalty or License

**Date**
01/03/2020

**Total amount**
$25,000.00

---

**Recipient**
Steven ANAGNOST

**Nature of payment**
Consulting Fee

**Date**
02/14/2020

**Total amount**
$15,000.00

---

**Recipient**
MATTHEW WASSERMAN

**Nature of payment**
Consulting Fee

**Date**
06/05/2020

**Total amount**
$10,000.00

---

**Recipient**
ASHLEY SIMELA

**Nature of payment**
Consulting Fee

**Date**
06/05/2020

**Total amount**
$8,500.00

---

**Recipient**
SELAIMAN NOORI

**Nature of payment**
Travel and Lodging

**Date**
02/27/2020

**Total amount**
$462.80

---

**Recipient**
SAHIL GUPTA

**Nature of payment**
Travel and Lodging

**Date**
02/19/2020

**Total amount**
$456.80

---

**Recipient**
Steven ANAGNOST

**Nature of payment**
Travel and Lodging

**Date**
08/17/2020

**Total amount**
$452.33

---

**Recipient**
HONGHUI FENG

**Nature of payment**
Travel and Lodging



# Spinefrontier, Inc.

MA United States

## Filters  ⓘ How to use filters

**Year**

2021 ⌄

**Payment type**

General payments ⌄

**Recipient type**

All Recipient Typ... ⌄

**Recipient**

**Nature of payment**

All Natures of Pa... ⌄

Reset Filters

## Totals by payment type in 2021

ⓘ What are the different payment types?

| General payments | **$49,895.03**<br>(47 payments) |
| --- | --- |

| Research payments | N/A |
|---|---|
| Ownership and investment interest | N/A |



## General Payments Across All Years

Spinefrontier, Inc.

## General Payments by Nature of Payment in 2021

**Nature of payment**
Royalty or license

**Amount (%)**
$34,500.00 (69.1%)

**Number of Payments**
2

**Nature of payment**
Compensation for serving as faculty...

**Amount (%)**
$9,497.20 (19.0%)

**Number of Payments**
3

**Nature of payment**
Travel and Lodging

**Amount (%)**
$3,559.75 (7.1%)

**Number of Payments**
10

**Nature of payment**
Food and Beverage

**Amount (%)**
$2,312.61 (4.6%)

**Number of Payments**
31

**Nature of payment**
Gift

**Amount (%)**
$25.47 (0.1%)

**Number of Payments**
1

## Top Recipients Receiving General Payments in 2021

Use the Table view to see more details.



## List of General Payments in 2021

Showing 1-10 of 47

Download

**Recipient**
JOSEPH AFERZON

**Nature of payment**
Royalty or License

**Date**
01/08/2021

**Total amount**
$17,250.00

---

**Recipient**
JEFFREY BASH

**Nature of payment**
Royalty or License

**Date**
01/08/2021

**Total amount**
$17,250.00

---

**Recipient**
SOUBRATA RAIKAR

**Nature of payment**
Compensation for serving as faculty or as a speaker for a medical education program

**Date**
03/17/2021

**Total amount**
$3,397.20

---

**Recipient**
TIAN XIA

**Nature of payment**
Compensation for serving as faculty or as a speaker for a medical education program

**Date**
04/09/2021

**Total amount**
$3,050.00

---

**Recipient**
FARIS ABUSHARIF

**Nature of payment**
Compensation for serving as faculty or as a speaker for a medical education program

**Date**
03/19/2021

**Total amount**
$3,050.00

---

**Recipient**
STEVEN ANAGNOST

**Nature of payment**
Travel and Lodging

**Date**
10/28/2021

**Total amount**
$658.40

---

**Recipient**
Carlos Viesca

**Nature of payment**
Travel and Lodging

**Date**
02/11/2021

**Total amount**
$556.80

---

**Recipient**
SOUBRATA RAIKAR

**Nature of payment**
Travel and Lodging

**Date**
01/10/2021

**Total amount**
$551.40

---

**Recipient**
SOUBRATA RAIKAR

**Nature of payment**
Travel and Lodging

**Date**
01/10/2021



# Spinefrontier, Inc.

MA United States

## Filters  ⓘ How to use filters

**Year**

| 2022 ▾ |

**Payment type**

| General payments ▾ |

**Recipient type**

| All Recipient Typ... ▾ |

**Recipient**

| |

**Nature of payment**

| All Natures of Pa... ▾ |

Reset Filters

## Totals by payment type in 2022

ⓘ What are the different payment types?

| General payments | **$23,469.09**<br>(13 payments) |

| Research payments | N/A |
|---|---|
| Ownership and investment interest | N/A |

## General Payments Across All Years



Spinefrontier, Inc.

## General Payments by Nature of Payment in 2022

**Nature of payment**
Royalty or license

**Amount (%)**
$16,000.00 (68.2%)

**Number of Payments**
2

**Nature of payment**
Compensation for services other tha...

**Amount (%)**
$5,450.00 (23.2%)

**Number of Payments**
1

**Nature of payment**
Travel and Lodging

**Amount (%)**
$1,438.38 (6.1%)

**Number of Payments**
4

**Nature of payment**
Food and Beverage

**Amount (%)**
$580.71 (2.5%)

**Number of Payments**
6

## Top Recipients Receiving General Payments in 2022

Use the Table view to see more details.



## List of General Payments in 2022

Showing 1-10 of 13

Download

**Recipient**
JOSEPH AFERZON

**Nature of payment**
Royalty or License

**Date**
01/07/2022

**Total amount**
$8,000.00

**Recipient**
JEFFREY BASH

**Nature of payment**
Royalty or License

**Date**
01/07/2022

**Total amount**
$8,000.00

---

**Recipient**
SOUBRATA RAIKAR

**Nature of payment**
Compensation for services other than consulting, including serving as faculty or as a speaker at a
venue other than a continuing education program

**Date**
01/13/2022

**Total amount**
$5,450.00

---

**Recipient**
VASILIOS KOUNTIS

**Nature of payment**
Travel and Lodging

**Date**
03/28/2022

**Total amount**
$660.40

---

**Recipient**
MICHAEL ESPOSITO

**Nature of payment**
Travel and Lodging

**Date**
11/02/2022

**Total amount**
$492.69

---

**Recipient**
BHASKARA GANTI

**Nature of payment**
Food and Beverage

**Date**
04/04/2022

**Total amount**
$216.18

---

**Recipient**
SOUBRATA RAIKAR

**Nature of payment**
Travel and Lodging

**Date**
04/03/2022

**Total amount**
$155.28

---

**Recipient**
SHAFIK BOYAJI

**Nature of payment**
Food and Beverage

**Date**
02/02/2022

**Total amount**
$152.04

---

**Recipient**
RAMI RUSTUM

**Nature of payment**
Food and Beverage

**Date**
05/06/2022

**Total amount**
$130.34

---

**Recipient**
MICHAEL ESPOSITO

**Nature of payment**
Travel and Lodging