# EXHIBIT B

| | |
|---|---|
| **From:** | Aditya Humad <AdityaHumad@kicventures.com> |
| **Sent:** | Tuesday, June 9, 2015 9:31 AM |
| **To:** | Dr. Kingsley Chin <KingsleyChin@spinefrontier.com>; PaulSpeidel@kicventures.com3d8 |
| **Cc:** | Lesley Olson <LesleyOlson@kicventures.com>; Shyam Desigan <ShyamDesigan@kicventures.com>; Frank Schnur <FrankSchnur@spinefrontier.com>; Jake Lubinski <JakeLubinski@spinefrontier.com> |
| **Subject:** | RE: Closing Out Sunshine Reports |

Had a great meeting with Quatro team in my office yesterday with Shyam. They are a large partner like Tech Mahindra that we are expanding relationship/scope with (http://www.quatrrofpo.com/about-us)

We have been using them for offshore accounting for KICVentures entities/AR Collections for Spinefrontier for this year.

They have resources for sales support (sunshine act reporting, lead generation, contract analyst/admin/mgmt. for hospitals) – meeting with Frank and them briefly this morning on defining this scope.

Shyam/Diana are meeting them as well to finalize addition of Accts payable person, online system for payments to team)

Charlie is meeting them as we speak on potential for IT helpdesk Support and inventory analyst


**Aditya Humad**
Co-Founder
Chief Financial Officer



**KICVentures, LLC**
www.kicventures.com
D: 978.236.7984
M: 267.342.3968


**From:** Dr. Kingsley Chin
**Sent:** Tuesday, June 9, 2015 8:57 AM
**To:** Paul Speidel
**Cc:** Aditya Humad; Lesley Olson
**Subject:** Re: Closing Out Sunshine Reports

Thxs Paul
Agree we should put a team on this with some initial training from Aditya

Sent from my iPhone

On Jun 9, 2015, at 8:09 AM, Paul Speidel <PaulSpeidel@kicventures.com> wrote:

> Aditya:

SF-LUB-00011880

SF-LUB-00011880

Good morning.  Kingsley and I spoke about making sure the Sunshine Act reporting has been completed for 2013-14 and he asked that we take care of it as soon as possible.  Once we've updated ourselves on the progress made in attempting to make these reports we need to close this out today.  Kyle Greer was back in the office yesterday and if he's in today, we should get him some help to get these on file.  What can Lesley do to help Accounting get this resolved today?  McGuire Woods can be a resource if needed.

Paul

**Paul Speidel**
General Counsel
P: 978.232.3990
M: 978.826.0122

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify sender immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.