# EXHIBIT C

| | |
|---|---|
| From: | Aditya Humad <AdityaHumad@kicventures.com> |
| To: | Lesley Olson |
| Sent: | 6/29/2015 11:01:44 PM |
| Subject: | RE: Incident INC000003488341 reported by you has been resolved. ticket number 3490076 |
| Attachments: | Spinefrontier 2013 - Phase 2 Data Submission - General v3.csv |

I've tried fixing this file few times and cannot get the pipe delimited format right. Adjusted in the computer region settings, but the file still has it in columns, instead of "|"

Can they fix file for us to upload?


Aditya Humad
Co-Founder
Chief Financial Officer


KICVentures, LLC
www.kicventures.com
D: 978.236.7984
M: 267.342.3968

-----Original Message-----
From: Lesley Olson
Sent: Thursday, June 25, 2015 4:22 PM
To: Aditya Humad
Subject: FW: Incident INC000003488341 reported by you has been resolved. ticket number 3490076

Hi Aditya,

Below, please find the CMS instructions to fix our file format. I spoke with the csv specialist at CMS and he thinks this will fix our problem. If this doesn't work, I can call him back.

Kind Regards,
Lesley

-----Original Message-----
From: OpenPayments-Service Desk [mailto:OpenPayments@cms.hhs.gov]
Sent: Wednesday, June 24, 2015 11:05 AM
To: Lesley Olson
Subject: Incident INC000003488341 reported by you has been resolved. ticket number 3490076

Greetings,

Receipt Acknowledgment: Thank you for your inquiry INC000003488341 to the Open Payments Help Desk. We have reviewed your inquiry dated and are providing the response below.


Reference ticket number (INC000003488341).

Many applications can be used to prepare CSV files. Two commonly used applications are Excel and Open Office.

When creating CSV files using Excel on a Windows-based computer, you must first update the computer's regional settings to display "pipe" as the field delimiter instead of "comma." You can find the regional settings in your computer's Control Panel under Region and Language -> Additional Settings -> List Separator. Once this is complete, you can then

create the pipe by holding down the shift key and pressing backslash (i.e., "\"). Note that this "regional setting" change is not necessary when using Open Office.

When using Excel on a Windows-based computer, load an applicable CSV sample file downloaded from the Open Payments website. Next, enter required data within the columns, "auto-fit" the columns to make all data visible to ensure the data is entered correctly, and save the file. Be sure to save the file in the file format of "CSV" (Excel default is either ".XLS" or ".XLSX").

When using Open Office on either a Macintosh or Windows-based computer, first open the sample file downloaded from the Open Payments website. When the Text Import window opens, one of the options you will see is "Separators." Ensure that the button for "Other" is checked and press the "shift" and "\" keys to create the pipe as the separator in the "Other" field. Once this is done, enter required data within the columns. Ensure all data has been entered correctly and save the file. You must save the file as a CSV file.

Whether you are using Excel or Open Office, it is important to perform the following final checks before submitting your file:
.Open the CSV file in a text editor (Notepad for Windows, Text Editor for Macintosh) and confirm that the rows are delimited with pipes; and .Ensure that rows of data are not contained within quotation marks to avoid the data being rejected by the system.

For further questions please call our live Help Desk at 1-855-326-8366, Monday through Friday, from 7:30 a.m. to 6:30 p.m. (CT), excluding Federal holidays. Questions can also be submitted to the Help Desk via email, at openpayments@cms.hhs.gov. If submitting questions via email please include name, email and working phone number which you are able to be reached at.

If you have any further questions or concerns, please contact the Open Payments Help Desk at OpenPayments@cms.hhs.gov

Thank you and have a nice day!
Open Payments Help Desk


O P E N P A Y M E N T S


C R E A T I N G P U B L I C T R A N S P A R E N C Y
I N T O I N D U S T R Y - P H Y S I C I A N
F I N A N C I A L R E L A T I O N S H I P S


http://go.cms.gov/openpayments

Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

The decision in this response is limited to and based upon the facts described in this response and our understanding of the facts as described in the submission. This response cannot be considered an advisory opinion under section 1128D(b) of the Social Security Act, since only the Department's Inspector General has been authorized to issue advisory opinions relating to health care fraud and abuse under that section. This response is not a release of liability.


For Internal Use Only:
------------------------------
- Global - HPD-INC-CustomerResolutionNT-OpenPayment