**EXHIBIT D**

| | |
|---|---|
| **From:** | Aditya Humad </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EB9A2AF228044ADB9BE47CF6A4E74B5D-ADITYAHUMAD> |
| **Sent:** | Thursday, March 30, 2017 9:49 PM |
| **To:** | Lesley Olson </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c8dee1434488425e96918b77567eb04a-LesleyOlson> |
| **Subject:** | RE: SF 2016 Sunshine files |
| **Attach:** | image001.png |

You should also have received an email from CMS as a "submitter" that may ask you to login, let me know if this works so you are also able to login and view reports etc.

**Aditya Humad**
President
Chief Financial Officer

 cid:BCF67CD2-7845-4217-BAAB-7C7E9856E8E7

**SpineFrontier, Inc.**
350 Main Street, 3rd Floor
Malden, MA 02148

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968


**From:** Lesley Olson
**Sent:** Thursday, March 30, 2017 5:38 PM
**To:** Aditya Humad <AdityaHumad@kicventures.com>
**Subject:** SF 2016 Sunshine files

Hi Aditya,

Attached, please find the General and Ownership data files for the 2016 submission.

Kind Regards,
Lesley

SF-HUM-00289692
SF-HUM-00289692