**EXHIBIT E**

DUPONT - 5/8/2018

Page 1

I

1 - 39

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

```
_____
                               |
UNITED STATES OF AMERICA,      |
                               |
                               |
     VS.                       | Case No.
                               |
                               |
JOHN DOE.                      |
_____|
```

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Tuesday
May 8, 2018

APPEARANCE:    PATRICK CALLAHAN, ABRAHAM R. GEORGE and
               DAVID DERUSHA
               Assistant U.S. Attorneys

WITNESS:       TERRENCE DUPONT

Apex Reporting
(617) 269-2900

USAO GJ_0004331

```
 1   Exhibit 8?
 2            (Pause.)
 3            BY MR. GEORGE:
 4       Q    Do you recognize Exhibit 8?
 5       A    Yes.  This is a consulting packet that a Spine
 6   Frontier rep would have given to a prospective doctor to --
 7   who may be interested in consulting with Spine Frontier.
 8       Q    Okay, and, then, is this the rep's name at the
 9   bottom of Exhibit 8?
10       A    Yes.  The rep's name is Scott Autrey.
11       Q    Scott Autrey, A-U-T-R-E-Y?
12       A    Correct.
13            MR. GEORGE:  Okay, and let me see if I can blow
14   this up a little bit.
15            (Pause.)
16            BY MR. GEORGE:
17       Q    Would you read for the Grand Jury this portion
18   that I've underlined?
19            (Pause.)
20            MR. GEORGE:  Oh, ignore that.
21            BY MR. GEORGE:
22       Q    Start here?
23            (Pause.)
24       A    So, the document says, "We have recently signed an
25   agreement with Impartial Medical Experts to have surgeons
```

1  consult for our company; therefore, you would sign up as a
2  consultant to them, and consult for one of their clients,
3  Spine Frontier.
4      Q    Okay.  So, this is a document from a Spine
5  Frontier rep, and it's on Spine Frontier letterhead, and it
6  says that Spine Frontier has signed up with IME?
7           Is that right?
8      A    Yes.
9      Q    Okay, and, then, the next sentence, would you read
10 that; starting with "This protects"?
11     A    Sure.  "This protects you from the Sunshine Act
12 and OIG, by not having to disclose working directly with a
13 single device company, and receiving anything directly from
14 them."
15          MR. GEORGE:  Okay, and we're going to come back to
16 that in a second, but let's turn to --
17          (Pause.)
18          BY MR. GEORGE:
19     Q    In, in the document, there is actually a copy of
20 the consulting agreement, itself?
21          Correct?
22     A    Yes, that is correct.
23     Q    Okay, and this is the form?
24     A    Yes.
25     Q    And it's -- you see the letterhead at the top?