# EXHIBIT F

LAMBERT - 8/30/2021

Page 1

1 - 42

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

```
_____
                                   |
UNITED STATES OF AMERICA,          |
                                   |
                                   |
       VS.                         | Case No.
                                   |
                                   |
JOHN DOE.                          |
_____|
```

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Monday
August 30, 2021

APPEARANCE:   DAVID LAZARUS, PATRICK CALLAHAN and
              ABRAHAM GEORGE
              Assistant U.S. Attorneys

WITNESS:      BRANDT LAMBERT

Apex Reporting
(617) 269-2900

USAO GJ_0005138

| | |
|---|---|
| 1 | the manner and means by which Chin, Humad, SpineFrontier, |
| 2 | and co-conspirators, known and unknown to the Grand Jury, |
| 3 | carried out the conspiracy, were the following." |
| 4 |     MR. LAZARUS:  And then, it alleges a number of |
| 5 | items.  The Grand Jury has the full list in front of you. |
| 6 | And I'd like you to read those, and take your time with the |
| 7 | document during deliberations. |
| 8 |     I'm going to refer to several of them specifically |
| 9 | now. |
| 10 |     BY MR. LAZARUS: |
| 11 | Q  "A, paying surgeons, including Surgeons 1 through |
| 12 | 7, to serve as sham consultants." |
| 13 |     "C, holding out IME as a separate and independent |
| 14 | entity from SpineFrontier, despite the fact that IME was not |
| 15 | independent and was, in fact, owned and controlled by Chin |
| 16 | and operated by Humad and others, in part, to evade the |
| 17 | Sunshine Act reporting obligations." |
| 18 |     "D, using IME as a vehicle to funnel bribe |
| 19 | payments to surgeons, including Surgeons 1 through 7, and to |
| 20 | conceal the true nature of the relationship between |
| 21 | SpineFrontier and those surgeons." |
| 22 |     Now, the manner and means items C and D, those |
| 23 | have to do with IME. |
| 24 |     Did I read those correctly, sir? |
| 25 | A  Yes, you did. |

LAMBERT - 8/30/2021

Page 30

1  recommendation of goods, services and items, namely,

2  SpineFrontier spinal implants and products, for which

3  payment may be made in whole or in part by a federal health

4  care program, all in violation of Title 18, United States

5  Code, Section 371."

6        Sir, did I read that accurately?

7   A   Yes, you did.

8   Q   And based on your participation in the

9  investigation, and your understanding of witness interviews,

10  witness testimony, documents obtained and other work by

11  agents and investigators, do you believe there is probable

12  cause to support the allegation set forth in this count?

13   A   I do.

14   Q   Turning to Counts Two through Seven, these are

15  alleging violations of the Anti-Kickback Statute and

16  violations of Sections 42 USC 1320a-7b(b)(1)(b) and

17  (b)(2)(b).

18        Do you see that that alleged there?

19   A   I do.

20   Q   And again, it realleges and incorporates by

21  reference, paragraphs 1 through 38 of the indictment, those

22  are the facts in the top of the indictment; is that right?

23   A   That's right.

24   Q   Now, paragraph 42 alleges, the same time period.

25        Is that for the same reason?  Is that your

1          And finally, Surgeon 7, it alleges, Surgeon 7
2   being Roger Sung.  "Defendants offered to pay Surgeon 7, Dr.
3   Sung, bribes totaling approximately $978,831, including a
4   payment of $21,375 on or about July 6, 2018, and $40,000 on
5   or about April 30, 2019, all in violation of Title 42,
6   United States Code, Section 132-a-7b(b)(2)(b)."
7          First of all, did I read that accurately, sir?
8   A    Yes, you did.
9   Q    And second of all, are those allegations
10  consistent with information you believed was uncovered
11  during the course of this investigation?
12  A    Yes, they are.
13  Q    And do you believe probable cause supports each of
14  these counts, Counts Two through Seven?
15  A    I do.
16  Q    Turning now to the final count, Count Eight,
17  conspiracy to commit money laundering, in violation of 18
18  United States Code, Section 1956(h).
19         "The Grand Jury, once again, realleges and
20  incorporates by reference, paragraphs 1 through 38 of this
21  indictment."
22         Do you see that there, sir?
23  A    I do.
24  Q    And then, it alleges, "from approximately in or
25  about September 2013 until at least in or about June 2019,