**EXHIBIT H**



**Department of Health and Human Services**
# OFFICE OF INSPECTOR GENERAL
# OFFICE OF INVESTIGATIONS



## CONSENT TO SEARCH ELECTRONIC EVIDENCE

I, Jason Montone, hereby authorize Special Agent Ivan Jato, of the U.S. Department of Health and Human Services, Office of Inspector General, Office of Investigations, and any other person(s), which may include a computer forensic examiner, he/she may designate to assist him/her, to remove, take possession of and/or conduct a complete search of the following: personal cell phone.

The aforementioned equipment will be subject to data duplication/imaging and a forensic analysis for any data pertinent to the incident/criminal investigation.

I give this consent to search freely and voluntarily without fear, threat, coercion, or promises of any kind and with full knowledge of my constitutional right to refuse to give my consent for the removal and/or search of the aforementioned equipment/data, which I hereby waive. I am also aware that if I wish to exercise this right of refusal at any time during the seizure and/or search of the equipment/data, it will be respected.

Location items taken from:

iPhone 7

Signature: _[signed]_

Date: 2/8/19

_[signed]_ 2/8/19
Witness Signature and Date:

_[signed]_ 2/8/19
Witness Signature and Date:

This document, including any attachments and information contained therein, is the property of HHS OIG and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy InspectorGeneral for Investigations or his/ her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

USAO_004244