**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | Criminal No. 1:21-10256-IT |

**EXHIBIT C**

**to**

**GOVERNMENT'S MOTION FOR A FINDING OF WAIVER OF THE ATTORNEY –
CLIENT PRIVILEGE OR, IN THE ALTERNATIVE, TO SET A DEADLINE
FOR DEFENDANTS TO ADVISE THE COURT WHETHER THEY WILL
<u>RELY ON ADVICE-OF-COUNSEL OR INVOLVEMENT-OF-COUNSEL</u>**

| | |
|---|---|
| **From:** | Brandon Tanguay <BrandonTanguay@spinefrontier.com> |
| **Sent:** | Wednesday, July 15, 2015 3:34 PM |
| **To:** | Frank Schnur <FrankSchnur@spinefrontier.com>; Aditya Humad <AdityaHumad@spinefrontier.com> |
| **Subject:** | RE: Onboarding Document - Dr. Khan in Ct. |
| **Attach:** | S&H Opinion - SpineFrontier CA Contract 2013.pdf; SpineFrontier Investor Discussion 2013 v3.pdf |

I was more looking for the investment opportunity. Is it still an option? And, if so, is this still the same presentation to show, or is there a new program?  I have attached what we were sending out in 2013 along with the legal letter.

Thanks guys. Dr. Khan would be interested in such a program and now that we may be able to break into the contract with at least InSpan very soon, this can be beneficial.  Please keep this unknown to Dr. Bash & Dr. Aferzon. They do NOT get along with Dr. Khan at all, which is a major reason as to why I have not pushed him.  I am close with him and he is well aware that I work closely with Bash & Aferzon. If there is significant interest, I will have conversations with Bash/Aferzon. They know we need to grow and I will keep the calm on the battlegrounds if this goes anywhere.

Thanks,

Brandon Tanguay


**From:** Frank Schnur
**Sent:** Tuesday, July 14, 2015 12:51 PM
**To:** Aditya Humad
**Cc:** Brandon Tanguay
**Subject:** Re: Onboarding Document - Dr. Khan in Ct.

Dr. Harrod is just the template/example. Brandon needs to customize for Dr. Khan.

**Frank Schnur**
Chief Sales Officer
**SpineFrontier, Inc.**
www.spinefrontier.com

D: 508.435-6530



On Jul 14, 2015, at 12:48 PM, Aditya Humad <AdityaHumad@spinefrontier.com> wrote:

This is for Dr Harrod, did you mean to send different version?

Should be standardized or sent PDF centrally so we don't have reps with diff powerpoint files.

Also if its in App Data room, it forces them to use iPad and present it, rather than email it to surgeon etc?


**Aditya Humad**

SF-TAN-00005459

President
Chief Financial Officer

<image001.png>

**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968

---

**From:** Frank Schnur
**Sent:** Tuesday, July 14, 2015 12:39 PM
**To:** Brandon Tanguay
**Cc:** PSET; Peter Prinos; Dr. Kingsley Chin; Aditya Humad
**Subject:** Onboarding Document - Dr. Khan in Ct.

Hi Brandon,

Excited to hear that you have an opportunity with Dr. Khan in Ct. Below is the Welcome document. I will have Jay send you an IME agreement. Please call me this evening and I will walk you through the on boarding process.

Thanks!

**Frank Schnur**
Chief Sales Officer
**SpineFrontier, Inc.**
www.spinefrontier.com

D: 508.435-6530

<image002.jpg>

SF-TAN-00005460

**STRONG & HANNI**
LAW FIRM

A PROFESSIONAL CORPORATION

SALT LAKE CITY OFFICE
3 TRIAD CENTER, SUITE 500
SALT LAKE CITY, UT 84180

T : (801) 532-7080
F : (801) 596-1508
WWW.STRONGANDHANNI.COM

GLENN C. HANNI, P.C.
HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
R. SCOTT WILLIAMS
PAUL M. BELNAP
STUART H. SCHULTZ
BRIAN C. JOHNSON ¹
PAUL W. HESS
STEPHEN J. TRAYNER
STANFORD P. FITTS ⁷
BRADLEY W. BOWEN
PETER H. CHRISTENSEN¹²
ROBERT L. JANICKI ⁴
H. BURT RINGWOOD
CATHERINE M. LARSON
KRISTIN A. VANORMAN
PETER H. BARLOW ⁴

MICHAEL L. FORD ¹ ⁴
GRADEN P. JACKSON ²
H. SCOTT JACOBSON
MICHAEL J. MILLER ⁶
ANDREW D. WRIGHT
BYRON G. MARTIN ⁴
BENJAMIN P. THOMAS
SUZETTE H. GOUCHER
LANCE H. LOCKE
A. JOSEPH SANO
JAMES C. THOMPSON
PETER J. BAXTER
LORI A. JACKSON
WILLIAM B. INGRAM
RYAN P. ATKINSON
JENNIFER R. CARRIZAL
JEREMY C. KNIGHT ⁴

JEFFERY J. OWENS
ANDREW B. McDANIEL
SADÉ A. TURNER ⁴
CASEY W. JONES
RYAN C. BULLOCK
JESSE A. FREDERICK II
R. ROMAN GROESBECK
DAVID E. BROWN
S. SPENCER BROWN
KATHRYN T. SMITH
K. MARIE KULBETH
BROOKE JOHNSON
ANDREW D. DAY
ANDREW R. WELCH
NICHOLAS E. DUDOICH
GREGORY N. GUNN
EILEEN P. HENG

¹ ALSO MEMBER CALIFORNIA BAR
² ALSO MEMBER COLORADO BAR
³ ALSO MEMBER DISTRICT OF COLUMBIA BAR
⁴ ALSO MEMBER IDAHO BAR
⁵ ALSO MEMBER OREGON BAR
⁶ ALSO MEMBER WASHINGTON BAR
⁷ ALSO MEMBER WYOMING BAR

ESTABLISHED 1888
———
GORDON R. STRONG
(1909-1969)



February 4, 2013

To Whom it May Concern:

At the request of SpineFrontier, Inc., a Delaware corporation ("SpineFrontier"), we examined its proposed Clinical Advisor Agreement attached as Exhibit A (the "Agreement"). Based upon such examination of law as we deemed necessary and subject to the assumptions and qualifications set forth below, we are of the view that the Agreement (a) complies with 42 U.S.C. 1395nn(a)(1) (i.e., the Stark Law), and 42 U.S.C. 1320a-7b(b) (i.e., the Anti-Kickback Statute); and (b) meets the requirements set forth under 42 C.F.R. Part 1001.952(d), and 42 U.S.C. 1395nn(e)(3).

In this review, we have acted as counsel <u>only</u> for SpineFrontier; and each clinical advisor/consultant is advised to seek independent counsel in evaluating the Agreement and its compliance with applicable laws and regulations. Our views expressed are premised upon the following assumptions:

(i)  All documents examined are complete, authentic, accurate and the provisions/formation of the proposed Agreement are in accordance with the laws of the Commonwealth of Massachusetts or federal law; and

(ii)  The terms of compensation set forth in Section 3 of the Agreement will be for bona fide services consistent with fair market value, in arms'-length transactions, and the compensation agreed upon and actually paid to the clinical advisor/consultant by SpineFrontier <u>will not be</u> determined in a manner that takes into account the volume or value of any referrals or business.

We express no opinion with respect to the validity or effect of any revision to the proposed Agreement, or any subsequent Clinical Advisor Agreement. This letter is intended only for SpineFrontier and its clinical advisors/consultants and must not be copied or shared with, and may not be relied upon by, any other person, without the prior written consent of the undersigned.

Very truly yours,

STRONG & HANNI

Peter J. Baxter

PJB
6682.0100

SF-TAN-00005461

CONFIDENTIAL. DO NOT DISTRIBUTE

# SPINEFRONTIER

WHERE SURGEONS INNOVATE

## Investment Opportunity

*- Aditya Humad, CFO*

SF-TAN-00005462

# SpineFrontier has opened a new investment round

- Previously raised $5MM from 6 individual investors

- SpineFrontier has grown organically at ~30% y-o-y in a $10BN market

- Currently raising $5MM to fund inventory and sales force expansion

- Minimum investment of $100,000

- $500,000 investment buys membership to the Strategic Advisory Board (SAB)

- Receive annual interest payments and warrants convertible to stock

*Source: Spinemarket, press releases and management estimates*

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

**SPINEFRONTIER™**
WHERE SURGEONS INNOVATE

SF-TAN-00005463

# Performance of similar companies – Case Studies

SPINEFRONTIER™
WHERE SURGEONS INNOVATE

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

SF-TAN-00005464

## Spine Investment Case Studies – Nuvasive

- Was a fledgling monitoring Company

- Converted to Spine Company by ex-Medtronic executives

- Revenues of $22MM in 2003, increased to $620MM in 10 years

- IPO in 2004, peak market cap of $1.9 billion

- Assuming you invested $500K when revenues were $22MM:

## What would your return be at revenues of $620MM

## or a market cap of $1.9BN?

*Source: Spinemarket, press releases and mangement estimates*

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

SF-TAN-00005465



# Spine Investment Case Studies – K2M Spine

- Was founded in 2004

- Revenues of $7MM in 2005, increased to ~$100MM in 5 years

- Private Equity majority ownership investment in 2010 by Welsh Carson for ~$500MM

- Assuming you invested $500K when revenues were $7MM:

## What would your return be at revenues of $100MM

## and a majority sale at $500MM?

*Source: Spinemarket, press releases and management estimates*

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

SF-TAN-00005466

# Spine Investment Case Studies – Globus

- Founded in 2003 by ex-Synthes engineers

- Revenues of $2MM in 2003, increased to $383MM in 10 years

- IPO in 2012 with market cap of $1.5 billion (Share price of $12-13)

- Assuming you invested $500K when revenues were $2MM:

## What would your return be at revenues of $383MM

## and a market cap of $1.5BN?

*Source: Spinemarket, press releases and management estimates*

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

**SPINEFRONTIER**™
WHERE SURGEONS INNOVATE

**SPINEFRONTIER™**
WHERE SURGEONS INNOVATE

## Spine Investment Opportunity – SpineFrontier

- Founded in 2006 by spine surgeons

- 2007 revenues of $200,000

- 2012 revenues +$19MM, profits between $4-5MM

- Controlled organic growth of ~30% y-o-y in the last 5 years

- Assuming you invested $500K when revenues are +$19MM:

What would your return be if revenues were $383MM

and market cap at $1.5BN?

*Source: Spinemarket, press releases and management estimates*

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

SF-TAN-00005468

## SpineFrontier Investment Structure

Minimum investment = $100,000

- ### What do you get for your investment?

  - 10-year Note and Warrants (convertible to stock)

  - 50% interest over 10-years (5% paid annually)

*Source: Spinemarket, press releases and management estimates*

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

SF-TAN-00005469



**SPINEFRONTIER**™
WHERE SURGEONS INNOVATE

# Strategic Advisory Board (SAB) Membership

Minimum investment = $500,000

- **What do you get as an SAB Member?**

  - Investors > $500,000 join the Strategic Advisory Board (SAB)

  - Potential consulting fees

  - Free Performance Stock Allocation

  - Up to 5% of Company allocated for SAB at exit event

  - Ex: At Globus' exit of $1.5BN, up to $75MM for the SAB

*Source: Spinemarket, press releases and management estimates*

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

SF-TAN-00005470



# Illustration of your potential earnings in 10-years if you invest $0.5MM or $1.0MM

| Investment amount | $0.5MM | $1.0MM |
|---|---|---|
| Principal at maturity | $0.5MM | $1.0MM |
| Est. consulting fees over 10-years | $0.0 - $2.0MM | $0.0 - $2.0MM |
| Interest on principal over 10-years | $0.25MM | $0.5MM |
| **10-year return if no IPO/sale** | **$2.75MM** | **$3.5MM** |
| Est. stock value at a market cap of $1.5BN* | $4.5MM | $9.0MM |
| **10-year return with IPO/sale at $1.5BN*** | **$7.25MM** | **$12.5MM** |
| Potential SAB payout owning 5% at $1.5BN* | % of $75.0MM | % of $75.0MM |

*** *Assuming Globus IPO valuation at $1.5 billion, and 10x increase in value over 10-years**

This document is confidential and may be proprietary. Any information relating to performances contained in these materials is illustrative and no assurance is given that any indicated returns, or results, whether historical or hypothetical, will be achieved. Please consult your attorney or tax advisor prior to any investment decisions

SF-TAN-00005471

Thank you.

Please register on the investor portal of our website for more information:
**http://www.spinefrontier.com/invest/login.php**

SF-TAN-00005472