UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | Criminal No. 1:21-10256-IT |

**EXHIBIT D**

to

**GOVERNMENT'S MOTION FOR A FINDING OF WAIVER OF THE ATTORNEY – CLIENT PRIVILEGE OR, IN THE ALTERNATIVE, TO SET A DEADLINE FOR DEFENDANTS TO ADVISE THE COURT WHETHER THEY WILL RELY ON ADVICE-OF-COUNSEL OR INVOLVEMENT-OF-COUNSEL**

| | |
|---|---|
| From: | Dr. Kingsley Chin <KingsleyChin@spinefrontier.com> |
| Sent: | Thursday, February 21, 2013 11:10 AM |
| To: | PeterPrinos@spinefrontier.com1a2; lydiabaynes@spinefrontier.com |
| Cc: | SalesTeam@spinefrontier.com |
| Subject: | Re: Investment presentation |

In our sales model the investment opportunity and consultant fees are two effective tools. The rise of the LES Society and product development and research opportunities are close second long before we get to discussing specific products.

**Kingsley R. Chin, M.D.**
*Orthopaedic & Spine Surgeon*
President & CEO
Chief Technology Officer



500 Cummings Center, Suite 3500
Beverly, Massachusetts 01915

www.SpineFrontier.com <http://www.spinefrontier.com>

---

**From:** Peter Prinos <peterprinos@spinefrontier.com>
**Reply-To:** peterprinos <peterprinos@spinefrontier.com>
**Date:** Thursday, February 21, 2013 7:57 AM
**To:** <lydiabaynes@spinefrontier.com>
**Cc:** SALES TEAM <SALESTEAM@spinefrontier.com>, Kingsley Chin <kingsleychin@spinefrontier.com>
**Subject:** Re: Investment presentation

Investment piece is one of many tools reps should be using. Sales is always #1 focus.

Peter Prinos
Territory Sales Manager
New England

SpineFrontier
500 Cummings Center
Suite 3500
Beverly, Ma 01915
Cust Serv 978.232.3990
Fax 978.232.3991

-------- Original message --------

From: Lydia Baynes <lydiabaynes@spinefrontier.com>
Date:
To: Peter Prinos <peterprinos@spinefrontier.com>
Cc: SalesTeam@spinefrontier.com,"Dr. Kingsley Chin" <kingsleychin@spinefrontier.com>
Subject: Re: Investment presentation

I understand the tools. My question was more along the lines of switching from sales focus, to investment focus as Nathan is asking you about below.

**Lydia Baynes**
Product Awareness Ambassador
U.S.A

**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.
www.spinefrontier.com



This e-mail message and any attachments are confidential and may be privileged and proprietary. If you are not the intended recipient please notify SpineFrontier, Inc., immediately -- by replying to this message or by destroying all copies of this message and any attachments. The sender of this e-mail does not accept liability for any loss or damage arising in any way from the receipt or the use of this e-mail. Thank you.

On Feb 20, 2013, at 6:36 PM, "Peter Prinos" <peterprinos@spinefrontier.com> wrote:

> Lydia,
>
> During our recent training we had one slide from Kevin that was titled sales tools. Within this slide was a list of "tools" that I am focusing on with the sales team. These tools include :
>
> VIP visit
> Research papers
> Consulting with product development
> Surgeon training
> Speaking at trade show
> Proctor at designated lab
> Speaker for journal club
> Center for excellence to train new reps
> Center for excellence to train new docs
> LES Roundtable dinner
> Product validation
> UMTB and Pinnacle visit
> Local lab
> Local dinner meeting with Dr Chin
> Local dinner with Peter
>
> I can go on but these are main bullets that are ways to grow your business. The sky is your only limit!

Peter Prinos
Territory Sales Manager
New England

SpineFrontier
500 Cummings Center
Suite 3500
Beverly, Ma 01915

978--232-3990 ph
978-232-3991 fax

On Feb 20, 2013, at 6:32 PM, "Lydia Baynes" <lydiabaynes@spinefrontier.com> wrote:

> Peter, can you also clarify to me what the shift in selling is referring to (ie investing over selling)? Thanks!
> Lydia
>
>
> **Lydia Baynes**
> Product Awareness Ambassador
> U.S.A
>
>  cid:4815522C-ADFC-4108-A9E7-1CF4C557042D@spinefrontier.local
>
>
> **SpineFrontier, Inc.**
> 500 Cummings Center, Suite 3500
> Beverly, MA 01915, U.S.A.
> www.spinefrontier.com
>
> P: 978.232.3990
> F: 978.232.3991
>
>
> This e-mail message and any attachments are confidential and may be privileged and proprietary. If you are not the intended recipient please notify SpineFrontier, Inc., immediately -- by replying to this message or by destroying all copies of this message and any attachments. The sender of this e-mail does not accept liability for any loss or damage arising in any way from the receipt or the use of this e-mail. Thank you.
>
>
> SpineFrontier, Inc.
> 500 Cummings Center, Suite 3500
> Beverly, MA 01915, U.S.A.
> www.spinefrontier.com

P: 978.232.3990
F: 978.232.3991

This e-mail message and any attachments are confidential and may be privileged and proprietary. If you are not the intended recipient please notify SpineFrontier, Inc., immediately -- by replying to this message or by destroying all copies of this message and any attachments. The sender of this e-mail does not accept liability for any loss or damage arising in any way from the receipt or the use of this e-mail. Thank you.

On Feb 20, 2013, at 5:28 PM, "Nathan Francois" <nathanfrancois@spinefrontier.com> wrote:

> Peter,
>
> Since our focus is finding possible surgeons who want to invest, is it possible to get the investment presentation emailed to us? The cover letter template we were sent states that it is enclosed so it would be good to have it handy to walk in to our surgeons with the letter.
>
> Thanks,
>
> Nathan Francois
> SpineFrontier
> Associate Territory Manager
> Illinois
>
> f: 309-828-0781
> nathanfrancois@spinefrontier.com