UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>      Defendants. | Criminal No. 1:21-10256-IT |

**EXHIBIT E**

to

**GOVERNMENT'S MOTION FOR A FINDING OF WAIVER OF THE ATTORNEY – CLIENT PRIVILEGE OR, IN THE ALTERNATIVE, TO SET A DEADLINE FOR DEFENDANTS TO ADVISE THE COURT WHETHER THEY WILL <u>RELY ON ADVICE-OF-COUNSEL OR INVOLVEMENT-OF-COUNSEL</u>**

**IMPARTIAL Medical EXPERTS**

3296 N. Federal Highway #11831
Fort Lauderdale, FL 33338

PHONE: 1-855-411-6-ME
EMAIL: info@call-ime.com
www.ImpartialMedicalExperts.com

February 26, 2014

Dear Dr. Degenova,

In view of your position as a leader in the field of spine surgery, Impartial Medical Experts (IME) kindly invites you to join our medical expert referral service as a member of IME's leading panel of consultants providing product evaluations, product development, lectures, and medico-legal expert opinions for our clients. At IME, we aim to create a link between the most qualified doctors and those clients seeking out an objective professional voice. IME clients contract with us to take advantage of our relationship with consultants such as you, enabling these clients to address their myriad medical expert needs through us.

IME understands the compliance issues facing its clients and consultants, and has positioned itself to enable its consultants to provide services at fair market hourly rates in a statutorily compliant manner with respect to the Physician Payment Sunshine Act, Anti-Kickback Statute and the Stark Law as outlined in the enclosed legal opinion letter from our attorney.

As an IME consultant, you would provide services to medical device clients that include product evaluations, product development, industry trend analysis, research publications or product training and lectures. For litigation related matters, you would deliver expert opinions, reports, appearances, assessments for credentialing or professional review boards, and litigation testimony.

Please review the enclosed IME Consulting Agreement and, if interested, return a signed agreement.
We also make it easy for you to track and submit your own consulting hours by registering online at www.spinefrontier.com/ime.

Feel free to contact me at VanessaDudley@call-ime.com or at 480-278-1970, should you have any questions or comments

Regards,


Vanessa J. Dudley
Business Administrator


www.ImpartialMedicalExperts.com

IME-DUD-00167989