# EXHIBIT E

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

IN RE:  DIANA WILSON, MD    )
                            )
                            )
                            )

SWORN STATEMENT OF

DIANA WILSON, MD

OCTOBER 14, 2018

Reported By:

Dana Taylor, CSR

CSR No. 6048

```
 1   5 percent processing fee.
 2        Q.  Does it strike you as -- strike that.
 3            Why do you think he doesn't deserve to get a
 4   5 percent processing fee in this situation?
 5        A.  Well, he -- he's the owner of the company.
 6   He -- he makes money when the products are being bought.
 7        Q.  Essentially, the consulting agreement was to
 8   consult on products made by SpineFrontier; is that
 9   right?
10        A.  Yes.
11        Q.  Okay.  So, if you had done consulting pursuant
12   to this agreement, you'd be doing it for SpineFrontier;
13   right?
14        A.  Correct.
15        Q.  And IME is owned by the same person that owns
16   SpineFrontier; right?
17        A.  Yes.
18        Q.  So does it strike you as odd that the person
19   that you're doing the consulting for is also charging
20   you a processing fee for doing the consulting?
21        A.  Yes.
22                    (Exhibit 3 marked.)
23        Q.  I'm going to hand you what I'll mark as
24   Exhibit 3.  Exhibit 3 also has a Bates stamp of Wilson
25   and then the Number 9.
```

USAO_0001813

```
 1           Is this a document that you produced to the
 2   U.S. Attorney's office?
 3       A.  Yes.
 4       Q.  Okay.  And do you recall ever reading this
 5   letter?
 6       A.  Yes.
 7       Q.  And do you understand that this was an opinion
 8   letter provided by a law firm on behalf of Impartial
 9   Medical Experts?
10       A.  Yes.
11       Q.  And one of the things that the letter says is
12   that the consulting agreement complies with the Stark
13   Law, the Anti-Kickback Statute, and the Physician
14   Payments Sunshine Act.
15           Do you see that at the top --
16       A.  Yes.
17       Q.  -- in the first paragraph?
18           You do?
19       A.  Yes.
20       Q.  Okay.  And then the next paragraph says that
21   the attorneys who write this letter have acted only as
22   counsel for IME.
23           Do you see that in the second paragraph?
24       A.  Yes, I see it.
25       Q.  Okay.  Do you see in the paragraph with (ii),
```