# EXHIBIT G

Page 1

I
1 - 68

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

```
_____
                                   |
UNITED STATES OF AMERICA,          |
                                   |
                                   |
     VS.                           | Case No.
                                   |
                                   |
JOHN DOE.                          |
_____|
```

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Tuesday
May 8, 2018

APPEARANCE:   PATRICK CALLAHAN, ABRAHAM R. GEORGE and
              DAVID DERUSHA
              Assistant U.S. Attorneys

WITNESS:      JOSEPH A. SHEHADI

Apex Reporting
(617) 269-2900

USAO GJ_0004849

Page 22

1  because you don't know until you try, and, if it's not good,
2  it can be removed from the shelf.  So, in general, I, I like
3  to -- I'm in favor of surgeon choice.  So, he was thanking
4  me for it, which he didn't really have to thank me.  That's
5  wh -- how I customarily vote for things.
6      Q   So, after he tells you, "Hey, there could be this
7  opportunity for you, Dr.Shehadi, to do some consulting,"
8  where did things go from there in terms of your entering
9  into a relationship with Spine Frontier?
10     A   Well, this was about four years ago.  So, my
11 memory is -- although pretty good, it is not perfect, but
12 the essence is -- was, as I recall, that a man named Aditya,
13 who was the COO, Chief Operating Officer, at Spine Frontier,
14 called me on the telephone, and we talked about possibly
15 doing a consulting arrangement, and, and, then, later, there
16 was a phone call with Dr.Kingsley Chin, who is the CEO,
17 Surgeon and founder of this company.  So, it started off
18 with a couple of phone calls.
19     Q   Okay.  At some point in time, did you -- were you
20 sent an agreement, a Consulting Agreement by Spine Frontier?
21     A   Yes.
22     Q   If you could pickup Exhibit 21, which should be in
23 the stack in front of you, and just maybe move 20 to the
24 side?
25         What is Grand Jury Exhibit 21?

Page 23

1      A    This is a letter from IME to me, dated May 16th,
2    2014 -- so, the middle of May -- inviting me to participate
3    as a, as a consultant to improve their Spine Frontier
4    products, evaluate and improve the products.
5           MR. CALLAHAN:  I'm just going to read a portion of
6    this first paragraph, which I've highlighted up here on the
7    screen, if you want to follow along, and make sure I do it
8    right.
9           It says here, "In view of your position as a
10   leader in the field of neurosurgery, Impartial Medical
11   Experts (IME) kindly invites you to join our medical expert
12   referral service as a member of IME's leading panel of
13   consultants providing product evaluations, product
14   development, lectures, and medical/legal expert opinions for
15   our clients.  At IME, we aim to a link between the most
16   qualified doctors, and those clients seeking out an
17   objective professional voice.  IME clients contract with us
18   to take advantage of our relationship with consultants, such
19   as you, enabling these clients to address their myriad of
20   medical expert needs through us."
21          BY MR. CALLAHAN:
22     Q    So, this actual agreement you received is from --
23   did I read that correctly first of all?
24     A    That's correct.
25     Q    Okay, and this agreement has the heading, at the

Page 24

```
 1   top, "Impartial Medical Experts," or IME.
 2            Do you see that?
 3       A    Yes.
 4       Q    Did you know who this woman Vanessa Dudley was?
 5       A    No, not at the time.
 6       Q    Okay.  It talks here, in the IME coverpage, it
 7   mentions clients, plural.
 8            Did you do any work for anyone other than Spine
 9   Frontier through your relationship with IME?
10       A    No.
11       Q    Did you ever hear of anybody else doing any work
12   for any other clients than Spine Frontier in their
13   relationship with IME?
14       A    Not that I know of.
15       Q    If you turn to the next page of Exhibit 21, 1037
16   is at the bottom?
17            (Pause.)
18            BY MR. CALLAHAN:
19       Q    Is that your signature, Dr.Shehadi?
20       A    Yes.
21       Q    If you turn to the next page, with the title,
22   "Consulting Agreement," at the top, there is a date of June
23   1st, and your name at the top?
24            Do you see that?
25       A    Yes.
```

1    Q    Down at the bottom, it says, "Medical product and
2    system services, 500 to $100.00 per hour."
3         Did there come a time when you negotiated an
4    hourly rate with IME?
5    A    Yes.
6    Q    If you turn, turn forward a few pages, under
7    Exhibit A, is that your signature?
8    A    Yes.
9    Q    And what does it say there?
10   A    It say -- it says that we will log all work
11   online, and that we agreed to a rate of $500.00 per hour as
12   discussed," which we both felt was customary.
13   Q    When you say, "we both," who is that?
14   A    That's me, my attorneys, Spine Frontier, and
15   fellow colleagues. I have colleagues that do consulting,
16   and that's a pretty fair, pretty fair arrangement at the
17   time.
18   Q    If you look -- I'd like you now to turn to page
19   1041 at the bottom? It's towards the front.
20        Do you have that in front of you?
21   A    Yes.
22   Q    Can you read the top portion of that? I
23   highlighted it up here on the screen. Yep. That first
24   paragraph starting with, "It is expected."
25   A    Sure. "It is expected that a cervical spinal

USAO GJ_0004873

```
 1   product/construct evaluation is conducted within
 2   approximately 30 to 60 minutes, and a lumbar spine
 3   product/construct evaluation is conducted within
 4   approximately one to two hours.  This will not include
 5   surgical time spent utilizing and/or implanting spinal
 6   products."
 7        Q    Okay.  Now, you looked at this before you signed
 8   it.
 9             Right?
10        A    That's correct.
11        Q    And, after you signed this agreement, in June,
12   2014, did you subsequently have a conversation with anyone
13   at Spine Frontier or IME?
14        A    Well, yes.  Can I add something?
15        Q    Sure.
16        A    I wanted to say, besides reading this and signing
17   it, I ran this through my healthcare attorney as I always
18   do.
19        Q    Okay, and, and, then, you went ahead, after
20   talking with your attorney, and you signed the agreement?
21        A    That's correct.
22        Q    Okay.  After that, did you have a -- after, after
23   you signed the agreement, and spoke to your attorney --
24   right?
25        A    Right.
```