# **EXHIBIT H**

Page 1

I

1 - 66

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

```
_____
                                |
UNITED STATES OF AMERICA,       |
                                |
                                |
        VS.                     |   Case No.
                                |
                                |
JOHN DOE.                       |
_____|
```

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Tuesday
February 5, 2019

APPEARANCE:  PATRICK CALLAHAN, DAVID DERUSHA and
             ABRAHAM GEORGE
             Assistant U.S. Attorneys

WITNESS:     AGHA SHAHID KHAN

Apex Reporting
(617) 269-2900

Page 23

1  was.  But, I just -- it occurred to me that that may be the
2  same person.
3          But, that was -- that was it.  I had no
4  interaction with her besides that, if that is the same
5  person.
6      Q   I'd like you to turn to the -- attached to this is
7  a letter from a law firm directed to no one in particular.
8  It says, "To whom it may concern".  Do you see that?
9      A   Yes.
10     Q   And then, Exhibit A, is a consulting agreement, a
11  blank consulting agreement.  Do you see that?
12     A   Yes.
13     Q   Did you ultimately sign this agreement?
14     A   I'm not sure if there is a signature.
15         MR. CALLAHAN:  Let me refer you to Exhibit 65
16  which is the next one.  Then, we will come back to this
17  exhibit.
18                   (Grand Jury Exhibit No. 65 was
19                    marked.)
20         THE WITNESS:  Yes.
21         BY MR. CALLAHAN:
22     Q   So, Exhibit 65, at the top, it's a consulting
23  agreement with the Impartial Medical Experts letterhead at
24  the top; is that right?
25     A   Yes.

Page 24

1    Q    And your name is in the first paragraph?
2    A    Yes.
3    Q    And it says the agreement is effective April --
4    the 1st day of April, 2014?
5    A    Yes.
6    Q    And if you turn back to page 6, that's your
7    signature?
8    A    That is my signature.
9    Q    And you initialed each page?
10   A    Yes.
11   Q    Before you signed this agreement with IME, did you
12   speak with anyone at Spine Frontier about it?
13   A    I don't know when I spoke with them.  But, I know
14   I did bring up the question with Mr. Humad.  I think, it was
15   Mr. Humad.  That what does it mean, what is this.  And they
16   assured me this was just the right way to do it.
17        And I don't know how -- to me, these were not
18   really such a complicated thing.  I said okay, if that's
19   what you say.  He said sign it.
20        I don't think I -- most of the things that
21   usually, Jackie would review it.  And say, okay, it looks
22   fine and I will sign it.
23        But, yes, I did.  I did speak with them.  And I
24   was reassured that this was -- that part I remember.  I was
25   reassured that this was a good thing, a legal thing, the

USAO GJ_0004716

1  right way to do it.

2      Q    Who told you that it was a legal thing, the right
3  way to do it?

4      A    Mr. Humad.

5      Q    Did you ask him if it was legal?  Did you raise
6  the question?

7      A    I raised the question.  Not just once, it was for
8  two times, what we are doing is that falls within the -- the
9  allowed parameters of law.  I may not have used these words.
10 But, you know, I said is it legally correct.

11     Q    And what did Mr. Humad say to you?

12     A    He said, yes.  This is -- lawyers have reviewed it
13 and everything has been approved and it was okay.

14     Q    Did you end up performing or being paid by Spine
15 Frontier pursuant -- strike that.

16          Did you end up being paid by IME pursuant to this
17 agreement?

18     A    I believe, I did.  I can only -- because Jackie
19 does all the handling of those things.  And I understand I
20 was being paid by IME.

21          MR. CALLAHAN:  You can put that aside for a moment
22 and maybe just slide it over to your right.

23          BY MR. CALLAHAN:

24     Q    You were subpoenaed by the government in
25 connection with your appearance here; correct?