# EXHIBIT I

PRINOS - 2/24/2021

I
1 - 74
UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | |
|---|---|
| VS. | Case No. |
| JOHN DOE. | |

Via Cisco Webex

Wednesday
February 24, 2021

** SWORN STATEMENT **

APPEARANCE: PATRICK CALLAHAN, ABRAHAM GEORGE, DAVID DERUSHA
Assistant U.S. Attorneys

DEBORAH DENENBERG, ESQ., for the witness

WITNESS: PETER G. PRINOS

Apex Reporting
(617) 269-2900



GRAND JURY EXHIBIT
309-T
VG 7/12/21

PRINOS - 2/24/2021

Page 66

1    Q    In what sense?  How does it go to compliance?
2    A    It is against the compliance rules.  It's
3　against -- you know, again, I engaged doctors on their
4　products and the features and benefits of the products.  So,
5　what they were asking me to do was to do something totally
6　opposite.
7    Q    Which is what?
8    A    Lead with, you know, what they can potentially
9　earn from using our products.
10   Q    Do you know a doctor by the name of Dr. Shiau?
11   A    Yes.
12   Q    Who is he?
13   A    A spine surgeon in New York City.
14   Q    I'm going to show you Exhibit 9.
15                 (Exhibit Number 9 was marked
16                  for identification.)
17        BY MR. CALLAHAN:
18   Q    This is an e-mail from Ms. Dudley to Dr. Shiau
19　copying you, Mr. Humad, and there is another e-mail on the
20　cc: line, and the subject is revised IME consulting
21　agreement for SpineFrontier.
22        Do you see that?
23   A    Yes.
24   Q    Do you know why you were being copied on this e-
25　mail where Ms. Dudley sends the consulting agreement to Dr.

USAO GJ_0003096

PRINOS - 2/24/2021

Page 67

1   Shiau in March of 2014?
2       A   They asked me to go down and meet him.  I think,
3   you know, I shouldn't have been, because this whole
4   relationship was started without any knowledge that I had of
5   Dr. Shiau.
6           But, I think they were looking at me as like the
7   regional person.  And I had been down in that area trying to
8   find other surgeons that would potentially be interested in
9   our products.
10      Q   And in the e-mail that you're copied on, Ms.
11  Dudley writes, that "the attached e-mail includes updated
12  documents 'that better illustrate our consulting model and
13  explain why working with IME and SpineFrontier can be
14  mutually beneficial supportive and valid.'"
15          Do you see that?
16      A   Yes.
17      Q   And if you go down to the attachment that Ms.
18  Dudley sent and copied you on, the last page of it, the
19  second to the last page includes an illustrative example for
20  surgeon compensation with Impartial Medical Experts.
21          Do you see that?
22      A   Yes.
23      Q   And had you ever seen this description or this
24  illustration before when you were at SpineFrontier?
25      A   I don't remember seeing.  I don't think I remember

Apex Reporting
(617) 269-2900