# EXHIBIT J

| | |
|---|---|
| **From:** | Vanessa Dudley <vanessadudley@call-ime.com> |
| **Sent:** | Thursday, March 20, 2014 4:20 PM |
| **To:** | shiaujohn@yahoo.com |
| **Cc:** | Peter Prinos <PeterPrinos@spinefrontier.com>; Aditya Humad <AdityaHumad@spinefrontier.com>; misspinepa@gmail.com |
| **Subject:** | Revised IME Consulting Agreement for Spinefrontier |
| **Attach:** | IME Consultant-Dr. Shiau Abbreviated Agrmnt.pdf |

Dear Dr. Shiau,

I hope you are well!

Our client, Spinefrontier, truly values your extensive experience in complex spine procedures and, in doing so, would like to engage you on all of the newest developments and products.

There have been some new revisions to the IME consulting agreement and online tracker that we are excited about and hope you will be too.
Attached to this email you will find updated documents that better illustrate our consulting model and explain why working with IME **and** Spinefrontier, can be mutually beneficial, supportive, and valid.

IME now also addresses the issue of receiving payment via an LLC on a surgeon's behalf; all that is necessary is the completion of the electronic form granting authorization to do so.

Please take a look and if you would kindly provide a mailing address, I will be sure to send a full hard copy of the agreement package as well.

Best Regards,

**Vanessa J. Dudley**
Client Relations/Business Administrator

**Impartial Medical Experts**
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339 USA

**Work:** 855-411-6463
**Mobile:** 480-278-1970
**Fax:** 855-411-6463
**Email:** vanessadudley@call-ime.com
http://www.linkedin.com/in/vanessadudley1

See who we know in common                                                        Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

**EXHIBIT 9**

CONFIDENTIAL

SF-SHI-00001764

USAO_0001677

March 20, 2014


Dear Dr. Shiau,

In view of your position as a leader in the field of spine surgery, Impartial Medical Experts (IME) kindly invites you to join our medical expert referral service as a member of IME's leading panel of consultants providing product evaluations, product development, lectures, and medico-legal expert opinions for our clients. At IME, we aim to create a link between the most qualified doctors and those clients seeking out an objective professional voice. IME clients contract with us to take advantage of our relationship with consultants such as you, enabling these clients to address their myriad medical expert needs through us.

We believe government oversight of the industry will continue, as demonstrated by recent press related to investigations of physician-owned distributorships, or PODs by the Office of Inspector General (OIG). IME understands the compliance issues facing its clients and consultants, and has positioned itself to enable its consultants to provide services at fair market hourly rates in a statutorily compliant manner with respect to the Physician Payment Sunshine Act, Anti-Kickback Statute and the Stark Law as outlined in the enclosed legal opinion letter from our attorney.

As an IME consultant, you would provide services to medical device clients that include product evaluations, product development, industry trend analysis, research publications or product training and lectures. For litigation related matters, you would deliver expert opinions, reports, appearances, assessments for credentialing or professional review boards, and litigation testimony.

We have included in your package a 10-step process to begin working with IME and an illustrative example of compensation for your services along with the Consulting Agreement.

Feel free to contact me at VanessaDudley@call-ime.com or at 855-411-6463 should you have any questions or comments.


Regards,

**Vanessa J. Dudley**
Business Administrator



# 10 Steps to Working with a Spine Company:
**IMPARTIAL Medical EXPERTS**
www.ImpartialMedicalExperts.com
1-855-411-6IME
3296 N. Federal Highway
#11631 Fort Lauderdale
FL 33339
1-855-411-6463
info@call-ime.com

**STEP 01** — Evaluate different opportunities within spine

**STEP 02** — Review agreement to be a legally contracted IME consultant

**STEP 03** — Review illustrative compensation example for medical product services and litigation-related services

**STEP 04** — Help with hospital requests/approval to begin product evaluations

**STEP 05** — Establish track record and build relationship with the company

**STEP 06** — Seek other opportunities with the company in product development of a novel idea

**STEP 07** — Potential investment opportunities with the company

**STEP 08** — Leverage the company surgeons to be part of the LESS Institute Network

**STEP 09** — Look for other benefits to market and brand your practice

**STEP 10** — Participate in research opportunities or leadership positions on committees for educational societies



CONFIDENTIAL

SF-SHI-00001766
USAO_0001679



## Illustrative Example for Surgeon Compensation with Impartial Medical Experts (IME)*:

**Medical Spine Product Evaluation Services:**                                                        $500/hour

| _Hypothetical Example of a week:_ | # Evaluations | Estimated Hours / Evaluation | Total Hours | |
|---|---|---|---|---|
| Cervical Product Evaluations/Feedback | 3 | 1 hours | 3 hours | $1,500 |
| Lumbar Product Evaluations/Feedback | 3 | 2 hours | 6 hours | $3,000 |
| **Weekly Total** | | | | **$4,500** |
| | | | | |
| Monthly Total (assuming same weeks) | | | | $18,000 |
| | | | | |
| Training efforts in month | | | 3 hours | $1,500 |
| Strategic Discussions in month | | | 1 hours | $500 |
| | | | | |
| **Estimated Monthly Product Evaluation Services** | | | | **$20,000** |

**Litigation-Related Services:**

| _Hypothetical Example of a Month:_ | | |
|---|---|---|
| Patient Chart Reviews | 8 hours | $4,000 |
| Deposition Appearances | 4 hours | $2,000 |
| Pre-trial preparation and opinion letters | 8 hours | $4,000 |
| | | |
| **Estimated Monthly Litigation-Related Services** | | **$10,000** |

*The text above is for illustrative purposes only. Your decision to provide services is voluntary, to be renumerated consistent with fair market value for actual services rendered. Compensation agreed upon or actually paid will not be determined in a manner that takes into account the volume or value of any referrals or business. We recommend that you seek independent legal counsel from your attorney or financial advice from your tax advisor prior to deciding whether to execute this agreement or provide services.

**CONFIDENTIAL**                                                                                                                           **SF-SHI-00001767**

USAO_0001680

**STRONG & HANNI**
**LAW FIRM**

A Professional Corporation

Salt Lake City Office
3 Triad Center, Suite 500
Salt Lake City, UT 84180

T : (801) 532-7080
F : (801) 596-1508

WWW.STRONGANDHANNI.COM

| | | | |
|---|---|---|---|
| GLENN C. HANNI, P.C. | PETER H. BARLOW [1] | ANDREW B. McDANIEL | [1] ALSO MEMBER CALIFORNIA BAR |
| HENRY E. HEATH | MICHAEL L. FORD [3,4] | SADE A. TURNER [1] | [2] ALSO MEMBER COLORADO BAR |
| PHILIP R. FISHLER | GRADEN P. JACKSON [7] | CASEY W. JONES | [3] ALSO MEMBER DISTRICT OF COLUMBIA BAR |
| ROGER H. BULLOCK | H. SCOTT JACOBSON | RYAN C. BULLOCK | [4] ALSO MEMBER IDAHO BAR |
| R. SCOTT WILLIAMS | MICHAEL J. MILLER [6] | MICHAEL A. STAHLER | [5] ALSO MEMBER OREGON BAR |
| PAUL M. BELNAP | ANDREW D. WRIGHT | JESSE A. FREDERICK II | [6] ALSO MEMBER WASHINGTON BAR |
| STUART H. SCHULTZ | BYRON G. MARTIN [6] | R. ROMAN GROESBECK | [7] ALSO MEMBER WYOMING BAR |
| BRIAN C. JOHNSON [1] | BENJAMIN P. THOMAS | DAVID E. BROWN | ESTABLISHED 1888 |
| PAUL W. HESS | SUZETTE H. GOUCHER | S. SPENCER BROWN | |
| STEPHEN J. TRAYNER | LANCE H. LOCKE | KATHRYN T. SMITH | GORDON R. STRONG |
| STANFORD P. FITTS [7] | A. JOSEPH SANO | BROOKE JOHNSON | (1909-1969) |
| BRADLEY W. BOWEN | JAMES C. THOMPSON | ANDREW D. DAY | |
| PETER H. CHRISTENSEN [5] | PETER J. BAXTER | NICHOLAS E. DUDOICH | |
| ROBERT L. JANICKI [4] | LORI A. JACKSON | GREGORY N. GUNN | |
| H. BURT RINGWOOD | WILLIAM B. INGRAM | JASON L. DEFOREST | |
| CATHERINE M. LARSON | RYAN P. ATKINSON [7] | JESSICA J. JOHNSTON | |
| KRISTIN A. VANORMAN | JENNIFER R. CARRIZAL | | |
| KENT M. BROWN [4] | JEREMY C. KNIGHT [1] | | |

February 26, 2014

To Whom it May Concern:

    At the request of Impartial Medical Experts, L.L.C. a Delaware limited liability company ("IME"), we examined its proposed Consulting Agreement attached as Exhibit A (the "Agreement"). Based upon such examination of law as we deemed necessary and subject to the assumptions and qualifications set forth below, we are of the view that the Agreement, as drafted (a) complies with 42 U.S.C. 1395nn(a)(1) (i.e., the Stark Law), 42 U.S.C. 1320a-7b(b) (i.e., the Anti-Kickback Statute), and 42 C.F.R. Parts 402 and 403 (i.e., the Physician Payments Sunshine Act); and (b) meets the requirements set forth under 42 C.F.R. Part 1001.952(d), and 42 U.S.C. 1395nn(e)(3).

    In this review, we have acted as counsel _only_ for IME; each consultant is advised to seek independent counsel in evaluating the Agreement and its compliance with applicable laws and regulations. Our views expressed are premised upon the following assumptions:

(i) All documents examined are complete, authentic, accurate and the provisions/formation of the proposed Agreement are in accordance with applicable state and federal law; and

(ii) The compensation to be paid pursuant to Sections 2, 2.1, 2.1.1 and 2.1.2 of the Agreement will be for bona fide services by the Consultant consistent with fair market value, in arms'-length transactions; and

(iii) The parties will perform and implement the Agreement as it is drafted, and the compensation agreed upon and actually paid to the Consultant by IME _will not be_ determined in a manner that takes into account the volume or value of any referrals or business.

    We express no opinion with respect to the validity or effect of any revision to the proposed Agreement, or any subsequent Consulting Agreement. This letter is intended only for IME and is limited to the attached Agreement. This letter must not be copied or shared with, and may not be relied upon by, any other person without the prior written consent of the undersigned.

Very truly yours,

STRONG & HANNI

Peter J. Baxter

SALT LAKE OFFICE — 3 TRIAD CENTER, SUITE 500, SALT LAKE CITY, UTAH 84180
SANDY OFFICE — 9350 SOUTH 150 EAST, SUITE 820, SANDY, UTAH 84070

CONFIDENTIAL

SF-SHI-00001768

USAO_0001681