# EXHIBIT K

GRAND JURY EXHIBIT 54

| | |
|---|---|
| From: | Aditya Humad <adityahumad@spinefrontier.com> |
| To: | Michael Murray |
| CC: | 'Dr. Kingsley Chin'; 'Vanessa J. Dudley'; 'Dan Ullmann' |
| Sent: | 10/5/2013 12:03:52 AM |
| Subject: | Dr. Murray - Consulting Services Agreement |
| Attachments: | IME Consultant - Dr Murray Agreement Package.pdf; SF_IME Authorization Letter v7.pdf |

Dear Dr. Murray,

I wanted to share the attached memo from SpineFrontier in regard to outsourcing its consulting services to Impartial Medical Experts (IME).

I have also included the agreement package provided by IME, with a sample SpineFrontier monthly submission form for your review.

Let me know if you have any questions.

Best,
Aditya

**Aditya Humad**
Chief Financial Officer
VP of Business Development



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.
www.spinefrontier.com

P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968

This e-mail message and any attachments are confidential and may be privileged and proprietary. If you are not the intended recipient please notify SpineFrontier, Inc., immediately -- by replying to this message or by destroying all copies of this message and any attachments. The sender of this e-mail does not accept liability for any loss or damage arising in any way from the receipt or the use of this e-mail. Thank you.

SF-MUR-00000880

USAO GJ_0000440



500 Cummings Center  
Suite 3500  
Beverly, MA 01915  
U.S.A

Phone: +1 978 232 3990  
Fax: +1 978 232 3991  
www.spinefrontier.com  
customerservice@spinefrontier.com

September 27, 2013

**Memo: Outsourcing SpineFrontier, Inc. Consulting Services**

Dear Surgeons,

Like all device companies, SpineFrontier, Inc. understands that surgeon input on our products and training through consulting arrangements is important to advance the field and patient care. We also recognize the evolving compliance environment in lieu of the Physician Payments Sunshine Act, Anti-Kickback Statute, the Stark Law and comments by the Office of Inspector General related to physician-owned distributorships, or PODs. To that end, SpineFrontier, Inc. is removing direct consulting relationships with surgeons and has chosen to outsource all related consulting services to Impartial Medical Experts (IME). IME is a consulting referral service that works with a variety of companies to provide medical experts services such as independent medical expert testimony, expert witness opinions, product evaluation and teaching.

SpineFrontier, Inc. has authorized IME to manage its entire spine consulting services at a fair market rate of up to $500 per hour, which will replace any existing clinical advisor agreements effective October 1, 2013. For example, a product evaluation may take up to two hours depending on the complexity of the system.

We look forward to working with you on the various consulting activities through IME.

Sincerely,

**Aditya Humad**  
Chief Financial Officer  
VP of Business Development

**Paul Speidel**  
General Counsel  
Regulatory Affairs Manager

SF-MUR-00000893

USAO GJ_0000453