UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>　　　　　Defendants. | Criminal No. 1:21-10256-IT |

**EXHIBIT 4**

**GOVERNMENT'S OPPOSITION TO**
**<u>DEFENDANTS' MOTION TO DISMISS COUNTS 1-7</u>**

| | | | | |
|---|---|---|---|---|
| 5863 | Instant Messages | Outgoing | 8/10/2015 | 8/10/2015 5:27:39 PM(UTC-4) | From: ▓▓▓▓ ▓▓▓▓ Participants: 5441 Amanda (owner), 9696 ▓▓▓▓▓▓▓.com Lucas Dalton | And he has no clue |
| 5864 | Instant Messages | Outgoing | 8/10/2015 | 8/10/2015 5:27:55 PM(UTC-4) | From: 5441 Amanda (owner), To: 4626 Scott Autrey, ▓▓▓▓▓▓▓.com Lucas Dalton (owner) | How is he going to solve our credit holds |
| 5865 | SMS Messages | Incoming | 8/10/2015 | 8/10/2015 5:29:08 PM(UTC-4) | From: 9696 Scott Autrey To: 5441 Amanda (owner) | Hey guys, I kayak on the weekends, free dive for lobsters & scallops...just thought I'd let u know |
| 5866 | Instant Messages | Incoming | 8/10/2015 | 8/10/2015 5:31:35 PM(UTC-4) | From: 4626 Scott Autrey, Participants: 5441 Amanda (owner), 9696 ▓▓▓▓▓▓▓.com Lucas Dalton (owner) | No he really has no clue about the inner working of this thing in addition to the business. This isn't a normal customer service type company. |
| 5867 | SMS Messages | Incoming | 8/10/2015 | 8/10/2015 5:32:10 PM(UTC-4) | From: 9696 Scott Autrey To: 2469 Dan Habbyshaw 3475 Brandon Tanguay | Really helpful. Thanks Brandon |
| 5868 | SMS Messages | Incoming | 8/10/2015 | 8/10/2015 5:42:14 PM(UTC-4) | From: 3475 Brandon Tanguay To: 9696 Scott Autrey 2469 Dan Habbyshaw | Yes, you know....if u ever wandering around connecticut, just thought it would be important for you to know |
| 5869 | SMS Messages | Incoming | 8/10/2015 | 8/10/2015 5:47:36 PM(UTC-4) | From: 2469 Dan Habbyshaw To: 9696 Scott Autrey 3475 Brandon Tanguay | Thanks for the update. You are now Chief of Activities here at Stonefrontier |
| 5870 | SMS Messages | Incoming | 8/10/2015 | 8/10/2015 5:50:22 PM(UTC-4) | From: 3475 Brandon Tanguay To: 9696 Scott Autrey 2469 Dan Habbyshaw | Helluva Life |
| 5871 | Instant Messages | Outgoing | 8/10/2015 | 8/10/2015 7:51:52 PM(UTC-4) | From: 5441 Amanda (owner), Participants: 9696 Scott Autrey, ▓▓▓▓▓▓▓.com Lucas Dalton | You're right. He doesn't realize how dirty it is and the fact that it's basically pay for play |

USAO_0001057