UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | Criminal No. 1:21-10256-IT |

**EXHIBIT 6**

**GOVERNMENT'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS COUNTS 1-7**

# In The Matter Of:

*United States Department of Justice*
*Civil Investigative Demand CID 19-53 (D. Mass.)*

*Amanda B. Dalton*
*Vol. I*
*December 19, 2019*



**DORIS O. WONG ASSOCIATES, INC.**
COURT REPORTERS

50 Franklin St., Boston, MA 02110
Phone (617) 426-2432

*Original File CID-DALTON_Amanda.txt*
***Min-U-Script® with Word Index***

USAO_0000727

Amanda B. Dalton - Vol. I - December 19, 2019

83

1  about IME's status?
2      A.   I know that we likely mentioned that we
3  felt it was a shell company.  I do recall that
4  verbiage.  I mean, the consulting agreements have
5  certainly been a concern since the beginning.
6      Q.   A concern that you discussed with Scott?
7      A.   Yes.
8      Q.   And others?
9      A.   Amongst others, yes.
10     Q.   We'll get into some of that in a bit.
11          Do you know Vanessa Dudley?
12     A.   Yes.
13     Q.   Who is she?
14     A.   So earlier when I stated that I believed
15 Kingsley was the owner of some of these -- all of
16 these entities, I actually thought Vanessa was the
17 owner of IME, but I know that Vanessa is directly
18 connected to IME.
19     Q.   And what's your understanding of the
20 relationship between Vanessa Dudley and Kingsley
21 Chin?
22     A.   They are married.
23     Q.   Were they married at the time you started
24 at SpineFrontier, do you know?

**Doris O. Wong Associates, Inc.**

**Amanda B. Dalton - Vol. I - December 19, 2019**

```
                                                        107

 1      A.   I don't know that I recall that.
 2      Q.   Do you recall there being any discussions
 3  about creating IME as a way to avoid the
 4  restrictions and prohibitions in the Anti-Kickback
 5  Statute?
 6      A.   Not that specifically.
 7      Q.   What about in general?
 8      A.   I would say in general I knew that we
 9  reported everything from a Sunshine Act standpoint,
10  and so I didn't understand IME to be a vehicle to
11  circumvent that reporting.
12           But there was the question of whether or
13  not IME was what it was perceived to be based on the
14  website description of IME.
15      Q.   Meaning you had a concern that IME was
16  holding itself out as an independent company when it
17  wasn't?
18      A.   Yes.
19      Q.   When you say that you know that
20  SpineFrontier was making reports under the Sunshine
21  Act, do you actually know that SpineFrontier was
22  doing so on a timely basis?
23      A.   I know they weren't doing it on a timely
24  basis.
```

**Doris O. Wong Associates, Inc.**

USAO_0000727

**Amanda B. Dalton - Vol. I - December 19, 2019**

108

1    Q.   So you know that SpineFrontier eventually
2  made reports under the Sunshine Act?
3    A.   Yes.  And I didn't come to know of the
4  delay until the investigation.
5    Q.   If you look at the next page that ends in
6  Bates stamp 12216, do you see that this is a sample
7  letter from Scott Autrey that he provided as part of
8  the attachments to Exhibit 2?
9    A.   Yes.
10   Q.   And do you see at the top in the second
11 sentence Scott Autrey writes, "SpineFrontier is a
12 small, but rapidly growing company that started in
13 2006 by spine surgeons to help other surgeons in
14 whatever ways they may need it due to the ever-
15 changing landscape.  A major way is through a
16 consulting agreement, since dwindling reimbursement
17 is the major problem that I hear the most about.
18 This not only helps you, but also keeps us at the
19 forefront of innovation and driving this company
20 forward."  Do you see that?
21   A.   Yes.
22   Q.   Do you understand from -- strike that.
23        Is this message that Scott writes in this
24 attachment to Exhibit 2 consistent with what you

**Doris O. Wong Associates, Inc.**

Amanda B. Dalton - Vol. I - December 19, 2019

115

```
 1  just like SpineFrontier is, just like AxioMed is,
 2  under the KIC Ventures umbrella, so maybe I don't
 3  understand your question.
 4       Q.   When you say "independent company," I take
 5  it you mean that there is, to your knowledge, a
 6  company called IME that is not exactly the same
 7  company as SpineFrontier?
 8       A.   Correct.
 9       Q.   Was IME, to your knowledge, independent in
10  any real way from SpineFrontier?
11       A.   No.
12       Q.   Because it had only one employee, correct?
13       A.   Yes.
14       Q.   And that employee was Dr. Chin's wife,
15  correct?
16       A.   Yes.
17       Q.   And it didn't have a physical location,
18  correct?
19       A.   Yes.
20       Q.   And all of the physicians who worked as
21  consultants for SpineFrontier worked through IME,
22  correct?
23       A.   To my knowledge, yes.
24       Q.   And you weren't aware of anyone who worked
```