UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | Criminal No. 1:21-10256-IT |

# EXHIBIT 13

## GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS 1-7

**From:** Callahan, Patrick (USAMA)
**Sent:** Thursday, January 25, 2024 11:41 AM
**To:** Barry Pollack; Joshua Solomon; Daniel Marx; William Fick
**Cc:** George, Abraham (USAMA); Looney, Christopher (USAMA); Husted, Susanne (USAMA)
**Subject:** U.S. v. SpineFrontier, Chin, Humad - Advice of counsel and waiver / CMS-Open Payments Program

Counsel:

Related to the government's motion to set a deadline by which defendants must elect whether they will rely on an advice of counsel / presence of counsel defense at trial, the government also intends to seek a ruling on whether the defendants waived the attorney client privilege by disclosing to third-party surgeons/potential consultants opinion letters that Strong & Hanni wrote for the defendants. If you would like to meet and confer on this topic, let us know a time that works for you and we will make ourselves available.

Also, following up on our meet and confer from last Friday, the Government maintains its position that the CMS-Open Payments Program is not part of the prosecution team. See Ruiz v. United States, 221 F. Supp. 2d 66 (D. Mass. 2002); United States v. Avellino, 136 F.3d 249 (2d Cir. 1998). Moreover, we understand that SpineFrontier itself is in possession of the information it submitted to the CMS-Open Payments Program. That said, we have considered your request and our follow-up discussion last week, and we will agree to reach out to the CMS-Open Payments Program and request the information you identified in your December 22, 2023 letter. Also, we expect in the coming days to make a production of information from the CMS-Open Payments Program that is already in the government's possession.

Thanks.

**Patrick Callahan (he/him/his) | Deputy Chief, Health Care Fraud | District of Massachusetts**
Phone: 617.748.3268 | Mobile: 857.201.1156 | Email: Patrick.Callahan@usdoj.gov
U.S. Attorney's Office, District of Massachusetts, 1 Courthouse Way, Boston, MA 02110