UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | Criminal No. 1:21-10256-IT |

**EXHIBIT 14**

**GOVERNMENT'S OPPOSITION TO
<u>DEFENDANTS' MOTION TO DISMISS COUNTS 1-7</u>**

## HHS Organizational Charts Office of Secretary and Divisions

