**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

KINGSLEY R. CHIN,
ADITYA HUMAD, and
SPINEFRONTIER, INC.,

             Defendants.

Criminal No. 1:21-10256-IT

**EXHIBIT 15**

**GOVERNMENT'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS COUNTS 1-7**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**

APPROVED
LEADERSHIP As
of
**January 17, 2024**
*Acting

---

**OFFICE OF BURDEN REDUCTION & HEALTH INFORMATICS**
Stella (Stace) Mandl, Dir*
Suzanne Martin-Devroye, Dep. Dir.*
Alex Mugge, Chief Health Infomatics Officer
(FCS)

**OFFICE OF PROGRAM OPERATIONS & LOCAL ENGAGEMENT**
Nancy O'Connor, Dir
Erin Sutton, Dep. Dir. Of Drug Health Plan Opers.
Tiffany Swygert, Dep. Dir. For Innovation & Fin. Mgmt.
John Hammarlund, Dep. Dir. For Local Eng. & Admin.
Raymond Hurd, Dep. Dir. For Strategy & Bus. Opers.
(FCY)

**OFFICE OF ENTERPRISE DATA AND ANALYTICS**
Allison Oelschlaeger, Dir. & CMS Chief Data Officer
Katie Hitchcock, Dep. Dir.     (FCW)

**OFFICE OF EQUAL OPPORTUNITY AND CIVIL RIGHTS**
Anita Pinder, Director
Alaina Jenkins, Dep. Dir.     (FCA)

**OFFICE OF COMMUNICATIONS**
Mary Wallace, Dir*
Mary Wallace, Dep. Dir. for Operations
Karen Aldana, Dep. Dir. for Communications
(FCT)

**OFFICE OF LEGISLATION**
Arielle Woronoff, Director
Jennifer Boulanger, Dep. Dir.     (FCC)

**FEDERAL COORDINATED HEALTH CARE OFFICE**
Tim Engelhardt, Director
Kerry Branick , Dep. Dir.*     (FCQ)

**OFFICE OF MINORITY HEALTH**
Aditi Mallick, Dir*
Pamela Gentry, Dep. Dir.     (FCN)

**OFFICE OF THE ACTUARY**
Paul Spitalnic
Director and CMS Chief Actuary     (FCE)

**OFFICE OF STRATEGIC OPERATIONS AND REGULATORY AFFAIRS**
Kathleen Cantwell, Director
Kerrian Reynolds, Dep. Dir.     (FCF)

---

**Chiquita Brooks-LaSure**
ADMINISTRATOR

**Jonathan Blum**
PRINCIPAL DEPUTY ADMINISTRATOR & CHIEF OPERATING OFFICER

**Erin Richardson**
CHIEF OF STAFF

**John Czajkowski,**
DEPUTY CHIEF OPERATING OFFICER
(FC)

---

**DIGITAL SERVICE at CMS**
Andrea Fletcher, Dir
Aryeh Jacobsohn, Dep Dir
(FCM3)

**OPERATIONS**
(FCM)

**EMERGENCY PREPAREDNESS & RESPONSE OPERATIONS**
CAPT Skip A. Payne, Director
Rodney Waltersdorff, Dep. Dir.     (FCM5)

**OFFICE OF INFORMATION TECHNOLOGY**
Rajiv Uppal, Dir. & CMS Chief Information Officer (CIO)
Vacant, Dep. Dir.
George Hoffmann, Dep. Dir. & Dep. CIO
George Linares, CMS Chief Technology Officer
(FCMB)

**OFFICE OF STRATEGY, PERFORMANCE, AND RESULTS**
Bill Samples, Dir,
(FCMS)

**OFFICE OF ACQUISITION AND GRANTS MANAGEMENT**
Derrick Heard, Director
Douglas Bergevin, Dep. Dir.
(FCMC)

**OFFICE OF SECURITY, FACILITIES AND LOGISTICS OPERATIONS**
James Weber, Director
Elizabeth Mack, Dep. Dir.     (FCMQ)

**OFFICES OF HEARINGS AND INQUIRIES**
Randy Brauer, Director
James Slade, Dep. Dir.
(FCMN)

**OFFICE OF HUMAN CAPITAL**
Stephanie Bovell, Director & Chief Human Capital Officer*
Stephanie Bovell, Dep. Dir.
(FCMR)

**OFFICE OF FINANCIAL MANAGEMENT**
Megan Worstell, Director & CMS Chief Financial Officer
Larry Young, Dep. Dir.
(FCME)

---

**CENTER FOR CLINICAL STANDARDS AND QUALITY**
Dora Hughes M.D., CMS Chief Medical Officer & Director
Jean Moody-Williams, Dep. Dir.
Tamyra Garcia, Dep. Dir.*
Shari Ling, M.D., CMS Dep. Chief Medical Officer
Michelle Schreiber, M.D., Dep. Dir. for Quality & Value
**OFFICE OF CLINICIAN ENGAGEMENT**
Barry Marx, M.D., Dir.
(FCG)

**CENTER FOR MEDICARE AND MEDICAID INNOVATION**
Elizabeth Fowler, Deputy Administrator and Director
Ellen Lukens, Dep. Dir.
Arrah Tabe-Bedward, Dep. Dir.     (FCP)

**CENTER FOR MEDICARE**
Dr. Meena Seshamani M.D. PhD, Deputy Administrator and Director
Ing-Jye Cheng, Dep. Dir.*
Cheri Rice, Dep. Dir.     (FCH)

**CENTER FOR MEDICAID AND CHIP SERVICES**
Daniel Tsai, Deputy Administrator and Director
Anne Marie Costello, Dep. Dir.
Sara Vitolo, Dep. Dir.
Dr. Jessica Lee Chief Medical Officer*     (FCJ)

**CENTER FOR PROGRAM INTEGRITY**
Dara Corrigan, Deputy Administrator and Director
Jeneen Iwugo, Dep. Dir.*
Amy Turner, Dep. Dir.
George Mills, Dep. Dir.     (FCL)

**CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT**
Dr. Ellen Montz Deputy Administrator and Director
Jeff Grant, Dep. Dir. for Operations
Jeff Wu,(he/him) Dep. Dir. for Policy
Michael Jimenez, Center Chief Technology Officer
(FCR)

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## OPERATIONS
## OFFICE OF HUMAN CAPITAL



Stephanie Bovell, Director & Chief Human Capital Officer*
Stephanie Bovell, Dep. Dir.

**WORKFORCE MANAGEMENT GROUP**
Michael Pier, Director

DIV OF WORKFORCE COMPLIANCE
Donna O'Dowd, Dir.
Roger Gumbs, Dep. Dir.*

DIV OF PERFORMANCE AND ORGANIZATIONAL PROGRAMS
Toshia Brown, Dir.
Capt. Chris Dunbar, Dep. Dir.

DIV OF ETHICS MANAGEMENT
Joe Dion, Dir.

**EMPLOYEE SERVICES GROUP**
David Magnotta, Director
Deborah Gadsden, Dep. Dir.

DIV OF TALENT DEVELOPMENT
Melanie Falin, Dir.
Stacey Bryson, Dep. Dir.

DIV OF WELLNESS AND ENGAGEMENT
Ken Williams, Dir.

DIV OF ACQUISITION CERTIFICATION & TRAINING
Famane Brown, Dir.

**OPERATIONS & CUSTOMER RELATIONS GROUP**
Crystal High, Dir.

DIV OF STRATEGIC CUSTOMER RELATIONS
Shakia Ward, Dir.

**TALENT ACQUISITION & BENEFITS GROUP**
Jeannette Gray-Watkis, Dir
Kathy Branch, Dep. Dir.

DIV OF CLIENT OPERATIONS A
Erin Mangle, Dir.
Kelly Anderson, Dep. Dir.

DIV OF CLIENT OPERATIONS B
Victoria Cox, Dir..
Darla Yoos, Dep. Dir.

DIV OF PAY & BENEFITS
Mark Stewart, Dir.*

PAYROLL OPERATIONS BRANCH
Veronica Williams-Johnson, Br Chief

BENEFITS BRANCH
Mark Stewart, Br Chief

**HUMAN CAPITAL STRATEGY & SYSTEMS GROUP**
Jon Donnelly, Director

DIV OF WORKFORCE SYSTEMS
Carla Jones, Dir.

DIV OF WORKFORCE ANALYTICS & ACCOUNTABILITY
Marie Summerville, Dir.

DIV OF WORKFORCE OPTIMIZATION
TaRhonda Harrison, Dir.
Stephanie Culver, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## OFFICE OF EQUAL OPPORTUNITY AND CIVIL RIGHTS



Anita Pinder, Director
Alania Jenkins, Dep. Dir.

AFFIRMATIVE EMPLOYMENT
GROUP
Craig Borne, Dir.

EQUAL EMPLOYMENT
OPPORTUNITY & CIVIL RIGHTS
POLICY GROUP
Nicole Oke, Dir.

EQUAL EMPLOYMENT
OPPORTUNITY COMPLIANCE
GROUP
Ronza Othman, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## OFFICE OF COMMUNICATIONS

**Mary Wallace, Dir***
Mary Wallace, Dep. Dir. for Operations
Karen Aldana, Dep. Dir. for Communications

- INTEGRATED COMMUNICATIONS MANAGEMENT STAFF
  Julie Franklin, Dir.
  Mimi Toomey, Dep. Dir.
- BUSINESS OPERATIONS STAFF
  Shawn Bennett, Dir.

- MEDIA RELATIONS GROUP
  Catherine Howden, Director
  Rachel Wagner, Dep. Dir.
- STRATEGIC MARKETING GROUP
  Chris Koepke, Director
  Laura Salerno, Dep. Dir.
  - DIV OF CAMPAIGN MANAGEMENT
    Barbara Johanson, Director
  - DIV OF RESEARCH
    Clarese Astrin, Director
  - DIV OF DIGITAL MARKETING
    Mark Krawczyk, Director
- CREATIVE SERVICES GROUP
  Erin Pressley, Director
  Amy Miner, Dep. Dir.
  - DIV OF CONTENT DEVELOPMENT
    Valerie Perkins, Director
  - DIV OF PRODUCT PLANNING & DISTRIBUTION
    John Parry, Director
  - DIV OF MULTIMEDIA SERVICES
    Laura Billett, Director
  - DIV OF TRAINING
    Alicia Lew, Director
  - DIV OF INTERNAL AGENCY COMMUNICATIONS
    Regina Fletcher, Director
- WEB AND EMERGING TECHNOLOGIES GROUP
  Jon Booth, Director
  Rachael Horvath, Dep. Dir.
  - DIV OF WEBSITE OPERATIONS
    Robert Amos, Director
  - DIV OF WEB DEVELOPMENT
    Nathaniel Mudd, Director
  - DIV OF WEB PLANNING AND SUPPORT
    Karyn Klein, Director
  - DIV OF WEB EXPERIENCE
    Jen Kordonski, Director
- CALL CENTER OPERATIONS GROUP
  Frances Harmatuk, Director
  Naomi Johnson, Dep. Dir.
  - DIV OF TRAINING, QUALITY AND CONTENT
    Mark Broccolino, Director
  - DIV OF CALL CENTER OPERATIONS
    Lindsay Ambush, Director
  - DIV OF CALL CENTER SYSTEMS
    Brenton Snodderly, Director
- PARTNER RELATIONS GROUP
  Stefanie Costello, Director
  Jonathan Blanar, Dep. Dir.



## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CENTERS FOR MEDICARE & MEDICAID SERVICES
### OFFICE OF LEGISLATION



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CENTERS FOR MEDICARE & MEDICAID SERVICES
### FEDERAL COORDINATED HEALTH CARE OFFICE



Tim Engelhardt, Director
Kerry Branick, Dep. Dir.*

PROGRAM ALIGNMENT GROUP

Kimberly Spalding Bush, Dir.
Melissa Seeley Macker, Dep. Dir.

MODELS, DEMONSTRATIONS AND ANALYSIS GROUP
Lindsay Barnette, Dir.
Kerry Branick, Dep. Dir.

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
#### CENTERS FOR MEDICARE & MEDICAID SERVICES
#### OFFICE OF MINORITY HEALTH



Aditi Mallick, Director*
Pamela Gentry, Dep. Dir.

DATA ANALYTICS & RESEARCH
GROUP GROUP

Meagan Khau, Director

POLICY & PROGRAM
ALIGNMENT GROUP

Meena Abraham, Director

Business Operations Services
& Engagement Group

Sherry Armstead, Director

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**OFFICE OF THE ACTUARY**



Paul Spitalnic
Director and CMS Chief Actuary

MEDICARE AND MEDICAID COST ESTIMATES GROUP

John Shatto, Director
Suzanne Codespote, Dep, Dir.
Tristan Cope, Dep. Dir.
Christopher Truffer, Dep. Dir.

NATIONAL HEALTH STATISTICS GROUP

Stephen Heffler, Dir.
Aaron Catlin, Dep. Dir.
John Poisal, Dep. Dir.

PARTS C & D ACTUARIAL GROUP

Jennifer Lazio, Dir.
Vacant, Dep. Dir.
Kirk Limmer, Dep. Dir.
Blake Pelzer, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### OFFICE OF STRATEGIC OPERATIONS AND REGULATORY AFFAIRS



**Kathleen Cantwell , Director**
Kerrian Reynolds, Dep. Dir.

**BUSINESS OPERATIONS STAFF**
Shanae Merrick, Dir.

**PROGRAM COORDINATION & CORRESPONDENCE GROUP**
Linda B. Abbott, Dir.
Marilyn Jackson, Dep. Dir.*

**OFFICE OF THE ATTORNEY ADVISOR**
Jacqueline R. Vaughn, Dir.

**REGULATIONS DEVELOPMENT GROUP**
Martique Jones, Dir.
Sheli Harris, Dep. Dir.

**ISSUANCES, RECORDS & INFORMATION SYSTEMS GROUP**
Felipe Pech, Dir.
Janis Nero, Dep. Dir.

**FREEDOM OF INFORMATION GROUP**
Michele Edmondson-Parrott, Dir.
Joseph Tripline, Dep Dir.*

**DIV OF PROGRAM COORDINATION & CORRES A**
Edward Lilley, Dir.

**DIV OF REGULATIONS DEVELOPMENT A**
Renee Swann, Dir.

**DIV OF ISSUANCES**
Timothy Jennings, Dir.

**DIV OF FOIA ANALYSIS A**
Desiree Gaynor, Dir.*

**DIV OF PROGRAM COORDINATION & CORRES B**
Marilyn Jackson, Dir.*

**DIV OF REGULATIONS DEVELOPMENT B**
Shawn Braxton, Dir.

**DIV OF RECORDS & INFORMATION SYSTEMS**
Susan Little, Dir.

**DIV OF FOIA ANALYSIS B**
Spencer Christian, Dir.

**DIV OF PROGRAM COORDINATION & CORRES C**
Tia Witherspoon, Dir.

**DIV OF REGULATIONS DEVELOPMENT C**
Annette Brewer, Dir.

**CONTROLLED UNCLASSIFIED INFORMATION AND OPERATIONS STAFF**
Carly Richmond, Dir.

**DIV OF FOIA ANALYSIS C**
Emmett Nicholson, Dir.

**DIV OF CORRESPONDENCE & OPERATIONS MGMT**
LaShawn Reese, Dir.

**DIV OF INFO COLLECTIONS AND REGULATORY IMPACTS**
William Parham, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR CLINICAL STANDARDS AND QUALITY



**CENTER FOR CLINICAL STANDARDS AND QUALITY**
Dora Hughes M.D., CMS Chief Medical Officer & Director*
Jean Moody-Williams, Dep. Dir.
Tamyra Garcia, Dep. Dir.*
Shari Ling, M.D., CMS Dep. Chief Medical Officer Michelle Schreiber, M.D., Dep. Dir. for Quality & Value
———————————
OFFICE OF CLINICIAN ENGAGEMENT
Barry Marx, M.D., Dir.

**OFFICE OF CLINICIAN ENGAGEMENT**
Barry Marx, M.D., Dir.

**CLINICAL STANDARDS GROUP**
Lisa Parker, Dir.
Adam Richards, Dep. Dir.

**COVERAGE AND ANALYSIS GROUP**
Tamara Syrek Jensen, Dir.
Joseph Chin, M.D., Dep. Dir.
Chief Medical Officer for Coverage and Analysis
Steven Farmer, Dep. Dir. Chief Strategy Officer for Coverage and Analysis

**INFORMATION SYSTEMS GROUP**
Mark Plaugher, Dir.*
Mindy Riley, Dep. Dir.*

**iQUALITY IMPROVEMENT & INNOVATION GROUP**
Anita Monteiro, Dir.
Shane Illies, Dep. Dir.

**QUALITY MEASUREMENT & VALUE-BASED INCENTIVES GROUP (QMVIG)**
Michelle Schreiber, M.D., Dir.
Traci Archibald, Dep. Dir.*

**QUALITY, SAFETY, & OVERSIGHT GROUP**
David Wright, Dir.
Tennille Rogers, Dep. Dir.

**SURVEY & OPERATIONS GROUP**
Karen Tritz, Dir.
Veronica Singfield, Dep. Dir
Karen Hillman, Dep. Dir.

**BUSINESS OPERATIONS GROUP**
Jennifer Dubbs Dir.
Vacant, Dep. Dir.
Gil Silva, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR CLINICAL STANDARDS AND QUALITY



CLINICAL STANDARDS GROUP

Lisa Parker, Dir.
Adam Richards, Dep. Dir.

DIV OF INSTITUTIONAL
QUALITY STANDARDS

Ronisha Blackstone, Dir.

DIV OF NON-INSTITUTIONAL
QUALITY STANDARDS

Lauren Oviatt, Dir.*

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CLINICAL STANDARDS AND QUALITY



**COVERAGE AND ANALYSIS GROUP**
Tamara Syrek Jensen, Dir.
Joseph Chin, M.D., Dep. Dir. Chief Medical Officer for Coverage and Analysis
Steven Farmer, Dep. Dir. Chief Strategy Officer for Coverage and Analysis

**EVIDENCE DEVELOPMENT DIV**
Andrew Ward, Dir.

**DIV OF POLICY & EVIDENCE REVIEW**
Vacant, Dir.*
Joanna Baldwin, Dep. Dir.*

**DIV OF BUSINESS OPERATIONS**
Michelle Atkinson, Dir.

**DIV OF POLICY COORDINATION & IMPLEMENTATION**
Elizabeth Truong, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR CLINICAL STANDARDS AND QUALITY



**SYSTEMS IMPLEMENTATION STAFF**
Christopher Reinartz, Dir.*
Christopher Reinartz, Dep. Dir.

**INFORMATION SYSTEMS GROUP**
Mark Plaugher, Dir.*
Mindy Riley, Dep. Dir.*

**INFORMATION SECURITY STAFF**
Seth Thomas, Dir.

**DIV OF QUALITY SYSTEMS AND OPERATIONS SUPPORT**
Roni Garland-Wynegar, Dir.
Greg Eccleston, Dep. Dir.

**DIV OF QUALITY SYSTEMS GOVERNANCE, ENGINEERING, & DEVELOPMENT**
Ken Howard, Dir.
Katie Holmes, Dep. Dir.

**DIV OF PQRS & ESRD SYSTEMS**
Betina Fletcher, Dir.
Christopher Morici, Dep. Dir.

**DIV OF HOSPITALS, ASC, & QIO SYSTEMS**
Adam Heller, Dir.*
Mark Canfield, Dep. Dir.

**DIV OF QUALITY SYSTEMS FOR ASSESSMENTS & SURVEYS**
Quentin Tyson, Dir.*
Ellen Barry, Dep. Dir.

**DIV OF ACQUISITIONS & BUDGET**
Dana Boritz, Dir.
Van Johnson, Dep. Dir.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**CENTER FOR CLINICAL STANDARDS AND QUALITY**

iQUALITY IMPROVEMENT &
INNOVATION GROUP

Anita Monteiro, Dir.
Shane Illies, Dep. Dir.

---

**DIV OF COMMUNITY &**
**POPULATION HEALTH**

Colleen Frey, Dir.*

Angel Davis, Dep. Dir.

---

**DIV OF BENEFICIARY REVIEWS &**
**CARE MANAGEMENT**

Laura Coleman, Dir.
Confidence Gbarayor-Hyde, Dep. Dir.

---

**DIV OF STRATEGIC INNOVATION,**
**EVALUATION & COMMUNICATION**

CAPT Ron West, Dir.*
Vacant, Dep. Dir.

---

**DIV OF QUALITY IMPROVEMENT**
**INNOVATION MODELS TESTING**

Ally McCoy, Dir.
Sabrina Chakhtoura, Dep. Dir.*

---

**DIV OF TRANSFORMING**
**CLINICAL PRACTICES**

CAPT Ron West, Dir.*

Shelly Coyle Dep. Dir.*

---

**DIV OF KIDNEY HEALTH**

Melissa Dorsey, Dir.*
Ann Turner, Dep. Dir.*

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR CLINICAL STANDARDS AND QUALITY



QUALITY MEASUREMENT &
VALUE-BASED INCENTIVES GROUP

Michelle Schreiber, M.D., Dir.
Tamyra Garcia, Dep. Dir.

DIV OF CHRONIC & POST
ACUTE CARE

Shequila Purnell-Saunders, Dir.
Nikia Gaskins, Dep. Dir.

DIV OF QUALITY
MEASUREMENT

Vacant, Dir.
Vinitha Meyyur, Dep. Dir.

DIV OF ELECTRONIC AND
CLINICIAN QUALITY (DECQ)

Aucha Prachanronarong, Dir.
Jeanette Ellis, Dep. Dir.*

DIV OF PROGRAM AND
MEASUREMENT SUPPORT

Helen Dollar-Maples, Dir.
Nidhi-Singh Shah, Dep. Dir.

DIV OF VALUE-BASED
INCENTIVES & QUALITY
REPORTING
Grace Snyder, Dir.
Laura Lowenstein-Turner, Dep.
Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CLINICAL STANDARDS AND QUALITY



QUALITY, SAFETY, & OVERSIGHT GROUP

David Wright, Dir.
Tennille Rogers, Dep. Dir.

**DIV OF CONTINUING & ACUTE CARE PROVIDERS**
Scott Cooper, Dir

CONTINUING & ACUTE CARE PROVIDERS BR A
Sara Brice-Payne
Br Mgr

CONTINUING & ACUTE CARE PROVIDERS BR B
Dianna Wardlow-Dotter
Br Mgr*

**DIV OF CLINICAL LABORATORY IMPROVEMENT & QUALITY**
Gregg Brandush, Dir.

CLIA OPERATIONS BR A
Daniel Hesselgesser, Br Mgr

CLIA OPERATIONS BR B (CPBB)
Latoya Laing, Br Mgr* (FCGGBB)

CLIA OPERATIONS BR C
Karen Fuller
Br Mgr

CLIA POLICY BR A
Angelique Daubert
Br Mgr*

CLIA POLICY BR B
Raelene Perfetto
Br Mgr*

**DIV OF NURSING HOMES**
Evan Shulman, Dir.

QUALITY & SAFETY BR
Eimee Casal, Br Mgr*

OVERSIGHT & TRANSPARENCY BR
Celeste Saunders
Br Mgr

**QUALITY & SAFETY EDUCATION DIV**
Tarnisha Boone, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR CLINICAL STANDARDS AND QUALITY

**SURVEY & OPERATIONS GROUP (SOP)**
Karen Tritz, Dir.
Veronica Singfield, Dep Dir.
Karen Hillman, Dep Dir. (FCGL)

- **NORTHEAST SURVEY & ENFORCEMENT DIV** — Heather Lang, Dir.
  - NORTHEAST ACUTE & CONTINUING CARE BR — Roxanne Rocco, Br Mgr.
  - BOSTON LTC BR — CAPT Hyosim Seon-Spada, Br Mgr
  - NEW YORK LTC BR — Ronell Copeland, Br Mgr
  - PHILADELPHIA LTC BR — Michele Clinton, Br Mgr
- **ATLANTA SURVEY & ENFORCEMENT DIV** — Linda Smith, Dir.
  - ATLANTA ACUTE & CONTINUING CARE BR — Melissa Foreman, Br Mgr
  - ATLANTA LTC BR 1 — Jill Jones, Br Mgr
  - ATLANTA LTC BR 2 — Stephanie Davis, Br Mgr
- **CHICAGO SURVEY & ENFORCEMENT DIV** — Anna Olson, Dir.
  - CHICAGO ACUTE & CONTINUING CARE BR — Michael Potjeau, Br Mgr.
  - CHICAGO LTC BR 1 — Christine Mccune, Br Mgr
  - CHICAGO LTC BR 2 (CLB2) — Tamika Brown, Br Mgr (FCGLCC)
  - LSC BR — Steve Pelinski, Br Mgr
- **DALLAS SURVEY & ENFORCEMENT DIV** — Gerardo Ortiz, Dir.
  - DALLAS ACUTE & CONTINUING CARE BR — Marcus Foster, Br Mgr.
  - DALLAS LTC BR 1 — James Dickens, Br. Mgr.*
  - DALLAS LTC BR 2 — Vilma Acosta, Br Mgr
- **KANSAS CITY & DENVER SURVEY & ENFORCEMENT DIV** — Benton Williams, Dir.*
  - KC & DENVER ACUTE & CONTINUING CARE BR — Beth Chalick-Kaplan, Br Mgr*
  - KC LTC BR — Trevor Stone, Br Mgr
  - DENVER LTC BR — Mutiu Okanlawon, LTC Br Mgr.
- **SAN FRANCISCO & SEATTLE SURVEY & ENFORCEMENT DIV** — Jim Bossenmeyer, Dir.*
  - SF & SEA ACUTE & CONTINUING CARE BR — Renae Hill, Br Mgr
  - SF LTC BR 1 — Letisha Secret, Br Mgr*
  - SF LTC BR 2 — Dara Graham, Br Mgr*
  - SEA LTC BR — Kaitlin Masanek, Br Mgr*



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CLINICAL STANDARDS AND QUALITY



BUSINESS OPERATIONS GROUP

Jennifer Dubbs, Dir.
Vacant, Dep. Dir.
Gil Silva, Dep. Dir.

DIV OF ADMINISTRATIVE
OPERATIONS

Kurt Austin, Dir.
Vacant, Dep. Dir.

DIV OF BUDGET AND
CONTRACT MANAGEMENT

Jeff Pleines, Dir.
Doug Rimel, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## OPERATIONS



**DIGITAL SERVICE at CMS**
Andrea Fletcher, Director
Aryeh Jacobsohn, Dep Dir

Jonathan Blum
PRINCIPAL DEPUTY ADMINISTRATOR
&
CHIEF OPERATING OFFICER

John Czajkowski,
Deputy Chief Operating Officer

**EMERGENCY PREPAREDNESS & RESPONSE OPERATIONS**
CAPT Skip A. Payne, Director
Rodney Waltersdorff, Dep. Dir.

**OFFICE OF INFORMATION TECHNOLOGY**
Rajiv Uppal, Dir & CMS Chief Info Officer
Vacant, Dep. Dir.
George Hoffmann, Dep. Dir.& Deputy CIO
George Linares, CMS Chief Tech Officer

**OFFICE OF ACQUISITION & GRANTS MANAGEMENT**
Derrick Heard, Dir.
Douglas Bergevin, Dep. Dir.

**OFFICES OF HEARINGS AND INQUIRIES**
Randy Brauer, Dir
James Slade, Dep. Dir.

**OFFICE OF FINANCIAL MANAGEMENT**
Megan Worstell, Dir & CMS Chief Financial Officer
Larry Young, Dep. Dir.

**OFFICE OF HUMAN CAPITAL**
Stephanie Bovell, Dir* &
Chief Human Capital Officer
Stephanie Bovell, Dep. Dir.

**OFFICE OF STRATEGY, PERFORMANCE AND RESULTS**
Bill Samples, Dir.
Vacant, Dep. Dir.

**OFFICE OF SECURITY, FACILITIES & LOGISTICS OPERATIONS**
James Weber, Dir
Elizabeth Mack, Dep. Dir

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### OPERATIONS
### OFFICE OF SECURITY, FACILITIES AND LOGISTICS OPERATIONS



James Weber, Director
Elizabeth Mack, Deputy Director

**FACILITIES AND LOGISTICS MANAGEMENT GROUP**

Shellae Louden, Director ,
Sean Maccaroll Dep.Dir.

**DIV OF PRINTING AND MAIL**

Tina Grimm, Director

**DIV OF LOGISTICS AND COMMUTER SERVICES**

Denita Massenburg, Director
Richard Williams, Dep. Dir.

**DIV OF FACILITIES & SPACE MANAGEMENT**

Jodi Gram, Director
Reginald Jackson, Dep. Dir.

**SECURITY MANAGEMENT GROUP**

Christopher Huza, Director
David Kelly, Deputy Director

**DIV OF PHYSICAL SECURITY OPERATIONS**

Donell Jones, Director
Charles Sembly, Dep. Dir.

**DIV OF PERSONNEL SECURITY**

James Slawson, Director

**DIV OF CREDENTIALING OPERATIONS**

Melinda Kurtz, Director
Shanna Brown, Dep. Dir.

**BUSINESS OPERATIONS SUPPORT GROUP**

Brandon Williams, Dir.
Shannon Whetzel  Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### OPERATIONS
### OFFICE OF INFORMATION TECHNOLOGY



**NEW TECHNOLOGY STRATEGY STAFF**

Vacant, Dir.
Vacant, Dep. Dir

Rajiv Uppal, Director & CMS Chief Information Officer
Vacant, Dep. Dir.
George Hoffmann, Dep. Dir.& Deputy CIO
George Linares, CMS Chief Technology Officer

**BUSINESS OPERATIONS GROUP**

Wendy Wells, Dir.
Gabriel Veneziano, Dep. Dir.

**ENTERPRISE ARCHITECTURE & DATA GROUP**
Mark Hogle, Dir.
Nydia Peel, Dep. Dir.

**APPLICATIONS MANAGEMENT GROUP**
Lee Ann Crochunis, Dir.
Anil Chillakura, Dep. Dir.

**ENTERPRISE SYSTEMS SOLUTIONS GROUP**
Cathy Carter, Dir.
Venkat Basavaraju, Dep. Dir.

**INFRASTRUCTURE & USER SERVICES GROUP**
Mark Oh, Dir.
Fatima Millar, Dep. Dir.

**IT CAPITAL PLANNING GROUP**

Cora Tracy, Dir.
Scott Shippy, Dep. Dir.

**INFORMATION SECURITY & PRIVACY GROUP**

Robert Wood, Dir.
Keith Busby, Dep. Dir.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**OPERATIONS**
**OFFICE OF INFORMATION TECHNOLOGY**

ENTERPRISE ARCHITECTURE &
DATA GROUP

Mark Hogle, Dir.
Nydia Peel, Dep. Dir.

| DIV OF DATA STRATEGY | DIV OF DATA ENTERPRISE SERVICES | DIV OF ENTERPRISE INFO MGMT SERVICES | DIV OF DATA OPERATIONS & MAINTENANCE | DIV OF ENTERPRISE ARCHITECTURE | DIV OF TECHNICAL ENGINEERING & ARCHITECTURE |
|---|---|---|---|---|---|
| Julia Fultz Dir. | Yousef Shahegh, Dir. | Murari Selvakesavan, Dir. | Karen Allen, Dir. | Michael Azar, Dir. | Jen Mooney, Director |
| Glenn Radcliffe, Dep. Dir.* | Paul Benning, Dep. Dir. | James Brogan, Dep. Dir. | Edward Belle, Dep. Dir. | Julie Mason, Dep. Dir.* | |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### OPERATIONS
### OFFICE OF INFORMATION TECHNOLOGY



APPLICATIONS MANAGEMENT
GROUP

Lee Ann Crochunis, Dir.
Anil Chillakura, Dep. Dir.

DIV OF SHARED SYSTEMS
MANAGEMENT
Madhu Annadata, Dir.
Bonnie Hockaday, Dep. Dir.

DIV OF MID-TIER APPLICATIONS
MANAGEMENT
William Mooney, Dir.
Nahideh Teymourlouei, Dep. Dir.

DIV OF MEDICARE SYSTEM
MODERNIZATION
Shannon Williams, Director
Vacant, Dep. Dir.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**

**OPERATIONS**
**OFFICE OF INFORMATION TECHNOLOGY**



ENTERPRISE SYSTEMS SOLUTIONS
GROUP
.
Cathy Carter, Dir
Venkat Basavaraju, Dep. Dir.*

DIV OF MEDICARE SYSTEMS
SUPPORT
Joseph Jankoviak, Dir.
Bruce Tarantino, Dep. Dir.

DIV OF APPLICATIONS DEVELOPMENT
& SUPPORT
Robert Burger, Dir.
Aparna Vayas, Dep. Dir.

DIV OF ENTERPRISE SERVICES
Shauntia Bell, Dir.
Kelly Gelletly, Dep. Dir.

DIV OF IDENTITY MGMT
ENTERPRISE SYSTEMS
Kristen Bruscha, Dir.
Jeff Cernick, Dep. Dir.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**OPERATIONS**
**OFFICE OF INFORMATION TECHNOLOGY**

INFRASTRUCTURE & USER
SERVICES GROUP
Mark Oh, Dir.
Fatima Millar, Dep. Dir.

| DIV OF TECHNOLOGY PORTFOLIO MANAGEMENT | DIV OF END USER SUPPORT | DIV OF OPERATIONS MANAGEMENT | DIV OF ENGINEERING & INTEGRATION | DIV OF INFRASTRUCTURE & NETWORK | DIV OF ADMINISTRATIVE SYSTEMS MANAGEMENT |
|---|---|---|---|---|---|
| Nichole Poist, Director | Sherwin Schulterbrandt, Director | Wade Zarriello, Dir.* | Rob Huges, Dir. | Timothy Walsh, Director | Stephen Collins, Director |
| Kimberly Watson, Dep. Dir. | Tanisha Williams, Dep. Dir. | Vacant, Dep. Dir. | Delores Carter-Johnson, Dep Dir. | Vacant, Dep. Dir. | John Murgolo, Dep. Dir. |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**OPERATIONS**
**OFFICE OF INFORMATION TECHNOLOGY**



IT CAPITAL PLANNING GROUP

Cora Tracy, Dir.
Scott Shippy, Dep. Dir.

| DIV OF IT BUDGET OPERATIONS | DIV OF VENDOR STRATEGY & MANAGEMENT | DIV OF INVESTMENT OVERSIGHT & GOVERNANCE | DIV OF IT INVESTMENT MANAGEMENT & POLICY |
|---|---|---|---|
| David Morgan, Dir. | Michael Crow, Dir. | Monica Kay, Dir.* | Brian Jennings, Dir. |
| Vacant, Dep Dir. | Vacant, Dep. Dir. | Jamie Burke, Dep. Dir.* | Lori Mudd, Dep. Dir. |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### OPERATIONS
### OFFICE OF INFORMATION TECHNOLOGY



INFORMATION SECURITY & PRIVACY GROUP
Robert Wood, Dir.
Keith Busby, Dep. Dir.

DIV OF SECURITY, PRIVACY POLICY & OVERSIGHT
Leslie Nettles, Dir.*
Leslie Nettles, Dep. Dir.

DIV OF SECURITY & PRIVACY COMPLIANCE
Shawnte Singletary, Dir.*
Vacant, Dep. Dir.

DIV OF CYBER THREAT & SECURITY OPERATIONS
David Paradis, Dir. *
David Paradis, Dep. Dir.

DIV OF IMPLEMENTATION & REPORTING
Teresa Proctor, Director
Vacant, Dep. Dir.

DIV OF STRATEGIC INFORMATION
John Rudolph, Director
Vacant, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## OPERATIONS
## OFFICE OF ACQUISITION AND GRANTS MANAGEMENT
## (OAGM)

- Derrick Heard, Dir.
  Douglas Bergevin, Dep. Dir.
  (FCMC)
  - ACQUISITION & GRANTS GROUP — Jason Vollmer, Dir. (FCMCC)
    - DIV OF SUPPORT CONTRACTS — Carol Sevel, Dir.
    - DIV OF BENEFICIARY SUPPORT CONTRACTS — Debra Hoffman, Dir.
    - DIV OF GRANTS MANAGEMENT — Mary Beth Greene, Dir.; Michelle Brown, Dep.Dir.
  - ACQUISITION SUPPORT GROUP — Craig Gillespie, Dir. (FCMCD)
    - DIV OF QUALITY CONTRACTS — Michael Connors, Dir. (FCMCDB)
    - DIV OF PROGRAM INTEGRITY & FINANCIAL MGMT CONTRACTS — Debra Stidham, Dir.
    - DIV OF QUALITY CONTRACTS SUPPORT — Jaime Galvez, Dir.
  - INFORMATION TECHNOLOGY CONTRACTS GROUP — Benjamin Simcock, Dir. (FCMCE)
    - DIV OF INFORMATION SYSTEMS SUPPORT CONTRACTS — Andrew Mummert, Dir.
    - DIV OF DATA CENTER CONTRACTS — Ryan Kooy, Dir. (FCMCDB)
    - DIV OF MEDICARE & MEDICAID IT SUPPORT CONTRACTS — Aaron Blackshire, Dir.
  - MEDICARE SUPPORT CONTRACTS GROUP — Juanita Wilson, Dir.
    - DIV OF FEE-FOR-SERVICE CONTRACTS — Edward Farmer, Dir.
    - DIV OF MEDICARE PROGRAM CONTRACTS — Rico Batte, Dir.
    - DIV OF MEDICARE & MARKETPLACE CONTRACTS — Mark Smolenski, Dir.
  - CUSTOMER RELATIONS GROUP — Lyandra Emmanuel, Dir. (FCMCG)
    - DIV OF DATA, SYSTEMS & CERTIFICATION — David Price, Dir.
    - DIV OF FINANCIAL SERVICES — Bridget Rineker, Dir.
    - DIV OF POLICY & OPERATIONAL SUPPORT — Kimberly Tatum, Dir.



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## OPERATIONS
## OFFICE OF FINANCIAL MANAGEMENT

Megan Worstell, Director & CMS Chief Financial Officer
Larry Young, Dep. Dir.

- BUSINESS OPERATIONS STAFF
  Janet Tierney, Dir.

- BUDGET AND ANALYSIS GROUP
  Julie Botterill, Dir.
  Chris Currence, Dep. Dir.
  - DIV OF PROGRAM BUDGET
    Amber Power, Dir.
    Chae Choe, Dep. Dir.
  - DIV OF BUDGET FORMULATION & PRESENTATION
    Robert Storey, Dir.
    Craig Dash, Dep. Dir.
  - DIV OF ADMINISTRATIVE BUDGET & EXECUTION
    Torian Henderson, Dir.
    Sandy Wychryst, Dep. Dir.

- ACCOUNTING MANAGEMENT GROUP
  Maria Montilla, Director & Dep. Chief Financial Officer
  Lataysheia Lance, Dep. Dir.
  - DIV OF ACCOUNTING OPERATIONS
    Janet Loftus, Dir.
    Michael Molloy, Dep. Dir.
  - DIV OF ACCOUNTING SYSTEMS
    Kathleen Schisler, Dir.
    David Weaver, Dep. Dir.
  - DIV OF FINANCIAL REPORTING & POLICY
    Ileana Lund, Dir.
    Lily Huang, Dep. Dir.
  - DIV OF PREMIUM BILLING
    Bernita James, Dir.
  - DIV OF COLLECTIONS
    Raliana Vendrell-Stover, Dir.
  - DIV OF TRAVEL POLICY & OPERATIONS
    Suzanne Milihram, Dir.
    Billie Jo Brown, Dep. Dir.
  - DIV OF FINANCIAL OVERSIGHT & INTERNAL CONTROLS
    Floyd Epps, Dir.
    Vacant, Dep. Dir.

- FINANCIAL SERVICES GROUP
  Olivia Williams, Dir.
  Tracy Richardson, Dep. Dir.
  - DIV OF PROVIDER AUDIT OPERATIONS
    Patrick Fisher, Dir.
    Kyle Bobb, Dep. Dir.
  - DIV OF FINANCIAL AUDT & RESOLUTION
    Frank Chartier, Dir.
    Dep. Dir. Bilal Farrakh
  - DIV OF MSP PROGRAM OPERATIONS
    Steve Forry, Dir.
    Jacqueline Cipa, Dep. Dir.
  - DIV OF FINANCIAL SERVICES & DEBT MANAGEMENT
    Carol Knott, Dir.
    Brenda Mullens, Dep. Dir.
  - DIV OF MEDICARE DEBT RESOLUTION
    Suzanne Mattes, Dir.
    Casey Welzant, Dep. Dir.
  - DIV OF AUDIT MANAGEMENT & RESOLUTION
    Jerry Andersen, Dir.
    Nicole Bohannon, Dep. Dir.
    (FCMECF).

- FINANCIAL MANAGEMENT SYSTEMS GROUP
  Chris Martin, Dir.
  Bernice Pendley, Dep. Dir.
  - DIV OF PROGRAM & SUPPORT SYSTEMS
    Edward Klein, Dir.
    Leslie Engel, Dep. Dir.
  - DIV OF FINANCIAL APPLICATIONS SYSTEMS
    Sandra Messersmith, Dir.
    Jay Joshi, Dep. Dir.
  - DIV OF PROGRAM & DATA MANAGEMENT
    Joseph Hong, Dir.
    Lauren Bohrer, Dep. Dir.
  - DIV OF TECHNICAL OPERATIONS
    Amit Sharma, Dir.
    Diane Matter, Dep. Dir.
  - DIV OF INFORMATION SYSTEMS SECURITY
    Thomas Schankweile, Dir.

- PAYMENT ACCURACY & REPORTING GROUP
  Chrissy Fowler, Dir.
  Jill Garver Dir.
  - DIV OF COMPREHENSIVE ERROR RATE TESTING
    Sarah Bochenick, Dir.
  - DIV OF PAYMENT ERROR RATE MEASUREMENT
    Nicholas Bonomo, Dir. LCDR
    Tracy Smith-Taylor, Dep. Dir.
  - DIV OF EXCHANGE ERROR RATE MEASUREMENT
    Belinda Gravel, Dir.
    Angelica Torres-Reid, Dep. Dir.
  - DIV OF MEDICARE ADVANTAGE & DRUG ERROR RATE
    Lauren Cannon, Dir.
    Ashley Danus, Dep. Dir.



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR MEDICARE



Dr. Meena Seshamani M.D. PhD,
Deputy Administrator and Director

(FCH)

BUSINESS   OPERATIONS STAFF 1
Robert Ventura, Dir.
Steve Terry, Dep. Dir.

Ing-Jye Cheng, Deputy Dir.*

Cheri Rice, Deputy Director

BUSINESS OPERATIONS STAFF 2
Simone Feaster, Dir.
Tracy Deshields-Greene, Dep. Dir.

HOSPITAL & AMBULATORY POLICY GROUP
Ryan Howe, Dir.*
Michele Hudson, Dep. Dir.*

MEDICARE DRUG BENEFIT AND C & D DATA GROUP
Vanessa Duran, Dir.*
Mark Newsom, Dep. Dir.*

CHRONIC CARE POLICY GROUP
Ing-Jye Cheng, Dir.
Jeanette Kranacs, Dep. Dir.

MEDICARE DRUG AND HEALTH PLAN CONTRACT ADMINISTRATION GROUP
Kathryn Coleman, Dir.
Julie Uebersax, Dep. Dir.*

PROVIDER BILLING  GROUP
Heather Grimsley, Dir.*
Michael Crochunis, Dep. Dir.

MEDICARE ENROLLMENT & APPEALS GROUP
Jerry Mulcahy, Dir.
Jennifer Smith, Dep. Dir.

MEDICARE CONTRACTOR MANAGEMENT GROUP
Torris Smith, Dir.*
Martin Furman, Dep. Dir.
Michelle Albert, Dep Dir.*

MEDICARE PLAN PAYMENT GROUP
Jennifer Shapiro, Dir.
Rebecca Paul, Dep. Dir.

PROVIDER COMMUNICATIONS GROUP
Richard Cuchna, Dir.
Tricia Rodgers, Dep. Dir.

MEDICARE PARTS C AND D OVERSIGHT AND ENFORCEMENT GROUP
John Scott, Dir.
Jessica Robinson, Dep. Dir.

PERFORMANCE-BASED PAYMENT POLICY GROUP
John Pilotte, Dir.
Josef Otto, Dep. Dir.*

MEDICARE DRUG REBATE AND NEGOTIATIONS GROUP
Christina Ritter, Dir.
Lara Strawbridge, Dep. DIr (Policy)
Janet Brock, Dep. Dir (Operations)

TECHNOLOGY, CODING AND PRICING GROUP
Jason Bennett, Dir.
James Bailey, Dep. Dir.*

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE



CHRONIC CARE POLICY GROUP

Ing-Jye Cheng, Dir.
Jeanette Kranacs, Dep Dir.

| DIV OF CHRONIC CARE MANAGEMENT | DIV OF COST REPORTING | DIV OF INSTITUTIONAL POST ACUTE CARE | DIV OF TECHNICAL PAYMENT POLICY | DIV OF HOME HEALTH & HOSPICE |
|---|---|---|---|---|
| Jana Lindquist, Dir. Abigail Ryan, Dep. Dir. | Susan Burris, Dir. Deanna Rhodes, Dep. Dir. | Todd Smith, Dir. John Kane, Dep. Dir.* | Matthew Edgar, Dir.* Laura Dash, Dep. Dir. | Brian Slater, Dir. Kelly Vontran, Dep. Dir. |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE



PROVIDER BILLING GROUP

Heather Grimsley, Dir.*
Michael Crochunis, Dep. Dir.

DIV OF INSTITUTIONAL CLAIMS PROCESSING

Lorraine Zicha, Dir.

DIV OF PRACTITIONER CLAIMS PROCESSING

Louisa Sabatino, Dir.

DIV OF SUPPLIER CLAIMS PROCESSING

Jason Kerr, Dir.

DIV OF DATA SYSTEMS

Tamara Howard, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR MEDICARE



MEDICARE CONTRACTOR
MANAGEMENT GROUP
Torris Smith, Dir.*
Martin Furman, Dep. Dir.
Michelle Albert, Dep Dir.*

EASTERN MAC PROGRAM
MGMT DIV

Connor Beck, Dir.

SOUTHERN MAC PROGRAM
MGMT DIV

David Banks, Dir

WESTERN MAC PROGRAM
MGMT DIV

Amber Hedrick, Dir.

DIV OF CHANGE &
OPERATIONS MANAGEMENT

Randi Yablon, Dir.

DIV OF MAC STRATEGY &
DEVELOPMENT

Christopher Eisenberg, Dir.
Sean McGowan, Dep. Dir.

DIV OF PERFORMANCE
ASSESSMENT

Rich Stevens, Dir.*

DIV OF MAC BUDGET & DATA
ANALYSIS

Stephen Calfo, Dir.

DIV OF MAC SYSTEMS
SECURITY & OPERS
OVERSIGHT
Gregg Sanders, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE



PROVIDER COMMUNICATIONS GROUP

Richard Cuchna, Dir.
Tricia Rodgers, Dep. Dir.

DIV OF PROVIDER INFO
PLANNING & DEVELOPMENT

Letitia English, Dir.
Mary Case, Dep. Dir.

DIV OF PROVIDER
RELATIONS & OUTREACH

Robin Fritter, Dir.

DIV OF CONTRACTOR
PROVIDER
COMMUNICATIONS
Amy Abel-Matkins, Dir.
Belen Rodriguez, Dep. Dir.

DIV OF PROVIDER
COMMUNICATIONS
TECHNOLOGY
Ada Sanchez, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE



PERFORMANCE-BASED PAYMENT
POLICY GROUP

John Pilotte, Dir.
Josef Otto, Dep. Dir.*

DIV OF ACO MGMT &
COMPLIANCE

Cathy LaRuffa, Dir.
Kari Vandegrift, Dep. Dir.

DIV OF ACO FINANCE &
DATA ANALYTICS

Josef Otto, Dir.
Fiona Larbi, Dep. Dir.

DIV OF QUALITY AND PRICE
TRANSPARENCY

Timothy Jackson, Dir.
Ahmar Wazir, Dep. Dir.*

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE



TECHNOLOGY, CODING
AND PRICING GROUP

Jason Bennett, Dir.
James Bailey, Dep. Dir.*

| DIV OF CODING & DIAGNOSIS RELATED GROUPS | DIV OF DATA ANALYSIS & MARKET BASED PRICING | DIV OF DMEPOS COMPETITIVE BIDDING | DIV OF DMEPOS POLICY | DIV OF NEW TECHNOLOGY |
|---|---|---|---|---|
| Marge Watchorn, Dir. Vacant, Dep. Dir. | Maria Durham, Dir. Ariel Winter, Dep. Dir. | Michael Keane, Dir. Joseph Bryson, Dep. Dir. | Joel Kaiser, Dir. Wendy Kerr, Dep. Dir. | Allison Pompey, Dir. Kimberly Campbell, Dep. Dir. |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR MEDICARE



**Cheri Rice, Deputy Director**

**BUSINESS OPERATIONS STAFF 2**
Simone Feaster, Dir.
Tracy Deshields-Greene, Dep. Dir.

---

**MEDICARE DRUG BENEFIT AND C & D DATA GROUP**
Vanessa Duran, Dir.*
Mark Newsom, Dep. Dir.*

- **DIV OF BENEFIT PURCHASING & MONITORING**
  Linda Anders, Dir.
  Michael Neumann, Dep. Dir.

- **DIV OF FORMULARY & BENEFIT OPERATIONS**
  Brian Martin, Dir.
  Andrea Bendewald, Dep. Dir.

- **DIV OF CLINICAL & OPERATIONAL PERFORMANCE**
  Michelle Ketcham, Dir.
  Alice Lee-Martin, Dep. Dir.

- **DIV OF CONSUMER ASSESSMENT & PLAN PERFORMANCE**
  Elizabeth Goldstein, Dir.
  Sarah Gaillot, Dep. Dir.

- **DIV OF PLAN DATA (DPD)**
  Lori Robinson, Dir.
  Ana Nunez, Dep. Dir.

- **DIV OF PART D POLICY (DPDP)**
  Chris Bauer, Dir.
  Craig Miner, Dep. Dir.

---

**MEDICARE DRUG AND HEALTH PLAN CONTRACT ADMINISTRATION GROUP**
Kathryn Coleman, Dir.
Scott Sturiale, Dep. Dir.

- **DIV OF POLICY, ANALYSIS & PLANNING**
  Heather Barkes, Dir.
  Jeremy Willard, Dep. Dir.

- **DIV OF MEDICARE ADVANTAGE OPERATIONS**
  Erica Sontag, Dir.
  Twi Jackson, Dep. Dir.

- **DIV OF FINANCE AND BENEFITS**
  Dale Summers, Dir.
  Yasmin Galvez, Dep. Dir.

- **DIV OF SURVEILLANCE, COMPLIANCE & MARKETING**
  Tim Roe, Dir.
  Heather Rudo, Dep. Dir.

---

**MEDICARE ENROLLMENT & APPEALS GROUP**
Jerry Mulcahy, Dir.
Jennifer Smith, Dep. Dir.

- **DIV OF ENROLLMENT & ELIGIBILITY POLICY**
  Susan Edwards, Dir.*
  Susan Edwards, Dep. Dir.

- **DIV OF APPEALS POLICY**
  Nishamarie Sherry, Dir.
  Tyler Whitaker, Dep. Dir.

- **DIV OF APPEALS OPERATIONS**
  Maria Ramirez, Dir.
  Christina Kasdan, Dep. Dir.

- **DIV OF MEDICARE ENROLLMENT COORDINATION**
  Nicole Gordon, Dir.
  Stephen Ludwig, Dep. Dir.

---

**MEDICARE PLAN PAYMENT GROUP**
Jennifer Shapiro, Dir.
Rebecca Paul, Dep. Dir.

- **DIV OF PAYMENT COORD. & OVERSIGHT**
  Whitney Johnson, Dir.
  Stacy Davis, Dep. Dir.

- **DIV OF PAYMENT OPERATIONS**
  Ed Howard, Dir.
  Aliza Kim, Dep. Dir.

- **DIV OF PAYMENT RECONCILIATION**
  Shelly Winston, Dir.
  Angela Stanley, Dep. Dir.

- **DIV OF PAYMENT POLICY**
  Becky Harrington, Dir.*
  Phillip Steiner, Dep. Dir.*

- **DIV OF ENCOUNTER DATA & RISK ADJUSTMENT OPERATIONS**
  Raymond Mierwald, Dir.
  Sharon Winchester, Dep. Dir.

- **DIV OF PAYMENT ANALYSIS & POLICY (DPAP)**
  Shruti Rajan, Dir.
  Mark McMullen, Dep. Dir.

---

**MEDICARE PARTS C AND D OVERSIGHT AND ENFORCEMENT GROUP**
John Scott, Dir.
Jessica Robinson, Dep. Dir.

- **DIV OF COMPLIANCE ENFORCEMENT**
  Kevin Stansbury, Dir.
  Vacant, Dep. Dir.

- **DIV OF AUDIT OPERATIONS**
  Jodi Johnson, Dir.
  Danielle Haupers, Dep. Dir.

- **DIV OF ANALYSIS, POLICY & STRATEGY**
  Kady Flannery, Dir.
  Caroline Zeman, Dep. Dir.

---

**MEDICARE DRUG REBATE AND NEGOTIATIONS GROUP**
Chris Ritter, Dir
Lara Strawbridge, Dep. DIr (Policy)
Vacant, Dep. Dir (Operations)

- **DIV OF CONTRACT SUPPORT**
  Elizabeth Eakle, Dir.
  Sara Campbell, Dep. Dir.

- **DIV OF MANUFACTURER COMPLIANCE & OVERSIGHT**
  Brennan Folsom, Dir.
  Corden Kane, Dep. Dir.

- **DIV OF MANUFACTURER DATA & INFLATION REBATE OPERATIONS**
  Michael McCormick, Dir.
  Elizabeth Kane, Dep. Dir.

- **DIV OF DATA ASSESSMENT & ANALYTICS**
  Rebecca Yip, Dir.
  Brede Eschliman, Dep Dir.

- **DIV OF REBATE AGREEMENTS & DRUG PRICE NEGOTIATIONS**
  Daniel Heider, Dir.
  Corey Rosenberg, Dep. Dir.

- **DIV OF POLICY**
  Elisabeth Daniel, Dir
  Thomas Garrigan, Dep.Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICAID AND CHIP SERVICES



Daniel Tsai, Deputy Administrator and Director
Sara Vitolo, Dep. Dir.
Anne Marie Costello, Dep. Dir.
Dr. Jessica Lee, Chief Medical Officer*

MEDICAID INNOVATION ACCELERATOR PROGRAM STRATEGY & SUPPORT STAFF
Karen Llanos, Dir.
Vacant, Dep. Dir.

CHILDREN & ADULTS HEALTH PROGRAMS GROUP
Sarah DeLone, Dir.
Elizabeth Clark, Dep. Dir.
Alice Weiss, Dep. Dir.

MEDICAID BENEFITS and HEALTH PROGRAMS GROUP
Alissa Deboy, Dir.
Melissa Harris, Dep. Dir.
Carrie Smith, Dep. Dir.

DATA & SYSTEMS GROUP
Brent Weaver, Dir.
Loretta Schickner, Dep. Dir.

FINANCIAL MANAGEMENT GROUP
Rory Howe, Dir.
Amber MacCarroll, Dep. Dir.
Jeremy Silanskis, Dep. Dir.

OPERATIONS SERVICES GROUP
Angela Corbin, Dir.
Mary K. Schmidt, Dep. Dir.

STATE DEMONSTRATIONS GROUP
Jacey Cooper, Dir.
Teresa Decaro, Dep. Dir.
Mehreen Rashid, Dep. Dir.

MEDICAID & CHIP OPERATIONS GROUP
Courtney Miller, Dir.
Jackie Glaze, Dep. Dir.
Barbara Richards,   Dep. Dir.

MANAGED CARE GROUP
John Giles Jr, Dir
Trina Roberts, Dep Dir.*

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICAID AND CHIP SERVICES



CHILDREN & ADULTS HEALTH PROGRAMS GROUP
Sarah deLone, Dir.
Elizabeth Clark, Dep. Dir.
Alice Weiss, Dep. Dir.

DIV OF STATE COVERAGE PROGRAMS
Meg Barry, Dir.
Emily King Dep. Dir.

DIV OF QUALITY & HEALTH OUTCOMES
Deidra Stockmann Dir.
Mary Beth Hance, Dep. Dir.

DIV OF MEDICAID ELIGIBILITY POLICY
Sarah Spector, Dir.
Marc Steinberg, Dep. Dir.

DIV OF ENROLLMENT POLICY & OPERATIONS
Suzette Seng, Dir.
Shannon Lovejoy, Dep Dir.

DIV OF TRIBAL AFFAIRS
Kitty Marx, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICAID AND CHIP SERVICES



**MEDICAID BENEFITS and HEALTH PROGRAMS GROUP**
Alissa Deboy, Dir.
Melissa Harris, Dep. Dir.
Carrie Smith, Dep. Dir.

**DIV OF BENEFITS & COVERAGE (DBC)**
Kirsten Jensen, Dir.
Sara Harshman, Dep. Dir.

**DIV OF LONG TERM SERVICES & SUPPORTS**
Curtis Cunningham, Dir.
Ryan Shannahan, Dep. Dir.

**DIV OF COMMUNITY SYSTEMS TRANSFORMATION**
Jennifer Bowdoin, Dir.
Jean Close, Dep. Dir.

**DIV OF PHARMACY**
Cynthia Denemark,, Dir.
Mickey Morgan Dep. Dir.

**DIV OF HEALTH HOMES, PACE & COB/TPL**
Mary Pat Farkas, Dir.
Ginger Boscas, Dep. Dir.

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
#### CENTERS FOR MEDICARE & MEDICAID SERVICES
#### CENTER FOR MEDICAID AND CHIP SERVICES



DATA & SYSTEMS GROUP
Brent Weaver, Dir.
Loretta Schickner, Dep. Dir.

DIV OF STATE SYSTEMS
Ed Dolly, Dir.
Eugene Gabriyelov, Dep. Dir.

DIV OF INFORMATION SYSTEMS
Stan Ostrow, Dir.
Todd Jones, Dep. Dir.*

DIV OF BUSINESS ESSENTIAL SYSTEMS
Tinu Arowojolu, Dir.*
Vacant, Dep. Dir.

DIV OF BUSINESS & DATA ANALYSIS
Gregory Woskow, Dir.
Ali Fokar, Dep Dir.*

DIV OF HITECH & MMIS
Dzung Hoang, Dir.
Ricardo Melendez, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICAID AND CHIP SERVICES

**FINANCIAL MANAGEMENT GROUP**
Rory Howe, Dir
Amber MacCarroll, Dep Dir.
Jeremy Silanskis, Dep. Dir.

- **DIV OF FINANCIAL OPERATIONS EAST**
  Robert Lane, Dir
  Leticia Barraza, Dep Dir
  - BUDGETS AND GRANTS BR — Grace Ponte, Br Mgr
  - FINANCIAL OPERATIONS EAST BRANCH A — Robert Parris, Br Mgr
  - FINANCIAL OPERATIONS EAST BRANCH B — Alma Solomon, Br Mgr
  - FINANCIAL OPERATIONS EAST BRANCH C — Richard Holligan, Br Mgr
- **DIV OF FINANCIAL OPERATIONS WEST**
  Dorothy Ferguson, Dir
  Celestine Curry, Dep Dir
  - FINANCIAL OPERATIONS WEST BRANCH A — Jeoffrey Branch
  - FINANCIAL OPERATIONS WEST BRANCH B — David Kimble, Br Mgr
  - FINANCIAL OPERATIONS WEST BRANCH C — Brian Burdullis, Br Mgr
  - FINANCIAL OPERATIONS WEST BRANCH D — Anh Ta, Br Mgr
- **DIV OF FINANCIAL POLICY**
  Charlie Arnold, Dir.
  Jennifer Clark, Dep Dir
  - DEVELOPMENT & OVERSIGHT BR — Stuart Goldstein, Br Mgr
  - AUDIT & REVIEW BR — Karen Spencer, Br Mgr
- **DIV OF REIMBURSEMENT REVIEW**
  Todd McMillion, Dir
  Tamara Sampson, Dep Dir
- **DIV OF REIMBURSEMENT POLICY**
  Christopher Thompson, Dir.
  Andrew Badaracco, Dep Dir.



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR MEDICAID AND CHIP SERVICES



OPERATIONS SERVICES GROUP
Angela Corbin, Dir.
Mary K. Schmidt, Dep. Dir.

DIV OF BUDGET & ACQUISITIONS
Jason Utz, Dir.

DIV OF OPERATIONS & EXECUTIVE SUPPORT
Kenneth Taylor, Dir.

DIV OF HUMAN CAPITAL
Monique St.Louis, Dir.

DIV OF COMMUNICATIONS & OUTREACH
Jayne Hammen, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICAID AND CHIP SERVICES



STATE DEMONSTRATIONS GROUP
Jacey Cooper, Dir.
Teresa Decaro, Dep. Dir.
Mehreen Rashid, Dep. Dir.

DIV OF ELIGIBILITY & COVERAGE DEMONSTRATIONS
Andrea Casart, Dir.
Heather Ross, Dep. Dir.*

DIV OF SYSTEM REFORM DEMONSTRATIONS
Angela Garner, Dir.
Lisa Marunycz, Dep. Dir.

DIV OF DEMONSTRATION MONITORING & EVALUATION
Danielle Daly, Dir.
Paula Kazi, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICAID AND CHIP SERVICES



MEDICAID & CHIP OPERATIONS
GROUP

Courtney Miller, Dir.
Jackie Glaze, Dep. Dir.
Barbara Richards, Dep. Dir

DIV OF PROGRAM OPERATIONS

James Scott, Dir.
Ruth Hughes, Dep. Dir.

DIV OF HCBS OPERATIONS
& OVERSIGHT

George Failla, Dir.
Wendy Hill Petras, Dep. Dir.

STATE OPERATIONS BR NORTH

Sophia Hinojosa
Br Mgr

STATE OPERATIONS BR SOUTH

Falecia Smith
Br Mgr

STATE OPERATIONS BR EAST

Nicole McKnight
Br Mgr

STATE OPERATIONS BR WEST

Mandy Storm, Br Mgr

HCBS OPERATIONS &
OVERSIGHT EAST BR

Cynthia Nanes
Br Mgr

HCBS OPERATIONS &
OVERSIGHT WEST BR

Dominique Mathurin
Br Mgr

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR MEDICAID AND CHIP SERVICES



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR PROGRAM INTEGRITY



Dara Corrigan, Deputy Administrator and Director
Jeneen Iwugo, Dep. Dir.*
Amy Turner, Dep. Dir.
George Mills, Dep. Dir.

EXECUTIVE SUPPORT GROUP
Lisa Jarvis-Durham, Dir.

PROVIDER ENROLLMENT
& OVERSIGHT GROUP

Zabeen Chong, Dir.
Charles Schalm, Dep. Dir.

DATA ANALYTICS AND
SYSTEMS GROUP

Raymond Wedgeworth, Dir.
Kathy Wolf, Dep. Dir.

FRAUD INVESTIGATIONS GROUP

Sherri McQueen, Dir.
Peter Leonis, Dep. Dir.

CONTRACT MANAGEMENT
GROUP (CMG)

Desiree Wheeler, Dir.
Cindy Sisti, Dep. Dir.

AUDITS AND VULNERABILITIES
GROUP (AVG)

Jennifer Dupee, Dir.
Steve Ferraina, Dep. Dir.

PROVIDER COMPLIANCE
GROUP

Connie Leonard, Dir.
Brian Elza, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES

### CENTER FOR PROGRAM INTEGRITY



**PROVIDER ENROLLMENT & OVERSIGHT GROUP**

Zabeen Chong, Dir.
Charles Schalm, Dep. Dir.

**DIV OF ENROLLMENT SYSTEMS**

Vani Annadata, Dir.
Vacant, Dep. Dir.

**DIV OF ENFORCEMENT ACTIONS**

Kristin Cooper, Dir.
Allison Bloom, Dep. Dir.

**DIV OF ENROLLMENT POLICY & OPERATIONS**

Alisha Sanders, Dir.
Joseph Schultz, Dep. Dir.

**DIV OF PROVIDER ENROLLMENT APPEALS**

Minisha Hicks, Dir.
Vacant, Dep. Dir.

**DIV OF QUALITY AND COMPLIANCE**

Tim Trego, Dir.
John Marshall, Dep. Dir.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**

**CENTER FOR PROGRAM INTEGRITY**

DATA ANALYTICS AND
SYSTEMS GROUP

Raymond Wedgeworth,
Dir. Kathy Wolf, Dep. Dir.

| DIV OF INVESTIGATIVE SYSTEMS MANAGEMENT | DIV OF MODELING & ANALYTICS | DIV OF OUTCOMES MEASUREMENT | DIV OF PROVIDER SYSTEMS MANAGEMENT | DIV OF TRANSPARENCY PROJECTS | DIV OF INVESTIGATIVE & BUSINESS ANALYTICS |
|---|---|---|---|---|---|
| James Ericksen, Dir. Emmanuel Smyrnioudis, Dep.Dir. | Saeed Ahmad, Dir. Wendy Alexander, Dep. Dir. | Jason Culotta, Dir. Samantha Pittenger, Dep. Dir. | Erick Royle, Dir. Erin Shoemaker, Dep. Dir. | Veronika Peleschuk-Fradlin, Dir. Andrew Mack, Dep. Dir | Bethany Messick, Dir. |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**

**CENTER FOR PROGRAM INTEGRITY**



FRAUD INVESTIGATIONS GROUP
Sherri McQueen, Dir.
Peter Leonis, Dep. Dir.

DIV OF PROVIDER INVESTIGATIONS
Kalina Kwok, Dir.
Jacob Dugger, Dep. Dir.

DIV OF INVESTIGATIVE SUPPORT
Casey Welzant, Dir.*
Genise Huey, Dep. Dir

DIV OF FIELD OPERATIONS – NORTH
Elizabeth Lindner, Dir.
Evan Godfrey, Dep. Dir.

DIV OF FIELD OPERATIONS – SOUTH
Horace Dozier, Dir.
Vacant, Dep. Dir.

DIV OF FIELD OPERATIONS – EAST
Vacant, Dir.

DIV OF FIELD OPERATIONS – WEST
Lawrence Ball, Dir.

DIV OF FRAUD PREVENTION PARTNERSHIPS
Robin Usi, Dir.
Felicia Lane, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES

### CENTER FOR PROGRAM INTEGRITY



CONTRACT MANAGEMENT GROUP

Desiree Wheeler, Dir.
Cindy Sisti, Dep. Dir.

DIV OF INVESTIGATIONS & AUDIT CONTRACTS

John Webster, Dir.
Vicki Chitwood, Dep. Dir.

DIV OF PROGRAM INTEGRITY SUPPORT CONTRACTS

Candice Johnson, Dir.
Jennifer Jones, Dep. Dir.

DIV OF ACQUISITION & BUDGET PLANNING

Brian Johnson, Dir.
Jenine Musa, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR PROGRAM INTEGRITY



**AUDITS AND VULNERABILITIES GROUP**

Jennifer Dupee, Dir.
Steve Ferraina, Dep. Dir.

**DIV OF VULNERABILITY, INNOVATION & STRATEGY (DVIS)**

Lindsey Wilde, Dir.
Laura Minassian-Kiefel, Dep. Dir.

**DIV OF STATE PARTNERSHIP (DSP)**

Camiel Rowe, Dir.
Shirin Hormozi, Dep. Dir.

**DIV OF PRESCRIPTION DRUG AUDITS**

Camille Brown, Dir.
Sonja Brown, Dep. Dir.

**DIV OF STATE AND PLAN PROGRAM INTEGRITY**

Laurie Battaglia, Dir.
Wanda Pigatt-Canty, Dep. Dir..

**DIV OF MEDICARE ADVANTAGE AUDITS**

David Gardner, Dir.
Sophia Autrey, Dep Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES

### CENTER FOR PROGRAM INTEGRITY



PROVIDER COMPLIANCE GROUP

Connie Leonard, Dir.
Brian Elza, Dep. Dir.

| DIV OF MEDICAL REVIEW | DIV OF RECOVERY AUDIT OPERATIONS | DIV OF COMPLIANCE PROJECTS & DEMONSTRATIONS | DIV OF PAYMENT METHODS & STRATEGIES | DIV OF STAKEHOLDER ENGAGEMENT & OUTREACH |
|---|---|---|---|---|
| Daniel Schwartz, Dir. Tamara Tate, Dep. Dir. | Ashley Badami, Dir. Tony Olivis, Dep. Dir. | Nicole Nicholson, Dir. Shelly Ray, Dep. Dir. | Amy Cinquegrani, Dir. Sabrina Betts, Dep. Dir. | Tiffane Muniz, Dir. Vacant, Dep. Dir.* |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES

### CENTER FOR PROGRAM INTEGRITY



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT
### (CCIIO)



Dr. Ellen Montz
Deputy Administrator and Director

Jeff Grant
Deputy Director for Operations

Jeff Wu (he/him)
Deputy Director for Policy

Michael Jimenez
Center Chief Technology Officer

(FCR)

OFFICE OF POLICY, DATA ANALYSIS AND COMMUNICATION

Lisa Wilson, Dir.
Emily Pedneau, Dep. Dir.

CONSUMER SUPPORT GROUP (CSG)

Leslie Wagstaffe, Dir.
CDR Christopher Barrett, Dep. Dir.

OVERSIGHT GROUP

Samara Lorenz, Dir.

Jaya Ghildiyal, Dep. Dir.

PAYMENT POLICY AND FINANCIAL MANAGEMENT GROUP

Beth Parish, Dir.
Adrianne Patterson, Dep. Dir.

STATE MARKETPLACE AND INSURANCE PROGRAMS GROUP

Jennifer Stolbach, Dir.
Dawn Horner, Dep. Dir.

MARKETPLACE ELIGIBILITY & ENROLLMENT GROUP

Beth Liu, Dir.
Darla Lipscomb, Dep. Dir.

MARKETPLACE PLAN MANAGEMENT GROUP

Lourdes Grindal-Miller, Dir.
Gina Zdanowicz, Dep. Dir.

MARKETPLACE INNOVATION AND TECHNOLOGY GROUP

Marc Richardson Dir.
Kathryn Wetherby, Dep. Dir.

BUSINESS OPERATIONS GROUP

Kimberly Cones, Dir.
Donna Wenner, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT



CONSUMER SUPPORT GROUP (CSG)

Leslie Wagstaffe, Dir.
CDR Christopher Barrett, Dep. Dir.

(FCRC)

---

**DIV OF CONSUMER PROTECTION POLICY**

Elissa Dines, Dir.

**DIV OF CONSUMER SERVICES (DCS)**

Patrick Edwards, Dir.
Rosanna Shepard, Dep. Dir.

**DIV OF CONSUMER ADVOCACY AND ASSISTER SUPPORTER (DCAAS)**
Sarah Barber, Dir.
Czarina Biton, Dep. Dir.

**DIV OF ASSISTER PROGRAMS DAP**
Gian Johnson, Dir
Evonne Muoneke, Dep Dir.

**DIV OF INDEPENDENT DISPUTE RESOLUTION**

Amber Bellsdale , Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT



OVERSIGHT GROUP

Samara Lorenz, Dir
Jaya Ghildiyal, Dep Dir.

(FCRE)

| DIV. REGULATION AND POLICY | DIV. OF PLAN AND ISSUER ENFORCEMENET | DIV. OF PLAN AND ISSUER COMPLIANCE | DIV. OF DATA AND ANALYTICS | DIV. OF PROVIDER COMPLIANCE AND ENFORCEMENT |
|---|---|---|---|---|
| Lindsey Murtagh, Dir. | Mary Nugent, Dir. | Rebecca Lund, Dir. | Christina Whitefield, Dir. | Samuel Schaffzin, Dir.* |
| Usree Bandyopadhyay, Dep Dir. | Michelle Koltov, Dep. Dir. | Vacant, Dep Dir. | Vacant, Dep. | Samuel Schaffzin, Dep. Dir. |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT

PAYMENT AND POLICY FINANCIAL
MANAGEMENT GROUP

Beth Parish, Dir.
Adrianne Patterson, Dep. Dir.

(FCRG)

---

**DIV OF POLICY AND ANALYSIS**

Allison Wiley, Dir.
Vacant, Dep. Dir.

---

**DIV OF FINANCIAL
TRANSFERS & OPERATIONS
(DFTO)**

David Loda, Dir.
Natasha Rutherford, Dep. Dir.

---

**DIV OF RISK ADJUSTMENT
OPERATIONS**

Kelly Drury,  Dir.
Catherine Anderson, Dep. Dir.

---

**DIV OF EDGE AND
REINSURANCE OPERATION**

Milan Shah, Dir.
Jacalyn Boyce, Dep. Dir.

---

**DIV OF ENROLLMENT
PAYMENT DATA**

Deondra Moseley, Dir.
Korisha Ramdhanie, Dep. Dir.

---

**DIV PROGRAM MANAGEMENT (DPM)**

Donald Cohn, Dir.
Vacant, Dep Dir.*

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT

MARKETPLACE ELIGIBILITY AND ENROLLMENT GROUP
Beth Liu, Dir.
Darla Lipscomb Dep. Dir.
(FCRJ)

- DIV OF MARKETPLACE ELIGIBILITY POLICY AND OPERATIONS
  Anna Lorsbach, Dir.
  Sarah Boehm, Dep. Dir.
- DIV OF AUTOMATED VERIFICATIONS, AND SEP POLICY
  Terence Kane, Dir.
- DIV OF ENROLLMENT POLICY AND OPERATIONS
  Daniel J. Miller, Dir.
  Patrick Flaherty, Dep. Dir.
- DIV OF OFFLINE VERIFICATIONS AND OPERATIONS
  Bonnie Norton, Dir.
  Jessica Veffer, Dep. Dir.



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT



MARKETPLACE PLAN MANAGEMENT GROUP

Lourdes Grindal-Miller, Dir.
Gina Zdanowiczi, Dep. Dir.

(FCRK)

| DIV OF ISSUER MANAGEMENT AND OPERATIONS | DIV OF PLAN ANALYTICS AND REVIEW | DIV OF COMPLIANCE, OVERSIGHT AND MONITORING | DIV OF STRATEGIC STAKEHOLDER ENGAGEMENT AND OPERATIONS | DIV OF BENEFIT AND MARKETPLACE ANALYSIS AND POLICY |
|---|---|---|---|---|
| Erika Melman, Dir. | Ariel Novick, Dir. | Susan Kalmus, Dir. | Dean Mohs, Dir. | Leigha Basini, Dir. |
| Katherine Harkins, Dep. Dir. | Theresa Morgan, Dep. Dir. | Joshua Van Drei, Dep. Dir. | Amy Spiridon, Dep. Dir. | Rebecca Bucchieri, Dep Dir. |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT



MARKETPLACE INNOVATION AND TECHNOLOGY GROUP

Marc Richardson Dir.
Kathryn Wetherby, Dep. Dir.

(FCRL)

---

**DIV OF MARKETPLACE IT OPERATIONS**

Matthew Schmid, Dir.
Ron Goodman, Dep. Dir.

**DIV OF MARKETPLACE IT DEVELOPMENT**

Carlos Alvarez, Dir.
Larry Roth, Dep. Dir.

**DIV OF HUB, DATA , & STATE SUPPORT**

Ricardo Ott, Dir.
Adriane Morris, Dep. Dir.

**DIV OF PROGRAM, CONTRACT, AND BUDGET MANAGEMENT**

Katrina Sizemore, Dir.
Mia Minion, Dep. Dir.

**DIV OF INSURANCE OVERSIGHT AND TRANSPARENCY APPLICATIONS**

Brian James, Dir.
Walter Dunick, Dep Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### CENTER FOR CONSUMER INFORMATION AND INSURANCE OVERSIGHT



BUSINESS OPERATIONS GROUP (BOG)

Kimberly Cones, Dir.
Donna Wenner, Dep. Dir.

(FCRM)

DIV OF BUDGET, ACQUISITION, AND EXECUTIVE SUPPORT

Marni Land, Dir.

DIV OF HUMAN CAPITAL AND WORKFORCE PLANNING

Joi Horn, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE AND MEDICAID INNOVATION



Elizabeth Fowler, Deputy Administrator and Director,
Ellen Lukens, Dep. Dir.
Arrah Tabe-Bedward, Dep. Dir.
Chief Medical Officer, Susannah Bernheim*
Chief Strategy Officer, Purva Rawal

EXECUTIVE OPERATIONS STAFF
Eric Smallwood, Dir.
Latosha Morris, Dep. Dir.

RESEARCH & RAPID CYCLE EVALUATION GROUP

Noemi Rudolph, Dir.
Daniel Muldoon, Dep. Dir.

POLICY AND PROGRAMS GROUP

Eliot Fishman, Dir.
Katie Dziak, Dep. Dir.

LEARNING AND DIFFUSION GROUP

Kathryn Davidson, Dir.
Andrew Philip, Dep. Dir.

BUSINESS SERVICES GROUP

Ashley Corbin, Dir.

Todd Couts, Dep. Dir.

STATE & POPULATION HEALTH GROUP

Tequila Terry, Dir.

Amanda Johnson, Dep. Dir.

PATIENT CARE MODELS GROUP

Sarah Fogler, Dir.*
Claire Schreiber, Dep. Dir.*

SEAMLESS CARE MODELS GROUP

Pauline Lapin, Dir.
Laura McWright, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE AND MEDICAID INNOVATION



STATE AND POPULATION
HEALTH GROUP

Tequila Terry, Dir.
Amanda Johnson, Dep. Dir.

DIV OF STATE BASED
INITIATIVES

Adam Conway, Dir.
Andrea Harmon, Dep. Dir.

DIV OF HEALTH CARE
DELIVERY

David Dietz, Dir.
Alexis Lilly, Dep. Dir.

DIV OF HEALTH INNOVATION &
INTEGRATION

Katherine Verlander, Dir.
Karin E. Bleeg, Dep. Dir.

DIV OF POPULATION HEALTH
INCENTIVES & INFRASTRUCTURE

Emily Jones, Dir.
Kate Johnson, Dep. Dir.

DIV OF MULTI-PAYER MODELS

Kate Sapra, Dir.
Christina Crider, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE AND MEDICAID INNOVATION



PATIENT CARE MODELS GROUP

Sarah Fogler, Dir.*
Claire Schreiber, Dep. Dir.*

DIV OF PAYMENT MODELS

Amy Giardina Dir.
Jen Lippy. Dir.

DIV OF HEALTH CARE PAYMENT MODELS

Tonya Saffer, Dir.

DIV OF SPECIALTY PAYMENT MODELS

Claire Schreiber, Dir.*
Brian Walderson, Dep. Dir.

DIV OF AMBULATORY PAYMENT MODELS

Hillary Cavanagh, Dir.
Alexandra Chong, Dep Dir.

DIV OF ADVANCE PRIMARY CARE

Nicholas Minter, Dir.
Leah Hendricks, Dep Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE AND MEDICAID INNOVATION



SEAMLESS CARE MODELS GROUP

Pauline Lapin., Dir.
Laura McWright, Dep. Dir.

DIV OF FINANCIAL RISK

Meghan Elrington-Clayton, Dir.
Taressa Fraze, Dep. Dir

DIV OF SPECIAL POPULATIONS & PROJECTS

Tom Duvall, Dir.
Laura Missett, Dep. Dir*

DIV OF SEAMLESS INFRASTRUCTURE

John Lumpkin, Dir.

DIV OF HEALTH PLAN INNOVATION

Sibel Ozcelik, Dir.
Vacant, Dep. Dir.

DIV OF DRUG INNOVATION

Jason Petroski, Dir
Vacant, Dep. Dir

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE AND MEDICAID INNOVATION



**RESEARCH & RAPID CYCLE EVALUATION GROUP**

Noemi Rudolph, Dir.
Daniel Muldoon, Dep. Dir.

**DIV OF HEALTH SYSTEMS RESEARCH**

Suzanne Wensky, Dir.

**DIV OF PAYMENT & ACCOUNTABILITY RESEARCH**

Shannon Flood, Dir.

**DIV OF SPECIAL POPULATIONS RESEARCH**

Jenny Lloyd, Dir.*

**DIV OF DATA, RESEARCH & ANALYTIC METHODS**

David Bott, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE AND MEDICAID INNOVATION



POLICY AND PROGRAMS GROUP

Eliot Fishman, Dir.
Katie Dziak, Dep. Dir.

| DIV OF ALTERNATIVE PAYMENT MODEL INFRASTRUCTURE | DIV OF STAKEHOLDER ENGAGEMENT & POLICY | DIV OF PORTFOLIO MANAGEMENT & STRATEGY | DIV OF DATA ANALYTICS |
|---|---|---|---|
| Ann Vrabel, Dir. Malanie Dang, Dep Dir | Megan Cardin, Dir. Jennifer Watson, Dep. Dir. | James Gerber, Dir. | Mark Luxton, Dir. |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE AND MEDICAID INNOVATION



LEARNING AND DIFFUSION GROUP

Kathryn Davidson, Dir.
Andrew Philip, Dep. Dir.

DIV OF MODEL LEARNING SYSTEMS

Taiwanna Messam Lucienne, Dir.*
Bonnie Gewanter, Dep  Dir.*

DIV OF ANALYSIS AND NETWORKS

James Walker, Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CENTER FOR MEDICARE AND MEDICAID INNOVATION



BUSINESS SERVICES GROUP

Ashley Corbin, Dir.
Todd Couts, Dep. Dir.

DIV OF BUSINESS OPERATIONS & MANAGEMENT

Ronald Topper, Jr., Dir.

DIV OF CENTRAL CONTRACTS SERVICES

Barbara Rufo, Dir.

DIV OF TECHNOLOGY SOLUTIONS

Bobbie Knickman, Dir.
Philip Tennant, Dep Dir.

DIV OF SYSTEMS SUPPORT, OPERATION, & SECURITY

Donna Schmidt, Dir.
Richard Speight, Dep. Dir.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**OPERATIONS**
**OFFICES OF HEARINGS AND INQUIRIES**



CUSTOMER  ACCESSIBILITY
RESOURCE STAFF
Ronalda Leneau, Dir*

Randy Brauer, Director
James Slade, Dep. Dir.

BUSINESS OPERATIONS STAFF
Erin Colgan, Director

MEDICARE OMBUDSMAN
GROUP (MOG)

Bridget Berardino, Director
Andrea Hamilton, Dep. Dir.

OFFICE OF HEARINGS

Benjamin Cohen, Director
Jill Gotts Pinch, Dep. Dir.

MARKETPLACE APPEALS GROUP

Kevin Simpson, Director
Ellen Kuhn, Dep. Dir.

DIV OF MEDICARE INQUIRIES
& CUSTOMER SUPPORT

Nancy Conn, Director
Cara Andrews, Dep. Dir.*

DIV OF HEARINGS & DECISIONS

Lisa Ogilvie-Barr, Director
Maude Shepard, Dep. Dir.

DIV OF TECHNOLOGY
& OPERATIONS

Cynthia Moreno, Director
Aleah Williamson, Dep. Dir.

DIV OF MEDICARE DATA
ANALYSIS & PROJECT MGMT

Denesecia Green, Dir.
Christa Gonsalves, Dep. Dir.

DIV OF SYSTEMS &
CASE MANAGEMENT

Christine Blowers, Director
Kevin Keck, Dep. Dir.

DIV OF POLICY

Kevin Simpson, Director*

DIV OF MEDICARE SYSTEM
EXCEPTIONS & INTERFACES

James Johnston, Director
Markell Kelly, Dep. Dir.

DIV OF HEARINGS

Philip Sherfey, Director
Rene Vanessa Coleman, Dep. Dir.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### OFFICE OF ENTERPRISE DATA AND ANALYTICS



Allison Oelschlaeger, Director & CMS Chief Data Officer
Katie Hitchcock, Deputy Director

| POLICY AND DATA ANALYTICS GROUP | DATA AND ANALYTICS STRATEGY GROUP | SURVEY MANAGEMENT AND ANALYTICS GROUP | INFORMATION PRODUCTS AND ANALYTICS GROUP | RESEARCH DATA DEVELOPMENT GROUP | DATA AND INFORMATION DISSEMINATION GROUP |
|---|---|---|---|---|---|
| Keri Apostle, Director | Yadira Sanchez, Director | Marina Vornovitsky, Director | Stephanie Bartee, Director | Andrew Shatto, Dir. | James Krometis, Director |
| Mindy Cohen, Dep. Dir. | | Bill Long, Deputy Dir. | Kevin Hodges, Dep. Dir. | Michelle Seal, Dep. Dir. | Leia Maves, Dep. Dir. |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### OFFICE OF PROGRAM OPERATIONS & LOCAL ENGAGEMENT



**STRATEGY AND BUSINESS OPERATIONS STAFF**

Neil Thowe, Dir

**Nancy O'Connor, Director**
Erin Sutton, Deputy Director of Drug & Health Plan Operations,
Tiffany Swygert, Deputy Director for Innovation & Financial Management
John Hammarlund, Deputy Director for Local Engagement &
Administration Raymond Hurd, Deputy Director for Strategy and Business
Operations

**PUERTO RICO AND US VIRGIN ISLANDS LOCAL ENGAGEMENT & ADMINISTRATION STAFF**

Marina Diaz, Dir.

**BOS & NY DRUG & HEALTH PLAN OPERATIONS GROUP**
Ashley Hashem, Dir
Douglas Edwards, Dep Dir

**BOS & NY INNOVATION & FINANCIAL MANAGEMENT GROUP**
Stephen Mills, Dir
Victoria Abril, Dep Dir

**BOS LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Kathleen Otte, Regional Administrator*

**NY LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Kathleen Otte, Regional Administrator

**PHI & ATL DRUG & HEALTH PLAN OPERATIONS GROUP (PADHPOG)**
Tammy McCloy, Dir
Mortez Williams, Dep Dir

**PHI & ATL INNOVATION & FINANCIAL MANAGEMENT GROUP**
Kristen Pennamon, Dir*
Kristen Pennamon, Dep Dir*

**PHI LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Sharon Graham, Regional Administrator

**ATL LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Sherard McKie, Regional Administrator

**CHI & KC DRUG & HEALTH PLAN OPERATIONS GROUP**
Megan Mason, Dir
Vacant, Dep Dir

**CHI & KC INNOVATION & FINANCIAL MANAGEMENT GROUP**
Jorge Nevarez, Dir
Ally McCoy, Dep Dir

**CHI LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Pam Thomas, Regional Administrator

**KC LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Kimberly Stupica-Dobbs, Regional Administrator

**DAL & DEN DRUG & HEALTH PLAN OPERATIONS GROUP (DDDHPOG)**
Mike Moore, Dir
Mike Moore, Dep Dir

**DAL & DEN INNOVATION & FINANCIAL MANAGEMENT GROUP**
Charna Pettaway, Dir
Keith Cook, Dep Dir

**DAL LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Shannon Hills, Regional Administrator

**DEN LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
John Hannigan, Regional Administrator

**SF & SEA DRUG & HEALTH PLAN OPERATIONS GROUP**
Adrianne Carter, Dir
Nyetta Patton, Dep Dir

**SF & SEA INNOVATION & FINANCIAL MANAGEMENT GROUP**
Capt. Lorelei Piantedosi, Dir
Brian Flett, Dep Dir

**SF LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Vacant, Regional Administrator

**SEA LOCAL ENGAGEMENT & ADMINISTRATION STAFF**
Brenda Suiter, Regional Administrator

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CENTERS FOR MEDICARE & MEDICAID SERVICES
### OFFICE OF PROGRAM OPERATIONS & LOCAL ENGAGEMENT



OFFICE OF PROGRAM OPERATIONS & LOCAL ENGAGEMENT

**BOS & NY DRUG & HEALTH PLAN OPERATIONS GROUP**
Vacant, Dir
Doug Edwards, Dep Dir

- BOS DIV OF CASEWORK MANAGEMENT — Scott Labrecque, Dir
- BOS DIV OF DRUG & HEALTH PLAN OPERATIONS — Adele Pletrantoni, Dir
- NY DIV OF CASEWORK MANAGEMENT — Angela Adetola, Dir.
- NY DIV OF DRUG & HEALTH PLAN OPERATIONS — Rachel Walker, Dir
- NY DIV OF SPECIAL PROGRAMS AND INNOVATION — Yvette Banks, Dir

**PHI & ATL DRUG & HEALTH PLAN OPERATIONS GROUP**
Tamara McCloy, Dir
Mortez Williams, Dep Dir

- PHI DIV OF CASEWORK MANAGEMENT — Justin English, Dir.
- PHI DIV OF DRUG & HEALTH PLAN OPERATIONS — Ruthlande Charles Rogers, Dir
- PHI DIV OF SPECIAL PROGRAMS AND INNOVATION — Annemarie Anderson, Dir
- ATL DIV OF CASEWORK MANAGEMENT — Denise S. Stanley, Dir
- ATL DIV OF DRUG & HEALTH PLAN OPERATIONS — Michael C. Taylor, Dir
- ATL DIV OF SPECIAL PROGRAMS AND INNOVATION — Annemarie Anderson, Dir*

**CHI & KC DRUG & HEALTH PLAN OPERATIONS GROUP**
Megan Mason, Dir
Raymond Swisher, Dep Dir

- CHI DIV OF CASEWORK MANAGEMENT — Lisa Riley, Dir
- CHI DIV OF DRUG & HEALTH PLAN OPERATIONS — Adams Solola, Dir
- CHI DIV OF SPECIAL PROGRAMS AND INNOVATION — Doreen Gagliano, Dir.
- KC DIV OF CASEWORK MANAGEMENT — Johnathan Slade, Dir
- KS DIV OF DRUG & HEALTH PLAN OPERATIONS — Joseph Sanchez, Dir

**DAL & DEN DRUG & HEALTHPLAN OPERATIONS GROUP**
Laura Coleman, Dir.
Mike Moore, Dep Dir.

- DAL DIV OF CASEWORK MANAGEMENT — Anthony Lechuga, Dir.
- DAL DIV OF DRUG & HEALTH PLAN OPERATIONS — Verna Hicks, Dir.
- DEN DIV OF CASEWORK MANAGEMENT — Kim Petery, Dir.
- DEN DIV OF DRUG & HEALTH PLAN OPERATIONS — Marlon Bankston, Dir

**SF & SEA DRUG & HEALTH PLAN OPERATIONS GROUP**
Adrianne Carter, Dir
Nyetta Patton, Dep Dir

- SF DIV OF CASEWORK MANAGEMENT — Max Wong, Dir
- SF DIV OF DRUG & HEALTH PLAN OPERATIONS — Deanna Gee, Dir
- SF DIV OF SPECIAL PROGRAMS AND INNOVATION — Ayanna Busby Jackson, Dir
- SEA DIV OF CASEWORK MANAGEMENT — Kenneth Gardner, Dir
- SEA DIV OF DRUG & HEALTH PLAN OPERATIONS — Estavan Carter, Dir

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
### OFFICE OF PROGRAM OPERATIONS & LOCAL ENGAGEMENT



OFFICE OF PROGRAM OPERATIONS & LOCAL ENGAGEMENT

**BOS & NY INNOVATION & FINANCIAL MANAGEMENT GROUP**
Stephen Mills, Dir
Victoria Abril, Dep Dir

**PHI & ATL INNOVATION & FINANCIAL MANAGEMENT GROUP**
Kristen Pennamon,, Dir.*
Kristen Pennamon, Dep Dir

**CHI & KC INNOVATION & FINANCIAL MANAGEMENT GROUP**
Jorge Nevarez, Dir
Ally McCoy, Dep Dir

**DAL & DEN INNOVATION & FINANCIAL MANAGEMENT GROUP**
Charna Pettaway, Dir
Keith Cook, Dep Dir

**SF & SEA INNOVATION & FINANCIAL MANAGEMENT GROUP**
Lorelei Plantedosi, Dir
Brian Flett, Dep Dir

**BOS DIV OF INNOVATION & OPERATIONS**
Susan Kossler, Dir

**PHI DIV OF INNOVATION & OPERATIONS**
Lynne Tierney, Dir

**CHI DIV OF INNOVATION & OPERATIONS**
Julius Bunch, Dir

**DAL DIV OF INNOVATION & OPERATIONS**
Bobbie Sullivan, Dir

**SF DIV OF INNOVATION & OPERATIONS**
Kirk Sadur, Dir

**BOS DIV OF FINANCIAL MANAGEMENT**
Sedric Goutier, Dir

**PHI DIV OF FINANCIAL MANAGEMENT**
Michael Abel, Dir

**CHI & KC DIV OF FINANCIAL MANAGEMENT**
Jennifer Magyar, Dir

**DAL & DEN DIV OF FINANCIAL MANAGEMENT**
Lindsey Kittrell, Dir

**SF & SEA DIV OF FINANCIAL MANAGEMENT**
Gregory Snyder, Dir

**NY DIV OF INNOVATION & OPERATIONS**
Denise Molloy, Dir

**ATL DIV OF INNOVATION & OPERATIONS**
Thomas Robinson, Dir*

**KC DIV OF INNOVATION & OPERATIONS**
CDR Marsophia Powers, Dir

**DEN DIV OF INNOVATION & OPERATIONS**
CDR Larron Dolence, Dir

**SEA DIV OF INNOVATION & OPERATIONS**
Rebecca Chapman, Dir

**NY DIV OF FINANCIAL MANAGEMENT**
George Fantaousakis, Dir

**ATL DIV OF FINANCIAL MANAGEMENT**
Cherie Weatherington, Dir

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**
**OFFICE OF BURDEN REDUCTION & HEALTH INFORMATICS**



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CENTERS FOR MEDICARE & MEDICAID SERVICES
## OPERATIONS
### OFFICE of STRATEGY, PERFORMANCE & RESULTS
### (OSPR)



OFFICE of STRATEGY, PERFORMANCE and RESULTS

Bill Samples, Dir.
Vacant, Dep. Dir.

(FCMS)

ENTERPRISE STRATEGY GROUP

Bill Samples, Dir.*

(FCMSA)

ENTERPRISE PORTFOLIO MANAGEMENT GROUP

Benjamin Moll, Dir.*    (FCMSB)

ENTERPRISE PERFORMANCE and RESULTS GROUP

Benjamin Moll, Dir.

(FCMSC)