**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | Criminal No. 1:21-10256-IT |

**EXHIBIT 17**

**GOVERNMENT'S OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS COUNTS 1-7**

| | |
|---|---|
| **From:** | Michelle R. Peirce |
| **To:** | George, Abraham (USAMA); Callahan, Patrick (USAMA); Derusha, David (USAMA) |
| **Cc:** | Meghan M. Cosgrove |
| **Subject:** | RE: SpineFrontier/consulting payments and other matters |
| **Date:** | Wednesday, May 29, 2019 4:55:14 PM |

We will plan to meet with you on June 27.

As to the two cell phones, I can tell you the following thus far: Ms. Dudley's cell phone has, we are told, 147,853 text messages going back to 11/29/12. I need to discuss with you how to approach this production given issues concerning the volume of data, privilege, marital communications, etc. Dr. Chin has texts back to 4/26/19. We are still working to determine when Dr. Chin received a new device and are exhausting efforts both with our vendor and with AT&T to determine if text messages could still exist elsewhere. As we discussed, Dr. Chin is willing to do whatever he can do to help retrieve text messages and reiterates that he did not understand text messages to be encompassed by the 2017 subpoenas.

Per #3 below, it would be helpful to have the consultant payment documents you referenced in our recent telephone call; having those may help us locate others either in the production or otherwise.

Thank you.

Michelle

**From:** George, Abraham (USAMA) <Abraham.George@usdoj.gov>
**Sent:** Tuesday, May 28, 2019 5:15 PM
**To:** Michelle R. Peirce <mpeirce@barrettsingal.com>; Callahan, Patrick (USAMA) <Patrick.Callahan@usdoj.gov>; Derusha, David (USAMA) <David.Derusha@usdoj.gov>
**Cc:** Meghan M. Cosgrove <mcosgrove@barrettsingal.com>
**Subject:** RE: SpineFrontier/consulting payments and other matters

Michelle –

Let's do June 27 at 2 pm for the meeting.  Please let us know about #2 below.

Thanks,
Abe

Abraham R. George
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way
Boston, MA 02210
(617) 748-3152
abraham.george@usdoj.gov

**From:** Michelle R. Peirce <mpeirce@barrettsingal.com>
**Sent:** Thursday, May 23, 2019 12:08 PM
**To:** Callahan, Patrick (USAMA) <PCallahan@usa.doj.gov>; George, Abraham (USAMA) <AGeorge2@usa.doj.gov>; Derusha, David (USAMA) <DDerusha@usa.doj.gov>
**Cc:** Meghan M. Cosgrove <mcosgrove@barrettsingal.com>
**Subject:** SpineFrontier/consulting payments and other matters

By way of update:

1. I have been working to follow up on your request for documents concerning consulting payments. It would be helpful if you could provide me with the partial summaries you referenced. I believe that would help us more readily locate (or direct you to) similar summaries.

2. I have a call scheduled with our vendor tomorrow and expect that I will have an update for you tomorrow or Monday concerning Dr. Chin's and Ms. Dudley's phones/texts.

3. Awaiting your input on a date for our meeting, per my email yesterday. I am hopeful you will be willing to meet during the week of 6/24 for the reasons I mentioned.

Thank you.



**Michelle Peirce, Esq.**
Partner
One Beacon Street, Suite 1320
Boston, MA  02108
T  617-720-5090
F  617-720-5092
mpeirce@barrettsingal.com
www.barrettsingal.com

This electronic message and any files attached hereto contain confidential or privileged information from the law firm of Barrett and Singal. This information is intended to be for the use of the individuals or entities to whom it is addressed only. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender by reply email and destroy all copies of this message. To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.