UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:21-cr-10256-IT |
| ) | |
| KINGSLEY R. CHIN, ) | |
| ADITYA HUMAD, and ) | |
| SPINEFRONTIER, INC., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION BY DEFENDANTS FOR LEAVE TO FILE A REPLY IN SUPPORT OF THE MOTION TO DISMISS COUNTS 1 THROUGH 7**

Defendants respectfully seek leave to file a reply in support of their motion to dismiss Counts 1 through 7 of the Indictment. The reply is limited to matters in the government's opposition that could not have been foreseen by Defendants based on the meet-and-confer efforts that preceded the dispositive motion. The government has agreed not to oppose this motion for leave to file a reply, stating specifically that it takes no position on Defendants' request. A copy of the proposed reply is attached hereto as Exhibit A.

As a first of two grounds for a reply, during meet-and-confer efforts, defendants explained that among the grounds for their anticipated motion was the government having misled the grand jury in part by failing to make clear that SpineFrontier disclosed its payments to physicians in its own name, rather than using the name IME. The government did not take the position that it did inform the grand jury of that fact, but rather that SpineFrontier's disclosures were irrelevant. In its opposition, the government ████████████████████████████████████████████████████████████████████████████████████████ ██████.

Defense counsel engaged in substantial meet-and-confer efforts with the government, but those discussions gave the Defendants no reason to anticipate the government's reliance on this argument and the testimony and documents submitted with its opposition. As a result, Defendants seek the opportunity to file a reply that addresses (1) the actual context of the witnesses' testimony and the records they addressed, █████████████████████████████████████████ █████████████████████████████████████████, and (2) legal flaws underlying the government's efforts to blur the use of multiple grand juries, rather than focus on what was provided to the grand jury that returned the Indictment.

As the second ground for a reply, the government argues in its opposition that its theory is not that public disclosures by SpineFrontier were inaccurate, but that █████████████ █████████████████████████████████████████ ███████████████████. To date, the government has treated these physician-consultants as unindicted co-conspirators and even charged one with conspiracy and obstruction of justice. But in the opposition, the government's theory suggests these physician-consultants are actually victims. Defendants did not foresee this change in position by the government. As a result, Defendants seek to include in their reply a counter-argument about why this theory of treating physician-consultants as victims is wrong and, even if correct, would not matter for purposes of the pending dispositive motion. Indeed, the government has played an active role in shaping the testimony of physician-consultants who initially provided information supportive of SpineFrontier's consulting program, which morphed into different stories as the government brought felony charges against one physician-consultant and threatened others.

Defendants disagree with many other aspects of the government's opposition, but Defendants limit their proposed reply to just these two categories. Addressing these two areas in a

2

reply can build a complete record and assist the Court's efforts to address the serious issues underlying the dispositive motions. The proposed reply is less than 5 full pages.

## CONCLUSION

Based on the foregoing, Defendants respectfully request that the Court grant leave for them to file a reply.

Respectfully submitted,

/s/ Joshua L. Solomon
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com
jsolomon@psdfirm.com

/s/ William W. Fick
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

**Certificate of Service**

    The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on March 6, 2024.

                                               /s/ Joshua L. Solomon