# EXHIBIT 2

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  05/09/2017

    **Dr. JOSEPH SHEHADI**, date of birth ▮▮▮▮▮▮▮▮ SSN ▮▮▮▮▮▮▮▮ office address of 393 East Town Street, Suite 110, Columbus, OH 43215, telephone number ▮▮▮▮▮▮▮▮, was interviewed telephonically by SA Roberto Coviello, HHS OIG and SA Alethea Harris. After being advised of the identities of the interviewing Agents and the nature of the interview, Shehadi voluntarily provided the following information in substance and in part:

    Shehadi performed some simple consulting services for SpineFrontier (SF) that he believes were completely "legitimate." Shehadi was never asked to do anything illegal by anyone associated with SF. Shehadi runs all of these types of arrangements by his attorney.

    Shehadi's consulting for SF faded to nothing because SF's products were no longer approved for use in the Ohio Health Hospital System. No reason was given for why SF's products were no longer available. Shehadi thinks the hospital stopped stocking SF products about two years ago. Shehadi is not a consultant for SF anymore and may have discontinued being a consultant before the hospital stopped stocking SF products. Once the products were no longer available, he did not consult anymore. SF sales representatives do not come to his area anymore since the hospital does not stock the products.

    Shehadi was not sure who first approached him about working with SF. Shehadi does not remember how he first became a consultant for SF. As a consultant, Shehadi evaluated the products and provided feedback to SF. Shehadi would do consulting on an as-needed basis. When he performed consulting work, he would submit his hours after the work day. Shehadi gave his feedback on products online, via email, over the phone, or by talking to the sales representatives or engineers. Shehadi stated that he has a "paper trail" that shows that he did consulting work for SF. Shehadi keeps emails and logs that pertain to his consulting work. Shehadi has always insisted that documents pertaining to his consulting work be retained.

    The last time that Shehadi spoke with anyone from SF was one to two years ago. Shehadi's sales representative from SF was Greg Last Name

---

| | | |
|---|---|---|
| Investigation on | 05/03/2017 | at Boston, Massachusetts, United States (Phone) |
| File # | 209A-BS-6566377 | Date drafted  05/05/2017 |
| by | Alethea Harris | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

INT-RPT00000388

209A-BS-6566377

Continuation of FD-302 of  (U) Joseph Shehadi  , On  05/03/2017  , Page  2 of 2

Unknown (LNU). Shehadi insisted that everything that he did with SF was completely legal.