# Exhibit 1



**BaylorScott&White**
HEALTHTEXAS PROVIDER NETWORK

July 23, 2024

Chantal Goldson
1315 Walmsley Ave

BAYLOR SCOTT & WHITE WOMEN'S
HEALTH GROUP
3600 GASTON AVE WADLEY SUITE 1158
DALLAS TX 75246
Phone: 469-800-9290
Fax: 469-800-9299

To whom it may concern:

Chantal Goldson is an obstetric patient of mine with an expected delivery date of :10/16/24. Due to Chantal medical condition pt is not able to fly for trial on 10/7/24. Should additional information be needed, please call my office at Dept: 469-800-9290

Sincerely,

Uchechi Anumudu, MD