UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br>   *Defendants*. | No. 1:21-cr-10256-IT |

**JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The Parties jointly ask this Court to enter an order excluding from the Speedy Trial Act computation the period from **September 9, 2024**, through and including **March 17, 2025**.

The Parties agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the U.S. District Court for the District of Massachusetts.

A proposed Order is attached.

Respectfully submitted,

| **UNITED STATES OF AMERICA** | **ADITYA HUMAD** |
|---|---|
| By its attorney, | By his attorneys, |
| JOSHUA S. LEVY<br>Acting U.S. Attorney | /s/ *Daniel N. Marx*<br>Daniel N. Marx (BBO #674523)<br>William W. Fick (BBO #650562)<br>FICK & MARX LLP<br>24 Federal Street, 4th Floor<br>Boston, MA  02110<br>(857) 321-8360<br>dmarx@fickmarx.com<br>wfick@fickmarx.com |
| */s/ Mackenzie Queenin*<br>Abraham R. George<br>Christopher Looney<br>Mackenzie Queenin<br>Assistant U.S. Attorneys<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9100<br>Boston, MA  02210<br>(617) 748-3100<br>abraham.george@usdoj.gov<br>christoper.looney@usdoj.gov<br>mackenzie.queenin@usdoj.gov | |
| | **KINGSLEY CHIN and SPINEFRONTIER, INC.**<br><br>By their attorneys,<br><br>/s/ *Barry S. Pollack*<br>Barry S. Pollack (BBO #642064)<br>Joshua L. Solomon (BBO #657761)<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>(617) 439-9800<br>bpollack@psdfirm.com<br>jsolomon@psdfirm.com |

Dated: July 31, 2024

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that this document filed on July 31, 2024, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Daniel N. Marx*
Daniel N. Marx