# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

   v.

KINGSLEY R. CHIN,
ADITYA HUMAD, and
SPINEFRONTIER, INC.,
   *Defendants*.

No. 1:21-cr-10256-IT

## **[PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Upon consideration of the Parties' joint motion to exclude time and for good cause shown, it is hereby

ORDERED that in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and in the interests of justice, this Court hereby excludes the time as to Defendants Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc., for the period from September 9, 2024, through and including March 17, 2025.

_____
The Honorable Indira Talwani
U.S. District Judge

Dated: July 31, 2024