UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> KINGSLEY R. CHIN, </br> ADITYA HUMAD, and </br> SPINEFRONTIER, INC., </br></br> Defendants. | Criminal No. 1:21-cr-10256-IT |

**UNOPPOSED MOTION BY DEFENDANTS FOR LEAVE TO FILE A REPLY
IN SUPPORT OF THEIR MOTION TO UNSEAL THE COURT'S
MEMORANDUM AND ORDER DATED JULY 3, 2024
AND UNDERLYING MOTION PAPERS AND EXHIBITS**

Defendants respectfully seek leave to file a reply in support of their motion to unseal the Memorandum and Order dated July 3, 2024, and underlying motion papers and exhibits.

As grounds for a reply, the government has made arguments beyond what it stated in an earlier submission in support of sealing, and has erroneously described the record and applicable caselaw. As a result, Defendants seek the opportunity to file a reply that addresses legal flaws underlying the government's opposition. The proposed reply will assist the Court's efforts to address serious issues underlying the extent to which the government may keep matters concerning dispositive motions and evidence of government misconduct out of the public record.

The proposed reply is less than 5 full pages. A copy of the proposed reply is attached hereto as Exhibit A.

The government has indicated that it does not oppose this motion for leave to file a reply.

## CONCLUSION

Based on the foregoing, Defendants respectfully request that the Court grant leave for them to file a reply.

Respectfully submitted,

/s/ Joshua L. Solomon
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com
jsolomon@psdfirm.com

/s/ William W. Fick
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

**Certificate of Service**

      The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on August 2, 2024.

                                                  /s/ Joshua L. Solomon

**Local Rule 7.1 Certification**

      Counsel for Defendants conferred with counsel for the government concerning this motion. Counsel for the government authorized undersigned counsel to represent that the government does not oppose this motion for leave to file a reply.

                                                  /s/ Joshua L. Solomon