# Exhibit 4



**U.S. Department of Justice**
*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

January 26, 2024

William W. Fick
Fick & Marx LLP
24 Federal Street, Fourth Floor
Boston, MA 02110
*Counsel for Aditya Humad*

Barry S. Pollack, Esq.
Joshua L. Solomon, Esq.
Pollack Solomon Duffy LLP
31 St. James Ave., Suite 940
Boston, MA 02116
*Counsel for Defendants Kingsley R. Chin and SpineFrontier, Inc.*

**VIA EMAIL AND USAfx**

Re:   *United States v. Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc.*
       No. 21-cr-10256-RWZ

Dear Counsel:

In connection with the above-referenced case, we write to provide supplemental discovery. An index of the discovery material is enclosed with this letter. Access to the server has been given to your designees. The files will be available for download for 60 days. The following files are included.

| Description | Bates Number |
|---|---|
|  |  |
| 2013 CMS Open Payment Data | USAO_0004251 |
| 2014 CMS Open Payment Data | USAO_0004252 |
| 2013-2014 CMS Center for Program Integrity Report on SpineFrontier | USAO_0004253 |

In providing materials to you from CMS's Open Payments Program, including (i) our production of documents accompanying this letter, and (ii) our provision of the information below, we want to reiterate our view that CMS is not a member of the prosecution team. *See, e.g., Ruiz v. United States*, 221 F. Supp. 2d 66, 74 (D. Mass. 2002) ("*Brady* does not, however, impose upon the government a duty to discover and produce exculpatory information in the possession of **agencies not involved in the investigation**."; "Evidence "within its possession" includes exculpatory information in the possession of any agency that participated in the investigation of the crime charged"); *United States v. Avellino*, 136 F.3d 249, 255 (2d Cir. 1998) (declining to impose an unlimited duty on a prosecutor to inquire of the offices not working with the prosecutor's office on the case; requiring government to undertake search and review of all agencies would require the adoption of "'a monolithic view of government' that would condemn the prosecution of criminal cases to a state of paralysis."); *United States v. Rigas*, 2008 WL 144824, at *2 (S.D.N.Y. 2008) *aff'd* 583 F.3d 108 (2d Cir. 2009) (rejecting defendant's request for documents in possession of the SEC because the U.S. Attorney's Office and SEC had not conducted a "joint" investigation).

Reserving our rights in this regard, the government is disclosing the information contained below, in addition to our production of documents, as referenced above.

**1. CMS provided information concerning SpineFrontier's Sunshine Act submissions to the prosecution team in February, March, and April 2016.**

- As of February 2016, Spine Frontier, Inc. had registered in 2015, and had not yet recertified in 2016.

- The CMS Center for Program Integrity did not see Impartial Medical Experts/IME being registered in the OP (Open Payments) system.

- SpineFrontier is correct in representing that if information for 2015 and 2016 was provided to CMS but they missed the reporting deadline for 2017, their reports/payments would not show up until the refresh, which is usually done at the end of the year.

**2. CMS provided additional information concerning SpineFrontier's Sunshine Act submissions to the prosecution team in December 2018.**

- The CMS Open Payments program operates on a "Program Year" (PY) cycle. Reporting entities collect information about payments and other transfers of value made throughout the calendar year. These records are then reported to CMS during the submission window, which occurs in February and March of the following year.

- Records are reported to CMS using the Open Payments system. When a record is uploaded into the system it goes through a series of validation steps before being considered "ready for submission." If a record does not pass these validation steps, the reporting entity is given an error message and must correct the error prior to being able to continue with submitting that record. Records that are ready for submission

2

then must go through a "final submission" step and an "attestation" step. Reporting entities must complete all of these steps in order for their records to be considered reported.

- The Open Payments program has a Help Desk that is available year-round to assist reporting entities with the data collection and submission process. They can be contacted by phone or email.

- Records that are attested to by the submission deadline then enter a 45-day review and dispute period in which physicians and teaching hospitals may review the information reported about them and dispute it if necessary. At the end of the review and dispute period, eligible records are published on the public Open Payments website.

- For example, for PY 2017, information was collected by reporting entities throughout calendar year 2017. This information was reported to CMS between 2/1/2018 and 3/31/2018. Information that was attested to by 3/31/2018 was then eligible for the review, dispute, and correction window from 4/1/2018 to 5/15/2018. Eligible records that completed the review and dispute period were then published on 6/29/2018.

- More information about this process and the Open Payments system can be found in the Open Payments User Guide: https://downloads.cms.gov/files/Open-Payments-User-Guide.pdf

- CMS maintains a help desk for Sunshine Act submissions. CMS does not ever delete any information that a provider submits to the Open Payments database.

- SpineFrontier submitted data for Program Year ("PY") 2015 and 2016 by the submission deadline for those Program Years, but the data was not attested to by the submission deadline for those Program Years.

- Reporting entities may submit information for a given Program Year at any time after the submission window for that Program Year opens, but the reporting entity must complete all of the necessary steps (*i.e.* the records must be attested to by the submission deadline) in order for the information to be eligible for publication. If the information is attested to late (*i.e.* after the submission window deadline), it will not be eligible for publication in that year (for example, data for Program Year 2018 must be attested to by 3/31/2019 in order for it to be eligible for publication in June of 2019). Additionally, though this does not apply in the case of SpineFrontier, for research related records, the program regulation allows reporting entities to request a delay in publication for up to four years from the date the payment was made; if reporting entity indicates publication delay request for specific records during their submission, those records will not be included in the publication.

**3. In December 2018, CMS provided the following information to the prosecution team regarding SpineFrontier's Open Payments submissions for Program Years 2015 through 2018.**

*SpineFrontier's 2015 Sunshine Act Information*

- For Open Payments Program Year ("PY") 2015, SpineFrontier first submitted 2015 Sunshine Act information to CMS's Open Payments Program on March 22, 2016. On March 22, SpineFrontier attempted to upload an Ownership record, but the record did not make it past the system's validation or matching edits to the "Ready for Submission" step. SpineFrontier made a submission again on March 31, 2016 (General Payments).

- SpineFrontier's submission listed Aditya Humad as the "Office," "Submitter," and "Attester" in the Open Payments system. The submissions (like all Open Payments submission data) were made through the Open Payments system and not to any specific addressee.

- The information did not become publicly available at this point because the information was not attested to until June 2, 2017.

- Lesley Olson corresponded with the Open Payments Help Desk beginning in early 2017, including regarding problems submitting Open Payments data for PY 2015. On May 17, 2017, a member of the Open Payments Help Desk spoke with Lesley Olson and suggested deleting and resubmitting one ownership record, that was submitted but not attested to, in the process of assisting SpineFrontier with its attempts to submit its Program Year 2015 data. It is not known on what date SpineFrontier took the action of deleting the initial ownership record (entered on March 22, 2016) but the new ownership record was submitted on June 2, 2017.

- The June 2, 2017 submission was made by Aditya Humad. The submission became publicly available on June 29, 2018, the initial date for Program Year 2017.

*SpineFrontier's 2016 Sunshine Act Information*

- For Open Payments Program Year ("PY") 2016, SpineFrontier submitted data on March 31, 2017 and April 26, 2017. Additional data for this program year was submitted on May 24, 2018.

- The submission came from Aditya Humad. The submissions (like all Open Payments submission data) were made through the Open Payments system and not to any specific addressee.

- The information submitted in 2017 was not attested to until April 26, 2017.

- SpineFrontier does not appear to have deleted any PY 2016 data after they submitted it.

- It does not appear that SpineFrontier resubmitted any PY 2016 data.

- The submission became publicly available on June 29, 2018, the initial date for Program Year 2017. The additional data submitted in May of 2018 had not been published yet (as of December 2018).

*SpineFrontier's 2017 Sunshine Act Information*

- For Open Payments Program Year ("PY") 2017, SpineFrontier submitted data on March 22, 2018 and May 24, 2018.

- The submissions came from Aditya Humad. The submissions (like all Open Payments submission data) were made through the Open Payments system and not to any specific addressee.

- The submission became publicly available on June 29, 2018, the initial date for Program Year 2017.

*SpineFrontier's 2018 Sunshine Act Information*

- As of December 2018, SpineFrontier had not yet submitted its 2018 Sunshine Act information.

*IME's Sunshine Act Information*

- IME has not reported any records for any program year.

*SpineFrontier/KIC/IME Correspondence with the Open Payments Help Desk*

- The Open Payments Help Desk conducted a search for email correspondence with the email domains (1) "@spinefrontier.com", (2) "@kicventures.com", (3) @"call-ime.com" for the years 2017 and 2018 and identified communications with Lesley Olson from KIC Ventures reflecting that staff from Open Payments Help Desk spoke with Lesley Olson from KIC several times in the spring of 2017 and 2018.

- CMS provided to the prosecution team a summary of the Help Desk's communications with Lesley Olson as follows:

    o 3/31/2017: Phone call to discuss general questions related to the submission process.
    o 3/31/2017: Email inquiry about records from PY 2015 that were not published. Help Desk requested additional information to help diagnose the problem.
    o 4/6/2017: The Help Desk reached out again by phone to follow-up and request additional information. Ms. Olson followed up by providing a copy of the final submission confirmation, but not a copy of the final attestation confirmation.
    o 4/7/2017: Phone call to help clarify the information needed for the Help Desk to assist.

5

- - 4/11/2017: Response from Ms. Olson to request that the Help Desk ticket stay open until she has the opportunity to speak with the CFO, who handles the submission process.
  - 4/14/2017: Follow up phone call. Ms. Olson sent in information showing that the records were in "Ready for Attestation," status, which would explain why they were not published. Help Desk explained that, if attested, they would be eligible for publication in June of 2018.
  - 4/18/2017: Ms. Olson called for assistance while working on final submission.
  - 4/27/2017: Ms. Olson followed up to say that they completed attestation for PY 2016 records but received an error during submission for PY 2015 records. Worked with the user on 4/27/2017 and 4/28/2017 to identify the possible causes for the error. Provided recommendations for how to resolve the issue.
  - 5/5/2017: Ms. Olson followed-up because she worked with her CFO to resolve the issue but was still seeing an error message. The Help Desk asked to have more information. Issue was escalated within the Help Desk.
  - 5/17/2017: Help Desk spoke with Ms. Olson and suggested that the submitter delete the PY 2015 record and submit it as new as a remedy for the validation issue.
    - Help Desk followed up on 5/19, 5/22 and 5/24. As of 5/26 the suggested remediation had not been attempted.
    - Help Desk left voicemails for Ms. Olson on 5/31 and 6/1 requesting a status update.
  - 6/1/2017: Issue was marked as resolved given non-response from entity. Resolution was sent to the entity with another description of how to resolve the issue.
- March 2018 (3/12, 3/19, and 3/22): User contacted the Help Desk three separate times for assistance with their PY 2017 submission.

The government is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under the Local Rules and Rule 16 of the Federal Rules of Criminal Procedure.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Abraham R. George
      ABRAHAM R. GEORGE
      PATRICK M. CALLAHAN
      CHRIS LOONEY
      Assistant U.S. Attorneys

Enclosure: January 26, 2024 Discovery Index