# Exhibit 5



**U.S. Department of Justice**
*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

July 9, 2024

Barry S. Pollack, Esq.
Joshua L. Solomon, Esq.
Pollack Solomon Duffy LLP
31 St. James Ave., Suite 940
Boston, MA 02116
*Counsel for Defendants Kingsley R. Chin and SpineFrontier, Inc.*

William W. Fick
Fick & Marx LLP
24 Federal Street, Fourth Floor
Boston, MA 02110
*Counsel for Aditya Humad*

**VIA EMAIL AND FEDEX**

    Re:    *United States v. Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc.*
              No. 21-cr-10256-IT

Dear Counsel:

In connection with the above-referenced case, we write to provide supplemental discovery. In your December 22, 2023 letter, you requested materials from CMS or HHS regarding SpineFrontier's "extensive reports under the Sunshine Act." Def.'s Dec. 22, 2023 Ltr. at 2. Specifically, you requested information and materials "concerning Error and Warning Codes, Review and Dispute Data, Review and Correct Data, Data Displays, and communications among various stakeholders during these processes." *Id*. You also requested all "communications and data tending to show compliance by SpineFrontier," with the Sunshine Act. *Id*.

Following a meet and confer on or about January 19, 2024, the Government responded via email to your CMS/HHS discovery requests on January 25, 2024. In our email, we reiterated our position that "the CMS-Open Payments Program is not part of the prosecution team." Jan. 25, 2024 Email. We also noted again our understanding that "SpineFrontier itself is in possession of the information it submitted to the CMS-Open Payments Program." *Id*. We maintain that the CMS-Open Payments Program is not part of the prosecution team, and even if it were, SpineFrontier itself has access to the requested information. Nevertheless, and consistent with

our representation in our January 25 email, we previously have produced information responsive to your request, and, on the disc enclosed with this letter, we are making a further production of materials responsive to your request bearing Bates Nos. USAO_0004260 – USAO_0004699.

At this point, we have requested information responsive to your request from CMS and produced to you the responsive information we received from CMS. We are aware of no further responsive information in the possession, custody, or control of CMS or HHS. Therefore, we do not anticipate making any further productions to you based on this request.

Finally, to date, the government has received no reciprocal discovery from the defendants. The Government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

> Very truly yours,
>
> JOSHUA S. LEVY
> Acting United States Attorney
>
> */s/ Abraham R. George*
> ABRAHAM R. GEORGE
> PATRICK M. CALLAHAN
> CHRIS LOONEY
> MACKENZIE QUEENIN
> Assistant U.S. Attorneys

Enclosure

2