# Exhibit 6

# Open Payments Research Brief: SpineFrontier

Last Updated: 01/09/2017

## OVERVIEW

Acumen supports the Data Sharing Partnership Group (DSPG), Center for Program Integrity (CPI), Centers for Medicare and Medicaid Services (CMS) in the evaluation of the Open Payments program. In this capacity, Acumen conducts analyses that determine whether Open Payments is achieving its goals of maximizing financial transparency amongst key stakeholders in the drug and device industry.

Recently, DSPG requested Acumen's assistance in the identification of physician owned distributorships, colloquially known as PODs. PODs are companies that typically market specialized medical devices and are owned and operated by physicians. DSPG receives leads from industry whistleblowers and in turn, Acumen assesses whether the lead may be a likely candidate for functioning as a POD.

This document presents Acumen's findings on SpineFrontier, Inc. Section 1 summarizes the key findings on SpineFrontier. The following sections provide more information on the key findings in Section 1. Section 2 presents general business information on SpineFrontier, an overview of SpineFrontier's Less Exposure Surgery (LES) Philosophy and a list of current and future SpineFrontier products. Section 3 presents the key players in SpineFrontier, providing an extensive background on SpineFrontier's founder Kingsley R. Chin, and identifying physicians who use SpineFrontier's devices. Section 4 discusses previous compliance-related concerns, including a warning letter from the FDA.

## 1    SUMMARY

- SpineFrontier is not publicly traded, confirmed by a search in EDGAR.
- SpineFrontier is owned by Dr. Kingsley Chin.
- SpineFrontier is an active business, confirmed by a Secretary of the Commonwealth of Massachusetts Corporation Division entity search and the USPS Address Matching System (AMS).
- SpineFrontier meets the definition[1] of an applicable manufacturer.

*Table 1. AM/GPO Criteria*

| Criteria | Characteristics of Applicable Manufacturer |
|---|---|
| Operates in the United States | Yes. |
| Activity | Type 1 Manufacturer. |
| Covered Product | Yes. SpineFrontier has multiple spine-related products which are covered by Medicare. SpineFrontier's spinal pedicles and screws are covered by Medicare under CPT code 22899, and examples of CPT codes covering other spinal fusion technologies are 22532, 22534, and 22634.[2] |

---

[1] https://www.cms.gov/OpenPayments/Program-Participants/Applicable-Manufacturers-and-GPOs/Applicable-Manufacturers-and-GPOs.html
[2] http://www.medtronic.com/content/dam/medtronic-com-/mdt/spinal/documents/spinal_pro_coding_ref_2015.pdf

- SpineFrontier is a candidate for non-compliance as they reported ownership interest for Dr. Kingsley Chin for program years 2013 and 2014, but not 2015. Dr. Kingsley is also involved in a multiple of spinal device related organizations, including a non-profit linked to SpineFrontier, LES Society. SpineFrontier has previously been investigated by the FDA for compliance-related concerns.

# 2  SPINEFRONTIER

SpineFrontier Inc. is a medical device company that designs, develops and markets implants and instruments used in the treatment of spinal diseases. It was founded in 2006 and is based in Walden, MA.[3] Their devices are based on the Less Exposure Surgery (LES) Philosophy. This section provides SpineFrontier's contact information, their executive team, board of directors, an overview of the LES Philosophy, and SpineFrontier's products.

## 2.1  CONTACT INFORMATION

**Address:** 350 Main Street, Third Floor, Malden, MA 02148

**Phone:** 978.232.3990

**Email:** contact@spinefrontier.com

**Website:** http://spinefrontier.com/

## 2.2  EXECUTIVE TEAM

*Table 2. Executive Team*

| Name | Role | Brief History |
|---|---|---|
| Founder, CEO and CTO | Kingsley Chin | Kingsley received a BA in Mathematics from Columbia College, a BSc in Electrical, Electronics and Communications Engineering from Columbia University and a MD from Harvard Medical School. Prior to SpineFrontier, Kingsley worked as the Chief of Spine Surgery at Penn Medicine. He is also the founder of several other organizations, including the LES Society, and The LESS Institute. |
| President and Chief Financial Officer | Aditya Humad | Before SpineFrontier, Aditya worked in Healthcare Investment Banking at J.P. Morgan, focusing on M&A, financing and restructuring. Humad earned a Bachelor's in Bioengineering and Finance from the University of Pennsylvania and Wharton School of Business. He is also the Co-Founder of KICVentures which has generated over $100 million in revenues to date. |
| Chief Operating Officer | Jake Lubinski | Before SpineFrontier, Lubinski was a Design Engineer and Project Manager in the consumer and medical device markets. As a former clinical assistant, he observed and documented over 50 cardiothoracic, colorectal and orthopedic surgeries. Lubinski holds a B.S. in Mechanical Engineering from Michigan Technological University and an M.S. in Mechanical Engineering with a research focus in spine mechanics from the University of Vermont. |

---

[3] http://www.bloomberg.com/Research/stocks/private/snapshot.asp?privcapid=106592091

| | | |
|---|---|---|
| Chief Sales Officer | Frank Schnur | Schnur also works as the Chief Marketing Officer at Pow Wow –a technology solution for the meetings and events industry. Before Pow Wow and SpineFrontier, he worked for eleven years with American Express, eventually becoming VP of Innovation. |
| Director of Operations | Charlie Sears | Before SpineFrontier, Sears worked in consumer product, electromechanical systems and medical device industries for 20 years. He worked in design, engineering and consulting with Altitude and Radius Product Development. Sears has a degree in Computer Science from UMass Amherst. |
| Creative Director of Special Projects | Michael Amaru | Amaru holds a B.A. in Fine Arts from Montserrat College. He is the co-founder of a start-up, and is currently involved with fostering start-up companies for the Special Projects team. In 2013, he was on a winning team of the Boston Start-Up Weekend, an entrepreneurship competition. |
| AMP Team Manager | Vito Lore | Before SpineFrontier, Vito worked on product development with Radius, mobile phones with Nokia and satellite/aircraft guidance with Allied Signal. He has a degree in Aeronautics and Astronautics Engineering from Purdue University. |

### 2.3   BOARD OF DIRECTORS

- Jerry Goldstein

Acumen was only able to find one member of the board of directors. There is no information available on the board of directors on SpineFrontier's website. An internet search revealed press releases announcing that Jerry Goldstein was joining the SpineFrontier Board. Jerry Goldstein is the founder and former CEO of AMAG Pharmaceuticals. He started AMAG in 1981 and the company went public in 1986. AMAG is known for their MR imaging agents and iron deficiency therapeutics.[4]

### 2.4   LESS EXPOSURE SURGERY (LES) PHILOSOPHY

LES is based on a new philosophy of performing surgery. LES is less invasive than MIS. LES incisions are small, open incisions through which the surgeon only exposes what needs to be treated for maximum effectiveness. By developing improved technologies and techniques tailored for pinpointing a problem and fixing it without collateral damage, LES preserves and minimizes normal tissue disruption without relying on excessive radiation.

LES procedures are performed in an outpatient setting. Each procedure accounts for the patient's lifestyle, health status, and body type to decrease risk, ease the surgical burden off the operating practitioner, reduce plain and blood loss, and accelerate patient recovery time.[5]

There are two organizations promoting the LES Philosophy – the LES Society and The LESS Institute. The LES Society is a non-profit educational organization, and the LESS Institute is an outpatient orthopedic and spine surgery center.

---

[4] http://www.prweb.com/releases/2015/12/prweb13137307.htm
[5] http://spinefrontier.com/les.html

### 2.4.1 LES Society

**Mission:** The Less Exposure Surgery Society seeks to advance research, education and technology for tissue sparing outpatient surgeries that allow for ease of application for the surgeon and improved outcome for the patient.[6]

The LES Society is a non-profit organization, seeking to educate surgeons and patients on the LES philosophy. Surgeons can become members of the society, and membership benefits include free certification in LES techniques, invitations to events, fellowship participation and consulting, teaching and research opportunities.[7] For example, in 2012, LES Society hosted a cadaver course in conjunction with the Annual Caribbean Neurosciences Symposium in Montego Bay, Jamaica, focusing on training surgeons in LES surgery. The course was attended by 26 surgeons from the US and Latin America[8].

The LES Society also undertakes advocacy efforts to develop position statements relevant to LES and current legislative processes, facilitate academic research of LES techniques and treatments, and provide non-biased research on LES procedures and outcomes to policy-makers.[9]

Donors to the LES Society include SpineFrontier, The LESS Institute, The Caribbean Neurosciences Symposium, and Invibio.

### 2.4.2 LESS Institute

The LESS Institute provides sports therapy, pain management, and rehabilitation services using LES technology. The company offers diagnosis, treatment, and rehabilitation for hand and upper extremities, including joint reconstruction and replacement, spine, and trauma, as well as orthopedic services. It also provides online education and diagnostic algorithms for patients and medical professionals.[10] The company was founded in 2009 and incorporated in 2014. It is based in Florida, with additional offices in Texas and Ohio.[11]

Javlin Capital has invested $350 million into the LESS Institute since 2011.[12]

### 2.5 PRODUCTS

SpineFrontier launched its first product in 2008, and has developed 29 products in total.[13] These products can be found in Table 3.

*Table 3. LES Technologies*

| Product Name | Product Technology | Product Description |
|---|---|---|
| SacroFuse | Sacroiliac Fusion Technology | Sacroiliac joint disruptions and degenerative sacroiliitis are chronic conditions that can cause pain in the lower back, hips, and legs. SacroFuse aims to eliminate this pain by fusing or fixating the sacroiliac joint, reducing the irregular movement of |

---

[6] https://www.lessociety.org/
[7] https://www.lessociety.org/membership.html
[8] http://spinefrontier.com/blog/hello-world/
[9] https://www.lessociety.org/resources.html#advocacy
[10] http://www.bloomberg.com/Research/stocks/private/relationship.asp?personId=34281833
[11] http://javlincapital.com/30-million-senior-credit-facility-enables-less-institute-to-expand-outpatient-care/
[12] http://javlincapital.com/30-million-senior-credit-facility-enables-less-institute-to-expand-outpatient-care/
[13] http://spinefrontier.com/les-technologies.html

| | | |
|---|---|---|
| | | the joint by stabilizing it to alleviate much of the pain. This is a less exposure outpatient procedure that can dramatically improve patients' quality of life. |
| Inspan SLIM | Spinous Process Plate System | The Inspan SLIM Spinous Process Plate System's low profile design gives it a minimal footprint within the patient. Its dual interlocking hub and dual set screws provide a rigid design. Its titanium composition supplies strength for fixation. |
| InSpan | Spinous Process Plate System | The Inspan Spinous Process Plate System's low profile design gives it a minimal footprint within the patient. Its dual interlocking hub and dual set screws provide a rigid design. Its titanium composition supplies strength for fixation. |
| FacetFuse | Trans-Facet Pedicle Screw System | FacetFuse Transfacet Pedicle Screw System can be used alone or with unilateral pedicle screws to support various intervertebral devices. Its low-profile head virtually eliminates soft tissue disruption and discomfort and two screws per level may replace four pedicle screws, rods, and locking caps, resulting in less hardware and less time in the operating room. |
| Pedfuse REset | Pedicle Screw System | Pedicle Screw System is a cannulated system for MIS, LES and open procedures. Its set screw and tulip have a reverse thread that resists cross threading and creates a lock between the tulip and set screw to virtually eliminate splay. |
| PedFuse REturn | Pedicle Screw System | The PedFuse REturn Pedicle Screw System is a cannulated system for LES and open procedures. It's designed with a low profile and narrow tulip so that it can be easily maneuvered around the anatomy. The low profile system also disrupts less soft tissue. |
| PedFuse REspond | Pedicle Screw System | The PedFuse REspond Pedicle Screw System is a cannulated system for MIS, LES and open procedures. Its set screw and tulip have a reverse thread that resists cross threading and creates a lock between the tulip and set screw to virtually eliminate splay. |
| PedFuse Respond-X | Percutaneous Pedicle Screw System | The PedFuse REspond X Pedicle Screw System is a cannulated system for LES and percutaneous procedures. It's Innovative method which utilizes proprietary technology to guide rods into desired location. |
| CRUX | Cross Connector | The Crux Cross Connector can be used to connect rods for all PedFuse Pedicle Screw Systems to allow for more security. It pivots around the midpoint and translates longitudinally to optimally fit a variety of patients and procedures. It is also provided in multiple configurations. |
| MISquito | MIS/LES Percutaneous Screw System | The MISquito MIS technique, used in conjunction with the PedFuse Respond Pedicle Screw System, is a method for percutaneously delivering a pedicle screw and rod construct. MISquito's innovative rod guidance system allows surgeons to control and guide both ends of the rod as it is inserted into its optimal position. |
| A-CIFT SoloFuse-P | Cervical Standalone System | A-CIFT SoloFuse-P provides stability and fixation to the vertebral body. Its zero profile and all PEEK-OPTIMA Natural design allows the interbody to sit flush with the anterior face of the vertebrae, thereby minimizing tissue disruption. Its slim instrumentation is ideal for delivering the interbody at tight levels and through small incisions. |

| | | |
|---|---|---|
| Arena-C HA | Anterior Cervical Interbody | Superior anterior cervical fixation infused with Hydroxyapatite for faster bone growth. It has a large bone graft pocket to promote bone fusion and aggressive teeth to prevent expulsion. Its tapered design allows for easier insertion and it is accompanied by an inserter. |
| Arena-C | Anterior Cervical Interbody | The Arena-C Anterior Cervical Interbody has a large bone graft pocket to promote bone fusion and aggressive teeth to prevent expulsion. Its tapered design allows for easier insertion and it is accompanied by an inserter. |
| Invue Max | Anterior Cervical Plate | The Invue Max Anterior Cervical Plate System has a large graft viewing window and a low profile with a tapered thickness for optimum stability. Its zero-step screw lock prevents screw back out and its tactile, audible and visual feedback helps ensure the screw's purchase with the bone. |
| InVue | Anterior Cervical Plate | The Invue Anterior Cervical Plate System's low profile design gives it a minimal footprint within the patient. Its dual interlocking hub and dual set screws provide an exceptionally rigid design. Its titanium composition supplies strength for fixation. |
| Inset | Anterior Cervical Plate | Inset's innovative design facilitates a medial/lateral approach to the anatomy, which allows for a minimal incision and greatly increases the contact between the implant and the cortical bone. Using multiple angles of approach during spine fusion also offers greater flexibility for revision cases if they are required. |
| LESR-Tri | Less Exposure Surgical Retractor Tri-Formation | The Less Exposure Surgery Retractor Tri-Formation has been designed for optimal stability. It allows for a smaller incision than traditional open procedures, which results in less tissue trauma and scarring. It can be used with standard fluoroscopic equipment and is compatible with MIS and LES procedures. |
| LESR-X | Less Exposure Surgical Retractor Cross Formation | The Less Exposure Surgical Retractor: Cross Formation (LESR-X) requires a smaller incision than traditional open procedures, which may result in less tissue trauma and scarring. It has independent blade distraction and independent blade angulation up to 45°. It also features an easy push button release to unlock its blades. |
| LESR-O | Less Exposure Surgical Retractor Oblique Distracting Cannula System | The LESR-O Distracting Cannula System can access the disc through an oblique approach using dilators and neuromonitoring ports that allow for safe positioning of the device. |
| S-LIFT | Sagittal Lateral Interbody Fusion Technology | The S-LIFT Technology was designed to keep the incision size small, but to also maintain a large footprint so as to provide stability within the patient. Its lateral approach provides a safe technique for placing a large interbody. |
| Arena-L | Anterior Lumbar Interbody | The Arena-L Anterior Lumbar Interbody has a large bone graft pocket to promote bone fusion. Its aggressive teeth design reduces expulsion and its tapered, bulleted design allows for easy insertion. |
| LES P-LIFT | Posterior Lumbar Interbody Fusion Technology | LES P-LIFT is a revolutionary posterior lumbar interbody, designed and engineered by SpineFrontier for use with Less Exposure Surgery techniques. It features a sleek low-profile design, which aids in sparing patient anatomy during surgery. |

| Product Name | Product Technology | |
|---|---|---|
| P-LIFT | Posterior Lumbar Interbody Technology | P-LIFT is a revolutionary posterior lumbar interbody, designed and engineered by SpineFrontier for use with Less Exposure Surgery techniques. It features a sleek low-profile design, which aids in sparing patient anatomy during surgery. |
| E-LIFT | Extraforaminal Lumbar Interbody Fusion Technology | The E-LIFT is designed to minimally impact the anatomy. It is compatible with a safe extraforaminal, anatomy-sparing approach. The cannula's footprint is also optimized for a minimal impact and its percutaneous access results in a smaller incision size. |
| T-LIFT | Transforaminal Lumbar Interbody Fusion Technology | The T-LIFT has a bulleted design for easier insertion and a large central cavity for bone graft, which promotes bony fusion. Its inserter is secure and its radiographic tantalum markers allow for clear visibility during fluoroscopic imaging. |
| TILT | Trans-Iliac Lateral Technology | The TILT device provides a safe lateral approach that gives surgeons access to the L5-S1 disc space. It's specially designed with a large interbody footprint to provide extra stability. Its working cannulas also allow for a comprehensive discectomy. |

SpineFrontier has product candidates currently under development and not yet cleared or approved for sale by the FDA. These are listed in Table 4.

*Table 4. LES Technologies Coming Soon*

| Product Name | Product Technology | |
|---|---|---|
| SIF-Fuse Screw | Sacroiliac Fusion Technology | The up-and-coming SIJ-Fuse Screw is a hollow, titanium screw designed to fixate the sacroiliac joint. It promotes bony fusion by providing a bridge for bone to grow. |
| SIJFuse Rod | Sacroiliac Fusion Technology | The SIJ-Fuse Rod is designed to bridge the sacroiliac joint and provide fixation. Its porous core allows for bone growth and ensures better integration between the device and the bone. |
| VBR | Expandable vertebral body replacement | VBR combines the strength of titanium with the modulus of Peek Optima for awesome results. |
| PedFuse RElylely | Posterior Cervical Fixation System | RElyly on our latest innovation in the PedFuse Screw Family. PedFuse RElyly is a posterior cervical pedicle screw fixation system that adds a cervical screw option with 50% smaller hardware for the same LES approach. |
| LESplasty | Laminoplasty Technology | The forthcoming LESplasty system consists of three plates designed for opening up the canal of the cervical spine and reducing pressure on the spinal cord. |
| Expanding P-LIFT | Posterior Lumbar Interbody Fusion Technology | By combining rigid support, excellent fixation, increased room for bone graft and impressive ability for distraction and sagittal alignment, Expanding P-LIFT offers surgeons a superior vertebral body reconstruction solution. |

# 3 KEY PLAYERS

The main physician involved in SpineFrontier is Kingsley R. Chin, the founder and owner of SpineFrontier. Moreover, he founded the LESS Institute and LES Society, both promoting the LES philosophy. Acumen has also identified physicians who are using SpineFrontier's devices in their surgeries.

## 3.1 KINGSLEY R. CHIN, M.D.

**NPI:** 1023046521

**Value of Ownership Interest in SpineFrontier:** $200 million[14]

Chin's companies have generted over $100 million in revenues to date[15].

**Payment reported in Open Payments 2014:** $1,845.95

**Payment report in Open Payments 2015:** $81.18

**Education[16]:**

BA Mathematics (Columbia College, 1984-1987)

BSc Electrical, Electronics and Communications Engineering (Columbia University, 1987-1989)

Doctor of Medicine (Harvard Medical School, 1992-1996)

**Professional background:**

Kingsley's professional background is a combination of surgical experience, teaching, medical device manufacturing and health-related capitalist ventures. Detailed descriptions of his background can be found in Table 5.

*Table 5. Professional Background*

| Company | Role | Year | Notes |
|---|---|---|---|
| MANTIS LLS | Founder and CEO | 2004-2005 | Invented and developed the MANTIS Minimally Invasive Percutaneous Pedicle Screw System and sold assets to Stryker Spine. Sole patent holder on first of 2 issued patents. Product sold over $100 M dollars in the first five years. |
| Penn Medicine, University of Pennsylvania Health System | Chief of Spine Surgery and Assistant Professor of Orthopaedics | 2003-2007 | |
| KICVentures | Founder and CEO | 2005- | Invest in Healthcare Solutions with a long-term view to see a return in 5 - 10 years. Have deployed over $190 M in the portfolio in 10 years and this year expect to infuse over $35 M. Acquired Axiomed.com and SenseDriver.com and expect high multiple returns on investment for these two companies. |

---

[14] https://openpaymentsdata.cms.gov/physician/420872
[15] https://ryortho.com/2015/05/spinefrontier-and-the-firing-a-whistleblower/
[16] https://www.linkedin.com/in/kingsleychin

| | | | |
|---|---|---|---|
| SpineFrontier, Inc. | Chariman, Founder, CEO and CTO | 2007- | |
| The LESS Institute | Founder and CEO | 2008- | Building from the ground up, a global outpatient Orthopaedic and Spine Surgery Specialty & Research Private Academic Institute of Excellence focused on a wide breadth of technical expertise in surgeries of the entire musculoskeletal system and spine: cervical, thoracic, lumbar, sacrum, and coccyx built on a foundation of Less Exposure Surgery philosophy, techniques and technologies. |
| LES Society | Chairman, Founder and CEO | 2010- | Non-profit that seeks to advance research, education and technology for treatments tailored to the individual patient beginning with non-surgical options such as innovative physical therapy and interventional techniques and for tissue sparing surgeries that allow ease of application for the surgeon, in an outpatient surgery center with quick recovery, and improved outcome for the patient. |
| SenseDriver Technologies Inc. | Chairman, Cofounder and CEO | 2014- | Revolutionary Head Up Display called SenseHUD powered by SenseSay App. Accident-avoidance technology that keeps you connected to your mobile device while driving. |
| AxioMed LLC | Chairman, CEO and CTO | 2014- | AxioMed was founded to advance the standard of care for patients with degenerative spine conditions by progressing spine technology beyond fusion and first-generation artificial discs. Led by an experienced surgeon team and utilizing patented viscoelastic polymer technology, AxioMed has developed the next generation of artificial discs. |

Chin has published 45 articles, written 14 books chapters and 11 review chapters, edited the textbook, Orthopaedic Key Review Concepts, and was an associate editor of Interventional Spine: An Algorithmic Approach. He also established an Orthopaedic Board review course taught by world-renowned surgeons in New York City to prepare residents to pass their Board examination.[17]

### 3.2   PHYSICIANS OF INTEREST

Physicians of interest represent physicians who use SpineFrontier's products, are involved with SpineFrontier's product development or are associated with the LES Society of the LESS Institute.

*Table 6. Physicians of Interest*

| Physician Name | NPI | Organization | Notes |
|---|---|---|---|
| F Paul DeGenova | 1134114838 | SportsMedicine Grant & Orthopaedic Associates | Performs procedures using SpineFrontier's LES Technology[18] |
| Kenneth Pettine | 1720069198 | AxioMed | Clinical experience with AxioMed's technology[19] |

---

[17] http://engineering.columbia.edu/kingsley-chin-physician-inventor-and-entrepreneur
[18] http://www.prweb.com/releases/prweb10669180.htm
[19] http://www.prweb.com/releases/2016/05/prweb13380881.htm

| Juan Martin Valdivia-Valdivia | 1043413412 | SpineFrontier | Working on developing a deformity system with SpineFrontier[20] |
| Jeffrey Carlson | 1518029347 | Orthopaedic & Spine Center | Featured on SpineFrontier blog for completing his 100th surgery with LES technology[21] |
| Mark McFarland | 1841352671 | Orthopaedic & Spine Center | Featured on SpineFrontier blog for using LES technology |
| Roger D Sung | 1215982764 | Spine Center, Colorado Springs Orthopaedic Group | Featured on SpineFrontier blog for using LES technology |
| S Craig Meyer | 1215000302 | Columbia Orthopaedic Group | Featured on SpineFrontier blog for using LES technology |
| Olukemi K Fajolu | 1023268620 | The LESS Institute | LESS Specialist |
| Josue P Gabriel | 1376506824 | The LESS Institute | LESS Specialist |

## 4   POTENTIAL PODS

This section identifies other potential PODs. These companies were found in KICVentures investment portfolio, featured on SpineFrontier's website and recommended as "similar" companies to SpineFrontier on LinkedIn.

- NeuroTherm
- Spinal Elements, Inc
- X-spine Systems, Inc
- SPINEART
- AxioMed (under KICVentures)
- SenseScope (under KICVentures)
- MANTIS LLS (under KICVentures)
- STRYKER Spine (MANTIS LLS device was sold to STRYKER Spine)
- Radius Medical, LLC
- Invibio
- LESBiologics

## 5   COMPLIANCE-RELATED CONCERNS

This section discusses previous compliance violations by SpineFrontier. These concerns were brought to light by the Katz v. SpineFrontier Inc. Case.

---

[20] http://sparknewsletter.tumblr.com/post/131629075213/spinefrontier-welcomes-dr-juan-m
[21] http://spinefrontier.com/blog/

## 5.1   KATZ V. SPINEFRONTIER INC. CASE[22]

Case number 1:15-cv-11730 in U.S. District Court for the District of Massachusetts.

Patricia Katz started at SpineFrontier in February 2011 as a Senior Accountant. She was fired in March 2012. Katz claimed she was fired for internally pushing for a better compliance program. After starting a SpineFrontier she enrolled in two compliance classes by the International Organization for Standardization (ISO), provided by the company. She noticed that SpineFrontier's lot tracking and tracing procedures violated federal safety regulations for medical devices. Lot number associated with SpineFrontier's medical devices were rarely recorded. Katz brought up the issue to management, and was told they were aware of the issue, but it was too time-consuming for them to comply. Katz then opened a Corrective and Preventative Action (CAPA) for SpineFrontier's lot recording deficiencies. This case was closed down by the Chief Innovation Officer at SpineFrontier, with the justification that CAPA was "mere classwork." Following that, Katz sent an anonymous email to the FDA to determine whether SpineFrontier was required to record lot numbers. When Katz received confirmation that SpineFrontier was not being compliant, she forwarded her correspondence with the FDA to three company officials. She was fired shortly thereafter, despite having two prior positive performance reviews, with accompanying cash and stock bonuses. Katz filed a lawsuit on April 28, 2015 claiming she was fired for bringing False Claims Act violations to management's attention.

Following this, the FDA sent a warning letter to SpineFrontier,[23] followed by a Close Out Letter.[24] The FDA cited eight violations in the warning letter:

1. Failure to establish and maintain procedures for implementing corrective and preventive actions (CAPA's), as required by 21 CFR 820.100(a).
2. Failure to establish and maintain procedures for implementing corrective and preventive actions including requirements for investigating the cause of nonconformities relating to product, processes, and the quality system, as required by 21 CFR 820.100(a)(2).
3. Failure to verify or validate corrective and preventive actions to assure that such actions are effective and do not adversely affect the finished device, as required by 21 CFR 820.100(a)(4).
4. Failure to establish and maintain procedures for receiving, reviewing, and evaluating complaints by a formally designated unit, as required by 21 CFR 820.198(a)(1).
5. Failure to establish and maintain procedures for receiving, reviewing and evaluating complaints to determine whether the complaint represents an event which is required to be reported to FDA under 21 CFR Part 803, Medical Device Reporting, as required by 21 CFR 820.198(a)(3).
6. Failure to conduct design validation to ensure that the device conforms to defined user needs and intended uses and shall include testing of production units under actual or simulated use conditions, as required by 21 CFR 820.30(g).
7. Failure to verify your device design by confirming that the design output meets the design input requirements, as required by 21 CFR 820.30(f).
8. Failure to establish and maintain purchasing data that assure that you are aware of any changes in the products made by your suppliers that may affect the quality of the finished device, as required by 21 CFR 820.50(b).[25]

---

[22] https://ryortho.com/2015/05/spinefrontier-and-the-firing-a-whistleblower/
[23] http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2012/ucm315584.htm
[24] http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2013/ucm369903.htm
[25] http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2012/ucm315584.htm