UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 1:21-cr-10256-IT |
| KINGSLEY R. CHIN, ADITYA HUMAD, and SPINEFRONTIER, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**UNOPPOSED MOTION BY DEFENDANTS FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO RECONSIDER THAT ASPECT OF THE COURT'S MEMORANDUM AND ORDER DATED JULY 3, 2024 THAT DENIED AN *IN CAMERA* INSPECTION OF CERTAIN GRAND JURY TRANSCRIPTS**

Defendants respectfully seek leave to file a reply in support of their motion to reconsider a portion of the Court's July 3, 2024 Memorandum and Order.

The proposed reply is limited to approximately three pages.

The proposed reply would explain why the government's opposition misconstrues the limited relief that Defendants seek, and would thus focus on the sole and limited issue that the Defendants ask the Court to reconsider. A copy of the proposed reply is attached hereto as Exhibit A.

The government has indicated that it does not oppose this motion for leave to file a reply.

Based on the foregoing, Defendants respectfully request that the Court grant leave for them to file a reply.

Respectfully submitted,

/s/ Joshua L. Solomon
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com
jsolomon@psdfirm.com

/s/ William W. Fick
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

**Certificate of Service**

  The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on August 15, 2024.

                    /s/ Joshua L. Solomon

**Local Rule 7.1 Certification**

  Counsel for Defendants conferred with counsel for the government concerning this motion. Counsel for the government authorized undersigned counsel to represent that the government does not oppose this motion for leave to file a reply.

                    /s/ Joshua L. Solomon