# EXHIBIT A



**U.S. Department of Justice**
*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

October 9, 2024

Barry S. Pollack, Esq.
Joshua L. Solomon, Esq.
Pollack Solomon Duffy LLP
31 St. James Ave., Suite 940
Boston, MA 02116
*Counsel for Defendants Kingsley R. Chin and SpineFrontier, Inc.*

William W. Fick, Esq.
Daniel Marx, Esq.
Fick & Marx LLP
24 Federal Street, Fourth Floor
Boston, MA 02110
*Counsel for Aditya Humad*

**VIA EMAIL AND FEDEX**

Re: *United States v. Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc.*
<u>No. 21-cr-10256-IT</u>

Dear Counsel:

In connection with the above-referenced case and pursuant to our ongoing discovery obligations, we write to provide supplemental discovery. Enclosed with this letter are documents bearing Bates Nos. ▮ 002462 – ▮ 002498 and USAO_0004700 – USAO_004791. This production includes letters that the government received from attorneys for Drs. ▮▮▮▮, and ▮▮▮▮, as well as one PowerPoint presentation from Dr ▮▮ attorneys. In these letters, attorneys made certain statements that we do not believe are discoverable, but that we are nonetheless disclosing in an abundance of caution.

Finally, to date, the government has received no reciprocal discovery from the defendants. The Government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

Very truly yours,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Chris Looney*
CHRIS LOONEY
MACKENZIE QUEENIN
ABRAHAM R. GEORGE
Assistant U.S. Attorneys

Enclosure