# Exhibit 1



| Company | Owner | Manager |
|---|---|---|
| KICVentures, LLC | KIC, LLC (100%) | KIC Management Group Inc. |
| Spinefrontier, Inc. | KICVentures, LLC (98.26%), Chris Chang (1.63%), Bagby Family Members (0.11%) | KIC Management Group Inc. |
| KIC, LLC | Kingsley R. Chin | Kingsley R. Chin |
| IME, LLC | KICVentures, LLC (99.95%), KIC Management Group, Inc. (0.05%) | KIC Management Group Inc. |
| KIC Management Group, Inc. | Kingsley R. Chin | Kingsley R. Chin |

**OWNERSHIP CHART 7-1-16**

SIK-000002



Template Number: TM-W00562-04
Title: Form Template (Landscape)
Revision: A

| Document title: | SpineFrontier Organizational Chart | | |
|---|---|---|---|
| Document number: | OC-00003 | Revision: | B |



*Indicates Management Representative

SpineFrontier, Inc. CONTROLLED Document
COMPANY PROPRIETARY AND CONFIDENTIAL

SIK-000003 Page 1 of 1