# Exhibit 2

| | |
|---|---|
| **From:** | Dr. Kingsley Chin <kingsleychin@spinefrontier.com> |
| **To:** | Aditya Humad |
| **CC:** | Tami Furuta; Kevin Chappius; Impartial Medical Experts; Jay Lokhande |
| **Sent:** | 4/7/2014 11:45:10 AM |
| **Subject:** | Re: Reconciling IME hours with payments |

Make sure surgeon is aware in an email notice so they know what they are getting before you send out check and make online correction

Sent from my iPhone

On Apr 7, 2014, at 3:34 AM, "Aditya Humad" <adityahumad@spinefrontier.com> wrote:

We make the change in the online system which shows their 14 submitted and 10 approved but can have Jay modify at month end to match up the approved to submitted

Thz

On Apr 7, 2014, at 12:20 AM, "Kingsley Chin" <kingsleychin@spinefrontier.com> wrote:

Aditya/Tami

The surgeons made a great point that we should manually reconcile their final payments with their IME numbers. So if they bill 14 hours and we pay for 10 hours we should change their online numbers to the 10 hours and not leave a discrepancy.

Thxs

**Kingsley R Chin, MD**
*Orthopaedic & Spine Surgeon*
President & CEO
Chief Technology Officer

<0AE045FB-67EB-4025-83F5-8F6FF4DE076B[1].png>

500 Cummings Center| Suite 3500 | Beverly, MA| 01915
M:   617.697.5442
P:   978.232.3990
P:   888 998 LESS
F:   978.232.3991

www.SpineFrontier.com <http://www.spinefrontier.com>

<mime-attachment.png>

**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500

Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

<mime-attachment.png>

**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or

the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

IME-DUD-00002584