# Exhibit 3

| | |
|---|---|
| From: | Aditya Humad </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EB9A2AF228044ADB9BE47CF6A4E74B5D-ADITYAHUMAD> |
| To: | Vanessa Dudley; jaylokhande@spinefrontier.com |
| Sent: | 10/28/2014 6:50:48 PM |
| Subject: | RE: Dr. Degenova - Aug/Sept |

I don't believe he had submitted hours online for Aug/Sept – sent few email notifications.

Jay – can you confirm any submissions online, or if errors in his submissions?

**Aditya Humad**
President
Chief Financial Officer



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968

**From:** vanessadudley@call-ime.com [mailto:vanessadudley@call-ime.com]
**Sent:** Tuesday, October 28, 2014 2:19 PM
**To:** jaylokhande@spinefrontier.com
**Cc:** Aditya Humad
**Subject:** FWD: Dr. Degenova - Aug/Sept

Jay/Aditya,

Dr. Degenova's rep is stating that his hours are not accurate for Aug and Sep.
I show 22 for Aug and 17 for Sep.

The attached spreadsheet is what they have recorded for his case load.

Since checks have already went out for Aug and Sep, should he just add hours to October?

Thanks,

IME-DUD-00052246
IME-DUD-00052246
IME-DUD-00052246

**Vanessa J. Dudley**
Client Relations/Business Administrator

**Impartial Medical Experts**
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339
USA

**Work:** 855-411-6463
**Mobile:** 480-278-1970
**Fax:** 855-411-6463
**Email:** vanessadudley@call-ime.com

http://www.linkedin.com/in/vanessadudley1

See who we know in common                                          Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.


--------- Original Message ---------
Subject: Dr. Degenova - Aug/Sept
From: "Dan habbyshaw" <danhabbyshaw@spinefrontier.com>
Date: 10/28/14 2:14 pm
To: "Vanessa Dudley" <VanessaDudley@call-ime.com>

Vanessa,

Please see the attached spreadsheet outlining cases for Dr. Degenova.

Please let me know if you have issues opening and when you are able to bring his hours up to date so I can make him aware.



Dan Habbyshaw
Sales Representative
Spinal and Biologics Sales
SpineFrontier, Inc
www.spinefrontier.com
M: 216.256.8469

500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

IME-DUD-00052247
IME-DUD-00052247
IME-DUD-00052246

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.



500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

IME-DUD-00052248
IME-DUD-00052248
IME-DUD-00052246