# Exhibit 7

**From:** Dr. Kingsley Chin </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87B5AAC92CD240C989699374C6D433AF-KINGSLEYCHI>
**To:** Vanessa Dudley
**CC:** Aditya Humad
**Sent:** 10/13/2013 7:22:52 PM
**Subject:** Re: IME contract for new surgeons

We need a generic email address
for consulting

Kingsley R. Chin MD, FAAOS
Orthopaedic Spine Surgeon

Specialist in Less Exposure Surgery (LES) of The Spine

Institute for Modern &
Innovative Surgeries (iMIS)
1100 W. Oakland Park Blvd Suite#3
Fort Lauderdale FL 33311

C: 617-697-5442
T: 954-640-6010
T: 561-822-2960
T: 877-MIS-SURG
F: 877-647-7874
www.iMISsurgery.com
Other locations in Miami & Palm Beaches
Sent from my iPhone

On Oct 13, 2013, at 3:21 PM, "Vanessa Dudley" <VanessaDudley@call-ime.com> wrote:

> Aditya,
>
> This is the invite letter as revised by Kingsley.
> Note: He wants to use consulting@call-ime.com instead of my email. In my opinion that is impersonal.
>
>
> Vanessa J. Dudley
> Client Relations/Business Administrator
> Direct: 1 855 411 6IME
> Mobile: 1480 278 1970
> Email: VanessaDudley@call-ime.com
> www.impartialmedicalexperts.com
>
>
>
>
>
>
> DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

IME-DUD-00034857
IME-DUD-00034857

>
> On Oct 13, 2013, at 1:45 PM, Vanessa Dudley <VanessaDudley@call-ime.com> wrote:
>
>> Aditya,
>>
>> Here is the latest version with the change below.
>> Will try to get Kingsley to review as well.
>>
>> Thanks,
>> Vanessa
>>
>> <J. Michael Graham Invite Letter.docx>
>>
>> Vanessa J. Dudley
>> Client Relations/Business Administrator
>> Direct: 1 855 411 6IME
>> Mobile: 1480 278 1970
>> Email: VanessaDudley@call-ime.com
>> www.impartialmedicalexperts.com
>>
>>
>> <PastedGraphic-1.pdf>
>>
>>
>>
>> DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.
>>
>> On Oct 12, 2013, at 6:46 PM, "Aditya Humad" <adityahumad@spinefrontier.com> wrote:
>>
>>> Good. Ok para about tracker i would change "documenting your consulting hours" to "tracking your product case evaluations"
>>>
>>> I can review one more time if you would like. Get Kingsley to review if possible too so it can be made a template going forward
>>>
>>> Thx
>>>
>>> On Oct 12, 2013, at 6:11 PM, "Vanessa Dudley" <VanessaDudley@call-ime.com> wrote:
>>>
>>> Aditya,
>>>
>>> How about this version for Dr. Graham and Reynolds?
>>>
>>>
>>> Vanessa J. Dudley
>>> Client Relations/Business Administrator
>>> Direct: 1 855 411 6IME
>>> Mobile: 1480 278 1970
>>> Email: VanessaDudley@call-ime.com
>>> www.impartialmedicalexperts.com
>>>
>>>
>>>
>>>
>>>
>>>
>>> DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining,

IME-DUD-00034858

distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.
>>>
>>> On Oct 11, 2013, at 7:52 PM, Aditya Humad <adityahumad@spinefrontier.com> wrote:
>>>
>>>> Seems ok but need to give them example of how it works on evaluations, something like:
>>>>
>>>> SpineFrontier estimates a lumbar construct case product evaluation to take up to 2 hours or $1,000, and a cervical construct case product evaluation to take up to 1 hour or $500
>>>>
>>>> You can conveniently track your cases and estimated hours by signing up for the online tracking tool at www.spinefrontier.com/ime and submit monthly forms directly to IME.
>>>>
>>>>
>>>>
>>>> Aditya Humad
>>>> Chief Financial Officer
>>>> VP of Business Development
>>>>
>>>> <image001.jpg>
>>>>
>>>> SpineFrontier, Inc.
>>>> 500 Cummings Center, Suite 3500
>>>> Beverly, MA 01915, U.S.A.
>>>> www.spinefrontier.com
>>>>
>>>> P: 978.232.3990
>>>> F: 978.232.3991
>>>> D: 978.236.7984
>>>> M: 267.342.3968
>>>>
>>>>
>>>> This e-mail message and any attachments are confidential and may be privileged and proprietary. If you are not the intended recipient please notify SpineFrontier, Inc., immediately -- by replying to this message or by destroying all copies of this message and any attachments. The sender of this e-mail does not accept liability for any loss or damage arising in any way from the receipt or the use of this e-mail. Thank you.
>>>>
>>>> From: Vanessa Dudley [mailto:VanessaDudley@call-ime.com]
>>>> Sent: Friday, October 11, 2013 1:40 PM
>>>> To: Aditya Humad
>>>> Subject: Re: IME contract for new surgeons
>>>>
>>>>
>>>> Aditya,
>>>>
>>>> Please review the attached intro email for Dr. Graham and let me know if this is acceptable.
>>>> You don't want the following wording from the previously used intro letter in this one…correct?
>>>>
>>>> "IME understands the compliance issues facing its clients and consultants, and has positioned itself to enable its consultants to provide services at fair market hourly rates in a statutorily compliant manner with respect to the Physician Payment Sunshine Act, Anti-Kickback Statute and the Stark Law as outlined in the enclosed legal opinion letter from our attorney.
>>>>
>>>> As an IME consultant, you would provide services to medical device clients that include product evaluations, product development, industry trend analysis, research publications or product training and lectures. For litigation related matters, you would deliver expert opinions, reports, appearances, assessments for credentialing or professional review boards, and litigation testimony."

IME-DUD-00034859

```
>>>>
>>>> Once I get the format just right, I will send draft one up for Dr. Reynolds as well.
>>>>
>>>> Thanks,
>>>
>>> <J. Michael Graham Invite Letter.docx>
>>> <PastedGraphic-1.pdf>
>
> <J. Michael Graham Invite Letter.docx>
> <PastedGraphic-1.pdf>
```

IME-DUD-00034860