# Exhibit 8

| | |
|---|---|
| From: | Dr. Kingsley Chin </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87B5AAC92CD240C989699374C6D433AF-KINGSLEYCHI> |
| To: | vanessadudley@call-ime.com |
| CC: | Aditya Humad |
| Sent: | 11/16/2015 8:11:43 PM |
| Subject: | Re: Items to Pay 11.16.15 |
| Attachments: | image001.png; image004.jpg; image005.jpg |

Send Dr Atwater $5500
Take $3000 from Kushnick
$500 from Katznelson
$2000 from Pierini


**Kingsley R. Chin, MD**
Chairman. CEO. CTO.
**SpineFrontier, Inc.**



www.SpineFrontier.com

www.KICventures.com

P: 978.232.3990
F: 978.232.3991
M:617.697.5442

| | |
|---|---|
| Fort Lauderdale | Boston |
| 1100 W Oakland | 350 Main Street |
| Park Blvd Ste 3 | Malden MA |
| Fort Lauderdale FL | 02148 USA |
| 33311 USA | |

On Nov 16, 2015, at 1:45 PM, "vanessadudley@call-ime.com" <vanessadudley@call-ime.com> wrote:

This is what I wrote down from convo with Kingsley an hour ago -

$ 10k        Kam/Deerfield Sx Ctr
$7k          Pierini
$7k          Sanctuary Sx Ctr
$6,322.50   Underwood Sx Ctr
$2500        Dr. Katsnelson/Anesthesia
$3,043.26   Rent Admin Office for Nov
$10k         Dr. Kushnick/Anesthesia

Case 1:21-cr-10256-IT   Document 248-8   Filed 02/18/25   Page 3 of 5

**TOTAL**

**$45,865.76**

**Vanessa J. Dudley**
Client Relations/Business Administrator

**Impartial Medical Experts**
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339 USA

**Work:** 855-411-6463
**Mobile:** 480-278-1970
**Fax:** 855-411-6463
**Email:** vanessadudley@call-ime.com
http://www.linkedin.com/in/vanessadudley1

See who we know in common                                        Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

--------- Original Message ---------
Subject: RE: Katsnelson Anesthesia Invoices
From: "Aditya Humad" <AdityaHumad@spinefrontier.com>
Date: 11/16/15 1:36 pm
To: "vanessadudley@call-ime.com" <vanessadudley@call-ime.com>, "Dr. Kingsley Chin" <KingsleyChin@spinefrontier.com>

We should review list as a batch.

We have approx $30K to pay after needs for $75K payroll and $150K wire sent to Dr Sung (he said he will wire through KICV again tomm)

Also need to send Dr Kushnick his first $10K via ACH today.

We should also send Dr Atwater a payment for his neuromonitoring (said we owed ~$13K)

**Aditya Humad**
President
Chief Financial Officer

<image001.png>

**SpineFrontier, Inc.**

350 Main Street, 3rd Floor

IME-DUD-00030486
IME-DUD-00030486
IME-DUD-00030485

Malden, MA 02148

www.spinefrontier.com
P: 978.232.3990

F: 978.232.3991

D: 978.236.7984

M: 267.342.3968

**From:** vanessadudley@call-ime.com [mailto:vanessadudley@call-ime.com]
**Sent:** Monday, November 16, 2015 1:04 PM
**To:** Dr. Kingsley Chin <KingsleyChin@spinefrontier.com>
**Cc:** Aditya Humad <AdityaHumad@spinefrontier.com>
**Subject:** FWD: Katsnelson Anesthesia Invoices

Showing below is **$33,250**.

Will cut a check for $2500 today per Kingsley.

Paying down weekly.

**Vanessa J. Dudley**
Client Relations/Business Administrator

**Impartial Medical Experts**
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339
USA

<image004.jpg>

**Work:** 855-411-6463
**Mobile:** 480-278-1970
**Fax:** 855-411-6463
**Email:** vanessadudley@call-ime.com
<image005.jpg> http://www.linkedin.com/in/vanessadudley1

See who we know in common                                              Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

--------- Original Message ---------

Subject: Invoices

From: mpolevsk@netscape.net
Date: 11/13/15 5:14 pm
To: Vanessadudley@call-ime.com

Hi Vanessa

Sending you a list of unpaid days.

Barbara and Shiam should have invoices.

In case if for some reasons they do not find them I will resubmit them to you.


March: 21-$3000

24-$3000


June: 30- balance $750-invoice #1121


July: 13-$3000 invoice # 1122

21-$ 4000 invoice # 1123


August: 18- $3000 invoice # 1124

25-$4800 invoice # 1125


September: 4-$1500 inv. #1126

15- $3000 inv.#1127

28-$4200 inv. #1128


October: 13-$3000 inv. #1129


Thank you

Dr. Ted

IME-DUD-00030488
IME-DUD-00030488
IME-DUD-00030485