# Exhibit 11

| | |
|---|---|
| **From:** | Aditya Humad </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EB9A2AF228044ADB9BE47CF6A4E74B5D-ADITYAHUMAD> |
| **To:** | Jay Lokhande; Chantal Goldson; Mike Barbin |
| **CC:** | Vanessa Dudley; Mark Blaylock; Shyam Desigan |
| **Sent:** | 2/12/2015 1:12:46 PM |
| **Subject:** | IME reports and Approval |

Jay

Can Chantal download a report by month in excel showing the surgeons, hours submitted by category with totals for that month? Does she also have admin rights to approve the surgeons submitted hours?

Chantal - I want you to review reports with me of hours submitted against the monthly sheet you prepare for all surgeons showing total cases and total sales and the we review monthly so you can approve final hours online

Mike - would like to get all surgeons paid by IME to be electronic via ADP as 1099s so system is accurate with their info and they automatically generate all 1099s to surgeons. Surgeons can also receive payments direct deposit then which is easier than mailing checks.

Lets discuss this morning

Thanks
Aditya


The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

IME-DUD-00082261
IME-DUD-00082261
IME-DUD-00082261