# Exhibit 12

| | |
|---|---|
| **From:** | Aditya Humad <AdityaHumad@spinefrontier.com> |
| **Sent:** | Wednesday, April 13, 2016 10:24 AM |
| **To:** | Chantal Goldson <ChantalGoldson@spinefrontier.com> |
| **Subject:** | RE: IME for March |
| **Attach:** | March 2016 Total Surgeon Cases & Submitted Hours vASH.XLSX |

Attached file with approved hours and the 2 batches for next week and week after.
Send final schedule, numbers and dates to Erin and Swapnil to account for in SF and IME.


Aditya Humad
President
Chief Financial Officer


SpineFrontier, Inc.
350 Main Street, 3rd Floor
Malden, MA 02148
www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968


-----Original Message-----
From: Chantal Goldson
Sent: Wednesday, April 13, 2016 10:09 AM
To: Aditya Humad <AdityaHumad@spinefrontier.com>
Subject: RE: IME for March

Sorry, I forget February on the one I just sent. Please see the attached for the final.

Regards,

Chantal Goldson
Jr. Financial Analyst
SpineFrontier, Inc.
350 Main Street
Malden, MA 02148, U.S.A.
Office: 978-232-3990 X:287


www.spinefrontier.com


-----Original Message-----
From: Chantal Goldson
Sent: Wednesday, April 13, 2016 9:52 AM
To: Aditya Humad
Subject: RE: IME for March

Please see the attached.

Regards,

Chantal Goldson
Jr. Financial Analyst
SpineFrontier, Inc.
350 Main Street
Malden, MA 02148, U.S.A.
Office: 978-232-3990 X:287

**CONFIDENTIAL**

**SF-SHI-00011633**

SF-SHI-00011633
SF-SHI-00011633

www.spinefrontier.com


-----Original Message-----
From: Aditya Humad
Sent: Wednesday, April 13, 2016 9:29 AM
To: Chantal Goldson
Subject: RE: IME for March

Thx

Can you send me breakdown for Dr Rosenstein for Feb and March between PineCreek Cases and Other?


Aditya Humad
President
Chief Financial Officer


SpineFrontier, Inc.
350 Main Street, 3rd Floor
Malden, MA 02148
www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968


-----Original Message-----
From: Chantal Goldson
Sent: Wednesday, April 13, 2016 8:34 AM
To: Aditya Humad <AdityaHumad@spinefrontier.com>
Subject: RE: IME for March

Hello Aditya,

Please see the attached.

Regards,

Chantal Goldson
Jr. Financial Analyst
SpineFrontier, Inc.
350 Main Street
Malden, MA 02148, U.S.A.
Office: 978-232-3990 X:287


www.spinefrontier.com

-----Original Message-----
From: Aditya Humad
Sent: Tuesday, April 12, 2016 9:43 PM
To: Chantal Goldson
Subject: IME for March

Chantal

Pls send me March IME sheet in the morning so we can review and finalize tomm - likely split in 2 batches over next 2 weeks

Thx


**CONFIDENTIAL**

**SF-SHI-00011634**

SF-SHI-00011634
SF-SHI-00011633