# Exhibit 13

| | |
|---|---|
| **From:** | Aditya Humad <AdityaHumad@spinefrontier.com> |
| **Sent:** | Wednesday, December 23, 2015 8:59 AM |
| **To:** | Chantal Goldson <ChantalGoldson@spinefrontier.com> |
| **Subject:** | RE: iME Spreadsheet |
| **Attach:** | November 2015 Total Surgeon Cases & Submitted Hours.xlsx |

Chantal

See attached sheet with approved hours. We could do following schedule:

1. All prior months before Nov - next week 12/30
2. Nov 1st batch (highlighted in yellow) - 1/5
3. Nov 2nd batch (not highlighted in yellow) - 1/12

Please match up with IME portal and provide schedules to Erin/Tami

Thx

Aditya Humad
President
Chief Financial Officer


SpineFrontier, Inc.
350 Main Street, 3rd Floor
Malden, MA 02148
www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968


-----Original Message-----
From: Chantal Goldson
Sent: Tuesday, December 22, 2015 10:30 PM
To: Aditya Humad <AdityaHumad@spinefrontier.com>
Subject: RE: iME Spreadsheet

Hello Aditya,

Please see the attached. I just checked and there are no new additions.

Regards,

Chantal Goldson
Jr. Financial Analyst
SpineFrontier, Inc.
350 Main Street
Malden, MA 02148, U.S.A.
Office: 978-232-3990 X:287

www.spinefrontier.com

-----Original Message-----
From: Aditya Humad
Sent: Tuesday, December 22, 2015 7:46 AM
To: Chantal Goldson
Subject: iME Spreadsheet

Did you send this to me to fill in? Also check if any new submissions online to capture.

**CONFIDENTIAL**

**SF-SHI-00011675**

SF-SHI-00011675

SF-SHI-00011675

Plan is to split in 3:

Oct and Prior - by Friday

Nov 1st batch - next week Friday

Nov 2nd batch - week after

Thx

**CONFIDENTIAL**

**SF-SHI-00011676**

SF-SHI-00011676
SF-SHI-00011675