# Exhibit 14

| | |
|---|---|
| **From:** | Chantal Goldson <ChantalGoldson@spinefrontier.com> |
| **Sent:** | Tuesday, February 24, 2015 11:42 AM |
| **To:** | Aditya Humad <AdityaHumad@spinefrontier.com> |
| **Subject:** | RE: IME - January Review |
| **Attach:** | IME Payment Log 01.15.xlsx; January 2015 Total Surgeon Cases & Submitted Hours.xlsx |

I have attached the revised files. Expected hours was just what I had expected, I changed them from what I had originally because you said that they should always be lower than the surgeon submitted hours. I will go ahead and approve all the ones we discussed yesterday on IME.

Regards,

**Chantal Goldson**
Jr. Financial Analyst
**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.



www.spinefrontier.com

**From:** Aditya Humad
**Sent:** Tuesday, February 24, 2015 11:23 AM
**To:** Chantal Goldson
**Subject:** RE: IME - January Review

What is your expected hour column?
There should be hours listed in approved column. Once we approve hours, you can login and approve timesheets for January with those hours.


Payment log need both column calculations verified for all surgeons, seems to nly have SF payment but not the IME payment for bottom surgeons on list.



**Aditya Humad**
President
Chief Financial Officer



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990

SF-MCF-00007284

SF-MCF-00007284
SF-MCF-00007284

F: 978.232.3991
D: 978.236.7984
M: 267.342.3968

---

**From:** Chantal Goldson
**Sent:** Tuesday, February 24, 2015 11:12 AM
**To:** Aditya Humad
**Subject:** RE: IME - January Review

Hello Aditya,

I have attached the IME payment log. I have also attached the submitted hours sheet we went through yesterday for your review. How would you like me to go about Dr. Shawn Moore's & Dr. Rosenstein's submitted hours as AJ said that the Expandable info. for cases & amount are correct?

Regards,

**Chantal Goldson**
Jr. Financial Analyst
**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.



www.spinefrontier.com

---

**From:** Aditya Humad
**Sent:** Monday, February 23, 2015 1:01 AM
**To:** Chantal Goldson
**Subject:** RE: IME - January Review

We can review hours submitted online for January by surgeon listing cases/sales/hours.

Once approved you can update online, and also update the payment log (start new tab for 2015, and add column for January) – so you can calculate payment based on hourly rates against their final approved hours.

Diana and Tami will need that file to add expenses to SF, and IME (net of their 5% fee) per surgeon once we have finalized/approved hours and submitted online for payment

Thx

**Aditya Humad**
President
Chief Financial Officer



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990

SF-MCF-00007285
SF-MCF-00007285
SF-MCF-00007284

F: 978.232.3991
D: 978.236.7984
M: 267.342.3968

**From:** Aditya Humad
**Sent:** Monday, February 23, 2015 12:58 AM
**To:** Chantal Goldson
**Subject:** IME - January Review

Chantal

Haven't yet reviewed your report for January hours/sales/cases for surgeons in IME.

Please have this ready to discuss tomorrow morning so we can make any changes for approvals to finalize their hours submitted for Jan

I am available at 10am.

Thx

**Aditya Humad**
President
Chief Financial Officer



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968

SF-MCF-00007286

SF-MCF-00007286
SF-MCF-00007284