# Exhibit 15

| | |
|---|---|
| **From:** | Sue Wang <SueWang@spinefrontier.com> |
| **Sent:** | Friday, April 11, 2014 3:23 PM |
| **To:** | Aditya Humad <AdityaHumad@spinefrontier.com> |
| **Subject:** | IME entity - March 14 |
| **Attach:** | Bank Statement IME Operating 2014-03-31.pdf; Bank Statement IME Payroll - 2014-03-31.pdf |

Hi Aditya,

I am doing IME entity for March now. Three questions about the payments:

1. Operating bank A/C, 3/27/2014 withdrawals, $250 paid to State Of Delaware. Was it for tax(franchise tax)? Any backup?
2. Payroll bank A/C, 3/27/2014 withdrawals, $42.35 paid to TMS Beachwear Inc, what was that for?
3. Payroll bank A/C, 3/27/2014 withdrawals, $53 paid to YK Wireless, I guess it was for cell phone, so I coded it to Telephone Expense A/C. Is it ok?

I have attached bank statements with this email for your convenience.

Thank you!

Sue

**Sue Wang, CPA**
Sr. Accountant
Finance Department

CONFIDENTIAL