# Exhibit 17

| | |
|---|---|
| From: | Aditya Humad <adityahumad@spinefrontier.com> |
| To: | vanessadudley <vanessadudley@call-ime.com> |
| Sent: | 7/18/2014 1:02:03 PM |
| Subject: | Re: Check |

Its net of 5% admin/processing fee charged by IME when paid by its client (SF)


On Jul 18, 2014, at 12:59 PM, "vanessadudley" <vanessadudley@call-ime.com> wrote:

Aditya,
Please see below.

Thanks,
Vanessa

Sent via the Samsung Galaxy Note® 3, an AT&T 4G LTE smartphone


-------- Original message --------
From: Jamie Thurman
Date:07/18/2014 10:35 AM (GMT-05:00)
To: vanessadudley@call-ime.com
Cc: Joseph Shehadi
Subject: Check


Vanessa,


Good morning!  We received the check for the IME today.  Thank you!  However, I have a question regarding the amount.  The amount for the check was $4750.  According to my records, Dr. Shehadi should be paid at a rate of $500 per hour.  We submitted total of 10 hours which should equate to $5000.  Could you please look into this and let me know as soon as possible?


Thank you,


Jamie


Jamie M. Thurman, MHA, BSRT(R)

**Practice Manager**

jamie@drshehadi.com

**Phone**: (614)220-5648 **Ext**. 6

USAO-VD-0007511
USAO-VD-0007511
USAO-VD-0007511

Joseph A. Shehadi, MD, FRCSC, FACS

**Neurosurgery Associates, LLC**

393 East Town Street, Suite 110

Columbus, Ohio 43215

**Phone**: (614)220-5648

**Fax**: (614)220-5649



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

USAO-VD-0007512
USAO-VD-0007512
USAO-VD-0007511