# Exhibit 18

| | |
|---|---|
| **From:** | Scott Autrey <ScottAutrey@spinefrontier.com> |
| **Sent:** | Wednesday, February 26, 2014 1:45 PM |
| **To:** | KevinChappuis@spinefrontier.comfe2 |
| **Subject:** | Fwd: Spine Frontier and IME consulting agreement |

Give me a call when you get a chance to look this over. Thanks.

Scott

Sent from my iPhone

Begin forwarded message:

> **From:** Scott Autrey <ScottAutrey@spinefrontier.com>
> **Date:** February 26, 2014 at 11:07:16 AM CST
> **To:** JRosenstein <rosensti@sbcglobal.net>
> **Subject: Re: Spine Frontier and IME consulting agreement**
>
> Good morning Dr. Rosenstein,
>
>
> I wanted to let you know that I have been working on the consulting agreement for you this past weekend and early this week. Sorry I wasn't able to get something to you on Friday where we could get this done this weekend. This is what I was able to accomplish. Spine Frontier and IME have been discussing this situation and trying to come to a resolution for you to get you to come on board as a consultant for us at the rate you feel comfortable with.
>
>
> Based on what I have been told, the reason the $500/hour was the contract rate set in the standard agreement is because that is the market average for consulting on products nationwide. Neither Spine Frontier nor IME wanted to go way higher than that initially because of the red flags it could raise. However, based on the schooling, background, practice you have currently, and what you currently charge, neither party thinks it will raise any flags with the new rate as follows. I have talked to Dr. Chin and he in turn has been negotiating with IME. We have come to an agreement for you to be able to bill at $1000/hour per case evaluated to help us improve current products. With that being said, if you were to give us feedback on every case you perform using Spine Frontier products, you would make a considerable amount of money to help with the dwindling reimbursement rates that I know is happening. For example, if you were to do 2 cervical cases and 2 lumbar cases a week at the average time of surgery, that would be an additional $6K a week, or more than $300K annually. As I told you before, we are here to be able to help surgeons in any way possible considering our CEO feels the same pain.
>
>
> Considering Spine Frontier has negotiated a higher than normal rate for you as a consultant, they are wanting you to be a lead consultant on the products we already have to make them better. Basically, what that means is they are asking for you to do all your cases with Spine Frontier products to justify that rate. This will not only help you in the long run monetarily and having a bigger voice in the company in general, but also help us in evaluating our products to help

SF-AUT-00014566

SF-AUT-00014566
SF-AUT-00014566

make them the best in class for better patient care. Also, it will be greatly beneficial for Spine Frontier since you currently do pedicle screws and rigid plates, and you can continue doing so as a consultant for us and give your input based on your years of knowledge. Then, from what I have gathered from you, you are looking to transfer to our LES philosophy of spine surgery with the possibility of midline pedicle screws and facet screws and you can evaluate them based on a prior knowledge of the other systems evaluated.

With that said, all the while you are evaluating our current product offering and learning about new products that fit into the LES philosophy, we will be designing a plate for you exclusively to your specifications. At that point, you can evaluate the plate we design for you at the same rate, considering there will be some adjustments and beta testing that occurs. We can begin talking initial designs and so forth at the VIP lab you are scheduled to attend on March 28, assuming you get going with us as a consultant and have some evaluation on our products for reference. Have you been contacted by Venessa about that and in talks about getting that scheduled? Let me know if I need to get this going in any way.

I hope this all sounds like something you were wanting and are willing to move forward with Spine Frontier as a consultant and product designer. The IME attorney is drawing up an addendum to the contract for you currently, and additionally getting an independent attorney to put together a legal opinion letter. Once that is done, and I have been told that will be today, we can get together to discuss any questions you may have and get this signed.

 If this all sounds good, do I have your permission to initiate the approval process at your hospital, USMD Arlington? I look forward to hearing your thoughts and opinions. I hope to hear from you soon.

Sincerely,

Scott Autrey

Senior Sales Rep D/FW

704-491-9686

scottautrey@spinefrontier.com

www.spinefrontier.com

JRosenstein <rosensti@sbcglobal.net> , 2/21/2014 12:58 AM:
> Hi Scott.  As I mentioned earlier $500/hr for a Board Certified Neurosurgeon who went to
> Medical School at Johns Hopkins, Residency training at UT Southwestern Medical Center Dallas

SF-AUT-00014567

SF-AUT-00014567

SF-AUT-00014566

(Parkland Hospital), Fellowship at Queens Square in London, England, and in active Neurosurgical practice for 30 years, does not reflect fair market value. I usually charge $1000 to $1500 per hour for consulting work including legal case reviews and product development. I would be happy to work with IME if they can meet these rates. These are my usual and customary charges. It does not make sense for me to work for less as I am already very busy.

Let me know if this is agreeable and if so we can get started. I am excited to work with your company. They are exactly the type I like to work with; small, responsive, progressive, innovative, and forward thinking. I think it can be a very good match.
 I will be in surgery all day tomorrow but we can talk or get together for document review and signing this weekend.

Cheers,

Dr. R

Sent from my iPad

On Feb 13, 2014, at 8:37 AM, Scott Autrey <ScottAutrey@spinefrontier.com> wrote:

> Dr. Rosenstein,
>
> First I wanted to thank you for your time last night. I really appreciate getting the chance to tell you a little more about what we have going on with Spine Frontier and the direction we are heading.
>
> As we discussed, here is the standard consulting agreement between IME, Spine Frontier and surgeons as well as a letter describing the change to IME for surgeon benefit. Like I discussed, this is negotiable, as all things are. This is in essence the same agreement whether it be for the trial advisor (testing current products we have out already) as well as for consulting on new projects and designs. Let me know your thoughts on this when you can or if you have any questions I can help with before signing on to help us out in many ways. I really look forward to working with you closely in the near future and think you will find working with us very rewarding on many levels.
>
> I will have Venessa contact you shortly via email about booking your travel arrangements for not only the VIP to Boston, but also the trip out to Florida. I may also have Kevin or another engineer contact you as well about getting started on the early designs of the plate you are looking to design to get that going.
>
> Talk to you soon and have a great rest of the week.
>
> Sincerely,

SF-AUT-00014568

SF-AUT-00014568

SF-AUT-00014566

Scott Autrey

Senior Sales Rep D/FW

704-491-9686

scottautrey@spinefrontier.com

www.spinefrontier.com

<mime-attachment.png>

# SpineFrontier, Inc.
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

<Consulting Agreement Rosenstein.pdf>

<SF IME Authorization Letter.pdf>