# Exhibit 20

| | |
|---|---|
| **From:** | vanessadudley@call-ime.com |
| **Sent:** | Wednesday, February 26, 2014 2:12 PM |
| **To:** | fpdege@gmail.com |
| **Cc:** | 'Dr. Kingsley Chin' <kingsleychin@spinefrontier.com>; 'Dan habbyshaw' <danhabbyshaw@spinefrontier.com>; 'Marc Pelletier' <marcpelletier@spinefrontier.com>; 'Kevin Chappuis' <KevinChappuis@spinefrontier.com>; Aditya Humad <adityahumad@spinefrontier.com> |
| **Subject:** | RE: Dr Degenova Follow-Up |
| **Attach:** | IME Consultant Invitation Letter Degenova.pdf; Updated IME Consultant Agrmnt with Product List.pdf |

Dr. Degenova,

Thank you again for your interest in consulting with IME and our client, Spinefrontier.
I am attaching the consultant agreement for your review and signature.
Once signed, you may either fax or email back to me at the numbers provided in my signature block below.

If you would like to receive a fully executed copy of this agreement in the mail after you have signed it, please kindly send the address you would like it sent to.

Please let me know if you have any questions!

Best Regards,

**Vanessa J. Dudley**
Client Relations/Business Administrator

**Impartial Medical Experts**
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339 USA

**Work:** 855-411-6463
**Mobile:** 480-278-1970
**Fax:** 855-411-6463
**Email:** vanessadudley@call-ime.com
http://www.linkedin.com/in/vanessadudley1

See who we know in common                                                                 Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

--------- Original Message ---------
Subject: Dr Degenova Follow-Up
From: "Aditya Humad" <adityahumad@spinefrontier.com>
Date: 2/26/14 8:26 am
To: fpdege@gmail.com
Cc: vanessadudley@call-ime.com, "'Dr. Kingsley Chin'" <kingsleychin@spinefrontier.com>, "'Dan habbyshaw'" <danhabbyshaw@spinefrontier.com>, "'Marc Pelletier'" <marcpelletier@spinefrontier.com>, "'Kevin Chappuis'" <KevinChappuis@spinefrontier.com>

Dear Dr Degenova,

Glad we had a chance to catch up this morning on few areas.

Pleased to hear you believe there is a high chance of SF approval at OhioHealth next month. Kevin/Dan – Please make sure we have sets dedicated for Dr Degenova/Dr Gabriel there.

Vanessa will re-send the IME agreement to you for signature today, along with the online link to register for online submission of hours each month

We look forward to supporting your journal club. Dan – Please work with Vanessa to make sure Kingsley can attend once you have a finalized date from Dr Degenova. We need to invite Dr Mahmoud, Karas, Narayanan to this too among others.

Will keep you posted on the KICVentures investment opportunity once the round is officially open next month. I've included the website link you requested - http://kicventures.com/

Appreciate your support as always, let me know if any questions.

Best,

Aditya

**Aditya Humad**
Chief Financial Officer
VP of Business Development



**SpineFrontier, Inc.**

500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990

F: 978.232.3991

D: 978.236.7984

M: 267.342.3968

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SF-DEG-00001276**

SF-DEG-00001276
SF-DEG-00001275



## SpineFrontier, Inc.
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2247 / Virus Database: 3705/6626 - Release Date: 02/26/14