# Exhibit 21

| | |
|---|---|
| From: | vanessadudley@call-ime.com |
| Sent: | Wednesday, December 10, 2014 4:39 PM |
| To: | Aditya Humad <adityahumad@spinefrontier.com> |
| Cc: | jaylokhande@spinefrontier.com |
| Subject: | FWD: Remove hours |

FYI

**Vanessa J. Dudley**
Client Relations/Business Administrator

**Impartial Medical Experts**
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339 USA

**Work:** 855-411-6463
**Mobile:** 480-278-1970
**Fax:** 855-411-6463
**Email:** vanessadudley@call-ime.com
http://www.linkedin.com/in/vanessadudley1

See who we know in common                                    Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

--------- Original Message ---------
Subject: Remove hours
From: "Jamie Thurman" <Jamie@drshehadi.com>
Date: 12/10/14 4:33 pm
To: "vanessadudley@call-ime.com" <vanessadudley@call-ime.com>
Cc: "Joseph Shehadi" <Joseph@drshehadi.com>

Vanessa,

Not sure if you're the person I should contact, or not.

Please remove 3 hours from the November timesheet: 11/7 and 11/24. Did not see until now that those cases were cancelled.

TIA!

Thank you,

*Jamie*

Jamie M. Thurman, MHA, BSRT(R)

**Office Manager**

jamie@drshehadi.com

**Phone**: (614)220-5648 **Ext.** 6

**Fax:** (614)220-5649



Joseph A. Shehadi, MD, FRCSC, FACS

**Neurosurgery Associates, LLC**

393 East Town Street, Suite 110

Columbus, Ohio 43215

**Phone**: (614)220-5648

**Fax:** (614)220-5649

SF-SHE-00000221
SF-SHE-00000221
SF-SHE-00000220