# Exhibit 22

| | |
|---|---|
| **From:** | Chantal Goldson <ChantalGoldson@spinefrontier.com> |
| **Sent:** | Monday, April 6, 2015 4:12 PM |
| **To:** | Aditya Humad <AdityaHumad@spinefrontier.com> |
| **Subject:** | IME Submitted Hours |
| **Attach:** | March 2015 Total Surgeon Cases & Submitted Hours.xlsx |

Hello Aditya,

Please let me know when this week you would like to discuss the IME submitted hours sheet.

Regards,

**Chantal Goldson**
Jr. Financial Analyst
**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.



www.spinefrontier.com