# Exhibit 23

| From: | Scott Autrey <ScottAutrey@spinefrontier.com> |
|---|---|
| Sent: | Monday, December 2, 2013 4:57 PM |
| To: | wilsondiana23 <wilsondiana23@yahoo.com> |
| Subject: | Fwd: Consulting Agreement |
| Attach: | IME-SF Authorization Letter.pdf; IME Dr Wilson Package.pdf; IME SF Product Evaluation Form.pdf |

Dr. Wilson,

Here is the email that I sent you that has all of the documents in reference to the consulting opportunity. As I told you on the phone it is the agreement itself, a note explaining the transition of all of Spine Frontier consultants over to IME, a third party company that helps protect surgeons from disclosing working directly with a company, and a product evaluation form which basically shows how you would evaluate the current products we have. You can also do it online now, which is really convenient. Let me know if you have any questions in regards to any of this.

I just wanted to highlight some of the features for you to think about when making your decision between us and the other opportunity you have mentioned looking at.

- SF pays the highest rate of anyone in the market for product evaluation (flat rate per case)
- No caps on the amount of consulting you can do or the money you can earn
- No non-compete clause
- Works with a 3rd party to protect you from OIG or sunshine act
- IME has other consulting opportunites you can be involved with independent of SF
- Royalties on systems that you help design and bring to market
- Speaking opportunites at our labs
- Beta surgeon on new systems
- Preceptor for other area surgeons that come on board in the future
- Marketing material for patient handouts on the procedures
- Help in designing a website and office layout for transition to private practice
- Direct access to our CEO to discuss ideas and questions you have
- VIP trips to Boston to participate in our cadaver labs and try any and all systems and discuss with engineers
- Access to other surgeons nationally for ideas moving forward
- Being out in front of the spine market with innovative technology to help move cases to surgery centers
- Being a part of a surgeon inspired device company that puts surgeons and their ideas first
- Customized instruments and implants if your suggestions to our systems are not implemented nationwide

I hope after seeing the consulting agreement and knowing all that Spine Frontier can offer in addition to that, you will agree that this is the best opportunity out there for surgeons. We are the fastest growing spine company in the nation and have even more prepared for 2014. The reason why we are the fastest growing is because of our desire to please the surgeons and their needs first and foremost. That in turn results in better systems and better patient care. We have some great surgeons that have recently come on board and hope that you will be the next one that can really propel this company into even greater things. I really am excited about the opportunity to work with you personally and show you all that I can be as a rep and what Spine Frontier can be for surgeons.

I will touch base with you later this week after you have had a chance to have your attorney review this agreement. At that point if all looks good we can discuss getting the agreement signed and sent over and starting to work closely with Spine Frontier. As I stated I am already approved at THR so we could start booking cases immediately. Look forward to speaking with you again soon.

Sincerely,
Scott Autrey
Senior Sales Rep D/FW
704-491-9686
scottautrey@spinefrontier.com
www.spinefrontier.com

Scott Autrey , 9/27/2013 12:23 PM:

> Dr. Wilson,
>
>
> This is Scott with Spine Frontier. I know you have your call with Dr. Chin in just a little while, but he had
> asked me to bring you over the sample agreement for you to look at and reference during your call with him.
> I just got the IME agreement so I will not make it to your office before the call, but wanted to send you this
> over in case you can look at your email during it. I am sending a memo from Spine Frontier, an IME
> agreement with exhibit, and a sample exhibit from Spine Frontier showing what their exhibit would look like.
> Obviously, I am on my way now to actually give you the hard copy of these three things to look at also. Hope
> you enjoy speaking with Dr. Chin and look forward to hearing from you afterwards. Have a great day and
> great weekend if I don't see you.
>
>
> Scott Autrey

**SF-AUT-00012100**

SF-AUT-00012100

SF-AUT-00012099