# Exhibit 24

| | |
|---|---|
| **From:** | Dan Habbyshaw <danhabbyshaw@spinefrontier.com> |
| **Sent:** | Tuesday, October 28, 2014 2:15 PM |
| **To:** | Vanessa Dudley <VanessaDudley@Call-ime.com> |
| **Subject:** | Dr. Degenova - Aug/Sept |
| **Attach:** | Blank.pdf; c137bb21.f5b241e6.jpg |

Vanessa,

Please see the attached spreadsheet outlining cases for Dr. Degenova.

Please let me know if you have issues opening and when you are able to bring his hours up to date so I can make him aware.

SF-SHE-00007560

SF-SHE-00007560
SF-SHE-00007560