# Exhibit 25

| | |
|---|---|
| From: | Peter Prinos </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A71126C4B7B04136A9D8B853F446C4D8-PETERPRINOS> |
| To: | Dr. Kingsley Chin; Aditya Humad |
| Sent: | 3/12/2013 2:38:06 AM |
| Subject: | Dr Montone |

I spoke with Dr Montone tonight and we are good. He understands our position and is willing to totally involve himself and use us for all his cases. We just have to stay flexible as he ramps up.

Thanks for your help.


Peter Prinos
Territory Sales Manager
New England



SpineFrontier
500 Cummings Center
Suite 3500
Beverly, Ma 01915
508-294-6908(cell)
978--232-3990 ph
978-232-3991 fax

SF-MON-00003255
SF-MON-00003255
SF-MON-00003255