# Exhibit 26

| | |
|---|---|
| From: | Frank Schnur <FrankSchnur@spinefrontier.com> |
| Sent: | Friday, June 19, 2015 8:49 AM |
| To: | Dr. Kingsley Chin <KingsleyChin@spinefrontier.com>; Aditya Humad <AdityaHumad@kicventures.com>; Jake Lubinski <JakeLubinski@spinefrontier.com>; Shyam Desigan <ShyamDesigan@kicventures.com> |
| Cc: | PSET <PSET@spinefrontier.com> |
| Subject: | The Why Report |
| Attach: | WHY report.xlsx |

Team,

Here is the first pass on the 'why are they using SpineFrontier' report. Thanks to Kev, Luke and Sarah for putting this together. Please add your comments and we will update the database.

We will be adding all surgeons that we have had any contact with in the past. We will use this same field to capture a summary of our interaction and why they decided not to use us.

All of this will be ported into the CRM, once it goes live.


**Frank Schnur**
Chief Sales Officer
**SpineFrontier, Inc.**
www.spinefrontier.com
M: 508.494.3966
D: 508.435-6530



CONFIDENTIAL

SF-SHI-00007809
SF-SHI-00007809
SF-SHI-00007809