# Exhibit 27

| | |
|---|---|
| **From:** | Josue Gabriel <josue.gabriel1@gmail.com> |
| **Sent:** | Saturday, October 4, 2014 12:59 PM |
| **To:** | 'Aditya Humad' <adityahumad@spinefrontier.com> |
| **Cc:** | 'Rebecca Gabriel' <rebecca.gabriel101@gmail.com> |
| **Subject:** | Dr. Gabriel - Activity for September 2014 |

Aditya,

I tried to input this data to the website a couple of times, a couple days ago, but every time I went back in the information would not be saved.
I think the website may not be working right.  Either way this is my activity.  Either you can input it or send me another link so I can try to redo it.

Thanks Dr. Gabriel


Dr. Gabriel activity for Sept.  2014

Sept 3 -  Cervical 1 hr
            Lumbar  2 hr
            *Assist in training with products - 2 hr.

Sept 4 -   Cervical 1 hr
            *Assist in training with products - 3 hr

Sept 5 -  *Assist in training with products - 3 hr

Sept 8 -   Lumbar  2 hour
            *Assist in training with products - 3 hr

Sept 9 -   Lumbar.  2 hr
            Lumbar.  2 hr
            Product development with Engineer Alana Lacey:   2 hr

Sept 10 - Cervical 1 hr
            Lumbar 2 hr

Sept 11 -  Lumbar 2 hr
            *Assist in training with products - 3 hr

Sept 13 -  Client discussion industry trends: Meeting with Dr. Shehadi  -  2 hr

Sept 16 -  Cervical  1 hr

Sept 17-   Cervical  1 hr
            Cervical  1 hr

Sept 18 -  Cervical 1 hr
            Client discussion industry trends : Meeting with Dr. Karas  -  1 hr

Sept 22  - Client discussion industry trends:  Meeting with John Miller RE: Doug Ulum and Dr. Shehadi coverage - 1 hr

**SF-SHE-00001378**

SF-SHE-00001378

SF-SHE-00001378

Sept 23 -  Lumbar 2 hr
    Lumbar 2 hr

Sept 24  -  Lumbar  2 hr
    Cervical 1 hr

Sept 25  - Client discussion industry trends:  LESSi Conference call to Florida: 1 hr

Sept 30 -  Lumbar 2 hr
    Lumbar 2 hr
    Product development with Engineer Ian Helmer:  1 hr
    Client discussion industry trends:  Meeting with John Miller RE: Dr. Karas, Dr. Reilly - 1 hr

* 14 hrs from August 2013 activity.

Total -  53 hours


Thank You,

Josue P. Gabriel, M.D.
Orthopaedic Spine Surgeon

Spine Institute of Ohio
340 E. Town St., Suite 8-900
Columbus, OH  43215
Phone: 614-222-0743
Fax: 614-222-0744

www.spineinstituteofohio.com
http://spineinstituteofohio.com/

**SF-SHE-00001379**

SF-SHE-00001379

SF-SHE-00001378