# Exhibit 28

| | |
|---|---|
| **From:** | Joseph Shehadi <Joseph@drshehadi.com> |
| **Sent:** | Sunday, January 4, 2015 1:52 PM |
| **To:** | Aditya Humad </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=eb9a2af228044adb9be47cf6a4e74b5d-AdityaHumad> |
| **Subject:** | Happy New year! |

Hi,

It was a busy December for me and for SF.

I logged 17.5 hours using the 1hr and 1.5hr general guideline. I had to add .5 hr for extra long 5 level fusion on 30th.  The website says 18.5 by accident, it is not adding correctly.

Should only be 17.5. thanks a lot. I am logging the hours personally  myself. Jamie, my office manager is leaving the practice in one week.

In 2015, let us go from " strength to strength" as they say.

Regards,

Dr. Joe

Joseph A. Shehadi, MD, FRCSC, FACS, FAANS

Vice Chair, Section of Neurosurgery at GMC

Associate Professor of Neurosurgery, Ohio University

Medical Director Neuro-oncology GMC

**SF-HUM-00127961**

SF-HUM-00127961

SF-HUM-00127961