# Exhibit 30

| | |
|---|---|
| From: | Dr. Kingsley Chin </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87B5AAC92CD240C989699374C6D433AF-KINGSLEYCHI> |
| Sent: | Tuesday, September 2, 2014 12:00 PM |
| To: | Aditya Humad </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=eb9a2af228044adb9be47cf6a4e74b5d-AdityaHumad>; KevinChappuis@spinefrontier.comfe2 |
| Cc: | Scott Autrey <ScottAutrey@spinefrontier.com>; JohnMiller@spinefrontier.comb60 |
| Subject: | Dr Rosenstein |

Please let surgeons know if they are only doing pedicles screws they cannot bill for a full hour per me unless more than one level. This is a phone call to the surgeons otherwise they will consult on the interbody and with us on the screws and double dip which will raise a red flag.  Even if they do not double dip.

Call me if any questions on how you will discuss this with the surgeons.  Should this be a short memo avoid a phone call being uncomfortable ?

Thxs


**Kingsley R Chin MD**
Chairman & CEO
Chief Technology Officer

Harvard-Trained For 10 Years
Board Certified Outpatient Spine & Orthopaedic Less Exposure Surgery Surgeon(LESS)




www.spinefrontier.com
www.KICventures.com
P: 978.232.3990
F: 978.232.3991
M:617.697.5442

| Fort Lauderdale | Boston |
|---|---|
| 1100 W Oakland Park Blvd Ste 3 | 500 cummings center Ste 3500 |
| Fort Lauderdale FL 33311 USA | Beverly MA 01915 USA |

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

SF-HUM-00150829

SF-HUM-00150829