**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD<br><br>    Defendants. | No. 1:21-cr-10256-IT |

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

Pursuant to Fed. R. Crim. Pro. 30 and this Court's Amended Pretrial Order (Dkt.

No. 197), the United States of America hereby submits its proposed Preliminary and Final Jury

Instructions.

The United States reserves the right to supplement or modify these instructions

considering any requests filed by the defendant, the evidence in the case, or the Court's rulings.

LEAH B. FOLEY
United States Attorney

*/s/ Christopher Looney*
ABRAHAM R. GEORGE
CHRISTOPHER LOONEY
MACKENZIE A. QUEENIN
Assistant U.S. Attorneys
1 Courthouse Way
John Joseph Moakley U.S. Courthouse
Boston, MA 02210
(617) 748-3100

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused this document to be filed through the ECF system on February 18, 2025.

/s/ Chris Looney
CHRISTOPHER LOONEY