# Exhibit 2

| Surgeon | Hospital | Coverage Rep | Persona | Trigger | Why do they use us? |
|---|---|---|---|---|---|
| Steve Anagnost, M.D. | Hillcrest/Southcrest | 0 | Dr. Waldorf | Interest in facet screws/podium speech | Met KRC at ISASS following a podium speech. Was with Spinefrontier when it began |
| Jeffrey Carlson, M.D. | Bon Secours Mary Immaculate | Amanda Dalton | Dr. Waldorf, Dr. Belichek, Dr. Ghandi | Cold Called by Walter Wood, dropped KRC's name | Consulting, told him we would develop his ideas. Wanted to be a part of something bigger, grass roots effort |
| Jeffrey Moore, D.O. | Bon Secours Mary Immaculate | Amanda Dalton | Dr. Ghandi | Dr. Carlson relationship | consulting. |
| Mark McFarland, D.O. | Bon Secours Mary Immaculate | Amanda Dalton/ Zack | Dr. Bolt | same as Dr. Carlson | Same as Dr. Carlson. Made his LESPLIF, he loves it |
| Joseph Aferzon, M.D. | Middlesex Hospital/Hartford Hospital | Brandon Tanguay | Dr. Belichek | Peter Prinos baterin relationship | We are licensing IP from Dr. Aferzon and Bash and building their vertebral body replacement device. They enjoy working closely with our engineering and design team, and are very accessible for clinical feedback meetings. like our competitive consulting agreement |
| Jeffrey Bash, M.D. | Middlesex Hospital/Hartford Hospital | Brandon Tanguay | Dr. Brady | Peter Prinos relationship | Approched by Peter Prinos. Likes consulting on engineering projects and working with designers and engineers. very accessible to provide clinical feedback.  We are licensing IP from him and Dr. Aferzon and using it to make a Corpectomy Cage |
| Mario Ammirati, M.D. | Ohio State University Hospital | Dan Habbyshaw | Dr. Ghandi | Friendship with Dr. Gabriel | Wanted research grants, and engineering support for C1-C2 plate. Less than 500k in yearly business, but notable surgeon in neuro field |

| Surgeon | Hospital | Coverage Rep | Persona | Trigger | Why do they use us? |
|---|---|---|---|---|---|
| Paul DeGenova, D.O. | Grant Medical Center | Dan Habbyshaw | Dr. Bolt | relationship with Dr. Gabriel | consulting.  also wants to teach other surgeons |
| Joseph Shehadi, M.D. | Grant Medical Center | Dan Habbyshaw | Dr. Rodgers | Dr. Gabriel relationship | Consulting, wants to be involved with surgeon network |
| Tony Alastra, M.D. | Staten Island University Hosp | Dan Ullman/Melissa Davis | Dr. Ghandi | Relationship with Dan Ullman | Childhood friend of distributor Dan Ullman. Gives us some of his cervicals, but splits business among many companies |
| Mike Murray, M.D. | Lawrence Hospital Center | Dan Ullman/Melissa Davis | Dr. Bolt | Dan Ullman cold call | consulting, and Dan Ullman is a veteran |
| Maxwell Adu-Lartey, D.O. | 0 | Geoff Jones | Dr. Waldorf | Geoff Jones cold call | ALIF Allo Royalties.  Geoff is still in touch |
| Neil Badlani, M.D. | 0 | Geoff Jones | Dr. Brady | Geoff Jones relationship | ALIF Allo royalties |
| Richard Francis, M.D. | Houston Orthopedic and Spine Hospital | Geoff Jones | Dr. Waldorf | Jamaican, cold called by G. Jones, family ties with KRC | support countrymen KRC, help him with business dev. stuff |

| Surgeon | Hospital | Coverage Rep | Persona | Trigger | Why do they use us? |
|---|---|---|---|---|---|
| Jeremy Wang, M.D. | Houston Physicans Hospital | Geoff Jones | Dr. Bolt | Geoff Jones relationship | Consulting opportunities, likes participating in product development |
| Vivek Kushwaha, M.D. | Houston Orthopedic and Spine Hospital | Geoff Jones (D) | Dr. Ghandi, Dr. Waldorf | Investment opportunity. Introduced through Dr. Yu | Consulting, value of growth, equity |
| Jason Tinley, M.D. | USMD Ft. Worth | Greg Aycock | Dr. Bolt, Dr. Brady | Kelly Shelton reference, VTI distributor | consulting and business growth potential. |
| Josue Gabriel, M.D. | Grant Medical Center | Greg Supelak | Dr. Bolt, Dr. Brady | KRC's friend from UPENN | Sees value in building Spinefrontier |
| Carl Bruce | 0 | Harisha Buggam | Dr. Ghandi | Family ties with KRC | Kingsley is jamaican. Told him we would bring superior medical care to jamaica |
| Gbolahan Okubadejo, M.D. | Englewood Hospital | Ian Douglass | Dr. Bolt | existing relationship with alphatec distributor | consulting opportunities. wanted to work with KRC as a mentor |
| Steven Valentino, D.O. | Kennedy Health System | James Jackson | Dr. Waldorf | James Jackson cold call | consulting, relationship with KRC, opportunity to participate in product development |

| Surgeon | Hospital | Coverage Rep | Persona | Trigger | Why do they use us? |
|---|---|---|---|---|---|
| Craig Meyer, M.D. | Boone Hospital | Jay Greenwood | Dr. Bolt, Dr. Ghandi | Met KRC at a podium speech in columbia | was one of the original surgeons behind SF. Responded to facet screw speech. also consults with nuvasive and really likes their products |
| John Shiau, M.D. | Staten Island University Hosp | Joe Caporale | Dr. Ghandi | James Jackson relationship | Consulting, likes giving business to everyone |
| Elijah Hothem, M.D. | 0 | Joey Harrell | Dr. Rodgers, Dr. Bolt | Trained under Dr. Gabriel. | Met with kingsley, liked LESSi opportunity combination of surgery and business. promised him an awesome LESSi lifestyle |
| Brian Reece, M.D. | 0 | Joey Harrell | Dr. Bolt, Dr. Brady, Dr. Rodgers | Dinner with TBI fellows, liked LESSi pitch | learn about building a business.  sees and appreciates vision of LESSi |
| Jason Montone, D.O. | North Ks. City Hospital | John Balzar | Dr. Bolt | John Balzar relationship | consulting |
| Shawn Moore, M.D. | EXECUTIVE PARK SURGERY CENTER | John Balzar | Dr. Bolt | John Balzar relationship | Consulting, oppotunities to do more surgery center business.  Our techniques will help his center be successful |
| Michael Lowry, M.D. | Doctor's Hospital | John Balzar (D) | Dr. Ghandi | John Balzar controls product flow | Works with us because hospital uses our products |

| Surgeon | Hospital | Coverage Rep | Persona | Trigger | Why do they use us? |
|---|---|---|---|---|---|
| Bonaventure Ngu, M.D. | Indirect | Kevin | Dr. Waldorf | Leland Turner relationship | converted from alphatec. consulting. Outreach work in Africa and support while he brings his business to the surgery center |
| Dwight Tyndall, M.D. | Community Hospital - Munster | Kevin Dorian | 0 | 0 | 0 |
| Amir Malik, M.D. | Houston Orthopedic and Spine Hospital | Leland Turner (D) | Dr. Waldorf | Leland Turner relationship | Likes competitive consulting agreement |
| Matthew Wasserman, M.D. | Memorial Hermann Katy | Leland Turner (D) | Dr. Rodgers | Leland Turner relationship | Consulting, teaching opportunities |
| Roger Sung, M.D. | Memorial Hospital | Mark Diebert | Dr. Waldorf, Dr. Belichek | Was also Bohlman fellow, investment opportunity | value in growing company with us. |
| Elizabeth Trinidad, M.D. | Winthrop University Hospital | Melissa Davis | Dr. Ghandi | Melissa Davis cold call | Consulting and future work opportunities |
| Warren Yu, M.D. | George Washington University Hospital | Mickey Dasek | Dr. Waldorf | Bohlman fellow with KRC | Early investor, sees growth potential in SF |

| Surgeon | Hospital | Coverage Rep | Persona | Trigger | Why do they use us? |
|---|---|---|---|---|---|
| Alexios Apazidis, M.D. | Brookhaven Hospital | Mihai Bojthe | Dr. Bolt | Relatinship with Dan Ullman | consulting opportunities |
| Jacob Rosenstein, M.D. | USMD Arlington | Scott Autrey | Dr. Waldorf, Dr. Belichek | Scott Autrey cold call, stryker cancelled his cervical plate | Was looking for a new cervical plate option. Scott Autrey cold called and discovered that need. Dr. Rosenstien was eager to work with our design team to create an ideal multi-level cervical plate. Consulting revenue was also very appealing to him. He liked our one-level cervical plate and we |
| Diana Wilson, M.D. | Harris Methodist | Scott Autrey | 0 | 0 | 0 |
| Amar Rajadhyaksha, M.D. | 0 | Seth Jacknowitz | Dr. Bolt | Seth's cold call, KRC worked on relationship | Lost hospital approval |
| John Atwater, M.D. | 0 | Sid Kessenger | Dr. Waldorf | Nathan Francois cold call (direct rep) | consulting, said we would use his neural monitoring company and Kyle Black's PA-on-demand service |
| Gary Ghiselli, M.D. | 0 | Spence Zidich | Dr. | rep was carrying zimmer, needed to fill a gap with our ISP | was Bohlman fellow, like KRC. Just uses our ISP |
| M. Dalton Hanowell, M.D. | Newton Medical | Stacey Bonezzi | Dr. Brady | rep filled portfolio with our ISP | Likes our device, only uses inspan. pain management doc |

SF-HUM-00016090

6

| Surgeon | Hospital | Coverage Rep | Persona | Trigger | Why do they use us? |
|---|---|---|---|---|---|
| Agha Khan, M.D. | Maryland General Hospital | Vlad Zhelenko | Dr. Waldorf, Dr. Ghandi | WW cold call, interest in LES | consulting opportunities.  Told him we'd host 5 labs per year at his facility. Also told him we'd help him bring better surgical care to africa |
| Dhruv Pateder, M.D. | Reston Medical Center | Walter Wood | Dr. Waldorf | Walter wood cold call | consulting opportunities |

SF-HUM-00016090

7