UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-10256-IT |
| | ) | |
| KINGSLEY R. CHIN, | ) | |
| ADITYA HUMAD, and | ) | |
| SPINEFRONTIER, INC., | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO DISMISS COUNT FOUR OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby moves to dismiss Count 4 of the Indictment in this case, charging the defendants with violations of the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b)(2). In support of this motion for dismissal, the government states that, while the charges were properly included in the Indictment, the dismissal of these charges is in the interests of justice. The dismissal will also simplify and streamline the presentation of evidence to the jury.

Dated: February 26, 2025

Respectfully submitted,

UNITED STATES OF AMERICA,

By its attorney,

LEAH B. FOLEY
United States Attorney

/s/ Amanda P. M. Strachan
AMANDA P. M. STRACHAN
Chief, Criminal Division

/s/ Mackenzie A. Queenin
ABRAHAM R. GEORGE
CHRISTOPHER LOONEY
MACKENZIE QUEENIN
Assistant U.S. Attorneys

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Mackenzie Queenin, hereby certify that the parties have conferred and in good faith have attempted to narrow the issue before the Court. The government informed the defendants on February 24, 2025 it intended to dismiss Count Four.  However, the parties were unable to arrive at a resolution and the defendants indicated they may file a response.

*/s/ Mackenzie A. Queenin*
Mackenzie A. Queenin


## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*Mackenzie A. Queenin*
Mackenzie A. Queenin
Assistant United States Attorney

Dated: February 26, 2025

2