# Exhibit 4

| | |
|---|---|
| From: | Kyle Black <kyle.black@yehss.com> |
| To: | Vanessa Dudley |
| CC: | Aditya Humad; John Atwater |
| Sent: | 2/13/2014 6:35:40 PM |
| Subject: | IME for Dr. Atwater |

Ms. Dudley

Dr. Atwater completed a SpineFrontier case on Tuesday, Feb 11. The case was a one level tlif. Dr. Atwater reviewed and commented on the device. In addition, he noted the need for a specialized nerve root retractor, which he does have the design for.

I have logged the hours in the online IME sheet; however, I wanted to include the details as well.

Please let me know if you have any questions RE: the hours or this email.

Thank you.
K. Black

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell:
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

---
NOTICE OF CONFIDENTIALITY
---
The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

SF-ATW-00002000