# Exhibit 5

**From:** John Atwater <imhotspine@aol.com>
**To:** Aditya Humad
**Sent:** 8/26/2015 2:16:15 PM
**Subject:** Ime

Dear mr human

Please give me info on how to log my time on the ime website. I had Kyle do it for me but he has moved on

Sent from my iPhone

SF-ATW-00001850