# Exhibit 8

**Subject:** Re: IOM for Dr. Chin        **To:** me
**Date:** 04/16/2014
**From:** Seth Jacknowitz
sethjacknowitz@spinefrontier.com
**CC:** vikki falls vikki@dnd1.net, Dr. John Atwater
imhotspine@aol.com, Venessa Henry
venessah@less-institute.com, Paul Speidel
paulspeidel@spinefrontier.com

---

Thank you Kyle for following up.

**Seth Jacknowitz**
Territory Manager South Florida
Sales Team
D: 978.232.3990
M:

**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

On Apr 16, 2014, at 3:21 PM, "Kyle Black" < kyle.black@yehss.com> wrote:

Good afternoon Seth

We have not forgotten about you. We are working on finalizing the logistics of doing business in Florida and securing more physicians that can interpret IOM cases in Florida. I hope to have this process close to being wrapped up early next week. I will call you to finalize our discussion once we have the details in place.

I hope you are well.
K. Black

**Kyle J. Black, Executive Director**

USAO-MA-ATWATER-00000015

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell: █████████
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

-------------------------------------------------
NOTICE OF CONFIDENTIALITY
-------------------------------------------------
The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

---

**From:** "Kyle Black" < kyle.black@yehss.com>
**To:** sethjacknowitz@spinefrontier.com
**Cc:** "vikki falls" < vikki@dnd1.net>, "Dr. John Atwater" < imhotspine@aol.com>
**Sent:** Wednesday, April 2, 2014 10:56:54 AM
**Subject:** Dr. Chin

Good morning Seth

Dr Atwater spoke with Dr. Chin recently about Dr. Atwater's neuromonitoring business, DND, LLC. Dr. Chin told Dr. Atwater that he would be happy to begin using DND for as his neuromonitoring service. I was asked to reach out to you to discuss the details of the services.

Please contact me at 309-846-4716 regarding this matter.

Thank you
Kyle Black

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell: █████████
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

-------------------------------------------------
NOTICE OF CONFIDENTIALITY
-------------------------------------------------
The information in this email, including attachments, may be confidential and/or
privileged. This email is intended to be reviewed only by the individual or organization
named as addressee. If you are not the intended recipient, consider yourself notified that
any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY
PROHIBITED. Please destroy all copies and formats of this message including
attachments. Note that any opinions presented in this email are solely those of the author
and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991


The information contained in this electronic message and any attachments are intended for the
exclusive use of the addressee(s) and may contain confidential or privileged information. If you are
not the intended recipient, or the person responsible for delivering the e-mail to the intended
recipient, be advised you have received this message in error and that any use, dissemination,
forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at
978-232-3990, or by replying to this message, and destroy all copies of this message and any
attachments. Thank you.

USAO-MA-ATWATER-00000018

**Subject:** Neuro Agreement EXECUTED
**Date:** 08/12/2014
**From:** Kyle Black kyle.black@yehss.com
**CC:** Venessa Henry venessah@lesspineinstitute.com, vikki falls vikki@dnd1.net

**To:** Paul Speidel paulspeidel@spinefrontier.com, Lesley Olson lesleyolson@spinefrontier.com, seth jacknowitz sethjacknowitz@spinefrontier.com

Good morning Paul and Lesley,

Attached is a copy of the fully executed contract for IOM services.

Seth: How do you handle credentialing at the facilities where Dr. Chin works? Our staff are ready to start ASAP. When do expect our first case to be scheduled?

Thank you
KB

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell: ▓▓▓▓▓▓▓▓▓
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

-------------------------------------------------
NOTICE OF CONFIDENTIALITY
-------------------------------------------------

The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

**From:** "Paul Speidel" <paulspeidel@spinefrontier.com>
**To:** "Kyle Black" <kyle.black@yehss.com>
**Cc:** "Venessa Henry" <venessah@lesspineinstitute.com>, "seth jacknowitz" <sethjacknowitz@spinefrontier.com>, "Lesley Olson" <lesleyolson@spinefrontier.com>
**Sent:** Monday, August 11, 2014 12:45:18 PM
**Subject:** RE: Neuro AGreement for Signature

Thanks Kyle!

Best,


Paul



**From:** Kyle Black [mailto:kyle.black@yehss.com]
**Sent:** Monday, August 11, 2014 11:14 AM
**To:** Paul Speidel
**Cc:** Venessa Henry; seth jacknowitz; Lesley Olson
**Subject:** Re: Neuro AGreement for Signature
**Importance:** High



Good morning


This agreement looks excellent. I will get the contract signed and returned to Lesley Olson today.


Seth -- when would you like to schedule the first case?


KB


**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell:
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

------------------------------------------------
NOTICE OF CONFIDENTIALITY
------------------------------------------------
The information in this email, including attachments, may be confidential and/or privileged.

This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

---

**From:** "Paul Speidel" <paulspeidel@spinefrontier.com>
**To:** "Kyle Black" <kyle.black@yehss.com>
**Cc:** "Venessa Henry" <venessah@lesspineinstitute.com>, "seth jacknowitz" <sethjacknowitz@spinefrontier.com>, "Lesley Olson" <lesleyolson@spinefrontier.com>
**Sent:** Friday, August 8, 2014 1:34:58 PM
**Subject:** RE: Neuro AGreement for Signature

Kyle:

Attached is the final version of the neuro service agreement between Definitive NeuroDiagnostics and LESS Neurologics, LLC for your review and signature. In this version I revised section 23, non-compete and non-solicitation, to apply it to both parties. Please review the agreement and, if all is in order, sign and date the agreement on page 10 and return a signed version to my colleague, Lesley Olson, for our files. Of course if you have any questions, please feel free to contact me.

Kind regards,

Paul

**Paul Speidel**

General Counsel

P: 978.232.3990

M:

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please

notify SpineFrontier immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Kyle Black [mailto:kyle.black@yehss.com]
**Sent:** Friday, June 20, 2014 11:39 AM
**To:** seth jacknowitz
**Cc:** Paul Speidel; Venessa Henry
**Subject:** Re: Neuro

Seth

Attached is the Word version of the contract.

KB

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell: ████████████
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

-------------------------------------------------
NOTICE OF CONFIDENTIALITY
-------------------------------------------------
The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any

disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

---

**From:** "seth jacknowitz" <sethjacknowitz@spinefrontier.com>
**To:** "Kyle Black" <kyle.black@yehss.com>
**Cc:** "Paul Speidel" <paulspeidel@spinefrontier.com>, "Venessa Henry" <venessah@lesspineinstitute.com>
**Sent:** Friday, June 20, 2014 9:42:48 AM
**Subject:** RE: Neuro

Kyle,

Do we have a word version of the contract as my attorney wants to make some corrections in redline.  Please share ASAP with all parties attached

Best,

**Seth Jacknowitz**
Territory Manager South Florida
Sales Team

D: 978.232.3990

M:

**SpineFrontier, Inc.**

500 Cummings Center, Suite 3500

Beverly, MA 01915, U.S.A.

www.spinefrontier.com

P: 978.232.3990

USAO-MA-ATWATER-00000023

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Kyle Black [mailto:kyle.black@yehss.com]
**Sent:** Friday, June 20, 2014 9:47 AM
**To:** seth jacknowitz
**Subject:** Re: Neuro

Excellent Seth. Please communicate directly with me once the contract is executed. Have a GREAT weekend

KB

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell: ████████████
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

-------------------------------------------------
NOTICE OF CONFIDENTIALITY
-------------------------------------------------
The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as

addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

---

**From:** "seth jacknowitz" <<u>sethjacknowitz@spinefrontier.com</u>>
**To:** "kyle black" <<u>kyle.black@yehss.com</u>>
**Sent:** Friday, June 20, 2014 8:42:48 AM
**Subject:** Neuro

Kyle,

The attorney should have your contract at the latest before Wednesday next week. I have a conference call today to discuss and review. Dr. Chin's practice is growing and with him out all next week on vacation we can now catch up. I'll let you know once I have an executed contract.

Best,

**Seth Jacknowitz**
Territory Manager South Florida
Sales Team

D: 978.232.3990

M:

**SpineFrontier, Inc.**

500 Cummings Center, Suite 3500

Beverly, MA 01915, U.S.A.

www.spinefrontier.com

P: 978.232.3990

F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.



# SpineFrontier, Inc.

500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

USAO-MA-ATWATER-00000026



# SpineFrontier, Inc.

500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

# SpineFrontier, Inc.

500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

| image001.png | image002.jpg |
| Image | Image |
| c137bb21.f5b241e6.jpg | SpineFrontier IOM Contract Aug 2014 |
| Image | PDF |

USAO-MA-ATWATER-00000028



# NEURODIAGNOSTIC SERVICES AGREEMENT

This Neurodiagnostic Services Agreement is entered into on the 8th day of August, 2014 by and between Definitive NeuroDiagnostics, LLC, ("CONTRACTOR"), and LESS Neurologics , LLC ("Neurologics").

## Recitals

A.   Neurologics is a health care management company located in Boca Raton, FL.

B.   CONTRACTOR employs technologists who are trained and qualified to provide neurodiagnostic and related services to patients at hospital facilities.

C.   Neurologics desires to have CONTRACTOR provide neurodiagnostic services to patients on NEUROLOGICS premises.

1.   **DEFINITIONS**

   1.1   <u>Attending Physician</u> means such physician with appropriate privileges who is entitled to order neurodiagnostic services.

   1.2   <u>Covered Services</u> mean those neurodiagnostic services contemplated by this Agreement which include the use of neurodiagnostic equipment and disposables during surgeries, technical staff for operation of the equipment, and interpretation of the neurodiagnostic readings.

   1.3   <u>CONTRACTOR</u> means Definitive NeuroDiagnostics, LLC.

   1.4   <u>Surgical Location</u> means NEUROLOGICS locations in the state of Florida used by Neurologics.

2.   **CONTRACTOR'S RESPONSIBILITIES**

   2.1   <u>Physicians and Technologists</u>

      2.1.1   CONTRACTOR shall provide, at the expense of CONTRACTOR, the services of physicians and technologists as required to perform functions necessary to provide patient services.  CONTRACTOR shall maintain those standards of quality and efficiency in providing services as may be determined by NEUROLOGICS.  Physicians shall be individuals who are duly licensed to practice medicine in the State of Florida, specializing in Covered Services, properly trained, with membership in good standing on NEUROLOGICS's Medical staff, and with appropriate unrestricted clinical privileges in accordance with NEUROLOGICS's Medical Staff bylaws, rules, and regulations. Technologists shall be individuals who are duly licensed or certified if required by the State of Florida, specializing in Covered Services, properly trained, with membership in good standing on NEUROLOGICS's Medical staff, and with appropriate unrestricted

1

USAO-MA-ATWATER-00000029

clinical privileges in accordance with NEUROLOGICS's Medical Staff bylaws, rules, and regulations.  Additionally, no employee of CONTRACTOR will be allowed to provide any services whatsoever at on behalf of NEUROLOGICS if he or she has been excluded from the Medicare or Medicaid program.

2.1.2    CONTRACTOR shall assume full responsibility for all actions or inactions of CONTRACTOR staff occurring under this Agreement and shall be responsible for conducting the background checks required for technologists and providers assisting in services.

2.1.3    CONTRACTOR shall promptly withdraw any specific CONTRACTOR staff from NEUROLOGICS' location  upon request by NEUROLOGICS if the CONTRACTOR staff person's progress, practices, behavior, actions, inactions, or adjustment do not justify his/her continuance under this Agreement, are disruptive to the operation of NEUROLOGICS, endanger patient care, or fail to comply with the policies and procedures of NEUROLOGICS.

2.1.4    CONTRACTOR shall be responsible for any payment or withholdings to all CONTRACTOR staff.  In no case shall NEUROLOGICS be liable for any withholding or contributions of payment as an employer.

2.2    <u>Medical Staff and Clinical Privileges</u>

2.2.1    All CONTRACTOR staff shall apply for privileges according to the NEUROLOGICS policy and procedures.  Only individuals with such current privileges shall be eligible to act as CONTRACTOR staff under this Agreement.

2.2.2    During the term of this Agreement, CONTRACTOR agrees to provide the neurodiagnostic services described in Exhibit A according to the standards of good medical practice.  Services shall be provided through CONTRACTOR's staff to patients at the Practice Location during the Hours of Service, subject to a written order by the patient's attending physician for such services.

2.3    <u>Compliance</u>

2.3.1    CONTRACTOR agrees neither it nor its employees will do anything to jeopardize NEUROLOGICS's Medicare or Medicaid provider status, The Joint Commission nor other accreditations, licenses, tax-exempt status, or its mission to the community as reflected in NEUROLOGICS's mission statement.  CONTRACTOR agrees to participate in training, read materials, and comply with the terms of NEUROLOGICS's Code of Conduct, Ethics Policy, and Corporate Integrity Plan. CONTRACTOR agrees to abide by all applicable federal, state, and local laws, regulations, and ordinances, and to remain current on any amendments to such laws and additions of new, applicable laws. CONTRACTOR further

2

USAO-MA-ATWATER-00000030

represents it has a corporate compliance or integrity plan and requires its employees to abide by the terms of the plan.

2.3.2    CONTRACTOR shall maintain compliance with the NEUROLOGICS Employee Health policy regarding immunizations.

3.    <u>**NEUROLOGICS'S RESPONSIBILITIES**</u>

3.1    In the performance of these services, CONTRACTOR shall require ongoing close communication with NEUROLOGICS administration and staff regarding issues relevant to the performance of the services.  NEUROLOGICS hereby agrees to allow CONTRACTOR with access to such information and staff as may be necessary to carry out the terms of this Agreement.

3.2    NEUROLOGICS shall provide, at its own expense, training for all CONTRACTOR staff on NEUROLOGICS policies and procedures.

4.    <u>**COMPENSATION**</u>

4.1    <u>Provider to Invoice</u>.  CONTRACTOR shall invoice NEUROLOGICS for neurodiagnostic services rendered per Exhibit A.  NEUROLOGICS shall pay CONTRACTOR pursuant to the fee schedule established in Exhibit B.  CONTRACTOR shall not bill the patient and/or third party provider, including government payers and private payers, for services billed to NEUROLOGICS. CONTRACTOR and CONTRACTOR staff shall not make any separate and distinct charges from those indicated therein.

4.2    <u>Separation of Billing</u>.  NEUROLOGICS and CONTRACTOR shall provide each other with information necessary to submit claims for health benefits, subject to requirements of state and federal law and to policies of NEUROLOGICS.   Neither party shall separately bill any patients or payors for any services which are to be billed by the other party under this Agreement.  Both parties shall comply with the laws, regulations, policies, and procedures pertaining to billing and coding which may be required by any governmental or commercial entity to which claims are submitted or which has jurisdiction over such claims.

4.4    <u>CONTRACTOR Cooperation</u>.  CONTRACTOR shall cooperate with NEUROLOGICS in the timely completion of all records and charts, shall assist in coding, and provide such other assistance as may reasonably by required in the billing and collection of charges.  CONTRACTOR shall assist and cooperate in complying with terms of managed care plans and of other third party payors, including programs which are a requirement of the benefit provider of a patient. CONTRACTOR shall comply with provisions of applicable federal and state laws and regulations, and all amendments to them.

4.5    <u>Change in Law</u>.  CONTRACTOR and NEUROLOGICS hereby recognize that the compensation arrangement herein described is based in part on the limits on reimbursement compensation set by federal regulations under the Medicare and Medicaid programs.  Should

3

these limits or any other law or regulation affecting reimbursement for NEUROLOGICS or for CONTRACTOR under this agreement require a change during the term hereof, then the applicable terms of this Agreement shall be subject to renegotiation as follows: Either party may request renegotiation by giving written notice to the other party within thirty (30) days of the effective date of any applicable federal or state law or regulation becoming effective and providing evidence of the specific change in law.  In the event no new agreement is reached by the parties within sixty (60) days of receipt of such notice, then either party may, upon an additional ninety (90) days' written notice terminate this Agreement.

4.6    Access to Records.  CONTRACTOR shall (1) make available to NEUROLOGICS for review and duplication or (2) duplicate and mail to NEUROLOGICS all claims and data maintained by CONTRACTOR, and utilization review program, or claims administrator pertaining to payments, claims, and services rendered by CONTRACTOR.  The charge, if any, of the duplication of such materials by CONTRACTOR shall not exceed the lowest available charge for commercial duplication in the community.

5.    **VERIFICATION OF COSTS**

5.1    Cost Reporting.  For the purpose of implementing Section 1861(v)(1)(1) of the Social Security Act, as amended, and any written regulations there under, CONTRACTOR agrees to comply with the following requirements governing the maintenance of documentation to verify the cost of services rendered under this Agreement:

    5.1.1    Until the expiration of four (4) years after the termination of this Agreement, CONTRACTOR shall make available, upon written request, to the Secretary of the United States Department of Health and Human Services, the Comptroller General of the United States General Accounting Office, or any of their duly authorized representatives, a copy of this Agreement, books, documents, or records that are necessary to verify the nature and cost of such services.

    5.1.2    If CONTRACTOR carries out any provision of this Agreement through a sub contract with a cost of $10,000 or more over a twelve (12) month period, with a related organization as defined in 42 CFR, Section 405.427(b), such subcontract shall contain a clause to the effect that until the expiration of a four (4) year period after the termination of the contract, the related organization shall make available, upon written request, to the Secretary of the United States Department of Health and Human Services, the Comptroller General of the United States General Accounting Office, or any of their duly authorized representatives, a copy of such subcontract, books, documents or records that are necessary to verify the nature and cost of such services.

    5.1.3    Notice.  If the CONTRACTOR is requested to provide any contract, books, documents, or other records for the purpose of any audit, CONTRACTOR shall notify

4

USAO-MA-ATWATER-00000032

NEUROLOGICS of the nature and scope of such request and make available to NEUROLOGICS all such contracts, books, documents or other records.

6. **CONFIDENTIALITY OF RECORDS AND INFORMATION**

6.1    Access to Records.  NEUROLOGICS recognizes that in order to fulfill its obligations under this Agreement, CONTRACTOR will need, from time to time, access to patient records, medical records, and information regarding NEUROLOGICS and its policies, procedures, and plans. NEUROLOGICS grants CONTRACTOR and its CONTRACTOR staff access to such records only as set forth below in this Agreement.

6.2    Patient Records and Medical Records.  CONTRACTOR and NEUROLOGICS shall each maintain the confidentiality of patient records and medical records in accordance with all state and federal laws, including the Privacy Act, as implemented by 45 CFR, Section 5(b), and the regulations promulgated there under.

6.3    Proprietary Information.  CONTRACTOR and all physicians, agents, and employees shall not disclose any information received during this Agreement with regard to the personnel, financial, or other affairs of NEUROLOGICS, nor shall they disclose any proprietary information regarding NEUROLOGICS.  This paragraph shall be a continuing obligation and covenant and shall survive the termination of this Agreement.

6.4    Medical Staff Issues.    CONTRACTOR staff are expected to abide by the Medical Staff's instructions, bylaws, rules, and regulations regarding the confidentiality of information.

7. **HOURS OF SERVICE**

7.1    Scheduled.  CONTRACTOR shall provide Covered Services to patients on an as needed basis.

8. **INSURANCE**

8.1    CONTRACTOR Insurance.  CONTRACTOR shall, at its sole cost and expense, at all times during the term of the Agreement procure and maintain comprehensive general liability and professional liability insurance in the minimum amount of one million dollars ($1,000,000) per occurrence, three million dollars ($3,000,000) annual aggregate.  If a claims-made policy is procured to meet the foregoing insurance requirements, CONTRACTOR shall continue coverage for at least five (5) years following termination of such policy, and following termination of this Agreement shall continue to maintain coverage for at least five (5) years, or in lieu thereof shall purchase a tail coverage policy.  CONTRACTOR shall cause to be issued to NEUROLOGICS certificates of insurance evidencing that the above insurance has been procured, and the certificates shall also provide that prior to any cancellation or change in the policies, the insurance carriers will give thirty (30) days prior written notice to NEUROLOGICS.  CONTRACTOR shall indemnify and hold harmless NEUROLOGICS, its officers, directors, related organizations,

5

employees and agents from all claims, liabilities and damages arising out of CONTRACTOR negligent acts of omissions.

9.  **TERM AND TERMINATION**

   9.1   Term.  The term of this Agreement shall be for a period of three (3) year beginning **August 8, 2014**. This Agreement will automatically renew for additional one (1) year periods, unless it is terminated by a written notice by either party at least thirty (30) days prior to the expiration date of the then current term.

   9.2   Termination.  After the first full year, this Agreement may be terminated by either party at any time during its term, with or without cause, by giving written notice to the other party ninety (90) days prior to the termination date.

   9.3   Mutual Right of Termination on Breach.  If NEUROLOGICS materially breaches this agreement, CONTRACTOR may terminate this Agreement by giving NEUROLOGICS 30 days advance written notice.  During the notice period, NEUROLOGICS has the right to cure the material breach.  If CONTRACTOR materially breaches this Agreement, NEUROLOGICS may terminate the Agreement by giving CONTRACTOR 30 days advance written notice to the CONTRACTOR.  During the notice period, CONTRACTOR shall have the right to cure the material breach.

   9.4   Immediate Termination.  If CONTRACTOR loses professional licensure or certification under state or federal law or fails to comply with requirements applicable under law, regulations or governmental agency or regulatory authority having jurisdiction over CONTRACTOR operations within the states of Illinois and Florida, NEUROLOGICS may immediately terminate this agreement.

10. **ASSIGNMENT AND DELEGATION**

   Notwithstanding any other provision of this Agreement, neither this Agreement nor any of the rights or duties under this Agreement may be assigned or delegated by either party without the prior written approval of the other party.

11. **INDEPENDENT CONTRACTOR**

   In the performance of duties and obligations devolving under the terms of this Agreement, it is mutually agreed and understood that CONTRACTOR is at all times acting and performing as an independent CONTRACTOR, and nothing in this Agreement is intended or shall be construed to create between CONTRACTOR and NEUROLOGICS an employee/employer relationship, a joint venture relationship, or a lease or landlord/tenant relationship.

6

USAO-MA-ATWATER-00000034

12.    **NOTICE**

Written notice under this Agreement shall be delivered personally or sent by United States registered or certified mail, return receipt requested, to the following addresses:

CONTRACTOR: Definitive NeuroDiagnostics, LLC
1604 Visa Drive #1
Normal, IL 61761

LESS NEUROLOGICS, LLC

300 E. Oakland Park Boulevard, #502
Wilton Manors, FL 33334

If delivered personally, such notice shall be effective upon delivery. If mailed as provided above, such notice shall be effective three (3) days after it is placed in the mail.

13.    **GOVERNING LAW**

The validity, interpretation and performance of this Agreement shall be governed by and construed in accordance with the laws of the State of Florida.

14.    **SEVERABILITY**

The provisions of this agreement shall be deemed severable, and if any portion shall be held invalid, illegal or unenforceable for any reason, the remainder of this Agreement shall be effective and binding upon the parties, unless such invalidity or unenforceability would defeat an essential business purpose of this Agreement, in which case this Agreement shall terminate.

15.    **CAPTIONS**

Any captions to or headings of the articles, sections, sub sections, paragraphs, subparagraphs of this Agreement are not a part of the Agreement and shall not be used for the interpretation or determination of validity of this Agreement or any provision thereof. Captions and headings are included solely for the convenience of the parties to this Agreement.

16.    **COUNTERPARTS**

This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all such counterparts together shall constitute but one and same Agreement.

7

17.    **WAIVER OF PROVISIONS**

Any waiver of any terms and conditions hereof must be in writing and signed by the waiving party.  A waiver of any of the terms and conditions hereof shall not be construed as a waiver of any other terms and conditions hereof, or a subsequent waiver of the same term or condition.

18.    **FORCE MAJEUR**

Neither party shall be liable nor deemed to be in default for any delay or interruption of services or failure to provide services under this Agreement resulting directly or indirectly from acts of God, civil or military disorders, acts of enemy or war accidents, fire, explosions, earthquakes, floods, failure of transportation or machinery, vandalism, strikes or other work interruptions or other similar or dissimilar beyond the reasonable control of either party.  Both parties, however, shall make good faith efforts to perform under this Agreement in the event of any such circumstance.  Moreover, this paragraph shall not excuse NEUROLOGICS from paying CONTRACTOR for Covered Services rendered.

19.    **GENDER AND NUMBER**

Whenever the context of this Agreement requires, the gender of all words shall include the masculine, feminine, and neuter, and the number of all words shall include the singular and plural.

20.    **ENTIRE AGREEMENT**

This Agreement and the Attachments hereto contain a full and complete expression of the rights and obligations of the parties, and it shall supersede all other agreements, written or oral, heretofore made by the parties relating to the subject matters hereof. This Agreement may be modified only in writing, signed by both parties.

21.    **ATTORNEY'S FEES**

If any action at law or in equity is brought to enforce or interpret the provisions of this Agreement, the prevailing party shall be entitled to reasonable attorney's fees in addition to any other relief to which the party may be entitled.

22.    **ASSIGNMENT OF RESPONSIBILITY**

In the event a claim is made or threatened against either party or either party is made aware of a possible claim relative to services provided pursuant to this Agreement, such party shall promptly notify the other of the existence and nature of such claim.

23.    **NON-COMPETITION & NON-SOLICITATION**

Inasmuch as CONTRACTOR and NEUROLOGICS personnel will be exchanging ideas, information, and details regarding operations, training, skills, and significant valuable experience, both parties agree that for a period of at least one year following the termination of this Agreement, neither party will hire,

8

directly or indirectly, or employ any of the other party's personnel except with the written permission of the other. Each party shall not solicit, interfere with, hire or offer to hire any employee of the other party, or induce any employee of the other party to discontinue his or her employment with the original party in order to become employed by or associated with the other party.

24. **DISPUTE RESOLUTION**

    24.1    All conflicts of a non-clinical nature between CONTRACTOR and NEUROLOGICS shall be resolved through mediation with the ultimate decision being the responsibility of a mediator mutually agreed upon by the parties .

    24.2    In the event of material changes in the reimbursement methods of major third party payors, either party may request negotiations begin to determine the impact on this Agreement.

    24.3    Any dispute arising out of or relating to this Agreement or any breach thereof shall be submitted for mediation and resolution in accordance with the procedures and rules of the American Health Lawyers Association Mediation and Arbitration Service. In the event that mediation is unsuccessful, the issue shall be submitted for binding arbitration in accordance with the rules of that service.

[remainder of page intentionally left blank]

9

USAO-MA-ATWATER-00000037



IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year first written above.

Provider:      Definitive NeuroDiagnostics, LLC

By:     _John Atwater_

Name:    _C. E. O_

Title:    _JOHN ATWATER_

Date:    _8/11/14_


Facility:      LESS NEUROLOGICS, LLC,

by KIC Management Group, Inc. its Manager

By:     _Aditya Humad_

Name:    Aditya Humad

Title:    President & CFO

Date:    _8/8/14_

10

USAO-MA-ATWATER-00000038

# EXHIBIT A

## DESCRIPTION OF COVERED SERVICES

1.    **Management Services:** None

2.    **Patient Services:** CONTRACTOR shall provide evoked potential monitoring by remote monitoring and on-site monitoring when medically appropriate as determined by the attending physician. CONTRACTOR shall provide the technical component in all cases. Covered Services are evoked potential monitoring including the following:

      a.    Somatosensory Evoked Potential (SSEP)

      b.    Transcranial Motor Evoked Potentials (TceMep)

      c.    Electromyography (EMG)

      d.    Motor Evoked Potentials (MEP)

3.    **Other Services:** Upon Request

11

USAO-MA-ATWATER-00000039

**EXHIBIT B**

**RATES**

1. **Scheduled services and equipment**    $700 per case

12

USAO-MA-ATWATER-00000040

**Subject:** RE: IME
**Date:** 04/16/2015
**From:** Aditya Humad
AdityaHumad@kicventures.com
**CC:** 'Dr. John G Atwater' Imhotspine@aol.com,
'Impartial Medical Experts' vanessadudley@call-
ime.com, Jake Lubinski
JakeLubinski@spinefrontier.com, me, Seth
Jacknowitz SethJacknowitz@spinefrontier.com

**To:** Dr. Kingsley Chin
KingsleyChin@spinefrontier.com

---

Dear Dr Atwater,

Appreciate the call, and glad we had a chance to clear up all open issues.

Below is a summary from our conversation:

1. Agreed on 9 hours approved for the 5 case evaluations done with IME for February, and process/expectations going forward for cervical/lumbar case evaluations and to get you more involved with training/courses/labs once we get ramped up on all products. Seth will follow-up with you for the upcoming cases you mentioned .

2. Agreed to terminate YEHSS contract for Rep/Mgmt with monthly fee since October per prior emails since we were no longer having Sid cover cases or doing business in IL.

3. We are in due diligence process to secure funding for growth of the LESS Institute, and expect to clear DND monitoring balances then. Will continue to make some partial payments in interim to reduce balance as we have been. Will revisit the discussion with yourself and Kingsley to further expand with DND as LESS Institute expands with ASCs in other locations.

Hope this helps put the issues behind us, open lines of communication and start working closely together.

Thanks again for your support.

Best,

Aditya

USAO-MA-ATWATER-00000041

**Aditya Humad**
Co-Founder
Chief Financial Officer



**KICVentures, LLC**

www.kicventures.com
D: 978.236.7984
M: 

**From:** Aditya Humad
**Sent:** Thursday, April 16, 2015 9:22 AM
**To:** Dr. Kingsley Chin
**Cc:** 'Dr. John G Atwater'; 'Impartial Medical Experts'; Jake Lubinski; 'Kyle Black'
**Subject:** RE: IME

Dr Atwater,

I left you a voicemail on your cell phone at 309-287-4621 this morning, please give me a call or let me know best time for us to discuss the issues below today.

Look forward to speaking with you.

Best,

Aditya

**Aditya Humad**
Co-Founder
Chief Financial Officer



**KICVentures, LLC**

www.kicventures.com
D: 978.236.7984

M:

**From:** Dr. Kingsley Chin
**Sent:** Thursday, April 16, 2015 7:43 AM
**To:** Aditya Humad
**Cc:** Dr. John G Atwater; Impartial Medical Experts; Jake Lubinski; Kyle Black
**Subject:** IME

Aditya

Please call Dr Atwater to discuss his consulting hours that is submitted online and how it matches up

This process is one of the easiest I am aware among spine companies being online.  Because we provide our own input to sign off it completes the circle to make it a true consulting activity by the paying company SpineFrontier .  IME being the independent vehicle.  If there is no oversight then we all can be accused of a sham system to pay surgeons for business.

Best

**Kingsley R Chin, MD**

Founder & CEO

SpineFrontier Inc

Board Certified

Outpatient Orthopedic Spine Less Exposure Surgery Surgeon(LESS)

Harvard Trained for 10 years

Affiliate Professor

Clinical Biomedical Sciences

Charles E Schmidt School of Medicine

Florida Atlantic University

USAO-MA-ATWATER-00000043

Boca Raton Florida USA

M: ▮▮▮▮▮▮▮▮▮▮

P:   855.411.4647

F:   855.411.4647

www.TheLESSInstitute.com

| Fort Lauderdale | Lake Worth | Miami | Orlando |
|---|---|---|---|
| 1100 W Oakland Park Blvd | 7138 Lake Worth Rd | 9570 SW 107th Ave | 121 Underwood St |
| Ste 3 | Ste C | Ste 201C | Orlando, FL |
| Ft Lauderdale, FL 33311 | Lake Worth, FL 33467 | Miami, FL 33176 | 32806 |

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

Sent from my iPhone

**Subject:** RE: Outstanding Invoices      **To:** me, Dr. Kingsley Chin
**Date:** 03/11/2015                               KingsleyChin@spinefrontier.com
**From:** Aditya Humad
AdityaHumad@kicventures.com
**CC:** 'Dr. John Atwater' imhotspine@aol.com,
Shyam Desigan ShyamDesigan@kicventures.com,
John Miller JohnMiller@spinefrontier.com

---

Kyle,


Believe some of the older DND neuro-monitoring invoices have been processed for payment, will follow-up with Shyam to confirm.


IME payments for consulting for February hours are being reviewed and will be processed later this month.


YEHSS contract for sales rep at $3200/month was terminated after Dr Atwater began the move to Florida and Sid was no longer supporting cases in IL or FL. Realize some confusion on receipt of the letter, but I am re-attaching the letter that was sent in October after your call with John Miller.


Thanks,

Aditya


**Aditya Humad**
Co-Founder
Chief Financial Officer



**KICVentures, LLC**

www.kicventures.com
D: 978.236.7984

M: 

USAO-MA-ATWATER-00000045

**From:** Kyle Black [mailto:kyle.black@yehss.com]
**Sent:** Wednesday, March 11, 2015 3:16 PM
**To:** Dr. Kingsley Chin
**Cc:** Aditya Humad; Dr. John Atwater
**Subject:** Re: Outstanding Invoices

Thank you. We need to get some money soon! Below is what is owed as of last week.

> $16,000 to YEHSS (October 2014 - February 2015)
> $11,200 to DND for Invoices: #1596, 1606, 1610, 1615, 1621. Invoice #1596 dates back to services provided in November.

Kyle J. Black

On Mar 11, 2015, at 3:11 PM, Dr. Kingsley Chin <KingsleyChin@spinefrontier.com> wrote:

Aditya

How much do we owe Kyle and have we made any payments recently ?

Kyle

We have added 5 new doctors and increased our burn rate so we are about 4 weeks from closing on a cash infusion. We will wipe out your balance in 4 weeks.

Best

**Kingsley R. Chin MD**
Chairman & CEO
Chief Technology Officer

Harvard-Trained For 10 Years
Board Certified Outpatient Spine & Orthopaedic Less Exposure

USAO-MA-ATWATER-00000046

Surgery Surgeon(LESS)



[www.spinefrontier.com](http://www.spinefrontier.com)

**[www.KICventures.com](http://www.KICventures.com)**

P: [978.232.3990](tel:978.232.3990)

F: [978.232.3991](tel:978.232.3991)

M:

| Fort Lauderdale | Boston |
|---|---|
| 1100 W Oakland Park Blvd Ste 3 Fort Lauderdale FL 33311 USA | 500 cummings center Ste 3500 Beverly MA 01915 USA |

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

**From:** Kyle Black <[kyle.black@yehss.com](mailto:kyle.black@yehss.com)>
**Date:** Wednesday, March 11, 2015 at 3:05 PM
**To:** Kingsley Chin <[kingsleychin@spinefrontier.com](mailto:kingsleychin@spinefrontier.com)>
**Cc:** Aditya Humad <[AdityaHumad@kicventures.com](mailto:AdityaHumad@kicventures.com)>
**Subject:** Re: Outstanding Invoices

USAO-MA-ATWATER-00000047

Dr Chin

I have not heard anything from your team nor have we received any payments in the mail.

Please address this issue immediately.

Thank you

Sent From: Kyle J. Black

Mobile: █████████

On Mar 8, 2015, at 5:35 PM, Kyle Black <kyle.black@yehss.com> wrote:

> Thank you. We need to get these invoices paid early this week. We owe our contractors for services provided under these agreements and YEHSS owed based upon a written contract.

> Thank you for your prompt attention to this matter.

> Kyle J. Black

> On Mar 8, 2015, at 5:31 PM, Dr. Kingsley Chin <KingsleyChin@spinefrontier.com> wrote:

>> Thanks for the notice Kyle.  I will bring the notice to Aditya's attention.

>> Best

**Kingsley R. Chin MD**
Chairman & CEO
Chief Technology Officer

Harvard-Trained For 10 Years
Board Certified Outpatient Spine &
Orthopaedic Less Exposure
Surgery Surgeon(LESS)



[www.spinefrontier.com](www.spinefrontier.com)

**[www.KICventures.com](www.KICventures.com)**

P: 978.232.3990

F: 978.232.3991

M:

| Fort Lauderdale | Boston |
|---|---|
| 1100 W Oakland Park Blvd Ste 3 Fort Lauderdale FL 33311 USA | 500 cummings center Ste 3500 Beverly MA 01915 USA |

DISCLAIMER: this email and any
attachments may be confidential or legally
privileged. If you received this message in
error or are not the intended recipient, you
should destroy the email message and any
attachments or copies, and you are prohibited
from retaining, distributing, disclosing or
using any information contained herein.
Please inform us of the erroneous delivery by
return email. Thank you for your cooperation.

**From:** Kyle Black <kyle.black@yehss.com>
**Date:** Sunday, March 8, 2015 at 4:20 PM
**To:** Kingsley Chin
<kingsleychin@spinefrontier.com>
**Subject:** Fwd: Outstanding Invoices


Dr Chin


Would you please look into getting the YEHSS, DND and IME invoices paid by Tuesday of this week. SpineFrontier is several months behind in payment.



Please have all checks overnight mailed to 1604 Visa Drive, Suite 2, Normal, IL 61761.


Thank you kindly.

Kyle J. Black


Begin forwarded message:

> **From:** Kyle Black
> <kyle.black@yehss.com>
> **Date:** March 2, 2015 at 3:38:08 PM
> EST
> **To:** John Miller
> <JohnMiller@spinefrontier.com>
> **Cc:** Aditya Humad
> <AdityaHumad@spinefrontier.com>,
> Seth Jacknowitz
> <SethJacknowitz@spinefrontier.com>,
> "Dr. John Atwater"
> <imhotspine@aol.com>,  Greg
> Hunziker <greg@hunzikerlaw.com>
> **Subject: Re: Outstanding Invoices**

USAO-MA-ATWATER-00000050

Good afternoon

Thank you for your continued support of Dr. Atwater and his practice. Also, thank you for taking the time to address my concerns about the outstanding invoices for YEHSS, DND and IME.

Per the contracts with YEHSS and Mr Kessinger, mutual written notice is required to terminate the agreement. YEHSS has not received any written notice; nor have we "mutually agreed in writing" to terminate the agreement.

*8.1 Term. The term of this Agreement will commence on the Effective Date and continue until the first anniversary thereof subject to extension by mutual written agreement of the parties hereto at least thirty (30) calendar days prior to the expiration of term. In the event the parties do not mutually consent to any such renewal, this Agreement shall terminate at the end of the term. The Agreement may also be terminated in accordance with Section 8.2*

*8.2 Termination. This Agreement may be terminated as follows:*

*(a) For cause, immediately upon the occurrence of any of the following events and effective upon delivery of notice by the terminating party to the other party:*

*(i) If either party ceases to do business, or otherwise terminates it business operations;*

*(ii) If either party fails to secure or renew any license, permit,*

*8*

*authorization, or approval for the conduct of its business or if any such license, permit, authorization, or approval is revoked or suspended: or*

*(iii) If either party seeks protection*

*under any bankruptcy, receivership, trustee, creditors arrangement, composition, or comparable proceeding, or if any such proceeding is instituted against either party.*
*(b) Either party may terminate this agreement without cause with ten (10) days written notice to the other party.*
*(c) Without limiting the provisions above, each party will have the right to terminate this Agreement if the other breaches any of its duties or obligations under this Agreement and such breach is not cured within thirty (30) days of written notice of such breach from the non-breaching party.*
*(d) By **mutual written agreement executed** by both parties.*

With that said, the following monies are owed to both YEHSS and DND.

$16,000 to YEHSS (October 2014 - February 2015)
$11,200 to DND for Invoices: #1596, 1606, 1610, 1615, 1621. Invoice #1596 dates back to services provided in November.

I cannot tell you exactly what is owed for IME- as we discussed. Also, February 2015 is no longer an option to enter information on the IME website; however, February 2015 was there last week when I entered all of Dr. Atwater's cases. Please have someone contact me about the IME web page.

Thank you for addressing these outstanding invoices.

Kyle Black

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell: █████████
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

-------------------------------------------------
NOTICE OF CONFIDENTIALITY
-------------------------------------------------
The information in this email,
including attachments, may be
confidential and/or privileged. This
email is intended to be reviewed only
by the individual or organization
named as addressee. If you are not the
intended recipient, consider yourself
notified that any disclosure, copying,
distribution, use, or reliance on this
transmission is STRICTLY
PROHIBITED. Please destroy all
copies and formats of this message
including attachments. Note that any
opinions presented in this email are
solely those of the author and do not
necessarily represent those of Your
Extra Hands Surgical Services, LLC.

**From:** "John Miller"
<JohnMiller@spinefrontier.com>
**To:** "Black, Kyle"
<kyle.black@yehss.com>
**Cc:** "Aditya Humad"
<AdityaHumad@spinefrontier.com>,
"Seth Jacknowitz"
<SethJacknowitz@spinefrontier.com>,
"Dr. John Atwater"
<imhotspine@aol.com>
**Sent:** Monday, March 2, 2015 1:42:16

USAO-MA-ATWATER-00000053

PM
**Subject:** Outstanding Invoices

Kyle,

Thanks for taking my call today regarding outstanding invoices regarding DND an IME. We are committed to continue supporting Dr. Atwater and look to resolve this issues quickly. The YHESS contract was terminated back in October 2014 after you and I determined that YHESS coverage in FL logistically made no sense, seeing that your based in Chicago and flying your rep in and out of FL was not feasible or necessary. You did mention that you never received a written notice, and we can have legal look into that. We do recognize that the earlier conversation and agreement does warrant termination along with the fact that no cases were performed in Chicago after Oct. 2014.

I believe you are sending me all outstanding invoices from DND and I'll follow up on the IME to ensure we make prompt payments for work performed.  I've copied Aditya on this email to make sure we confirm outstanding invoices and get them paid. Please copy Aditya once you send the invoices.

Thanks,

**John D. Miller**

Vice President of Sales

**SpineFrontier, Inc.**

<u>www.spinefrontier.com</u>
D: 978.232.3990

M:

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

YEHSS Termination Letter 10 07

PDF

USAO-MA-ATWATER-00000055

USAO-MA-ATWATER-00000056