# Exhibit 9

ORIGINAL

## NEURODIAGNOSTIC SERVICES AGREEMENT

This Neurodiagnostic Services Agreement is entered into on the 8th day of August, 2014 by and between Definitive NeuroDiagnostics, LLC, ("CONTRACTOR"), and LESS Neurologics, LLC ("Neurologics").

### Recitals

A.  Neurologics is a health care management company located in Boca Raton, FL.

B.  CONTRACTOR employs technologists who are trained and qualified to provide neurodiagnostic and related services to patients at hospital facilities.

C.  Neurologics desires to have CONTRACTOR provide neurodiagnostic services to patients on NEUROLOGICS premises.

1. **DEFINITIONS**
    1.1 <u>Attending Physician</u> means such physician with appropriate privileges who is entitled to order neurodiagnostic services.
    1.2 <u>Covered Services</u> mean those neurodiagnostic services contemplated by this Agreement which include the use of neurodiagnostic equipment and disposables during surgeries, technical staff for operation of the equipment, and interpretation of the neurodiagnostic readings.
    1.3 <u>CONTRACTOR</u> means Definitive NeuroDiagnostics, LLC.
    1.4 <u>Surgical Location</u> means NEUROLOGICS locations in the state of Florida used by Neurologics.

2. **CONTRACTOR'S RESPONSIBILITIES**

    2.1 <u>Physicians and Technologists</u>

    2.1.1 CONTRACTOR shall provide, at the expense of CONTRACTOR, the services of physicians and technologists as required to perform functions necessary to provide patient services. CONTRACTOR shall maintain those standards of quality and efficiency in providing services as may be determined by NEUROLOGICS. Physicians shall be individuals who are duly licensed to practice medicine in the State of Florida, specializing in Covered Services, properly trained, with membership in good standing on NEUROLOGICS's Medical staff, and with appropriate unrestricted clinical privileges in accordance with NEUROLOGICS's Medical Staff bylaws, rules, and regulations. Technologists shall be individuals who are duly licensed or certified if required by the State of Florida, specializing in Covered Services, properly trained, with membership in good standing on NEUROLOGICS's Medical staff, and with appropriate unrestricted

1

clinical privileges in accordance with NEUROLOGICS's Medical Staff bylaws, rules, and regulations. Additionally, no employee of CONTRACTOR will be allowed to provide any services whatsoever at on behalf of NEUROLOGICS if he or she has been excluded from the Medicare or Medicaid program.

2.1.2   CONTRACTOR shall assume full responsibility for all actions or inactions of CONTRACTOR staff occurring under this Agreement and shall be responsible for conducting the background checks required for technologists and providers assisting in services.

2.1.3   CONTRACTOR shall promptly withdraw any specific CONTRACTOR staff from NEUROLOGICS' location upon request by NEUROLOGICS if the CONTRACTOR staff person's progress, practices, behavior, actions, inactions, or adjustment do not justify his/her continuance under this Agreement, are disruptive to the operation of NEUROLOGICS, endanger patient care, or fail to comply with the policies and procedures of NEUROLOGICS.

2.1.4   CONTRACTOR shall be responsible for any payment or withholdings to all CONTRACTOR staff. In no case shall NEUROLOGICS be liable for any withholding or contributions of payment as an employer.

2.2   Medical Staff and Clinical Privileges

2.2.1   All CONTRACTOR staff shall apply for privileges according to the NEUROLOGICS policy and procedures. Only individuals with such current privileges shall be eligible to act as CONTRACTOR staff under this Agreement.

2.2.2   During the term of this Agreement, CONTRACTOR agrees to provide the neurodiagnostic services described in Exhibit A according to the standards of good medical practice. Services shall be provided through CONTRACTOR's staff to patients at the Practice Location during the Hours of Service, subject to a written order by the patient's attending physician for such services.

2.3   Compliance

2.3.1   CONTRACTOR agrees neither it nor its employees will do anything to jeopardize NEUROLOGICS's Medicare or Medicaid provider status, The Joint Commission nor other accreditations, licenses, tax-exempt status, or its mission to the community as reflected in NEUROLOGICS's mission statement. CONTRACTOR agrees to participate in training, read materials, and comply with the terms of NEUROLOGICS's Code of Conduct, Ethics Policy, and Corporate Integrity Plan. CONTRACTOR agrees to abide by all applicable federal, state, and local laws, regulations, and ordinances, and to remain current on any amendments to such laws and additions of new, applicable laws. CONTRACTOR further

USAO-MA-ATWATER-00000030

represents it has a corporate compliance or integrity plan and requires its employees to abide by the terms of the plan.

2.3.2    CONTRACTOR shall maintain compliance with the NEUROLOGICS Employee Health policy regarding immunizations.

3. **NEUROLOGICS'S RESPONSIBILITIES**

3.1    In the performance of these services, CONTRACTOR shall require ongoing close communication with NEUROLOGICS administration and staff regarding issues relevant to the performance of the services. NEUROLOGICS hereby agrees to allow CONTRACTOR with access to such information and staff as may be necessary to carry out the terms of this Agreement.

3.2    NEUROLOGICS shall provide, at its own expense, training for all CONTRACTOR staff on NEUROLOGICS policies and procedures.

4. **COMPENSATION**

4.1    Provider to Invoice. CONTRACTOR shall invoice NEUROLOGICS for neurodiagnostic services rendered per Exhibit A. NEUROLOGICS shall pay CONTRACTOR pursuant to the fee schedule established in Exhibit B. CONTRACTOR shall not bill the patient and/or third party provider, including government payers and private payers, for services billed to NEUROLOGICS. CONTRACTOR and CONTRACTOR staff shall not make any separate and distinct charges from those indicated therein.

4.2    Separation of Billing. NEUROLOGICS and CONTRACTOR shall provide each other with information necessary to submit claims for health benefits, subject to requirements of state and federal law and to policies of NEUROLOGICS. Neither party shall separately bill any patients or payors for any services which are to be billed by the other party under this Agreement. Both parties shall comply with the laws, regulations, policies, and procedures pertaining to billing and coding which may be required by any governmental or commercial entity to which claims are submitted or which has jurisdiction over such claims.

4.4    CONTRACTOR Cooperation. CONTRACTOR shall cooperate with NEUROLOGICS in the timely completion of all records and charts, shall assist in coding, and provide such other assistance as may reasonably by required in the billing and collection of charges. CONTRACTOR shall assist and cooperate in complying with terms of managed care plans and of other third party payors, including programs which are a requirement of the benefit provider of a patient. CONTRACTOR shall comply with provisions of applicable federal and state laws and regulations, and all amendments to them.

4.5    Change in Law. CONTRACTOR and NEUROLOGICS hereby recognize that the compensation arrangement herein described is based in part on the limits on reimbursement compensation set by federal regulations under the Medicare and Medicaid programs. Should

3

these limits or any other law or regulation affecting reimbursement for NEUROLOGICS or for CONTRACTOR under this agreement require a change during the term hereof, then the applicable terms of this Agreement shall be subject to renegotiation as follows: Either party may request renegotiation by giving written notice to the other party within thirty (30) days of the effective date of any applicable federal or state law or regulation becoming effective and providing evidence of the specific change in law. In the event no new agreement is reached by the parties within sixty (60) days of receipt of such notice, then either party may, upon an additional ninety (90) days' written notice terminate this Agreement.

4.6     Access to Records. CONTRACTOR shall (1) make available to NEUROLOGICS for review and duplication or (2) duplicate and mail to NEUROLOGICS all claims and data maintained by CONTRACTOR, and utilization review program, or claims administrator pertaining to payments, claims, and services rendered by CONTRACTOR. The charge, if any, of the duplication of such materials by CONTRACTOR shall not exceed the lowest available charge for commercial duplication in the community.

5.   **VERIFICATION OF COSTS**

5.1     Cost Reporting. For the purpose of implementing Section 1861(v)(1)(1) of the Social Security Act, as amended, and any written regulations there under, CONTRACTOR agrees to comply with the following requirements governing the maintenance of documentation to verify the cost of services rendered under this Agreement:

> 5.1.1     Until the expiration of four (4) years after the termination of this Agreement, CONTRACTOR shall make available, upon written request, to the Secretary of the United States Department of Health and Human Services, the Comptroller General of the United States General Accounting Office, or any of their duly authorized representatives, a copy of this Agreement, books, documents, or records that are necessary to verify the nature and cost of such services.
>
> 5.1.2     If CONTRACTOR carries out any provision of this Agreement through a sub contract with a cost of $10,000 or more over a twelve (12) month period, with a related organization as defined in 42 CFR, Section 405.427(b), such subcontract shall contain a clause to the effect that until the expiration of a four (4) year period after the termination of the contract, the related organization shall make available, upon written request, to the Secretary of the United States Department of Health and Human Services, the Comptroller General of the United States General Accounting Office, or any of their duly authorized representatives, a copy of such subcontract, books, documents or records that are necessary to verify the nature and cost of such services.
>
> 5.1.3     Notice. If the CONTRACTOR is requested to provide any contract, books, documents, or other records for the purpose of any audit, CONTRACTOR shall notify

4

NEUROLOGICS of the nature and scope of such request and make available to NEUROLOGICS all such contracts, books, documents or other records.

6. **CONFIDENTIALITY OF RECORDS AND INFORMATION**

    6.1 Access to Records. NEUROLOGICS recognizes that in order to fulfill its obligations under this Agreement, CONTRACTOR will need, from time to time, access to patient records, medical records, and information regarding NEUROLOGICS and its policies, procedures, and plans. NEUROLOGICS grants CONTRACTOR and its CONTRACTOR staff access to such records only as set forth below in this Agreement.

    6.2 Patient Records and Medical Records. CONTRACTOR and NEUROLOGICS shall each maintain the confidentiality of patient records and medical records in accordance with all state and federal laws, including the Privacy Act, as implemented by 45 CFR, Section 5(b), and the regulations promulgated there under.

    6.3 Proprietary Information. CONTRACTOR and all physicians, agents, and employees shall not disclose any information received during this Agreement with regard to the personnel, financial, or other affairs of NEUROLOGICS, nor shall they disclose any proprietary information regarding NEUROLOGICS. This paragraph shall be a continuing obligation and covenant and shall survive the termination of this Agreement.

    6.4 Medical Staff Issues. CONTRACTOR staff are expected to abide by the Medical Staff's instructions, bylaws, rules, and regulations regarding the confidentiality of information.

7. **HOURS OF SERVICE**

    7.1 Scheduled. CONTRACTOR shall provide Covered Services to patients on an as needed basis.

8. **INSURANCE**

    8.1 CONTRACTOR Insurance. CONTRACTOR shall, at its sole cost and expense, at all times during the term of the Agreement procure and maintain comprehensive general liability and professional liability insurance in the minimum amount of one million dollars ($1,000,000) per occurrence, three million dollars ($3,000,000) annual aggregate. If a claims-made policy is procured to meet the foregoing insurance requirements, CONTRACTOR shall continue coverage for at least five (5) years following termination of such policy, and following termination of this Agreement shall continue to maintain coverage for at least five (5) years, or in lieu thereof shall purchase a tail coverage policy. CONTRACTOR shall cause to be issued to NEUROLOGICS certificates of insurance evidencing that the above insurance has been procured, and the certificates shall also provide that prior to any cancellation or change in the policies, the insurance carriers will give thirty (30) days prior written notice to NEUROLOGICS. CONTRACTOR shall indemnify and hold harmless NEUROLOGICS, its officers, directors, related organizations,

5

employees and agents from all claims, liabilities and damages arising out of CONTRACTOR negligent acts of omissions.

9. **TERM AND TERMINATION**

9.1   Term. The term of this Agreement shall be for a period of three (3) year beginning **August 8, 2014.** This Agreement will automatically renew for additional one (1) year periods, unless it is terminated by a written notice by either party at least thirty (30) days prior to the expiration date of the then current term.

9.2   Termination. After the first full year, this Agreement may be terminated by either party at any time during its term, with or without cause, by giving written notice to the other party ninety (90) days prior to the termination date.

9.3   Mutual Right of Termination on Breach. If NEUROLOGICS materially breaches this agreement, CONTRACTOR may terminate this Agreement by giving NEUROLOGICS 30 days advance written notice. During the notice period, NEUROLOGICS has the right to cure the material breach. If CONTRACTOR materially breaches this Agreement, NEUROLOGICS may terminate the Agreement by giving CONTRACTOR 30 days advance written notice to the CONTRACTOR. During the notice period, CONTRACTOR shall have the right to cure the material breach.

9.4   Immediate Termination. If CONTRACTOR loses professional licensure or certification under state or federal law or fails to comply with requirements applicable under law, regulations or governmental agency or regulatory authority having jurisdiction over CONTRACTOR operations within the states of Illinois and Florida, NEUROLOGICS may immediately terminate this agreement.

10. **ASSIGNMENT AND DELEGATION**

Notwithstanding any other provision of this Agreement, neither this Agreement nor any of the rights or duties under this Agreement may be assigned or delegated by either party without the prior written approval of the other party.

11. **INDEPENDENT CONTRACTOR**

In the performance of duties and obligations devolving under the terms of this Agreement, it is mutually agreed and understood that CONTRACTOR is at all times acting and performing as an independent CONTRACTOR, and nothing in this Agreement is intended or shall be construed to create between CONTRACTOR and NEUROLOGICS an employee/employer relationship, a joint venture relationship, or a lease or landlord/tenant relationship.

6

12. **NOTICE**

Written notice under this Agreement shall be delivered personally or sent by United States registered or certified mail, return receipt requested, to the following addresses:

CONTRACTOR: Definitive NeuroDiagnostics, LLC
1604 Visa Drive #1
Normal, IL 61761

LESS NEUROLOGICS, LLC

300 E. Oakland Park Boulevard, #502
Wilton Manors, FL 33334

If delivered personally, such notice shall be effective upon delivery. If mailed as provided above, such notice shall be effective three (3) days after it is placed in the mail.

13. **GOVERNING LAW**

The validity, interpretation and performance of this Agreement shall be governed by and construed in accordance with the laws of the State of Florida.

14. **SEVERABILITY**

The provisions of this agreement shall be deemed severable, and if any portion shall be held invalid, illegal or unenforceable for any reason, the remainder of this Agreement shall be effective and binding upon the parties, unless such invalidity or unenforceability would defeat an essential business purpose of this Agreement, in which case this Agreement shall terminate.

15. **CAPTIONS**

Any captions to or headings of the articles, sections, sub sections, paragraphs, subparagraphs of this Agreement are not a part of the Agreement and shall not be used for the interpretation or determination of validity of this Agreement or any provision thereof. Captions and headings are included solely for the convenience of the parties to this Agreement.

16. **COUNTERPARTS**

This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all such counterparts together shall constitute but one and same Agreement.

7

17. **WAIVER OF PROVISIONS**

Any waiver of any terms and conditions hereof must be in writing and signed by the waiving party. A waiver of any of the terms and conditions hereof shall not be construed as a waiver of any other terms and conditions hereof, or a subsequent waiver of the same term or condition.

18. **FORCE MAJEUR**

Neither party shall be liable nor deemed to be in default for any delay or interruption of services or failure to provide services under this Agreement resulting directly or indirectly from acts of God, civil or military disorders, acts of enemy or war accidents, fire, explosions, earthquakes, floods, failure of transportation or machinery, vandalism, strikes or other work interruptions or other similar or dissimilar beyond the reasonable control of either party. Both parties, however, shall make good faith efforts to perform under this Agreement in the event of any such circumstance. Moreover, this paragraph shall not excuse NEUROLOGICS from paying CONTRACTOR for Covered Services rendered.

19. **GENDER AND NUMBER**

Whenever the context of this Agreement requires, the gender of all words shall include the masculine, feminine, and neuter, and the number of all words shall include the singular and plural.

20. **ENTIRE AGREEMENT**

This Agreement and the Attachments hereto contain a full and complete expression of the rights and obligations of the parties, and it shall supersede all other agreements, written or oral, heretofore made by the parties relating to the subject matters hereof. This Agreement may be modified only in writing, signed by both parties.

21. **ATTORNEY'S FEES**

If any action at law or in equity is brought to enforce or interpret the provisions of this Agreement, the prevailing party shall be entitled to reasonable attorney's fees in addition to any other relief to which the party may be entitled.

22. **ASSIGNMENT OF RESPONSIBILITY**

In the event a claim is made or threatened against either party or either party is made aware of a possible claim relative to services provided pursuant to this Agreement, such party shall promptly notify the other of the existence and nature of such claim.

23. **NON-COMPETITION & NON-SOLICITATION**

Inasmuch as CONTRACTOR and NEUROLOGICS personnel will be exchanging ideas, information, and details regarding operations, training, skills, and significant valuable experience, both parties agree that for a period of at least one year following the termination of this Agreement, neither party will hire,

8

directly or indirectly, or employ any of the other party's personnel except with the written permission of the other. Each party shall not solicit, interfere with, hire or offer to hire any employee of the other party, or induce any employee of the other party to discontinue his or her employment with the original party in order to become employed by or associated with the other party.

24. **DISPUTE RESOLUTION**

    24.1 All conflicts of a non-clinical nature between CONTRACTOR and NEUROLOGICS shall be resolved through mediation with the ultimate decision being the responsibility of a mediator mutually agreed upon by the parties .

    24.2 In the event of material changes in the reimbursement methods of major third party payors, either party may request negotiations begin to determine the impact on this Agreement.

    24.3 Any dispute arising out of or relating to this Agreement or any breach thereof shall be submitted for mediation and resolution in accordance with the procedures and rules of the American Health Lawyers Association Mediation and Arbitration Service. In the event that mediation is unsuccessful, the issue shall be submitted for binding arbitration in accordance with the rules of that service.

[remainder of page intentionally left blank]



IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year first written above.

Provider:    Definitive NeuroDiagnostics, LLC

By: _(signature)_

Name: C.E.O

Title: JOHN ATWATER

Date: 8/11/14

Facility:    LESS NEUROLOGICS, LLC,

by KIC Management Group, Inc. its Manager

By: _(signature)_

Name: Aditya Humad

Title: President & CFO

Date: 8/8/14

10