# Exhibit 12

| | |
|---|---|
| **From:** | Aditya Humad <adityahumad@spinefrontier.com> |
| **To:** | Dr. Kingsley Chin |
| **CC:** | John Miller; Jake Lubinski |
| **Sent:** | 9/24/2014 8:23:44 PM |
| **Subject:** | Re: Vero Beach, FL |

Kyle moves to straight distributor at 30% for surgeons he brings and supports with his reps (less consulting fees)

No flat monthly fees to him or Sid starting Sept 1.

Dr atwater covered by Seth and Kyle gets 5% for 6 months (3/31/15)

John - if we agree to above can you call Kyle to discuss and have Lesley send distributor agreement

Thx

On Sep 24, 2014, at 3:58 PM, "Dr. Kingsley Chin" <kingsleychin@spinefrontier.com> wrote:

Yes.  Kyle needs to move on to surgeons in his area and leave this to seth with an override.

**Kingsley R Chin MD**
Chairman & CEO
Chief Technology Officer

Harvard-Trained For 10 Years
Board Certified Outpatient Spine & Orthopaedic Less Exposure Surgery **Surgeon**(LESS)

www.spinefrontier.com
www.KICventures.com
P: 978.232.3990
F: 978.232.3991
M

| Fort Lauderdale | Boston |
|---|---|
| 1100 W Oakland | 500 cummings |
| Park Blvd Ste 3 | center Ste 3500 |
| Fort Lauderdale, | Beverly MA |
| FL 33311 USA | 01915 USA |

Disclaimer: This email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

**From:** "Aditya Humad (Biz)" <adityahumad@spinefrontier.com>
**Date:** Wednesday, September 24, 2014 at 3:56 PM
**To:** Kingsley Chin <kingsleychin@spinefrontier.com>
**Cc:** John Miller <johnmiller@spinefrontier.com>, Jake Lubinski <jakelubinski@spinefrontier.com>
**Subject:** Re: Vero Beach, FL

So cut monthly flat rate with kyle of $6K per month? Don't need Sid to fly to cover and have us pay expenses? John have you talked to Kyle yet?

On Sep 24, 2014, at 3:43 PM, "Dr. Kingsley Chin" <kingsleychin@spinefrontier.com> wrote:

Agree with Seth covering the cases
We are giving Dr Atwater business with his neuromonitoring plus consulting

**Kingsley R Chin MD**
Chairman & CEO
Chief Technology Officer

Harvard-Trained For 10 Years
Board Certified Outpatient Spine & Orthopaedic Less Exposure Surgery **Surgeon**(LESS)

www.spinefrontier.com
www.KICventures.com
P: 978.232.3990
F: 978.232.3991
M: ▓▓▓▓▓▓▓

| Fort Lauderdale | Boston |
| --- | --- |
| 1100 W Oakland | 500 cummings |
| Park Blvd Ste 3 | center Ste 3500 |
| Fort Lauderdale, | Beverly MA |
| FL 33311 USA | 01915 USA |

This email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

**From:** "Aditya Humad (Biz)" <adityahumad@spinefrontier.com>
**Date:** Wednesday, September 24, 2014 at 3:36 PM
**To:** Kingsley Chin <kingsleychin@spinefrontier.com>, John Miller <johnmiller@spinefrontier.com>
**Cc:** Jake Lubinski <jakelubinski@spinefrontier.com>
**Subject:** Fwd: Vero Beach, FL

Kingsley/John

SIK-00009831

Seems neither of you have addressed changes with Kyle Black from my prior emails on fixed monthly costs we pay of $6K without revenues coming in. Also dr Atwater in FL will need Sid to fly from Chicago to cover with his own inventory sets which is not feasible or financially makes sense net of all our costs.

If Seth can hire someone to help him cover cases then that person could cover Dr Atwater and Kyle gets override if needed? Should ask dr Atwater.

If not worth it then we should make it clear to them if we are not supporting as it ties up resources we could use elsewhere on busy/committed accounts

Les finalize and get back to Kyle no later than Friday to close out.

Thx


Begin forwarded message:

**From:** Kyle Black <kyle.black@yehss.com>
**Date:** September 24, 2014 at 3:15:27 PM EDT
**To:** John Miller <johnmiller@spinefrontier.com>,  Aditya Humad <adityahumad@spinefrontier.com>
**Subject: Vero Beach, FL**

Gentlemen

I have just confirmed that Dr. Atwater does want to use SpineFrontier at the surgery center and hospitals that he will be working at in Vero Beach. In addition, he wants to continue to use Sid Kessinger to handle his cases. Please see the attached document from the hospital. If you are in agreement, please contact me so that I can put you in touch with the Supply Chain Manager at the hospital - a gentlemen that I just spoke with.

Thank you

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell: █████████
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com


-------------------------------------------------
NOTICE OF CONFIDENTIALITY
-------------------------------------------------
The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this

SIK-00009832

transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

SIK-00009833