# Exhibit 13

2/24/2019                                      AOL Mail - Message View

< 197 Results for **ime**

**Re: SpineFrontier Invoices**

From: John Atwater <imhotspine@aol.com>
To: Kyle Black <kyle.black@yehss.com>
Date: Mon, Feb 9, 2015 3:35 pm

Ok contact seth and ask if I did any cases during these months

Sent from my iPhone

On Feb 9, 2015, at 2:44 PM, Kyle Black <kyle.black@yehss.com> wrote:

Thank you. I did not receive any information about IME for December or January. We can always go back and submit time if you did cases.

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell: [redacted]
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

---

NOTICE OF CONFIDENTIALITY
---

The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

From: "John Atwater" <imhotspine@aol.com>
To: "kyle black" <kyle.black@yehss.com>
Sent: Monday, February 9, 2015 1:32:01 PM
Subject: Re: SpineFrontier Invoices

Looks good did I not do ime work in dec or January?

Sent from my iPhone

On Feb 9, 2015, at 2:19 PM, Kyle Black <kyle.black@yehss.com> wrote:

Dr. Atwater

As of today, SpineFrontier owes DND for the following neuromonitoring invoices:
    #1596: $1400.00
    #1606: $2100.00
    #1610: $1400.00
    #1615: $2100.00
Total: $7,000.00

Also, YEHSS has not been paid for the November IME work or the monthly payments associated with YEHSS contract- which totals $12,800.00.

We would ask that these invoices be paid immediately.

Thank you

Sincerely

Kyle Black

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2

https://mail.aol.com/webmail-std/en-us/basic#                                                               1/2

JGA 000138

**Fwd: Monies Owed**

From: Kyle Black <kyle.black@yehss.com>
To: Dr. John Atwater <imhotspine@aol.com>
Date: Mon, Mar 16, 2015 2:24 pm

---

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell:
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

---
NOTICE OF CONFIDENTIALITY
---

The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

---

From: "Black, Kyle" <kyle.black@yehss.com>
To: "Aditya Humad" <adityahumad@spinefrontier.com>
Sent: Thursday, January 15, 2015 3:31:19 PM
Subject: Monies Owed

Greetings Aditya

Good afternoon. We have not yet received our check for Dr. Atwater services. In addition, our accountant and attorney are looking for a cancellation notice of our agreement that says that YEHSS is paid $3200.00 per month by SpineFrontier. The attorney is stating that YEHSS should have been paid for the last 3 months since a cancellation notice has not been received. We are showing that SpineFrontier owes YEHSS: $9,600.00 plus IME monies. The last payment we received was for $3,200 for September 2014 - check # 5383.

Thank you for your attention to this matter.

Kyle J. Black

JGA 000139