# Exhibit 14

| | |
|---|---|
| From: | Aditya Humad <AdityaHumad@kicventures.com> |
| To: | Dr. Kingsley Chin |
| CC: | 'Dr. John G Atwater'; 'Impartial Medical Experts'; Jake Lubinski; 'Kyle Black'; SethJacknowitz@spinefrontier.com812 |
| Sent: | 4/16/2015 2:10:00 PM |
| Subject: | RE: IME |

Dear Dr Atwater,

Appreciate the call, and glad we had a chance to clear up all open issues.

Below is a summary from our conversation:

1. Agreed on 9 hours approved for the 5 case evaluations done with IME for February, and process/expectations going forward for cervical/lumbar case evaluations and to get you more involved with training/courses/labs once we get ramped up on all products. Seth will follow-up with you for the upcoming cases you mentioned

2. Agreed to terminate YEHSS contract for Rep/Mgmt with monthly fee since October per prior emails since we were no longer having Sid cover cases or doing business in IL.

3. We are in due diligence process to secure funding for growth of the LESS Institute, and expect to clear DND monitoring balances then. Will continue to make some partial payments in interim to reduce balance as we have been. Will revisit the discussion with yourself and Kingsley to further expand with DND as LESS Institute expands with ASCs in other locations.

Hope this helps put the issues behind us, open lines of communication and start working closely together.

Thanks again for your support.

Best,
Aditya

**Aditya Humad**
Co-Founder
Chief Financial Officer



**KICVentures, LLC**
www.kicventures.com
D: 978.236.7984
M:

**From:** Aditya Humad
**Sent:** Thursday, April 16, 2015 9:22 AM
**To:** Dr. Kingsley Chin
**Cc:** 'Dr. John G Atwater'; 'Impartial Medical Experts'; Jake Lubinski; 'Kyle Black'
**Subject:** RE: IME

Dr Atwater,

SF-ATW-00001869

I left you a voicemail on your cell phone at 309-287-4621 this morning, please give me a call or let me know best time for us to discuss the issues below today.

Look forward to speaking with you.

Best,
Aditya

**Aditya Humad**
Co-Founder
Chief Financial Officer



**KICVentures, LLC**
www.kicventures.com
D 978.236.7984
M.

**From:** Dr. Kingsley Chin
**Sent:** Thursday, April 16, 2015 7:43 AM
**To:** Aditya Humad
**Cc:** Dr. John G Atwater; Impartial Medical Experts; Jake Lubinski; Kyle Black
**Subject:** IME

Aditya

Please call Dr Atwater to discuss his consulting hours that is submitted online and how it matches up

This process is one of the easiest I am aware among spine companies being online. Because we provide our own input to sign off it completes the circle to make it a true consulting activity by the paying company SpineFrontier. IME being the independent vehicle. If there is no oversight then we all can be accused of a sham system to pay surgeons for business.

Best

**Kingsley R Chin, MD**
Founder & CEO
SpineFrontier Inc
Board Certified
Outpatient Orthopedic Spine Less Exposure Surgery Surgeon(LESS)
Harvard Trained for 10 years


Affiliate Professor
Clinical Biomedical Sciences
Charles E Schmidt School of Medicine
Florida Atlantic University
Boca Raton Florida USA

M:
P: 855.411.4647
F: 855.411.4647

www.TheLESSInstitute.com

| Fort Lauderdale | Lake Worth | Miami | Orlando |
|---|---|---|---|
| 1100 W Oakland Park Blvd Ste 3 Ft Lauderdale, FL 33311 | 7138 Lake Worth Rd Ste C Lake Worth, FL 33467 | 9570 SW 107th Ave Ste 201C Miami, FL 33176 | 121 Underwood St Orlando, FL 32806 |

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

Sent from my iPhone