Exhibit 1

| Occupants & Vehicles | DRIVER & PASSENGER INFORMATION | Investigating Officer / Badge No. | Local Case No. | Page of |
|---|---|---|---|---|
| KDOT Form 850B page 1 - Rev. 2019 | (record pedestrians on supplemental form 854) | C.STOKES    2285 | 20C010471 | 2 / 3 |

| TU# | VIOLATIONS CHARGED | CITATION# | TU# | VIOLATIONS CHARGED | More violations in narrative ☐ | CITATION# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**OFFICER'S OPINION OF APPARENT CONTRIBUTING CIRCUMSTANCES - ENTER AS MANY AS APPLY TO THIS CRASH (FACTOR TYPE, TU#, CC CODE)**

| D1 | 02 | D1 | 24 | | |
|---|---|---|---|---|---|

| Unit # | DRIVER Last Name | Middle Name | DRIVER ADDRESS (Number, Street, Suffix, etc.) | Personal Phone Number | Gender | SE Used | Inj Severity | Transpt Unit |
|---|---|---|---|---|---|---|---|---|
| Seat Type | DRIVER First Name | Date of Birth | City    State    Zip | Work Phone Number | Age | Eject/Trap | Eject Path | Extrication? |
| TU 01 | ███████ | MN | ███████ | Personal | ███ | S | N | |
| ST 01 | ███████ | DOB | ███████ | Work | | N | | |
| TU | | MN | New address? ☐ | Personal | | | | |
| ST | | DOB | | Work | | | | |

| TRAFFIC UNIT# | 01 | (01, 03, N3, X3, etc) | | TRAFFIC UNIT# | | (02, 04, N2, X4, etc) | |
|---|---|---|---|---|---|---|---|

| DL State | Driver's License Number | DL Class | Driving for Employer? ☐ | CDL? ☐ | DL State | Driver's License Number | DL Class | Driving for Employer? ☐ | CDL? ☐ |
|---|---|---|---|---|---|---|---|---|---|
| | ███████ | | | | | | | | |

| 01 | DR LICENSE COMPLY | RESTRICT COMPLY | COMMERCIAL ENDORSEMENTS | | DR LICENSE COMPLY | RESTRICT COMPLY | COMMERCIAL ENDORSEMENTS |
|---|---|---|---|---|---|---|---|
| | 00 Not licensed | Restrictions? N | 1 ☐ 2 ☐ 3 ☐ | | 00 Not licensed | Restrictions? | 1 ☐ 2 ☐ 3 ☐ |
| | 01 Valid License | | Z - None | | 01 Valid License | | Z - None |
| | 02 Suspended | Driver's Lic Restrictions / Complied? Y N | T - Double/Triple Trailer | | 02 Suspended | Driver's Lic Restrictions / Complied? Y N | T - Double/Triple Trailer |
| | 03 Revoked | 1 | P - Passenger Vehicle | | 03 Revoked | 1 | P - Passenger Vehicle |
| | 04 Expired | 2 | N - Tank Vehicle | | 04 Expired | 2 | N - Tank Vehicle |
| | 05 Cancld or Denied | 3 | H - Placarded Haz. Material | | 05 Cancld or Denied | 3 | H - Placarded Haz. Material |
| | 06 Disqualified | 4 | X - Combination Tank/HazMat | | 06 Disqualified | 4 | X - Combination Tank/HazMat |
| | 07 Restricted | | S - School Bus | | 07 Restricted | | S - School Bus |
| | 99 Unknown | | U - Unknown | | 99 Unknown | | U - Unknown |

**SUBSTANCE USE (mark all that apply)**

| ☒ AP - Alcohol ingested | ☐ DC - Illegal drugs contributed | ☐ AP - Alcohol ingested | ☐ DC - Illegal drugs contributed |
|---|---|---|---|
| ☒ AC - Alcohol contributed | ☐ MP - Medication ingested | ☐ AC - Alcohol contributed | ☐ MP - Medication ingested |
| ☐ DP - Illegal drugs ingested | ☐ MC - Medication contributed | ☐ DP - Illegal drugs ingested | ☐ MC - Medication contributed |

**METHOD OF DETERMINATION (mark all that apply)** | **IMPAIRMENT TEST (mark all that apply)** | **METHOD OF DETERMINATION (mark all that apply)** | **IMPAIRMENT TEST (mark all that apply)**

ALCOHOL / DRUGS

| ☐ 00 No evidence of impairment ☒ | ☒ NG - No Test given | ☐ 00 No evidence of impairment ☐ | ☐ NG - No Test given |
|---|---|---|---|
| ☐ 01 Evidential Test (Breath,Blood,etc) ☐ | ☒ TR - Test Refused (Alcohol/Drug) | ☐ 01 Evidential Test (Breath,Blood,etc) ☐ | ☐ TR - Test Refused (Alcohol/Drug) |
| ☐ 02 Preliminary Breath Test PBT ☐ | ☐ PT - Prelim Positive Test (PBT) | ☐ 02 Preliminary Breath Test PBT ☐ | ☐ PT - Prelim Positive Test (PBT) |
| ☐ 03 Behavioral | ☒ TG - Evidentiary Test given | ☐ 03 Behavioral | ☐ TG - Evidentiary Test given |
| Tests: HGN, walk-and-turn, one leg stand, etc. | ☐ RP - Results pending | Tests: HGN, walk-and-turn, one leg stand, etc. | ☐ RP - Results pending |
| ☐ 04 Passive Alcohol Sensor (detects alcohol from driver's mouth) | ☐ Evidentiary Breath   ☐ Eye Fluid   0.    0. | ☐ 04 Passive Alcohol Sensor (detects alcohol from driver's mouth) | ☐ Evidentiary Breath   ☐ Eye Fluid   0.    0. |
| ☒ 05 Observed (Odor, staggering, slurred speech, etc) ☐ | ☒ Blood (BAC)   ☐ Other   0. 171 | ☐ 05 Observed (Odor, staggering, slurred speech, etc) ☐ | ☐ Blood (BAC)   ☐ Other   0. |
| ☒ 06 Other (e.g. saliva test) ☐ | Drug screen result | ☐ 06 Other (e.g. saliva test) ☐ | Drug screen result |

| Unit # | PASSENGER Last Name | Middle Name | PASSENGER ADDRESS (Number, Street, Sfx, etc.) | Personal Phone Number | Gender | SE Used | Inj Severity | Transpt Unit |
|---|---|---|---|---|---|---|---|---|
| Seat Type | PASSENGER First Name | Date of Birth | City    State    Zip | Work Phone Number | Age | Eject/Trap | Eject Path | Extrication? |
| TU | | MN | New address? ☐ | Personal | | | | |
| ST | | DOB | | Work | | | | ☐ |
| TU | | MN | New address? ☐ | Personal | | | | |
| ST | | DOB | | Work | | | | ☐ |
| TU | | MN | New address? ☐ | Personal | | | | |
| ST | | DOB | | Work | | | | ☐ |
| TU | | MN | New address? ☐ | Personal | | | | |
| ST | | DOB | | Work | | | | ☐ |

| Transport Unit | EMS Time Notified | Injured taken by: | Transport Unit | EMS Time Notified | Injured taken by: |
|---|---|---|---|---|---|
| EMS Arrived | EMS Time@Hosp | Injured taken to: | EMS Arrived | EMS Time@Hosp | Injured taken to: |

Transport Units: A, B, C, ..., N

# Occupants & Vehicles
850B page 2

| VEHICLE # 01 | SPECIAL DATA | VEHICLE # | SPECIAL DATA | Local Case No. | Page of |
|---|---|---|---|---|---|
| (01, 03, N3, X3, etc) | | (02, 04, N2, X4, etc) | | 20C010471 | 2 / 3 |

**VEHICLE #1 (left column)**

OWNER Last Name ("Same" if Driver) | OWNER First Name | Middle Name

(blacked out)

Insurance Company | Policy Number

| SPECIAL CONDITIONS FOR TRAFFIC UNITS | 7 | 2 | 3 | 4 | 5 | Odometer | Fire? ☐ |
|---|---|---|---|---|---|---|---|

1 Hit & Run    2 Non-Contact    3 Stolen    7 Towed away due to damage
4 Legally Parked    5 Pursued by LE    6 Driverless

| 01 | VEHICLE BODY TYPE | LARGE / HEAVY VEHICLE (GCVWR over 10,000lbs) |
|---|---|---|

01 Automobile
02 Motorcycle
03 Motor scooter or Moped
04 Van
05 Pickup truck <10,001 lbs
06 Sport utility veh - SUV
07 Camper or RV
08 Farm machinery
09 All-terrain vehicle - ATV

10 Single heavy truck >10,000 lbs
11 Truck & trailer(s)
12 Tractor-trailer(s)
13 Cross country bus
14 School bus
15 Transit bus
16 Other bus
25 Train
88 Other:

Calculated speed at impact ____
Bus Seat Capacity ____
Power Source F
99 Unknown

| 01 | VEHICLE USE | 04 | VEHICLE DAMAGE |
|---|---|---|---|

01 No special use    06 Police
02 Taxi / Limo    07 Ambulance
03 School bus    08 Fire
04 Other bus    09 Mail/Parcel
05 Military    99 Unknown

00 None    04 Destroyed
01 Damage (minor)    88 Other:
02 Functional
03 Disabling    99 Unknown

| DAMAGE LOCATION AREA | 01 | VEH. MANU. BEFORE UNSTAB. SIT. |
|---|---|---|

First Impact 12    Major Impact 12

01 Straight/following road    11 Stopped awaiting turn
02 Left Turn    12 Stopped in traf
03 Right Turn    13 Illegally parked
04 U Turn    14 Disabled in roadway
05 Passing    15 Slowing or stopping
06 Changing lanes    16 Negotiating a curve
07 Avoidance man.    88 Other:
08 Merging
09 Parking
10 Backing    99 Unknown

☒ 14 Undercarriage    ☒ 15 Windshield
☐ 16 Other windows    ☐ 99 Unknown
☐ 17 Entire vehicle damaged
☐ 88 Other:

Trailer: Present / Damaged

| VEHICLE SEQUENCE OF EVENTS | (List up to 4 per unit in the order of occurence) |
|---|---|

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 27 | 05 | 27 | 02 |

☐ The exact sequence is unknown

| NON-COLLISION | | COLLISION WITH |
|---|---|---|
| 01 Ran off road right | 10 Downhill runaway | 21 Pedestrian |
| 02 Ran off road left | 11 Trailer swing | 22 Motor veh in-transport |
| 03 Crossed centerline | 12 Separation of units | 23 Legally Parked Vehicle |
| 04 Overturn/Rollover | 13 Jackknife | 24 Train |
| 05 Crossed median | 14 Fire | 25 Pedal cycle (bike, etc) |
| 06 Fell/Jumped from veh | 15 Explosion | 26 Animal |
| 07 Thrown or falling object | 16 Immersion in water | 27 Fixed Object |
| 08 Cargo loss or shift | 88 Other event: | 28 Other moveable object |
| 09 Equipment failure (tire, brakes, etc.) | 98 Unknown non-coll. | 99 Unknown object |

---

**VEHICLE #2 (right column)**

OWNER Last Name ("Same" if Driver) | OWNER First Name | Middle Name

OWNER ADDRESS (Number, Street) | New address? ☐ | Personal Phone

CITY | ST | ZIP | Work Phone

COLOR | YEAR | MAKE | MODEL | BODY STYLE | ST

LICENSE PLATE # | County | Exp YR | Removed by: | MC CCs

VEHICLE IDENTIFICATION NUMBER | Dir of Travel | # Occupants

Insurance Company | Policy Number

| SPECIAL CONDITIONS FOR TRAFFIC UNITS | 1 | 2 | 3 | 4 | 5 | Odometer | Fire? ☐ |
|---|---|---|---|---|---|---|---|

1 Hit & Run    2 Non-Contact    3 Stolen    7 Towed away due to damage
4 Legally Parked    5 Pursued by LE    6 Driverless

| | VEHICLE BODY TYPE | LARGE / HEAVY VEHICLE (GCVWR over 10,000lbs) |
|---|---|---|

01 Automobile
02 Motorcycle
03 Motor scooter or Moped
04 Van
05 Pickup truck <10,001 lbs
06 Sport utility veh - SUV
07 Camper or RV
08 Farm machinery
09 All-terrain vehicle - ATV

10 Single heavy truck >10,000 lbs
11 Truck & trailer(s)
12 Tractor-trailer(s)
13 Cross country bus
14 School bus
15 Transit bus
16 Other bus
25 Train
88 Other:

Calculated speed at impact ____
Bus Seat Capacity ____
Power Source ____
99 Unknown

| | VEHICLE USE | | VEHICLE DAMAGE |
|---|---|---|---|

01 No special use    06 Police
02 Taxi / Limo    07 Ambulance
03 School bus    08 Fire
04 Other bus    09 Mail/Parcel
05 Military    99 Unknown

00 None    04 Destroyed
01 Damage (minor)    88 Other:
02 Functional
03 Disabling    99 Unknown

| DAMAGE LOCATION AREA | | VEH. MANU. BEFORE UNSTAB. SIT. |
|---|---|---|

First Impact ____    Major Impact ____

01 Straight/following road    11 Stopped awaiting turn
02 Left Turn    12 Stopped in traf
03 Right Turn    13 Illegally parked
04 U Turn    14 Disabled in roadway
05 Passing    15 Slowing or stopping
06 Changing lanes    16 Negotiating a curve
07 Avoidance man.    88 Other:
08 Merging
09 Parking
10 Backing    99 Unknown

☐ 14 Undercarriage    ☐ 15 Windshield
☐ 16 Other windows    ☐ 99 Unknown
☐ 17 Entire vehicle damaged
☐ 88 Other:

Trailer: Present / Damaged

| VEHICLE SEQUENCE OF EVENTS | (List up to 4 per unit in the order of occurence) |
|---|---|

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| | | | |

☐ The exact sequence is unknown

| NON-COLLISION | | COLLISION WITH |
|---|---|---|
| 01 Ran off road right | 10 Downhill runaway | 21 Pedestrian |
| 02 Ran off road left | 11 Trailer swing | 22 Motor veh in-transport |
| 03 Crossed centerline | 12 Separation of units | 23 Legally Parked Vehicle |
| 04 Overturn/Rollover | 13 Jackknife | 24 Train |
| 05 Crossed median | 14 Fire | 25 Pedal cycle (bike, etc) |
| 06 Fell/Jumped from veh | 15 Explosion | 26 Animal |
| 07 Thrown or falling object | 16 Immersion in water | 27 Fixed Object |
| 08 Cargo loss or shift | 88 Other event: | 28 Other moveable object |
| 09 Equipment failure (tire, brakes, etc.) | 98 Unknown non-coll. | 99 Unknown object |

| **Crash Narrative**<br>KDOT Form 851 - Rev. 2019 | Officer / Witness Statements / Description<br>Additional Information | Investigating Officer / Badge No.<br>C.STOKES        2285 | Local Case No.<br>20C010471 | Page of<br>3  / 3 |
|---|---|---|---|---|

AOI:
AOI DETERMINED BY MARKS STATEMENT AND RESTING POINT.


DRIVER STATEMENT:
D1 STATED THAT  HE WAS DRIVING AND A TIRE BLEW AND HE LOST CONTROL OF THE VEHICLE. HE BELIEVED HE WAS DRIVING EB TOWARDS ROCK RD.


WITNESSES:
NONE


INJURIES:
NONE


DAMAGES:
STREET SIGN DESTROYED BELONGING TO THE CITY OF WICHITA.

UTILITY POLE DESTROYED BELONGING TO EVERGY.

V1 DESTROYED BY SEVERE FRONT END DAMAGE.


OPINION:
DUE TO THE TIRE TRACKS AND THE DEBRIS TRAIL. IT APPEARED THAT D1 WAS DRIVING WB N E. 29TH AND STRUCK THE RAISED CENTER MEDIAN. HE STRUCK A SIGN AND CONTINUED OVER THE MEDIAN. THE VEHICLE CONTINUED ACROSS 2 LANES OF ON COMING TRAFFIC AND IT APPEARED TO HAVE WENT OVER THE SOUTH CURB AND EITHER STRUCK A UTILITY POLE OR THE POLE GUIDE WIRE AND SNAPPED THE TOP HALF OF THE POLE OFF. THE VEHICLE WAS TOTALED AND TOWED AWAY AND IMPOUNDED VIA KIDDS TOWING.

D1 SMELLED OF ALCOHOL AND APPEARED INTOXICATED. D1 WAS GIVEN SFST, AND BREATH TEST. D1 WAS BOOKED INTO ADF FOR DUI.