IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES

    v.

KINGSLEY R. CHIN and
ADITYA HUMAD,
        *Defendants*.

No. 1:21-cr-10256-IT

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO
FILE A REPLY IN SUPPORT OF THEIR MOTION TO CONTINUE
TRIAL AND FOR HEARING CONCERNING *BRADY* VIOLATIONS**

Defendants, Kinglsey Chin and Aditya Humad, respectfully request leave to file a Reply in support of their Motion to Continue Trial and for Hearing Concerning *Brady* Violations. The proposed Reply is attached hereto as Exhibit A.

In addition to responding to the government's arguments in its opposition to the Motion, the proposed reply would inform the Court of developments since defendants filed their motion. Specifically, the reply would provide information concerning (1) additional *Brady* material that the government produced on February 22, 2025; and (2) still-developing plans by defendants as to their intended defenses at trial that have been affected by the government's recent productions and dismissal of charges, including their recent efforts to obtain and plans to use expert testimony in light of the changes to the charged offenses.

Counsel for the government has informed defendants that the government does not oppose the filing of Reply.

–1–

WHEREFORE, defendants respectfully request that the Court grant them leave to file a Reply in support of their Motion to Continue Trial and for Hearing Concerning *Brady* Violations, in the form attached hereto as <u>Exhibit A</u>.

Respectfully submitted,

**KINGSLEY CHIN**

By his attorneys,

<u>/s/ *Joshua Solomon*       </u>
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com
jsolomon@psdfirm.com

**ADITYA HUMAD**

By his attorneys,

<u>/s/ *William Fick*       </u>
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA   02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

–2–

## Local Rule 7.1(a)(2) Certification

Defense counsel certify that they conferred in good faith with counsel for the government in an effort to resolve or narrow the issues described herein.

*/s/   William Fick*

## Certificate of Service

I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 4, 2025.

*/s/ William W. Fick*