# EXHIBIT A

4/11/19        Dr. Atwater         Abe G.
                                    Dave D.
                                (4) Martin Merritt
                                    Pat C.

→ Yale College → 1989 graduated
  UVA Med School 1993 graduated
  1993-1994 John Hopkins intern
  1994-1998 Howard residency
  1998-1999 Spine fellowship, Louisville, KY (Leatherman)
  1999-2014 private practice Bloomington, IL
  Oct 2014 → present Vero Beach, FL

                                                    10% ownership
→ Malen (only) Orthopedics → partner after 2 yrs
→ Probably 12 partners
→ Spine related, elective 55% / 5% take call, for
                                    fractures, ect.
→ Eat what you kill, except for ancillary revenue
  such as MRI ect.

                            same for all hospitals
→ Bromen Hospital (All types of insurance except for personal
  (Advocate Bromen)   Medicare, private, ect.     injury)
  St. Joseph's Hospital, Gibson City, TCOM
  Presence Hospital, Peoria Day Surgery   part owner (4%,
                    (occasional) like Tran
            passes      no Medicare

                                            Oct
  Vero Orthopedics, Vero Neurology → took job in 2014
→ In 2017, opened Ortho Spine Care America, owner,
  Dr. Hossany was partner, but recently dissolved partnership.
  "John Atwater MD" bill under
FL          (in each)                    no surgery
privileges
(part owner) → Indian River Medical Center, Longwood (Ft. Pierce),
  Advanced Center for Surgery / Grove Surgery Center

Income

→ 2010 - 2014   made 90% from spine practice
 Spine practice + business (annual income approx $800 - 1 mill)

→ 2014 → 2016
 Revenue was 400k from practice + 1 mill for business
 2017 - present → break even from practice, but 1 mill
 from neuromonitoring / bought a different company, also
 changed billing company. Medical Practice Solutions, Dallas, TX
→ previous biller was MMPS [2014] ↳

→ Doesn't remember recent formal compliance training
→ generally aware of anti-kickback both state & Stark
→ Dr. Craig Carmichael, partner → McLean County
    ↳ had separate neuromonitoring company, he took all of
    Atwater's neuromonitoring cases. Dr. Atwater's company took
    AND took other clients.
→ tried to get exemption to use own neuromonitoring company
    but was denied. All cases then went to Dr. Carmichael.
→ Dr. Carmichael's dad is attorney, got advice on anti-kickback stuff
→ became aware of Stark law from tenure at McLean
→ aware of Sunshine Act
→ listed price was accurate for Nuvasive, ~~scripts~~
    ~~years ago~~
→ generally aware Govt could sue for false claims

                    Greg
YEHSS → owns 90%, Greico owns 10%
→ Initially owned 50%, then in 2005→2008 2-10154 bought out Jeremy
  49%. Owned 100% until Greico purchased 10%
→ former partners did not want to contribute to overhead
→ Bloomington, IL / Currently 4 admin + 6 or 7 surgical assistants
→ founded August 2007

→ Kyle Black, essentially CEO, title was Executive Director
  ↳ came in at the end of divorce from former partners.
→ former partners interviewed Kyle & thought they needed someone to drive business
→ after hiring Black, was told by Black that he had been accused of misusing prescriptions with his father in law. Said he was cleared of wrongdoing.
→ Work performance was good, hardworker, aggressive to grow business
  ↳ rumbles from staff to keep an eye on him.
    ↳ wife also had bad feeling about KB
      ↳ Sid Kessinger never trusted KB
        ↳ best surgical assistant, knew the business, said KB did not know the business.
→ SK would also travel to talk to other doctors to grow business. Paid a little extra for this.
→ KB requested increase in base salary, could not afford to pay, barely breaking even. August of 2015, refused to take pay cut. KB had nearly 174,000, asked for 250,000
→ bills insurance for first assistants only private pay for hospital employees.
→ for actual YEHSS 1st assistants, bill private insurance, or for medicare bill hospital
→ SK and Miglet were the only surgical assistants to have SF reps.
→ YEHSS has bank accounts at PNC Bank
→ DND neurosurgery funded in early 2000s prior to YEHSS. Owns 99%, Dr. Griess has 1% now.
→ Brown & St. Joseph's are primary hospitals for DND.
  ↳ also Champaign, Gibson City, and Mattoon

→ Neuromonitoring (NM) is placing electrodes in the muscles to get baseline of activity of the patient while under anesthesia. Would tell surgeon if activity cut nerve ect.
→ Necessity is based on area of practice; for example any surgery not being done. All spine surgeries pretty much. Uses NM monitoring, not own company.
→ Medicare pays for the professional interpretation of DNB cases.
  ↳ physicians are outsourced to interpret.
    ↳ based in Tx, other areas
  ↳ 50 → 75 per hour, time of interpretation.
→ NM raises red flags; this is usually based on type of surgery.
→ 2 cases in which Atwater did something different in surgical plans.
→ believes that doing a lateral surgery w/o NM that is below standard of care.
→ Chin used DNB for 2014 - 2016; In 2016 no longer had resources to cover Chin's cases / Chin was not very busy. Tough to recruit technologists, who are in specialty poor.
  ↳ Victor Falls would have communicated this to Chin
  ↳ knew that Chin was using NM prior to 2014, & switched
  ↳ DNB in 2014
  ↳ doesn't know if this was exclusive

→ Asked to invest in Chin's companies by KC + AH
  ↳ never did. KIC is the umbrella company over SF, Ax.Med.
→ Vanessa Dudly is employed by IME          IME, Senedwin,
  ↳ KC wife
→ first met KC in 2013 at National American Spine meeting
  ↳ head of KC work with Stryker. He designed Mantis system

Gabriel 00003268
→ Dr. Gabriel was big prospect at SF. Cha operation Dr. Gabriels neck at some time.
  ↳ was in Southern IL for a while before moving to Ohio
  ↳ figured Gabriel had lost interest in SF because he said he was helping design things.

→ did not use SF prior to meeting Gabriel to VCC
→ used a lot of Nuvasive & Medtronic (DePuy/Synthes/Amedica → offered consulting but didn't take it.
- consulting agreement with Nuvasive

YBH000037
→ Consulting agreement with SF / → did not affect reason to use SF.
→ opportunity to try new products & potentially to design new products was why used SF.

→ Consulting with Egis, Nuvasive, Precision Spine

→ 2 aspects to YFHSS agreement with SF
  ↳ SK + RM would bring in products to OR, because act as Sales rep. for Dr. Atwater cases.
      ↳ Also cases where SF reps Kevin Doran + Nathan Francois covered his cases.
  ↳ Never had legal opinion on $3,200 part of agreements. Believes it was for KB to manage SK to ensure he was at surgery + travel
      ↳ Contract for KB to manage SK / Did not perform FMV analysis / KB + AH discussed what the cost of management fee would be.
→ Looking back does not know if it was FMV. Process High

→ KB would speak to Dr. Sibley abt SE 2-3 times
  ↳ talked to Dr. Bectman 1 time abt SF
  ↳ spoke to hospitals abt getting SA products in. Gibson City + Praveena (2 times each)
  ↳ Coordination of cases for his SA cases, doesn't remember specifics
  ↳ Compensation is high, but should have been compensated, maybe $1,000 month

USAO-COM-00115
→ Health Alliance is insurer, not surg to reimburse surgical assistants any longer.
→ This did not have anything to do with getting SA agreement

YEH000086
→ The model was to have no reps in operating room SA to have surgical assists who would perform it save $.
→
→ When agreement was signed, thought that KB would actually provide services. Realized maybe a couple notes into it, didn't feel comfortable that they were getting paid so much, knew this was when he was in Florida./ Realized that
→
→ KB was going after the extra money; the money went
  ↳ YEHSS to pay overhead costs

JGA 000029

→ realized that they got paid 3,20 after he had moved to Florida.

→ When KB tried to recover more $ from SF, realized that they had gotten paid a lot for almost nothing.

→ Led to believe that there was a legal opinion from Hunzel to KB. Hunzel said his attorneys approved it.

→ Found out that KB did not get legal opinion.

→ May 8 2014, KB sent email stating that Drs don't need legal opinion. / Attacher not on email.

→ Jan 2014 emails between Hunzel to KB stated that contract was approved. / Attacher was on this email.

Jan 2014 → Did have concern that $3,200 could be a kickback
→ had misgivings abt arrgmt after a few months. Did not follow up on this should have done more
→ Arrgmt with SF in F4 of 2013 with Ryba
   ↳ sent to Hunziker, he sent to other firm, didn't see opin.
→ SF wanted to replace SF rep (AH) in Jan 2014

→ JGA 000744 → Nov 13 VEHSS agreement for RM
   ↳ took this to Hunziker, did not see legal opinion.

→ AH & Hunziker spoke abt IME & VEHSS agreement in Jan 14

→ After that call, KB sends email stating that Hunziker signed off (Loman does not copy Hunziker)

→ Attached this it is Signed by Hunziker & SK starts.

→ Then in May 2014, attorney w/ Hunziker asks if they still not open from Maguire Woods.
 KB tells her that Attached to Greene didn't want legal opinion. This kills it. Not correct.

→ KB told Hunziker not to call Humad.
 ↳ initiated contract
 → wrote it
 → signed it.
 ↳ he put in $3,200, knew company was ~) break even.

→ at one point told KC they were running up a tab on the neuromonity side.

→ Essentially SF hired KB to manage SK.
                           SF
→ KB was not doing a lot for ~~KBSS~~, but was doing a lot for YEHSS on other duties.

→ By May of 2014 that he realized KB was not doing anything commensurate with the $3,200.

→ One of the reasons he used SF products was the consulting agreements. TME & YEHSS

⇒ also liked product + would have used the product otherwise.
⇒ was sold on SP by KC / Not consulting arrangmt
⇒ consulting + magnet played a role, not entire role.

---

IME
→ GA000090 - IME agreemt
→ signed agreemt
→ met Vanessa ? ? sent NDA
→ Kingsley Chin pitched him on cervical product
↳ Hazikev approved agreemt.
  Oct 8 2013
→ met in summer or fall of 2013
↳ Doesn't know if he did cases before signing
consulting agreemt.
→ gave opn on develpmt ideas, spoke to engineers
→ only did work for SF through IME; thought
he would do work for other companies but never happened
↳ never realized that IMI → had SP as a client

→ Thought that he could lobby boss for the spine cervical product
or talk to engineers. Thought that SP or IME would decide
how much to approve.

{upon further
thought
did put
in hours
just on
other cases?}
→ Understood that you could not simply bill 2 hrs for just
doing a surgy. But could bill for time speaking to
engineer inside or outside the operating room.

→ 3 times that an engineer was in OR room; also had calls
with engineers on phone

engineer
in room — JGA 000126 → excerpt of when engineer was in room
this conversation would have been 1-2 hrs

engineer
in room — JGA 000131 → billet points in email were ideas that
Attends had for SF products. Process 1 hr
↳ would try to keep records of consults.

engineer
in room — JGA 000264 → re remarks made Sarah Cole, the
billet points were his own feedback. possibly 2 hrs possibly
did more cases on this day more to speak
to.

→ KB would have given info to ME to log hours
→ Carmela Lisman Nurse → did not give any feedback
or consults to Lisman.

→ would tell KB what to put into ME, maybe on
phone

→ understood that labor will be 2 hrs. Even if
case took 5 hrs to do and evaluate, understood he
would only get 2 hrs

Im Fetal Demises →
Nov/2015 → 6 hrs could be = time he saw things else
→ thought

→ Was told by Hamel that the amount they approve is
based on the number of cases done.
↳ unless there are other circumstances for extra work

→ Frustrated because they did not seem [illegible] in feedback. Did not notice that they were making the changes that he suggested.

JGA 0001555

understood that he would get $250 per cervical case and [illegible] per lumbar.

↳ believes that Hurst told him he would get based on number of cases done.

→ If he spent time outside of actually doing the case discussing, he would have put that time in separate from the cervical or lumbar time.

JGA 0003323-324

→ believes this was around the time that Andre Lile a new SF rep came in. The training time was time spent in the OR or before & after to train the rep.

→ No discussion time on ANE sheet = No discussion outside of OR with engineer.

→ Should have filled out ANE forms himself with feedback →

→ Did not give appropriate feedback on cases that were billed.

→ [illegible] until after [illegible] left that should have been [illegible]

→ realized in hindsight it was wrong ~~stated~~ ~~KB left~~ now knows it was wrong / also knew it was wrong at time.

→ AH never asked for any feedback / nor did anyone from SP.

→ Novesine (consulting) was gone to speaker programs.

- SF consulting was not thoroughly documented. Feels bad that it happened.
  ↳ ty was cmed c/ut him substitly hours.
  ↳ Had to know he wasn't docmting appropriately.

→ ~~No difference~~ Noting diffrnt between a regular surgery → SF pmnt, and using SF pmnt to reward surg.

YEH 000082 → This is the document where KB said Hooten evaded contact