# EXHIBIT C

1/9/20                    Mindy Sauter atty

Dr. Atwater

→ Not part owner Indian River
  └ part owner Advanced Center for Medicine
                    2014           to 250k → went to 179k
→ In 2015, when KB asked for raise, (other 4EHSS employees
  took pay decreases because of financial difficulty)
                              ↗ KB refused pay decrease in 2015
  then in 2015                  then left

→ KB did put in his own money to pay payroll along with
  Owners (Atwater, Greico, KB) 1st time (maybe 10k)
       └→ Atwater put 10-15k a couple months in 2015 (50k)
              └ to    cover payroll                    total

→ Now there are automated DNB machines that don't require
  monitor. Nuvasive offers this. Actually more expensive

→ wife didn't want to be involved with KC after meeting him,
  said don't do business with KC → Also said same thing
        about KB

       → One reason never invested with KC
         └ KC also wanted to control everything

→ All KC does is LOP cases; doesn't have Medicare or Medicaid
  └ said this is how he          license to bill
  makes his money

→ Atwater does some LOP cases
  └ usually referred by chiropractor who is dealing w/h patient

→ Atty refers to Chris → then goes to Atwater
→ has always been paid for LoP cases, gets paid more than regular
→ KC wanted to pay Atwater 2x Medicare in LoP, as by the receivable.
→ decision about what device company to use did change if it was LoP case.
or been → Never paid referral fee for LoP case; never heard that KC did.

### YEHSS

AH & KC first met Sept 2018

→ after NAS mtg, connected KB to SF.
↳ thus AH & KB came up with YEHSS agreement
↳ Grand Mtn former sales rep Nathan Francus quit & SF needed rep in area.
↳ emails between AH & KB talk about arrangement, including setting up service agreement pay YEHSS & pay Sidhwani

→ first did SF cases in June 2017, with Nathan as sales rep. NF had originally pitched Atwater, but was using SF & Nuvasive & other companies.
→ YEHSS arrangement handled strictly by KB
↳ KB came to Atwater said he & AH worked out this deal, do you approve.
↳ understood SF would pay YEHSS employee as sales rep.
↳ And KB paid try & find other hosp. ect to get SF in / thought arrangement was legit in beginning/
↳ remembers saying to KB saying get approval from Hunziker, if he said ok then it is ok.

→ would occasionally ask KB if he did surgery, & KB w'd say he c'd this Dr., this Hosp. ect.

→ thinks Hunziker blessed it, but asked partner to take a second look, & 2nd look never happened.
  → Stressing is to the contract, not what KB actually did.

YEH 000086

→ doesn't reveal to KB about exposing this model to other surgeons.
→ Atwater was saying if no sales rep, product c'd be cheaper because no commission.
→

→ the agreement with Ryla, KB did not do much because Ryla left quickly

→ With agreement for Sid, KB was aggressive in reach out to other surgeons & hospitals. Thinks this was Feb, March, April
  → thinks this because KB told him, no other verification.
→ KB said he also arranged for SF products to see time for Sid

→ Does know that KB talked to Gibson City & Presence to see SF products in.
→ After April, did less SF cases so not much for KB to do to justify $3,200
→ over time realized there was justification for $3,200

→ Looked at KB role with TEHSS + SF as a distributor
→ wanted to hire a distributor to do KB role with SF.
→ thinks KB is doing stuff, but reduced not to $3,200 level.
  ↳ didn't think KB was being successful b/c nobody new started using SF products besides Atwater.
  ↳ made him think we are not ~~being~~ earning $3,200
realization somewhere ↳ ~~facilities~~ KB never got SF products into facility that Atwater didn't already
→ SF did not want a distributor in place of KB b/c way more expensive.
                                                                                 have privileges
JGA 000772 → Unity Point no privileges so no SF products being sold.
→ also Springfield → Rockford never panned out
  ↳ 1-5 of agreement → if a sales rep did either things already, then this contract is not valid.
                                                                                        boss
  ↳ KB said he was doing #3
#4 ↳ remembers email where purchase order was sent to KB, one time
#1 → KB never said managing Sid
#2 → Doesn't know if KB or Sid did this; unblocking KB when buying new supply, but unsure who actually arranged it.
#5 → No idea
#6 → TEHSS already had insurance

→ ~~KB~~ Sid never covered SF cases for anyone other than Atwater.

SF-HUM-0018840

→ continued to accept money after redesign, not enough was done because knew was KB & Sid were doing some things, but not enough.
    → in hindsight should not have taken $3,200 or much less amount.
    → knew it was wrong to take money if not for ① services.
→ KB was trying to get his wife employed at SF.
    ↳ stated to doubt what KB was doing was sincere.

KC →

JGA 000351 → want to expand market of KEHSS to Chicago
    ↳ Atwater did not pitch this idea to anyone

SF-ATW-00002545
    ↳ Atwater moved to FL in Oct. 2014
→ KB visited Atwater in FL, New Years 2015

→ because no other doctors were going signed up, needed new money and wanted to shift to distributor.

KBs+ approached SF in hospital

→ After moving to FL, Athus, KB is still looking to get product to Atwater in FL. There was a sales rep in FL in some cases. Atwater would contact KB to schedule SF cases, not sure who actually did all through.
→ In 2015, realized that the money owed after Oct was too much ① and should be written off.

→ Sid got products thru.

JGA 000222
→ AH said in April 2015 that he would get paid 1 hr for cervical + 2 hr for lumbar cases in Feb. 2015.

→ LESS institute had no money so they could not pay DND bill, would try to pay as they could, never gave. ↳ would make some payments then more other petty funds.

JGA 000153
↳ get what is owed from DND first

→ KB was doing some work for SF when Atwater was in FL, but not enough to justify payment.

SF-ATW-00001882
↳ Sid had no intention to move to FL, could have helped on a one off basis if needed to cover cases.
  ↳ Not sure why KB said Dr. Atwater had requested.
  ↳ Did not remember asking Sid to come to FL, not sure why KB said this.

JGA 000039
↳ Really dawned on him that they had not done much work to justify money they were paid.
  ↳ they did not deliver.
  ↳ when he first saw had numbers

→ thought that AH + KB had close relationship, they talked a lot. AH wanted to hire KB after he left YEHSS

→ Nobody(?) from SF said YEHSS was not doing enough to justify $3,200

Late Summer 2015
→ AH said KD did a good job & wanted to hire KB after he left YEHSS.
  ↳ Atwater did not give KB a good recommendation.
→ Surprised that SF wanted to hire KB after what had happened.

YEH 000082
  ↳ thinks Hunziker did say contract on its face is ok, they did not talk about how it worked in practice.

YEH 000037
  → Not Atwater's check marks.

→ Doesn't remember much about NF pitching consulting, does not stand out.

JGA 000834 → initially thought might consult on other products, eventually realized it was just going to be SF.
  ↳ couple months in.
  ↳ signature is his, but not handwriting.
→ Interested in being an expert witness, training, ect. at time of agreement.

NAS
→ Sept. Kingsley said send Dr. Atwater IME stuff
→ para 2.2b
  ↳ didn't know there was a 5% fee; KC is an opportunist, not surprised, ~~but its reasonable~~ but realizing
  ↳ IME was presented as independent 3rd party.
  → that if IME was essentially SF then this is wrong

JGA 000744 → doesn't remember similarly laws in 2013.
  ↳ not paid $1,500 - $1,500

→ Attorney told KB hours, KB entered into portal
  ↳ would say did X number of hours, may just hours. One time said make sure to delete this (in email)

→ doesn't know what AH told KB, so wouldn't be surprised given his conversation with AH.
  ↳ AH & KC always said to log hours whenever consulting

→ didn't know at the Met OR time couldn't count.

→ AH was looking at cases performed to approve hours.

→ ⓞ Precision Spine consulting was on a per case basis, Spineology also did on per case basis.
  ↳ Has not been paid under this model but seen contracts.
  ↳ In this case it was a one off evaluation, could not do over + over again (limited to 5 times) per product.
  (↳ makes sense that after 5 times wouldn't consult)
  ↳ also fill out evaluation form

JGA 000138
  ↳ Seth Jebrowitz was sales rep in 2015
  ↳ doesn't recall how knew prior to April 2015 call — in AH to sim by case.

4 hour surg would say & bill 4 hours, but didn't actually consult

→ Would give hours to KB based on length of surgery, [crossed out] but did not actually consult for those hours.

→ hours were greater than actual time spent consulting

→ sometimes would meet with engineer after

→ Knew it was wrong to bill for more than actually consulted

[margin: mill- the system]
→ First case SF, Gibson city lumbar fusion, 4 hr case, said it was 6 hrs. [crossed out] [crossed out] 6 hr & troy SID total of 12 hrs billed; even doubled bartel hours; knew was wrong

→ Was not consulting entire time of surgery; impossible to do // In OR, maybe 5-10% of time was actual consulting. So at most 30 mins during 4 hr surg. Knew it was wrong.

→ [crossed out] Feb 2014 - Feb 2015 never addressed the hours that Atreatr was submitting
→ Feb 2015 was very first time they questioned his billing. They said they would bill 1 carval 2 lumbar based on # of cases.
  ↳ going forward followed this guidance
→ Didn't notice that SF was cutting his hours in 2015

→ SF never complained about not receiving feedback ← lack of consulting

In FL

→ Engineers were in approx 75% of cases, partly because Andre was newer to writers than an engineer.
  → Some amount of consulting in OR as if they were there or not.
    → Conversations outside of OR went under discuss time. Not product time.

- Stopped Aug/Sept. 2015, they did not seem to like his feedback.

→ Did not talk much with AH/KC after stopped consulting; still did some cases going forward.
  → didn't think he would do much more consulting
    → wouldn't be right to continue to consult on some product + keep his. Company never questioned but he thought it was wrong + was uncomfortable with arrangement.

JGA 000155
  → KB might have had conversation with AH prior to Atwater having counsel with AH
    → this is before call with AH
    → this came about after submitting 21 hrs + any getting word that 9 would be approved.

JGA 000223
  → No oversight by SF, They never questioned him or received feedback from SF about his consulting. This was not true. IME was not doing independent analysis (review)

DND
→ talked to KC at NAS about neuromonitoring, he was not interested at time.
→ he had trouble with his people so gave DND a chance
~~At~~ USAO-MA-ATWATER-00000016

USAO-MA-ATWATER-00000015
→ knew LESS was owned by KC

ATWATER-00000093-95 → May 8, 2015 — about being paid for DND business, put it out there that he would not use SF, this was a threat, didn't have intention of following through on it. Regrets saying it, realizes it was quid pro quo.
  ↳ Around this time KC wanted him to use more SF. Had some offset to paid some DND bills
→ knew this was wrong.

→ talked to KC about not getting paid for DND; didn't tell KC that he would stop using SF → said this to Sam, assumed it went to higher ups at SF.

SF-ATW-00003013
  ↳ things business stayed the same, did not increase
→ he would pay $700

ATWATER-00000088

→ stopped services for KC in late 2016 early 2017.
→ DND stopped because didn't make business sense

SF-ATW-00001965
→ paid 6500 to still owed 6k

SF-ATW-00002413
↳ doesn't recall Amanda Dalton
↳ doesn't remember telling anyone else besides Seth Jehoues that would stop us SF unless paid for DND

→ no comment since last talk to KC
→ no comm. with ATW in last year
→ ~~[scribbled out]~~
→ Andre is a family friend, helped find lg. st all ~~[scribbled]~~ cases; also ~~[scribbled]~~ recall st to Nathan Franco to get lbs. clnt cases.

- last spk to KD m day he left company

→ Sid Kessiger said he had Sen to Bush → No Sustance