# EXHIBIT E

John Kelly
Brian Bewley

Montone 2/11/2020

-> Consulted LifeSpine prior to SF
↳ Balzer brought to Montone
-> paid by hour, then changed to royalty agreement
ended 2015 again
-> gave work reports, sent people out to document what was done.
-> Royalty agreement was supposed to be based on usage of other Drs. Not Montone's usage
-> summary of time spent and substance of feedback, then paid based on hours
↳ considerably less than SF, likely less than 100 hr
↳ All Legit hours; less hours + discussion time with engineers, face to face; also product evaluations on a patient basis, maybe one hour each time; not ongoing over many years like SF; filled out form from LifeSpine. Filled out form after surgery, sent in to LifeSpine
-> Most of discussions occurred with representatives of LifeSpine much more than SF.
-> Made much less off LifeSpine consulting vs. SF
-> Didn't have blank check with LifeSpine to evaluate as much as he wanted.
- Royalty -> helped develop cuter pedicle screws with LifeSpine. Worked with engineers.
↳ Also L5 S1 clamp design; Aleron; also lumbar
↳ and Minimally invasive cross link design
-> Did not come up with patents
-> Received royalties for a period of time, few years, not indefinite.

→ Maybe 2% Royalty on a few different products; Aviator 2, LS SI plate + Aleron

LifeSpine people { Rodger Redman, Rita Patel, CEO Mike Butler, Rick Grider

→ understood can't receive royalty on own usage
→ Knew you couldn't receive payment for product usage; maybe didn't understand magnitude of that at the time.

→ Not sure if Belzer submitted evaluation; thinks his office staff did it. Faxed from Montrose office
→ Not super busy in 2012, so took opportunity to consult.

→ LifeSpine was better at creating a proper atmosphere for consulting, seemed to care about consulting and feedback unlike SF.
↳ Never made changes to implant devices based on feedback.
↳ only modified instruments, Awls/Rasps/Inserter/Tamps for Inspan device

→ Didn't talk to attorney about consulting agreement before starting

→ First met Belzer in 2009 at open house for practice
↳ office manager brought Belzer in to eventually started working together as a rep to surgeon.
→ Belzer introduced K2M, Lifespine, SF, X Spine, SpineArt, OSI, CraftOn, Bacterin

-> Late 2012 introduced to SF by Belzer
  -> Ingram NKH (1st time using SF)
    -> thinks it was 6 case trial

-> LifeSpine was not great for 2 level cases because product was too big.

-> Belzer knew of small company, asked him to find a new product that would work better.
  -> Montone also wanted to consult with this new company as well.
  -> Belzer brought SF to Montone based on his request.
  -> Montone liked product

-> Thinks he spoke to Scott Bensy prior to 6 case study; Bensy was there for first cases.

-> Knew it would be paid consulting gig then got so, prior to 6 case trial. Belzer had the discussion with SF. Montone did not discuss with SF before 6 case study. Belzer said he spoke with SF and consulting to be brought up 10%. Their M.O. was you could get paid to use products. Told this by Belzer.

-> Had some expectation that he would do some things for consulting, turned into nothing. Did not get impression from SF that he would have to do much.

-> Knew from Belzer he would get 10% of revenue generated for SF based on his usage.

-> Impression was that hours billed would meet 10%, which was also a "cap".

→ Monture said it ~~was~~ [Insertion: I said] fishy to ~~get~~ [Insertion: tie it to] a percentage. Bilzer said he talked to AH about it, and AH said they would keep it tied to usage because the more you use the more you could make.

→ The 6 case study was to get ~~the~~ the products approved in the hospital. As long as it didn't cost too much hospital would approve.

→ Didn't disclose to NUH about consulting; didn't think it was their policy to require it.

→ Rep would handle logistics of getting price arrangement & approval in hospital.

→ May have been a gap to get SF approved at NUH

→ Doesn't remember convo with AH before 6 case trial

→ Thinks first call with AH was late 2012 — early 2013 by phone.

→ ~~[illegible]~~ In conversation, AH reiterated Monture could get 10% of what he used. Said more than willing to work with Monture to get going.

↳ ~~Said~~ said he could get 10% of usage.

↳ understood they wouldn't approve it he said they say 23% of revenue.

↳ No discussion of hourly rate on this call

↳ being call was to say "lets do business"

↳ doesn't remember AH gave specifics on what they expected for feedback wise

↳ No expectation for time that was expected or frequency of engineer visits

→ #1 focus of call was ~~[illegible]~~ him using product, and the money he ~~[illegible]~~ would receive.

→ Would not get paid to just evaluate product, had to use it in cases.

→ Thinks this call with AH was a few months after Belzer had initial calls with SF to discuss consulting

→ March 1st lcs, Dr. Gesml at DH
↳ Dr. Garcia there, Kevin Chappuis
Dr. Long / Doesn't remember Peter Prinos, says there is it possible he came early and the [illegible] trial cases
→ Doesn't remember specific conversation with Prinos at lcs.

→ Knew SF along wanted high volume of usage. They [illegible] more [illegible] than other companies. Received feedback from Belzer about this. They did not threaten him or say had to do X amount of cases. But if slowed down would have been pushed to use more.

SF-MON-00003183
↳ 3/5/2013 Prinos → Montone
↳ don't remember him at lcs, but possibly was there

SF-MON-00001778
↳ 3/11/2013 AH → Montone
→ regarding conversation with KC, revised clinical agreement to increase annual total to 300k
→ Montone remembered call with Chappuis → he wanted Montone to use as many products; KC said the more products you use the more money you can make consulting

Hard sell — Seemed Busy

CC from KC — Less than 20 min conversation

-> KC was pretty blunt about it. Monteleone did not really change the types of surgeries that he did. For example did not start doing [illegible] revised cases.

-> KC: More products you use more money you can make. Came away thinking KC was pretty pushy trying to use products.

↳ This was on cc from call; same as AH call

-> Typically in afternoons on Fridays.

-> No discussion with Chin about feedback, discussions with engineers, evaluation forms, etc. No specifics about product feedback by [illegible]. Just said look at all products. Also said we have great pedicle screws, etc.

3/11/2013 -> email re: [illegible] conversation with Prinos, doesn't remember specifically. Was willing to use SF predominantly.

-> One of the reasons was because of safety point.

-> Prinos may have been trying to take credit for selling Monteleone.

-> They wanted him to use all of their products

-> ~~Prinos~~

-> Prinos was involved with conversations about bone graft.

-> bone graft is really much [illegible] a few distributors, to [illegible] there is [illegible] relabeled. Nothing unique about it between SF & another company's bonegraft.

-> Agreed to use bonegraft from SF because of consulting

-> DBM form is a biologic

-> biologic is interchangeable with bonegraft.

DBA Firm

-> ~~bone graft~~ comes from cadaver ; [illegible]

-> Could have used SF at NKH once approved by NKH.
↳ doesn't remember specific time when approved, if before or after 1-5

-> At Dr. Hosp approval was less formal, Dr. basically would just approve on own

April 24, 2013 SF-MON 00003353
KC -> AH
Said he spoke to Dr. Montone and said there would be a gradual increase soon. (Might mean at Dr. Hosp.) was already in place at NKH
↳ Doesn't remember this specific call, does remember they wanted him to come for VIP trip but didn't happen.

-At Dr. Hosp, SF gets List price, Mo Med gets List + very premium. ↳ hot & heavy to get him into Dr. Hosp b/c like paying list using product. Because of list price price or cost.

4/24/2014 email
?? -> Not sure why ~~CA~~ Clinical Advisor Agreement SF-MON-00002104 was not signed as of this date, Montone may have been lazy to ~~s~~ sign it. No specific reason

4/11/2013 Prins SF-MON-00000726
Said Montone would be staying at Dr. Hosp ~ 2 weeks
↳ this sounds right

-> Learned about pricing issues at Dr. Hospital after staying there. Before had been trying to get Montone on [illegible] for awhile.

→ recalls seeing consulting agreement to "Exhibit A"

→ Did get paid for 6 case trial. Belzer said he was paid for them. (Consulting)

→ Basically paid to use the product. No evaluation form. Did not give 10 hours of feedback.

5/22/2013 ↳ Initial $5, [illegible] check was for 6 case trial.

→ No time sheet for this

→ Feedback would have been in OR or possibly after. Mostly OR. Prices there. Not formal or real time. Definitely didn't do 10 hrs of work. Substantially less. Nothing in writing.

→ No work report from SF like LifeSpine

→ Belzer put hours on SF timesheets. [illegible] did not tell him how many hours to put in. [illegible] would just see it and sign.

→ Maybe first few times sat down together to go over the sheet.

→ First submission, 75 hours submitted, spent significantly less than that actually consulting or giving feedback.

→ Thinks Belzer talked to AH about how much to submit.

→ Thinks AH was ultimately responsible for telling Belzer how much to bill.

→ Said more than once that AH said how many hours could bill. Not sure if this was done for each submission.

→ Belzer said AH will determine payment based on how much revenue he generated. Thinks he knew from Belzer.

→ AH said based on how much hardware you put in

-> thinks there may have been a lag in payment because it takes a while for things to bill.

-> Belzer not always good with paperwork

-> In 2013, no written feedback, no calls with engineers in 2013 that he can remember.

-> In OR, brief conversations with Belzer; always talked clinical 2-5 hours per month maybe.
just nature of their relationship. { Some was specific to SF -> 1-2 hrs per month max. Some just general clinical talk

-> they engaged clinical talk, not necessarily new stuff

-> Actual consulting time is [illegible] probably closer to 10% than the previously stated 50%

-> Was never asked by SF for more feedback or consulting. never questioned about lack of feedback.

-> In 2013, maybe only 1 or 2 engineer visits.

-> ~~[illegible]~~ switched from SF to IMF ~~[illegible]~~
-> numbers on IMF forms were generally Belzer

SF-MON-[illegible]2117
-> never had "comprehensive Monthly Review with Engineer" like was checked on IMF sheet. Was not time, checked off.
-> put hours down just to fill in sheet, made up hours.

→ ~~[struck]~~ Not feasible to get real feedback on some product numerous times. Only so much you can evaluate.
↳ could track for long term success rates.

→ Belzer was bone bank + could store certain biologics
↳ Amniotics type of biologic, used to stimulate fusion with bone graft (DBM Foam soaked in Amniotics)

→ DBM strips, 5 centimeters, would go from 1 level to the next. SP from Level 2 - Level 3 ect.
example given (12 strips in 2 level surgery)
→ would stack strips
→ NKH would not let him put in more than 1 strip per level
↳ not shown clinical reason why 1 strip was enough
→ Never would have used 12 strips at NKH
→ Additional strips would not harm patient.
→ Fair to say more than necessary of strips was used (12 strips in two levels). Not clinically necessary.

[Left margin: SI SP 95K surgery; Patient Laura Francis 6/10/2013]

Never spoke at trade show, never participate in clinical board, other than Regional Anesthesia design ideas were implemented, never talked about market trends. No data collection or research publications; possibly assisted with training SI surgeon if they were there for case (less than 5 hrs it did it in 2013)
Thinks he did participate in design of SI products

[Left margin: [illegible]]

→ Never checked to see if he was actually paid 10% of revenue. Left it up to Belzer to figure that out.

-> Right at beginning in 2013 kept track of hours, but maybe only for 1st time sheet.

-> In 2014, less consulting was actually happening compared to 2013.

-> by 2014 not keeping track

↳ knew Belzer was getting hours from AH & Montane approved.

↳ Thinks Belzer said, these are your hours.

↳ handful of times Belzer said he talked to AH to get hours; understood this was the general practice

-> thinks conversation with Belzer & AH about better to tie hours to usage was in 2014.

-> Didn't like how it was being done, felt guilty about it, wanted it to appear more legitimate (not illegal)

↳ wanted it to become legitimate, which led to coffee shop meeting with AH; however didn't change and continued to do it.

-> didn't think this would lead to jail, but knew it was wrong and there could be consequences.

-> thinks call with Belzer where he said he felt uncomfortable happened at home on cell phone.

↳ Belzer said he would talk to AH about it.

↳ called him back & said talked to AH

↳ Montane said this is stupid & doesn't make sense

Some of -> Time sheets may have been pre-signed, and some may have been filled in. Belzer always gave him the sheets. One was submitted on computer, but had to [illegible]

-> In 2014 possibly not more than 2 visits from engineers

-> coffee shop meeting with AH, he said he wanted to come meet with Montane.

July 2014, Starbucks meeting

-> was at Starbucks in Liberty, MO
-> did want to meet with [illegible]
↳ meeting was one hour
↳ AH wanted to talk about LESS Institute, Montone was not really interested.
↳ they would open surgery center near him, he would bring his patients there...!
↳ wanted him to use more SF products at LESS
-> During this conversation, said he wasn't pleased with consulting. Wanted more involvement from SF, wanted more direction on what ~~role~~ role should do. Wanted SF more involved.
↳ AH just took in what he had to say, said maybe can get engineers out more; brought up idea of evaluation from Montone ?
↳ with LifeSpine they told him what they wanted, SF never did. They didn't try to make it not look like a sham.
↳ AH didn't seem surprised by Montone terms.
↳ politely agreed

↳ shortly after an engineer came out and talked about a study, but that went away as quickly as it started.

↳ 5/13/2014 email Aline Lacey SF-Mon-0000226
-> thanking Montone for visiting and seeing OR.
↳ ~~[illegible]~~

-> previously AH had said to Belzer that they wanted him to maybe do a study. He would collect data would need help to write. Talked about it but never materialized

→ Study was supposed to be about Golpira, but no specifics.

→ Previous December 2018 meeting.
→ had spoken to Belz[er] about what they would say.
↳ Inaccurate for him to say they had not talked
→ Also inaccurate for him to say he felt as it he earned the ~~money~~ money from SF.
→ Also inaccurate to say he did not estimate time and he tracked it. Only tracked it briefly at beginning.
→ Did not tell govt. about 10% arrangement with Belzer + SF.