UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD<br><br>                     Defendants. | No. 1:21-cr-10256-IT |

## MOTION FOR LEAVE TO FILE SURREPLY

The government respectfully requests leave to file a Surreply in response to Defendants' Motion to Continue Trial and for Hearing Concerning Brady Violations. The proposed Reply is attached hereto as Exhibit A. The defendants do not object to the filing of the Surreply.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Mackenzie A. Queenin*
ABRAHAM GEORGE
CHRISTOPHER R. LOONEY
MACKENZIE A. QUEENIN
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I, Mackenzie A. Queenin, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: March 5, 2025               */s/ Mackenzie A. Queenin*
                                  Mackenzie A. Queenin