# EXHIBIT B

BEFORE THE STATE OF OHIO

MEDICAL BOARD

- - -

In the Matter of:          :
                           :   Case No. 22 CRF 0111
Joseph Shehadi, M.D.       :

- - -

PROCEEDINGS

Before Thomas E. Madden, Hearing Examiner for the State of Ohio Medical Board, called at 9:32 a.m. at the Rhodes Office Tower, 30 East Broad Street, Room 420, Columbus, Ohio, 43215 on Wednesday, March 1, 2023.

- - -

ARMSTRONG & OKEY

222 East Town Street, Second Floor

Columbus, Ohio 43215-4620

(614) 224-9481 - (800) 223-9481

Armstrong & Okey, Inc. - www.aando.com - 614-224-9481

1  but you can also look it up if you want.
2              But it looks like they arrested and
3  indicted for a short period of time, but then
4  they're out and they're free and wealthy.
5              HEARING EXAMINER MADDEN:  Okay.
6              THE WITNESS:  Yeah.
7              HEARING EXAMINER MADDEN:  I'm looking
8  at your settlement agreement with the
9  Office -- how long were you involved with the U.S.
10 Attorney's Office as a witness until the Office of
11 the Inspector General said well, we've got to make
12 a deal with the doctor?
13             THE WITNESS:  I'm not sure.  It's the
14 time between 2017 when it started and when it
15 ended, but I don't know if it was just, like -- I
16 know I flew to Boston with my lawyers.
17             HEARING EXAMINER MADDEN:  Yeah, but
18 that's when you were dealing with the U.S.
19 Attorney.
20             THE WITNESS:  But that's all I had.  I
21 had no more dealings with SpineFrontier or IME.
22 It was just, like -- it was two years water over
23 the dam.  End of 2015 to 2017 was, like, two years
24 of no activity.  It was quiet.
25             And then out of the blue sky I got the

1   2017, Boston, Massachusetts, what do you call it,
2   Department of Justice, a few other people.  I
3   believe they were Massachusetts, Attorney General.
4   Was it Patrick Callahan or something like that?
5   Basically it was the Massachusetts people.  And
6   I'm sorry.  I'm fuzzy on that.
7            But from 2017 when they reached out to
8   me when and says don't worry, you're not the
9   target.  We're going after this big company.
10  Please cooperate, and everything's going
11  to -- nothing will happen to you.  I said of
12  course I'm going to cooperate.  And I flew there
13  on my time and my penny.
14           And then it kind of -- it was almost
15  three years, right, 2017 to 2020, and then a huge
16  settlement that hurt me bad but I paid it, and
17  then quiet from 2020 to June of 2022, which I
18  thought out of the blue sky.  But this is
19  different now.  Now June of 2022 is Ohio, you guys
20  here.  They wrote me that letter.  I thought I
21  thought this was settled.  I'm like sad,
22  surprised, scared, why is it coming up again?
23           Then I showed it obviously to my
24  attorney and they said well, we'll represent you
25  and we'll do whatever we have to do and maybe the

1  State of Ohio wants a chance to talk to me about
2  it, and I realized that's reasonable because I'm a
3  doctor in your state.  But at first I thought this
4  is settled and closed.  I can't imagine why
5  anybody would want to open again.  And I think
6  that's why -- as a layman, not an attorney.  I
7  never had this happen before.  I just, you know,
8  was wondering why it came up again.
9           HEARING EXAMINER MADDEN:  Right before
10 you testified before the grand jury did you know
11 you were going to be the target of an
12 investigation by the inspector general, the
13 inspector general's going to come in and you're
14 going to have to reach a settlement agreement with
15 them?
16          THE WITNESS:  No.  No.
17          MR. PLINKE:  Can I object to your
18 question?
19          HEARING EXAMINER MADDEN:  Sure.
20          MR. PLINKE:  There's nothing in there
21 about him being a target of the OIG.
22          HEARING EXAMINER MADDEN:  Maybe he can
23 answer that.
24          THE WITNESS:  They keep saying I'm not
25 the target every time we talk about anything, and