# EXHIBIT C

# MARTIN ⚜ MERRITT
### Health Law and Healthcare Litigation

Martin Merritt, *esq.*
Direct Dial (214) 952-1279
Martin@MartinMerritt.com

May 17, 2019

**<u>Via Email:</u>** AGeorge2@usa.doj.gov

*Abraham George, USAMA*
*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

Re:    *John Atwater, M.D., Additional Proffer Documents.*

Dear Mr. George:

### *Rule 408 Settlement Discussions Letter*
### *And Additional Proffer Documents*

When we concluded the proffer session, I promised to check on several matters which were unclear and produce additional documents. This letter will serve to complete this task, although my client is ready and willing to answer any further questions and to provide any further information he may have at his disposal.

Although Dr. Atwater's initial statements at the proffer session indicated he may not have appreciated at the time, after you pointed out the government's concern, he did finally appreciate the government's case and the problems he created for himself though his involvement with Spinal Frontier.

After you explained it to him at the proffer session, Dr. Atwater fully appreciates his conduct, as discussed in the proffer session. He realizes this has jeopardized his license, his career and his ability to support his family. He accepts full responsibility for his actions as described in the proffer session. He is deeply, deeply remorseful.

I would like to explore with the government, the possibility of Dr. Atwater and the government reaching an agreement under which Dr. Atwater can atone for his conduct, pay his debt to society, make restitution through a civil monetary penalty, enter into a corporate integrity agreement under

which he promises to never again repeat these mistakes, and to cooperate fully as a witness for the government.

Dr. Atwater is otherwise a Yale educated surgeon with a spotless history and clear prior record. He is a husband and father, who supports an extended family. He stopped his involvement with Spinal Frontier in 2015 and has had no further dealings with them. Again, he is deeply remorseful and ashamed of his conduct, and would like to make amends and pay his debt to, and remain a productive member of society. I believe he will never ever engage in this kind of behavior again. He is a good man, a good doctor, a good husband and father, and can be a aluable member of society.

As we discussed, there are some mitigating circumstances, not an excuse, but certainly mitigating. As shown in the attached production, he did seek a legal opinion as to the IME contract and obtained one albeit, one which did not address all of the facts. He gets that now. He also thought he had a legal okay as to the second arrangement, but Kyle lied to him on that subject, while at the same time, Kyle told the lawyers to stop work. The documents are the emails from Greg Hunziker.

**Greg Hunziker Email Production**

Attached are four (4) PDF files which contain the entire set of email correspondence between Dr, Atwater and his attorney's office relating to the request for a legal opinion on the IME Consulting Agreement and the attempt to obtain a legal opinion from Greg Hunziker relating to the subsequent $3,200.00 Agreement.

The Hunziker opinion has been previously produced showing the legal advice, that "overall, we have no objection to this Agreement." The doctor certainly understands the government's position as to limits on the availability of the advice of counsel defense, as it relates to this, or any facially legal agreement, which does not address all the actual facts as to how the agreement was performed.

The set of email documents dos demonstrate that the Doctor did attempt to obtain a legal opinion from Greg Hunziker as to the second arrangement, but that Kyle essentially played both sides "against the middle," by telling Dr. Atwater the lawyers had blessed both arrangements, while at the same time cancelling the work with the lawyers. These sets of documents show this history.

**The YEHSS Ledger**

You requested that I inquire as to the YEHSS ledger, YEH 000021, which on its face, appears to show that YEHSS continued to bill $3,200 even after Dr. Atwater moved to Florida. And again, you asked for an explanation, not necessarily an excuse. According to Dr. Atwater, the invoices which were billed months after he left to work in Florida but were for months prior to his departure. They aren't new months, but represent prior months.

This was the contract that Kyle drafted and claimed to have gotten approval from Hunziker, when he did not have attorney approval. The lawyer's emails sho he wanted to sent it to Scott Becker, the McGuire Woods lawyer, who very, very likely would have stopped that contract in its tracts. However, Kyle told Hunziker to stop work on the project, while at the same time emailing the doctor that the lawyers had given the okay. Again, not an excuse, but mitigating circumstances did exist.

Thank you for your time and consideration in this matter.

Best Regards,

Martin Merritt