| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** HHS, FBI, VA

**City** Malden
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. yes     **Case No.** 21-cr-10256-IT
Same Defendant yes     New Defendant _____
Magistrate Judge Case Number    see attachment for list
Search Warrant Case Number    see attachment for list
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☐ No

**Defendant Information:**
Defendant Name   Kingsley Chin        Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____
Address: _____

Birth date (Yr only): ___  SSN (last 4#): ___  Sex: M  Race: ___  Nationality: ___

Defense Counsel if known:  Barry Pollack, Joshua Solomon   Address: _____

Bar Number: _____

**U.S. Attorney Information**
AUSA:  George, Looney, Queenin    Bar Number if applicable: _____

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**  on release

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/1/2025    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Kingsley Chin

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Violations of Anti-Kickback Statute | 1 |
| Set 2 | 42 USC 1320a-7b(b)(2) | Violations of the Anti-Kickback Statute | 2-4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Related Case Information:

**Search Warrant Case Numbers:**

16-MJ-6192-MPK; 16-MJ-6193-MPK; 16-MJ-6297-MPK; 19-MJ-1045-DLC; 19-MJ-2330-MBB; 19-MJ-8091-JPO (D.Kan.); 19-MJ-8092-JPO (D. Kan.); 19-MJ-8093-JPO (D. Kan);

**Related Criminal Cases:**

United States v. John Balzer, 1:20-cr-10158-WGY

United States v. Jason Montone, 1:20-cr-10159-WGY

**Related Civil Cases:**

USA ex. rel. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12877-RWZ

USA ex. rel. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12908-RWZ

**Criminal Case Cover Sheet**      U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** HHS, FBI, VA

**City** Malden     **Related Case Information:**
**County** Middlesex
Superseding Ind./ Inf. yes    Case No. 21-cr-10256-IT
Same Defendant yes    New Defendant _____
Magistrate Judge Case Number see attachment for list
Search Warrant Case Number see attachment for list
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☐ No

**Defendant Name** Aditya Humad    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____
**Address:** _____

**Birth date (Yr only):** ____  **SSN (last 4#):** ____  **Sex:** M  **Race:** ____  **Nationality:** ____

**Defense Counsel if known:** William Fick, Daniel Marx  **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** George, Looney, Queenin     Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:** on release

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment
**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/1/2025     Signature of AUSA: _/s/_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Aditya Humad

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Violations of Anti-Kickback Statute | 1 |
| Set 2 | 42 USC 1320a-7b(b)(2) | Violations of the Anti-Kickback Statute | 2-4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Related Case Information:

**Search Warrant Case Numbers:**

16-MJ-6192-MPK; 16-MJ-6193-MPK; 16-MJ-6297-MPK; 19-MJ-1045-DLC; 19-MJ-2330-MBB; 19-MJ-8091-JPO (D.Kan.); 19-MJ-8092-JPO (D. Kan.); 19-MJ-8093-JPO (D. Kan);

**Related Criminal Cases:**

United States v. John Balzer, 1:20-cr-10158-WGY

United States v. Jason Montone, 1:20-cr-10159-WGY

**Related Civil Cases:**

USA ex. rel. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12877-RWZ

USA ex. rel. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12908-RWZ