# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CASE NUMBER: 1:21-cr-10256-IT

Kingsley R. Chin

### DEFENDANT'S WAIVER OF APPEARANCE

I, _____Kingsley R. Chin_____, the  above named defendant, acknowledge that I have been advised by my lawyer and the Court-by this form-that pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I have the absolute right to be personally present in open court to be arraigned (that is, advised of the charges against me), and have the indictment read to me in open court.  Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment and my right to have the indictment read to me in open court.  I have received a copy of the indictment and I have discussed the charges contained in the indictment and the waiver of appearance at arraignment with my attorney.  I fully understand the nature of the offenses charged against me and the right to appear at arraignment. As evidenced by my signature affixed below, I do hereby waive formal arraignment and enter my plea of **NOT GUILTY** to the indictment.

This 3rd day of April, 2025

_____
SIGNATURE (Attorney for Defendant)

_____
SIGNATURE (Defendant)

### INFORMATION BELOW MUST BE TYPED OR PRINTED

Joshua L. Solomon
Name (Attorney for Defendant)

Kingsley R. Chin
Name (Defendant)

31 St. James Ave., Suite 940
Street

Boston MA   02116
City & State    Zip Code

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document, filed on March 4, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Joshua L. Solomon*