# Exhibit 1



ORGANIZATIONAL CHART 7-1-16

SIK-000001

| Company | Owner | Manager |
|---|---|---|
| KICVentures, LLC | KIC, LLC (100%) | KIC Management Group Inc. |
| Spinefrontier, Inc. | KICVentures, LLC (98.26%), Chris Chang (1.63%), Bagby Family Members (0.11%) | KIC Management Group Inc. |
| KIC, LLC | Kingsley R. Chin | Kingsley R. Chin |
| IME, LLC | KICVentures, LLC (99.95%), KIC Management Group, Inc. (0.05%) | KIC Management Group Inc. |
| KIC Management Group, Inc. | Kingsley R. Chin | Kingsley R. Chin |

**OWNERSHIP CHART 7-1-16**

SIK-000002

