# Exhibit 4

| | |
|---|---|
| **From:** | MIKEBARBIN@SPINEFRONTIER.COMF1E |
| **Sent:** | Thursday, April 9, 2015 8:27 AM |
| **To:** | Aditya Humad <AdityaHumad@kicventures.com>; TamiFuruta@spinefrontier.com3a8; Chantal Goldson <ChantalGoldson@Spinefrontier.com> |
| **Cc:** | DianaCouillard@kicventures.comaa4; Sue Wang <SueWang@Spinefrontier.com>; JennaSantarelli@spinefrontier.com1e3 |
| **Subject:** | RE: IME Payment Log and Process |

Kim will be running payroll this morning for tomorrow/Monday deposit.

**Mike Barbin**
Human Resources Manager
Talent Acquisition Manager
KICVentures, LLC
www.kicventures.com
P: 978.279.9280
M: 603.508.0784



...............................................................................................................................................................................................

**From:** Aditya Humad
**Sent:** Wednesday, April 8, 2015 4:08 PM
**To:** Tami Furuta; Chantal Goldson
**Cc:** Diana Couillard; Sue Wang; Jenna Santarelli; Mike Barbin
**Subject:** RE: IME Payment Log and Process

Just reviewed with Chantal, see attached revised sheet. Everyone needs to follow process for this to be simple and accurate:

1. Chantal will have approved hours as received, and enter into the month in which it was incurred. This will be marked in green (paid), or Red (unpaid)
2. Tami needs this log to book expense in the right month (even if doesn't get paid in the same month). You will be able to reconcile accrual against when it is actually paid based on bank statement and transfer from SF to IME.
3. Diana need to review the net amount due from IME to each surgeon, and receipt of funds from SF to IME to cover those payments and submit the unpaid log to HR
4. HR processes payment from IME bank account for surgeons that Diana provides as approved and unpaid.
5. Chantal then converts those red to green when amounts are paid

For January – all amounts listed are incurred in January (some payments came in late when I originally had $145K).  Note Dr Montone's Jan and Feb hours just came in so they show up in red in this log as unpaid. Also note that Dr Tinley's hours for Dec 2014 came late, so they were subsequently paid in March.

Q:\Financial Documents\IME Payments

I will be transferring the $64,500 for Dr Montone for Jan and Feb from SF to IME. IME would then owe him $61,275 if Jenna  can do a special run on Friday for his payment?

**Aditya Humad**
Co-Founder
Chief Financial Officer

KICVentures, LLC
www.kicventures.com
D: 978.236.7984
M: 267.342.3968

SF-MCF-00023888

SF-MCF-00023888

**From:** Tami Furuta
**Sent:** Wednesday, April 8, 2015 3:36 PM
**To:** Chantal Goldson; Aditya Humad
**Cc:** Diana Couillard; Sue Wang
**Subject:** RE: IME Paymnt Log

Hi,

I'm still confused by your log.  The amount for Jan now is showing $179K. I thought it was $155K and unpaid portion is $5K.  Please confirm.

This will affect our accrual – we need to have it accurate.

Going forward, please maintain the original schedule in Q drive so that our template will remain the same.

Thanks,

Tami



**Tami Furuta, CPA, CFE**
Controller
Finance Department

SF-MCF-00023889

SF-MCF-00023889



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.
www.spinefrontier.com

P: 978.232.3990
F: 978.232.3991
D: 978.279.9278

This e-mail message and any attachments are confidential and may be privileged and proprietary. If you are not the intended recipient please notify SpineFrontier, Inc., immediately -- by replying to this message or by destroying all copies of this message and any attachments. The sender of this e-mail does not accept liability for any loss or damage arising in any way from the receipt or the use of this e-mail. Thank you.

---

**From:** Chantal Goldson
**Sent:** Wednesday, April 08, 2015 1:54 PM
**To:** Aditya Humad
**Cc:** Tami Furuta; Diana Couillard
**Subject:** RE: IME Paymnt Log

Please see the attached.

Regards,

**Chantal Goldson**
Jr. Financial Analyst
**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.



www.spinefrontier.com

---

**From:** Aditya Humad
**Sent:** Wednesday, April 08, 2015 1:32 PM
**To:** Chantal Goldson
**Cc:** Tami Furuta; Diana Couillard
**Subject:** RE: IME Paymnt Log

We should show payments for each surgeon in the month in which they belong, so we know the expense was for work done that month.

These may get paid later based on late submissions, offset by month, but this reconciliation will be done by Diana in IME with bank account so we know exactly when each was paid or if it was not paid against this log.

Please revise so Tami knows exact expense for each month (can start with just 2015 for now)
Ex – For hours paid in February that belong to January, should list those hours in January (can put comment/note that it was paid later), so we can add the Feb hours into Feb column when they come in.

I need to pay Dr Montone for his Jan (40 hours) and Feb (46 hours) hours this week. Total from SF = $64,500, and net paid by IME to him would be $61,275

**Aditya Humad**
Co-Founder
Chief Financial Officer



**KICVentures, LLC**

SF-MCF-00023890

SF-MCF-00023890

www.kicventures.com
D: 978.236.7984
M: 267.342.3968

---

**From:** Chantal Goldson
**Sent:** Wednesday, April 8, 2015 10:24 AM
**To:** Aditya Humad
**Cc:** Tami Furuta
**Subject:** RE: IME Paymnt Log

This is the final one for February that I sent out. They are saved here: Q:\Financial Documents\IME Payments. I will add Dr. Montone˙s hours to the March sheet.


From:     Chantal Goldson
Sent:     Friday, March 20, 2015 9:30 AM
To:        Aditya Humad
Cc:        Tami Furuta; Jenna Santarelli; Mike Barbin; Diana Couillard
Subject:          RE: IME Payment Log - Latest Version
Attachments:   IME Payment Log 02.15.xlsx

Please see the attached. I have highlighted all that needs to be paid in green (new payments) & red (older payments to be paid).
They can be found in the Q drive, under financial documents & IME Payments.

Regards,


Chantal Goldson

Jr. Financial Analyst

SpineFrontier, Inc.

500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

cid:c137bb21.f5b241e6.jpg.20b0c02b

www.spinefrontier.com <http://www.spinefrontier.com/>



From: Aditya Humad
Sent: Thursday, March 19, 2015 8:36 PM
To: Chantal Goldson
Cc: Tami Furuta; Jenna Santarelli; Mike Barbin; Diana Couillard
Subject: IME Payment Log - Latest Version



Chantal,



Can you send the latest IME payment log showing payments for Jan and Feb for the surgeons to team?

Also where is this being saved.

**SF-MCF-00023891**

SF-MCF-00023891

Also highlight what is new (unpaid yet) – which will be all Feb, and the approved Jan payment for Dr McFarland.

Also there were some late submissions of time from Dec/Jan which were recently approved and not paid so we need to highlight this too to get these cleared when we submit pay early next week to ADP.

We may do 2014 separately online, and just include Jan/Feb into ADP system to capture all 2015 in one place.

Thx

Aditya Humad
President
Chief Financial Officer

cid:BCF67CD2-7845-4217-BAAB-7C7E9856E8E7

SpineFrontier, Inc.

500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com <http://www.spinefrontier.com/>
P: 978.232.3990

F: 978.232.3991

D: 978.236.7984

M: 267.342.3968

ne.

Regards,

**Chantal Goldson**
Jr. Financial Analyst
**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.



www.spinefrontier.com

**From:** Aditya Humad
**Sent:** Wednesday, April 08, 2015 10:01 AM
**To:** Chantal Goldson
**Subject:** IME Paymnt Log

Please send me latest version so I have same file.

Where is this being saved?

Also include Dr Montone – 40 hours Jan, and 46 hours Feb – his timesheets came in by fax for approval.

SF-MCF-00023892

SF-MCF-00023892

**Aditya Humad**
Co-Founder
Chief Financial Officer



**KICVentures, LLC**
www.kicventures.com
D: 978.236.7984
M: 267.342.3968

**SF-MCF-00023893**

SF-MCF-00023893