# Exhibit 5

| | |
|---|---|
| **From:** | Vanessa Dudley </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A3E1844154D04CD2A3135B521BFDD8ED-VANESSADUDL> |
| **To:** | Li Chen Zhang |
| **CC:** | Aditya Humad; Dr. Kingsley Chin |
| **Sent:** | 1/24/2014 1:45:28 PM |
| **Subject:** | FWD: IME - bank info |

Good Morning Li,

I don't have access to IME's accounts.
As far as I know, only Aditya and Kingsley do.

Thanks,

**Vanessa J. Dudley**
Client Relations/Business Administrator

Impartial Medical Experts
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339 USA

**Work:** 855-411-6463
**Mobile:** 480-278-1970
**Fax:** 855-411-6463
**Email:** vanessadudley@call-ime.com
http://www.linkedin.com/in/vanessadudley1

See who we know in common                                Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

--------- Original Message ---------
Subject: IME - bank info
From: "Li Chen Zhang" <lizhang@spinefrontier.com>
Date: 1/23/14 1:03 pm
To: vanessadudley@call-ime.com

Hi Venessa,

Just updating IME books thru December, could you please download the saving account statement from Aug to December?

On December 4th, there was a transfer to 1-2410641107 for $1,950... could you please tell for what was the payment for?

Would you also be able send me the month to date operating account info? I just want to check and see if we paid Dr. Montone's Oct and Nov consulting fee.

Thank you for your help,

IME-DUD-00157947
IME-DUD-00157947
IME-DUD-00157947

**LiChen Zhang**
Staff Accountant
Finance Department



**SpineFrontier, Inc.**

500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990

F: 978.232.3991



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.