# Exhibit 9

| | |
|---|---|
| **From:** | Aditya Humad </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EB9A2AF228044ADB9BE47CF6A4E74B5D-ADITYAHUMAD> |
| **To:** | Vanessa Dudley |
| **CC:** | jaylokhande@spinefrontier.com; John Miller |
| **Sent:** | 10/30/2014 4:34:26 AM |
| **Subject:** | Re: Dr. Michael Murray |

Hours should be submitted at month end. If aug and sept were submitted last week thats why they have not received yet
Can review next week for approval of any outstanding

On Oct 30, 2014, at 12:01 AM, "vanessadudley@call-ime.com" <vanessadudley@call-ime.com> wrote :

Aditya,

Melissa Davis, distributor for Dr. Murray, called today and said she was asked to find out where his payment for Aug and Sep were.
I checked the website and it looks like he submitted hours for those months on Oct. 17th.

How should I advise?

She also mentioned that he has 1 case for October so far and believed he had 3 cases in Sep and 2 in Aug.
He is showing 7 cases for Sep.

**Vanessa J. Dudley**
Client Relations/Business Administrator

**Impartial Medical Experts**
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339 USA

**Work:** 855-411-6463
**Mobile:** 480-278-1970
**Fax:** 855-411-6463
**Email:** vanessadudley@call-ime.com
http://www.linkedin.com/in/vanessadudley1

See who we know in common                                                                 Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation .



500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

The information contained in this electronic message and any attachments are intended for the exclusive use of

IME-DUD-00055480
IME-DUD-00055480
IME-DUD-00055480

the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

IME-DUD-00055481
IME-DUD-00055481
IME-DUD-00055480