# Exhibit 19

| | |
|---|---|
| From: | Vanessa Dudley <vanessadudley@call-ime.com> |
| To: | Scott Autrey |
| CC: | Kingsley Chin; Aditya Humad; charliesears@spinefrontier.com; marcpelletier@spinefrontier.com; spd@spinefrontier.com |
| Sent: | 2/22/2014 1:46:50 AM |
| Subject: | RE: Fwd: Spine Frontier and IME consulting agreement |

Scott,

Spinefrontier agrees to $1000 on the lumbar but must stay at $500 on the cervical but he can bill for 2 hours max on these.
Once he gets started evaluating SF's current plate so that he can have input toward any future design, they are willing to start discussion on his plate at the VIP tour in March.
Can you also find out if he's interested in biologics?

Best,
Vanessa

Vanessa J. Dudley
Client Relations/Business Administrator

Impartial Medical Experts
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339 USA


Work: 855-411-6463
Mobile: 480-278-1970
Fax: 855-411-6463
Email: vanessadudley@call-ime.com
http://www.linkedin.com/in/vanessadudley1



See who we know in common

Want a signature like this?



Sent via the Samsung Galaxy Note® 3, an AT&T 4G LTE smartphone

-------- Original message --------
From: Scott Autrey <scottautrey@spinefrontier.com>
Date:02/21/2014 10:18 AM (GMT-05:00)
To: Vanessa Dudley <VanessaDudley@call-ime.com>
Subject: Fwd: Spine Frontier and IME consulting agreement

Here is a response I got from dr rosenstein. Wanting to send this over and find a way to get this done that makes sense both financially and legally. As you can see below he is willing to sign this over the weekend and get started using our current stuff as a consultant. Also he is interested in designing a new plate. He has already committed to going on a VIP in March and going to see dr chin in Florida like 2 weeks after that. Can you let me know how to handle. He is a very busy guy with a very established practice that operates 3 days/week. Thanks for your help.

Scott Autrey


Begin forwarded message:

IME-DUD-00007333
IME-DUD-00007333
IME-DUD-00007333

From: JRosenstein <rosensti@sbcglobal.net>
Date: February 20, 2014 at 11:58:39 PM CST
To: Scott Autrey <ScottAutrey@spinefrontier.com>
Subject: Re: Spine Frontier and IME consulting agreement

Hi Scott. As I mentioned earlier $500/hr for a Board Certified Neurosurgeon who went to Medical School at Johns Hopkins, Residency training at UT Southwestern Medical Center Dallas (Parkland Hospital), Fellowship at Queens Square in London, England, and in active Neurosurgical practice for 30 years, does not reflect fair market value. I usually charge $1000 to $1500 per hour for consulting work including legal case reviews and product development. I would be happy to work with IME if they can meet these rates. These are my usual and customary charges. It does not make sense for me to work for less as I am already very busy.

Let me know if this is agreeable and if so we can get started. I am excited to work with your company. They are exactly the type I like to work with; small, responsive, progressive, innovative, and forward thinking. I think it can be a very good match.
I will be in surgery all day tomorrow but we can talk or get together for document review and signing this weekend.

Cheers,

Dr. R

Sent from my iPad

On Feb 13, 2014, at 8:37 AM, Scott Autrey <ScottAutrey@spinefrontier.com> wrote:

Dr. Rosenstein,


First I wanted to thank you for your time last night. I really appreciate getting the chance to tell you a little more about what we have going on with Spine Frontier and the direction we are heading.


As we discussed, here is the standard consulting agreement between IME, Spine Frontier and surgeons as well as a letter describing the change to IME for surgeon benefit. This is in essence the same agreement whether it be for the trial advisor (evaluating current products we have out already) as well as for consulting on new projects and designs. Let me know your thoughts on this when you can or if you have any questions I can help with before signing on to help us out in many ways. I really look forward to working with you closely in the near future and think you will find working with us very rewarding on many levels.


I will have Venessa contact you shortly via email about booking your travel arrangements for not only the VIP to Boston, but also the trip out to Florida. I may also have Kevin or another engineer contact you as well about getting started on the early designs of the plate you are looking to design to get that going.


Talk to you soon and have a great rest of the week.


Sincerely,

Scott Autrey

Senior Sales Rep D/FW

704-491-9686

scottautrey@spinefrontier.com

www.spinefrontier.com

IME-DUD-00007334
IME-DUD-00007334
IME-DUD-00007333

&lt;mime-attachment.png&gt;

SpineFrontier, Inc.
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

&lt;Consulting Agreement Rosenstein.pdf&gt;
&lt;SF IME Authorization Letter.pdf&gt;

SpineFrontier, Inc.
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

IME-DUD-00007335
IME-DUD-00007335
IME-DUD-00007333