# Exhibit 23

**Aditya Humad**

| | |
|---|---|
| **From:** | bioinnovations@sbcglobal.net |
| **Sent:** | Thursday, June 06, 2013 1:30 PM |
| **To:** | Aditya Humad |
| **Subject:** | Re: Agreement |

So am I Aditya,

I do appreciate the discussion and the clarification.  Communication is key.

Thank you,

John
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Aditya Humad <adityahumad@spinefrontier.com>
Sender: Aditya Humad <adityahumad@spinefrontier.com>
Date: Thu, 6 Jun 2013 13:28:07
To: 'Dr. Kingsley Chin'<kingsleychin@spinefrontier.com>; 'John Balzer'<bioinnovations@sbcglobal.net>
Subject: RE: Agreement

John

Glad we all had a chance to discuss the accounts.

I've asked Athena to release the April commissions check tomorrow with Dr Montone's cases at 25% per your conversation with Kingsley.

Look forward to the rapid growth in the region.

Best,

Aditya Humad
Chief Financial Officer
VP of Business Development



SpineFrontier, Inc.
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.
www.spinefrontier.com

P: 978.232.3990
F: 978.232.3991
D: 978.236.7984
M: 267.342.3968


This e-mail message and any attachments are confidential and may be privileged and proprietary. If you are not the intended recipient please notify SpineFrontier, Inc., immediately -- by replying to this message or by destroying all copies of this message and

1

SF-MON-00003683

**SF-MON-00003683**

any attachments.  The sender of this e-mail does not accept liability for any loss or damage arising in any way from the receipt or the use of this e-mail.  Thank you.


-----Original Message-----
From: Dr. Kingsley Chin [mailto:kingsleychin@spinefrontier.com]
Sent: Thursday, June 06, 2013 12:34 AM
To: John Balzer
Cc: Aditya Humad
Subject: Agreement


John

I appreciate our relationship.  Tonight's call was a great reminder of what we can do together.

Per our conversation

25% on Montone
35% on your surgeons without consulting agreements

Best


Kingsley R. Chin MD, FAAOS
Orthopaedic Spine Surgeon

Specialist in Less Exposure Surgery (LES) of The Spine

Institute for Modern &
Innovative Surgeries (iMIS)
1100 W. Oakland Park Blvd Suite#3
Fort Lauderdale FL 33311

C: 617-697-5442
T:  954-640-6010
T:  561-822-2960
T:  877-MIS-SURG
F:  877-647-7874
www.iMISsurgery.com
Other locations in Miami & Palm Beaches
Sent from my iPhone

2