UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN<br><br>Defendant. | No. 1:21-cr-10256-IT |

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

Pursuant to Fed. R. Crim. Pro. 30 and this Court's Amended Pretrial Order (March 31, 2025), the United States of America hereby submits its proposed Preliminary and Final Jury Instructions.

The United States reserves the right to supplement or modify these instructions considering any requests filed by the defendant, the evidence in the case, or the Court's rulings.

        LEAH B. FOLEY
        United States Attorney

        */s/ Christopher Looney*
        ABRAHAM R. GEORGE
        CHRISTOPHER LOONEY
        MACKENZIE A. QUEENIN
        Assistant U.S. Attorneys
        1 Courthouse Way
        John Joseph Moakley U.S. Courthouse
        Boston, MA 02210
        (617) 748-3100

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that I caused this document to be filed through the ECF system on April 11, 2025.

                                                */s/ Chris Looney*
                                                CHRISTOPHER LOONEY