# EXHIBIT A

**Dr. Scott Harris Lawrence, CHCQM, FABQAURP**

[REDACTED]

[REDACTED]

Day Phone: [REDACTED]

Email: Scott.Lawrence1@cms.hhs.gov

**Work Experience:**   **HHS/CMS/CCSQ/iQIIG**
[REDACTED]
[REDACTED]

**05/19/2024-present**
**Hours per week – 40**
**Deputy Group Director – Chief Data Officer**
**Center for Clinical Standards and Quality/iQuality Improvement and Innovations Group (iQIIG)**

**03/24/2023-05/18/2024**
**Hours per week – 40**
**Senior Advisor – Policy, Advocacy, and Informatics**
**Center for Clinical Standards and Quality/iQIIG**

**05/21/2023-03/23/2024**
**Hours per week – 40**
**Senior Policy Advisor – acting**
**Center for Clinical Standards and Quality/iQIIG**

**Team Member/Consultant –**
-CMS Oral Health Cross-Cutting Initiatives Team
-CMS Behavioral Health Cross-Cutting Initiatives Team
-CMS-National Institutes of Health (NIH) Subgroup on Nonpharmacologic Pain Management
-CMS-NIH Opioid Working Group Subgroup on Evidence for Nonpharmacological Treatments for Pain
-HHS Interagency Telehealth Working Group/Office of the Assistant Secretary for Health (OASH)
-HHS/Office of the Assistant Secretary for Planning and Evaluation (ASPE) Telehealth Work Group

**Awards –**
**2024 CMS Honor Awards**
**The Behavioral Health Cross-Cutting Initiative Team – Program Impact -**
For support care & service needs to improve people's lives with Medicare, Medicaid and Marketplace coverage dealing with behavioral health conditions.

**Preserving Access to Virtual Care in Medicare Team – Customer Service -** For dedicated efforts to maintain and improve access to Medicare's virtual care policies and outpatient therapy payment systems.
**13th Scope of Work Planning and Evaluation Team - Operational Excellence -** For releasing a comprehensive quality initiative to drive improvements in the delivery of equitable, safe, effective healthcare for all beneficiaries.

**HHS/CMS/CM/HAPG/DPS**

**09/26/2021-05/20/2023**
**Hours per week – 40**
**Supervisory Health Insurance Specialist, Deputy Director –**
**Center for Medicare/Hospital and Ambulatory Services Group (HAPG)/Division of Practitioner Services (DPS)**

**09/13/2020-09/25/2021 - Acting**
**Hours per week – 40**
**Supervisory Health Insurance Specialist, Acting Deputy Director –**
**Senior Technical Advisor and Program Expert**

**Government Technical Lead – MPFS Telehealth Study**

**Team Member/Consultant –**
**-CMS-NIH Subgroup on Nonpharmacologic Pain Management**
**-HHS Interagency Telehealth Working Group/OASH**
**-HHS/ASPE Telehealth Work Group**

**Awards –**
**2023 CMS Honor Award**
**The Behavioral Health Cross-Cutting Initiative Team** For impactful and coordinated implementation of the Behavioral Health Strategy to enhance access and quality of care and services across CMS programs
**2022 CMS Honor Award**
**The Health Legislation Technical Assistance Team** For exceptional technical assistance to Congress to develop legislation critical to the Administration's health policy agenda
**2021 CMS Honor Award**
**COVID-19 Telehealth Flexibilities Under the Physician Fee Schedule Support Team, CM** For providing support in maintaining flexibilities to furnish services using remote communications technology and mitigating COVID-19 exposure risks

**HHS/CMS/CPI**

**05/12/2019-09/12/2020**

**Hours per week – 40**
**Supervisory Health Insurance Specialist, Deputy Director – Center for Program Integrity/Provider Compliance Group (PCG)/Division of Payment Methodologies and Strategies (DPMS)**
**Senior Technical Advisor and Program Expert**

**03/18/2019-5/12/2019**
**Hours per week – 40**
**Health Insurance Specialist, Detail to Front Office – Center for Program Integrity/Provider Compliance Group**
CMS Mentor

**Awards –**
**CPI Team of the Quarter** award for the 1st quarter of 2019 with the Prior Authorization of Outpatient Services Team for the Outpatient Department Prior Authorization regulation writing process.
**Honorable Mention as a Finalist in the CMS-wide i-Challenge improvement idea competition** for Savings Over Spending (SOS)

**01/07/2019-Present**
**Hours per week – varies**
**Materiality/Fact Expert for CMS**
• Provide expert testimony/advice regarding materiality in legal cases brought by the agency with regard to the False Claims Act and Anti-Kickback Statute issues.  Testimony and advice is requested by the Office of General Counsel, the Department of Justice, States Attorneys, and counsels to the Inspector General.

**01/07/2019-03/17/2019**
**Hours per week – 40**
**Supervisory Health Insurance Specialist, Acting Deputy Director – Center for Program Integrity/Data Sharing and Partnership Group/Division of Data and Informatics**
**Senior Technical Advisor and Program Expert**
**Government Technical Lead for the  Healthcare Fraud Prevention Partnership (HFPP)**,  a public/private cooperative program to identify fraud schemes that may only be apparent when looking across payers/agencies.

**04/18/2016 – present**
**Hours per week – 40**
**Subject Matter Expert – Chiropractic**

**04/18/2016 – 01/06/2019**
**Hours per week – 40**
**Health Insurance Specialist**

• Completed COR Level I training

USAO_0008068

• Completed STARSInformant Level I training
• Completed Percussion training

**Awards –**
**2018 CMS Honors Customer Service Award** for Targeted Probe and Educate (TPE)
**2018 CPI Excellence in Innovation Award** for TPE
**Teamwork Award** for the 2016 PI 2.0 Aligning Contractor Activities Kaizen CPI LEAN event
Employee of The Month Award from the Provider Compliance Group (PCG) multiple occasions

**Multiple Attorneys, Insurance Agencies, Government Panels**

**09/1994 - Present**
**Hours per week:** varies
**Independent Expert Witness**
**Duties, Accomplishments and Related Skills:**
1994 TO PRESENT - Independent Expert Witness/Professional Mentor -
for legal firms, Department of Justice, Veterans Affairs, healthcare accounting firms, State licensing agencies, and insurance companies.
Responsibilities:
• Qualified as defense and plaintiff expert in trials and hearings regarding fraud, abuse, and malpractice issues regarding healthcare.
• Lead multiple projects involving complex and/or high profile data regarding healthcare standards issues, (predominantly in legal settings - trials and state disciplinary hearings). These also include projects for the Department of Justice (e.g., Operation Spinal Tap, under the direction of Assistant U.S. Attorney, Benjamin Schecter, and for special projects as requested by Assistant U.S. Attorney, L. Jay Gilbert regarding fraud, waste, and abuse schemes in related provider groups for Medicare/Medicaid members), and for patients/doctors within the Veterans' Administration system.
• Lead teams through multiple health-related, policy projects in the Maryland legislature, synthesized interpretation and strategy of complex health systems issues, including writing language that became law in the State of Maryland.
• Advised senior-level officials on strategies and decisions regarding healthcare fraud policies.
• Analyze and support data covering large, multi-office practices seeing thousands of cases weekly; capturing and analyzing groups of data files; categorizing pertinent factors; identifying/analyzing trends and sequencing for possible fraud, waste, and abuse schemes in healthcare settings; creating an easily interpretable graphic interface; establishing supportive measurement tools; comparing all data with current normative standards/protocols; making recommendations based upon the final analysis of these findings; and presenting these recommendations in graphical, text-based, and oral formats that are defensible in legal settings.

Achievements:
• Received Security Clearance for government consulting
• Nearly perfect record convincing the fact finder, final decision maker regarding the position taken, resulting in many zero ($0) dollar verdicts for defense cases; awards greater than ten million ($40,000,000) dollars for plaintiff cases; and legal, regulatory, and/or disciplinary action taken in line with offered recommendations, with no appeals.
• Researched and produced more than one thousand (1,000) legal documents that have been heavily scrutinized by the requesting party, the opposing party, and/or the fact finder.
• Produced policy recommendations/positions for State and National level healthcare programs/stakeholders.
• Professional Mentoring of disciplined doctors as assigned by the MD Board of Chiropractic Examiners on issues including scope of practice, jurisprudence, record keeping, and fraud.
• Provides outreach through continuing education certified lectures to doctors on issues including healthcare quality, medico-legal parameters, etc. as well as to other stakeholders in the healthcare arena.

Expert Witness work since 1994 and average four or five (5) cases per month with obvious peaks and valleys in time commitments based upon my patient schedule and the size of the case, but I have been involved in the large-scale projects since 2000.  Since beginning at CMS in April of 2016, this work has reduced.

These activities cross correlate almost identically throughout all of the health care systems and involve providing leadership in the design, development, and implementation of analytical projects related to program waste, fraud, and abuse; conducting social science research and data analysis; performing quantitative evaluation and analyses of data; and preparing and presenting status reports, option and/or briefing papers.

**Doctor of Chiropractic**

**02/1988 - Present**
**Hours per week:** 11 (since April 2016, 47+ hours per week prior)

**Mid-Atlantic Preferred, L.L.C.**

**06/1994 - 12/2002**
**Hours per week:** 20
**Founder and Chief Executive Officer**

---

**Education:** **Palmer College of Chiropractic** Davenport, IA  United States
Doctorate 10/1987

USAO_0008070

**Degree:** Doctor of Chiropractic

**Palmer College of Chiropractic** Davenport, IA  United States
Bachelor's Degree 10/1987
**GPA:** 3.97 of a maximum 4.00
**Credits Earned Total All Undergraduate and Masters:** 144 Semester hours
**Major:** Science
**Relevant Coursework, Licenses and Certifications:**

I. Additional Education

A. University of Miami; Coral Gables, Florida
Honor Student

B. State University of New York at Rockland; Suffern, New York
Phi Sigma Omicron, National Honor Society

C. Empire State College (SUNY); White Plains, New York


II. PROFESSIONAL LICENSURE AND CERTIFICATION

A. National Board of Medical Examiners
American Board of Quality Assurance & Utilization Review Physicians
**Fellow**, ID #058658
Received December, 2012

B. American Board of Quality Assurance and Utilization Review Physicians
American Institute for Healthcare Quality
**Fellow**, Received July, 2005

C. American Board of Quality Assurance and Utilization Review Physicians
**Certified**, Patient Safety and Prevention of Medical Errors
Received August, 2011; Received May, 2004

D. National Board of Medical Examiners
American Board of Quality Assurance & Utilization Review Physicians
**Diplomate**, ID #058658
Received December, 1998

E. State of Maryland License with physiotherapy privileges
License Number: 1504 P.T.
Received March, 1990

F. State of New York

USAO_0008071

License Number: X005364
Received January, 1988-2023

| | |
|---|---|
| **Job Related Certifications (pre-CMS):** | A. National Board of Medical Examiners<br>American Board of Quality Assurance & Utilization Review Physicians<br>Fellow, ID #058658<br>Received December, 2012<br><br>B. National Board of Medical Examiners<br>American Board of Quality Assurance and Utilization Review Physicians<br>American Institute for Healthcare Quality<br>Fellow, Received July, 2005<br><br>C. National Board of Medical Examiners<br>American Board of Quality Assurance and Utilization Review Physicians<br>Diplomate Physician, ID #058658<br>Received December, 1998<br><br>D. National Board of Medical Examiners<br>American Board of Quality Assurance and Utilization Review Physicians<br>Certified, Patient Safety and Prevention of Medical Errors<br>Received August, 2011; Received May, 2004 |
| **Affiliations:** | American Institute for Healthcare Quality - Fellow<br><br>American Board of Quality Assurance and Utilization Review Physicians - Fellow |
| **Additional Information:** | 1993 - 2000 - Chairman/Co-Chairman - MCA Legislative Committee - I was also Chairman and/or Co-Chairman of the Maryland Chiropractic Association Legislative Committee from October 1993 through October 2000. In this position, I ran meetings, reviewed proposed laws and regulation under consideration by the State legislature, developed strategy regarding these laws and/or regulations, testified before legislative panels regarding healthcare issues, wrote language (some of which has been adopted as law/statute in the State of Maryland), reviewed and disseminated any technical materials confronting the Association members, and reported to the president of the Association.<br><br>1990 - present - Health Education Experience - I have had multiple opportunities to develop and present educational seminars to doctors, allied health professionals, staff, and the public on topics ranging from medico-legal issues, appropriate care parameters, and health-related quality control systems to wellness, cultural diversity, and first responder emergency procedures. I was instrumental in enacting citizen CPR programs in New York and Maryland (in |

USAO_0008072

conjunction with local Emergency Medical Services organizations) and have designed and lectured in courses that have been approved for continuing education credits for professionals. Additionally, I have designed and lectured for large groups of attorneys and insurance company stakeholders on a variety of health-related topics (in addition to providing consulting assistance). Some of these lectures have been used as educational tools for classes of stakeholders in health-related areas.

**PROFESSIONAL AWARDS**

A. **Governor's Citation** for Membership and Contributions to the Health Care Access and Cost Commission (HCACC)
Advisory Committee on Practice Parameters (ACOPP)
Technical Work Group on Acute Back Pain
July 1, 1999

B. Maryland Chiropractic Association
**1998 Outstanding Achievement Award** for work on the Health Care Access and Cost Commission (HCACC)
Advisory Committee on Practice Parameters (ACOPP)
Technical Work Group on Neck Pain/Lower Back Pain

C. Maryland Chiropractic Association
**1995 Chiropractor of the Year**

**ADDITIONAL PROFESSIONAL AFFILIATION AND MEMBERSHIP**

A. Health Care Access and Cost Commission (HCACC)
Advisory Committee on Practice Parameters (ACOPP)
Technical Work Group on Neck Pain/Lower Back Pain

B. Mid-Atlantic Preferred, LLC
President and CEO

C. Standards of Care Committee for the Maryland Chiropractic Board of Examiners

USAO_0008073