# EXHIBIT C

**From:** Lawrence, Scott (CMS/CCSQ) <Scott.Lawrence1@cms.hhs.gov>
**Sent:** Thursday, March 6, 2025 12:27 PM
**To:** George, Abraham (USAMA) <Abraham.George@usdoj.gov>; Bowman, Jessica (HHS/OGC)
<Jessica.Bowman@hhs.gov>
**Cc:** Queenin, Mackenzie (USAMA) <Mackenzie.Queenin@usdoj.gov>; Looney, Christopher (USAMA)
<Christopher.Looney@usdoj.gov>; Husted, Susanne (USAMA) <Susanne.Husted@usdoj.gov>; Joyce,
Cara (USAMA) [Contractor] <Cara.Joyce@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Chin, Humad - D.MA Prep

I have checked, and it is likely with the CPT codes not the DRG (i.e., in the professional code (Part B),
not the facility fee (Part A). I would still like the codes, if possible. Thanks,

Scott

-----Original Appointment-----
**From:** Lawrence, Scott (CMS/CCSQ)
**Sent:** Thursday, March 6, 2025 8:14 AM
**To:** Lawrence, Scott (CMS/CCSQ); George, Abraham (USAMA); Bowman, Jessica (HHS/OGC)
**Cc:** Queenin, Mackenzie (USAMA); Looney, Christopher (USAMA); Husted, Susanne (USAMA); Joyce,
Cara (USAMA) [Contractor]
**Subject:** U.S. v. Chin, Humad - D.MA Prep
**When:** Thursday, March 6, 2025 11:30 AM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://cms.zoomgov.com/j/1604126913?pwd=K0Rm0muL70jIhQ6Zye7yGfxoHrk9ag.1

Scott Lawrence is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting
https://cms.zoomgov.com/j/1604126913?pwd=K0Rm0muL70jIhQ6Zye7yGfxoHrk9ag.1

Meeting ID: 160 412 6913
Password: 007770

One tap mobile
+16692545252,,1604126913# US (San Jose)
+16468287666,,1604126913# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)

+1 646 828 7666 US (New York)
833 568 8864 US Toll-free
833 435 1820 US Toll-free
Meeting ID: 160 412 6913
Find your local number: https://cms.zoomgov.com/u/abI376aYS5

Join by SIP
Password: 007770
sip:1604126913.007770@sip.zoomgov.com

This meeting may be recorded. The host is responsible for maintaining any official recordings/transcripts of this meeting. If recorded, this meeting becomes an official record and shall be retained by the host in their files for 3 years or if longer needed for agency business.  If a recording intends be fully transcribed or is being captured for the purpose of creating meeting minutes, the host shall retain the record in their files for 3 years or if no longer needed for agency business, whichever is later.

USAO_0008065