# United States Court of Appeals
## For the First Circuit

―――――――――――――

No. 25-1283

UNITED STATES,

Appellee,

v.

KINGSLEY R. CHIN,

Defendant - Appellant.

―――――――――――――

Before

Gelpí, Kayatta and Montecalvo,
<u>Circuit Judges</u>.

―――――――――――――

**JUDGMENT**

Entered: April 11, 2025

    Before the court are the government's Emergency Motion to Summarily Dismiss Defendant's Interlocutory Appeal [No. 25-1283] for Lack of Jurisdiction, and Appellant Kingsley R. Chin's Emergency Motion to Consolidate Appeals [No. 25-1283 and No. 25-1251] and to Expedite Briefing Schedule.

    We have carefully reviewed all of the submissions of the parties, and relevant portions of the extensive proceedings below. We first note that Chin has the burden of establishing the court's jurisdiction over his appeal. <u>E.g.</u>, <u>Green Earth Energy Photovoltaic Corp</u>. v. <u>KeyBank Nat'l Ass'n</u>, 51 F.4th 383, 390 (1st Cir. 2022).

    We find that Chin has failed to demonstrate that the issues he wishes to raise are "inextricably intertwined" with the issues to be raised in Appeal No. 25-1251 within the meaning of such cases as <u>Limone</u> v. <u>Condon</u>, 372 F.3d 39, 51 (1st Cir. 2004), and <u>Puerto Rico Ports Auth</u>. v. <u>BARGE KATY-B</u>, 427 F.3d 93, 107 (1st Cir. 2005). <u>See</u> <u>also</u> <u>Swint</u> v. <u>Chambers County Comm'n</u>, 514 U.S. 35, 51 (1995). To the extent that Chin argues that review of the issues which he wishes to raise are "essential to ensure meaningful review" of the issues to be raised in Appeal No. 25-1251 within the meaning of the cases cited, we find that has failed to establish the same.

Under the circumstances, the government's motion to dismiss Appeal No. 25-1283 is ALLOWED. Chin's motion to consolidate Appeal No. 25-1293 and No. 25-1251 and for expedited briefing is DENIED as moot.

It is so ordered. <u>See</u> Local Rule 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Abraham R George
Christopher R. Looney
Mackenzie Queenin
Alexia R. De Vincentis
William D. Weinreb
Barry Shawn Pollack
Joshua Louis Solomon
Michael Francis Pabian
James R. Hobbs