# Exhibit 7







**Your Extra Hands Surgical Services, LLC**

Service Agreement

With

**SpineFrontier**

---

Your Extra Hands Surgical Services, LLC (YEHSS) will provide *SpineFrontier* a surgical first assistant and /or a certified surgical tech to assist, as a "Sales Representative" on all cases with Dr. Atwater involving *SpineFrontier* products at the following facilities:

- **St. Joseph Hospital, Bloomington, IL**
- **Advocate BroMenn Hospital, Normal, IL**
- **Presence Health, Urbana, IL**
- **Gibson City Hospital, Gibson City, IL**
- **The Center for Outpatient Medicine, Bloomington, IL**
- **Unity Point / Methodist Hospital, Peoria, IL**

1. YEHSS will manage and provide day-to-day supervision of the *SpineFrontier* "Sales Representative".
2. YEHSS will work with Dr. Atwater's and other local surgeon's offices to ensure that *SpineFrontier* products are available at the right location and time for the assigned *SpineFrontier* cases.
3. YEHSS will assist *SpineFrontier* in an attempting to acquire and maintain pricing agreements with the previously mentioned facilities.
4. YEHSS will assist in acquiring approved and fully authorized Purchase Orders for the services provided.
5. YEHSS will assist in ensuring that Sales Representative is meeting the requirements of the "*Sales Representative Agreement*" with *SpineFrontier*.
6. YEHSS at its own expense, shall procure and maintain in full force and effect during the Term, corporate and individual professional liability insurance for the acts and omissions of its employees, with limits of liabilities in the amounts not less than One Million Dollars ($1,000,000.00) per occurrence and Three Million Dollars ($3,000,000.00) in the aggregate.

---

**Invoicing:** During the 12 month Term and any Renewal Terms, but subject to the terms of this Agreement, *SpineFrontier* shall pay, and *YEHSS* shall accept, as compensation in full for the Management Services previously mentioned a fee of Three Thousand and two hundred dollars ($3200.00) every month for the services




performed by the *SpineFrontier* "Sales Representative" and YEHSS Management Team. Invoices are payable to *YEHSS* Net15 of the month preceding the date of the invoice.

**Payment to Sales Representative:** During the term of the "*Sales Representative Agreement*", between Sales Representative and *SpineFrontier,* Sales Representative shall directly receive two thousand and five hundred dollars ($2,500) per month as a monthly coverage fee / commission as outlined in Exhibit C in the "*Sales Representative Agreement*", between Sales Representative and *SpineFrontier* for sales generated (measured by valid POs received) from surgeon users as listed in Exhibit B using products supplied by SpineFrontier. In addition, a case coverage fee of $100 per surgery for any other surgeons in the region as requested by *SpineFrontier* using products supplied by SpineFrontier (measured by valid POs received). Payment will be made directly to Sales Representative.

**Termination**: When and if, the "*Sales Representative Agreement*", between Sales Representative and *SpineFrontier* terminates or is terminated, this Service Agreement will also terminate thirty (30) days after the date of notification. Payment will be expected and paid for any outstanding invoices.

**Effective Date**: The effective date of this agreement is February 4, 2014.

**Business Relationship**: The business relationship between the parties that is covered by this Service Agreement includes the following services: *SpineFrontier* "Sales Representative" and *YEHSS* Management services as outlined above.

---

**Your Extra Hands Surgical Services, LLC**
**("Your Extra Hands Surgical Services")**

By: [signature]
signature

Name: Kyle J. Black

Title: Executive Director

Date: 2/5/14

Address for notices to be sent:

Executive Director
Your Extra Hands Surgical Services, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761

Tel No.: 309.846.4716
Fax No.: 309.454.7348

**SpineFrontier**

**("Receiving Party")**

By: [signature]
signature

Name: Christopher Chang
please print or type

Title: General Manager

Date: 2/5/14

Address for notices to be sent:*

500 Cummings Center, Suite 3500, Beverly, MA 01915

Tel No.: 978-232-3990 *

Fax No.: 978-239-3991 *