# Exhibit 8

**Subject:** Re: IOM for Dr. Chin  **To:** me
**Date:** 04/16/2014
**From:** Seth Jacknowitz sethjacknowitz@spinefrontier.com
**CC:** vikki falls vikki@dnd1.net, Dr. John Atwater imhotspine@aol.com, Venessa Henry venessah@less-institute.com, Paul Speidel paulspeidel@spinefrontier.com

---

Thank you Kyle for following up.

**Seth Jacknowitz**
Territory Manager South Florida
Sales Team
D: 978.232.3990
M:

**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.

On Apr 16, 2014, at 3:21 PM, "Kyle Black" < kyle.black@yehss.com> wrote:

> Good afternoon Seth
>
> We have not forgotten about you. We are working on finalizing the logistics of doing business in Florida and securing more physicians that can interpret IOM cases in Florida. I hope to have this process close to being wrapped up early next week. I will call you to finalize our discussion once we have the details in place.
>
> I hope you are well.
> K. Black
>
> **Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell:
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

-------------------------------------------------
NOTICE OF CONFIDENTIALITY
-------------------------------------------------

The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.

**From:** "Kyle Black" < kyle.black@yehss.com>
**To:** sethjacknowitz@spinefrontier.com
**Cc:** "vikki falls" < vikki@dnd1.net>, "Dr. John Atwater" < imhotspine@aol.com>
**Sent:** Wednesday, April 2, 2014 10:56:54 AM
**Subject:** Dr. Chin

Good morning Seth

Dr Atwater spoke with Dr. Chin recently about Dr. Atwater's neuromonitoring business, DND, LLC. Dr. Chin told Dr. Atwater that he would be happy to begin using DND for as his neuromonitoring service. I was asked to reach out to you to discuss the details of the services.

Please contact me at 309-846-4716 regarding this matter.

Thank you
Kyle Black

**Kyle J. Black, Executive Director**

YEHSS, LLC
1604 Visa Drive, Suite 2
Normal, IL 61761
Kyle.Black@YEHSS.com
Phone: (309) 846-4716
Cell:
Personal Fax: (309) 323-0440
Company Fax: (309) 454-7348

www.YEHSS.com

---
NOTICE OF CONFIDENTIALITY
---

The information in this email, including attachments, may be confidential and/or privileged. This email is intended to be reviewed only by the individual or organization named as addressee. If you are not the intended recipient, consider yourself notified that any disclosure, copying, distribution, use, or reliance on this transmission is STRICTLY PROHIBITED. Please destroy all copies and formats of this message including attachments. Note that any opinions presented in this email are solely those of the author and do not necessarily represent those of Your Extra Hands Surgical Services, LLC.



**SpineFrontier, Inc.**
500 Cummings Center, Suite 3500
Beverly, MA 01915, U.S.A.

www.spinefrontier.com
P: 978.232.3990
F: 978.232.3991

The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify SpineFrontier, Inc. immediately at 978-232-3990, or by replying to this message, and destroy all copies of this message and any attachments. Thank you.