# Exhibit 10

| | |
|---|---|
| **From:** | SETHJACKNOWITZ@THELESSINSTITUTE.COMDE4 |
| **Sent:** | Thursday, March 5, 2015 2:03 PM |
| **To:** | Dr. Kingsley Chin </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=87b5aac92cd240c989699374c6d433af-KingsleyChi>; Shyam Desigan </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=66905c61b0504f3dbd0e85759dc8882a-ShyamDesiga> |
| **Cc:** | Aditya Humad </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=eb9a2af228044adb9be47cf6a4e74b5d-AdityaHumad>; PaulSpeidel@kicventures.com3d8; Jason Seale <JasonSeale@thelessinstitute.com> |
| **Subject:** | Urgent Needs! |
| **Attach:** | image001.jpg |

Dr. Chin,

Below I have listed some outstanding items that we need to make decisions on ASAP:

1) **West Palm Beach Office**: Greenacres clinic lease expires 4/1/15 and we have contract for the 45th Street Office on the table. Paul needs to review so we can start getting the WPB office ready: IT, phone, occupancy license, etc…

2) **Plantation Surgery Center and Clinic Space**: Do we want a Plantation clinic? If so we need to move b/c the space we looked at is still being showed and is getting attention. Dr. Abae would like to rent space to us as we can couple with his surgery center deal, but if we do not want an office there, this deal makes no sense. Dr. Reece has dealt with Dr. Abae and just needs the word to reach out again and close this out.

3) **Deerfield ASC:** (Mostly Tasha deal) What are we comfortable paying and what is our commitment? We need to move one way or another. The current deal @$32k per day is not acceptable $130k per month.

4) **Sanctuary ASC:** John McKeon knows about Deerfield Beach ASC deal and isn't happy. I spoke to him today and he was informed by some tech who remains anonymous. This could strain the relationship due to the current financial climate. May want to smooth over

5) **Palmetto ASC:** I spoke with Ruben today as he was following up in regards to our interest in using his center. I told them we are finalizing contract with the new terms Paul and Dr. Chin discussed late last night. We need to resolve as I feel we are losing steam and interest. I need a direction both monetarily as well as how many committed days.

6) **Dr. Atwater**: I spoke with him this morning and informed him about our cervical standalone which he was interested in. He mentioned he hasn't received a check for IME and neuro work and said in so many words "No payment, no cases. All I want is for each of us is to honor our contract". This immediately effects ALL of our business. I do not want to be put in the middle which is where I am currently.

7) **Dr. Zegeye:** Is interested in using solofuse (12-15 cases per month), but wants compensation for his helping to develop or consult for the new release. I spoke with John Miller today about and he will address this with you today! We need to get a clear defined package.

Thank you!

SF-HUM-00125658

Seth Jacknowitz
Business Development
M: ███████
O: 855.411.4647

Special Projects:LESinstitute :7.7 Investment Project:Graphic Assets:Brand Graphics:LESSI Logo.jpg

| Florida | Texas | Ohio |
|---|---|---|
| Ft. Lauderdale | Dallas | Columbus |
| Lake Worth | Fort Worth | |
| Miami | | |
| Orlando | | |
| Pensacola | | |

SF-HUM-00125659