# Exhibit 15

**From:** John Atwater <imhotspine@aol.com>
**To:** Vanessa Dudley
**Sent:** 11/20/2015 3:42:10 PM
**Subject:** Re: Invoices for DND

Vanessa any way we can make the payments through an ach transfer?

Sent from my iPhone

On Nov 19, 2015, at 2:14 PM, vanessadudley@call-ime.com wrote:

Hi Angelica,

I have a check in the amount of $5000 ready to send to DND Neuro.

Should it be mailed to this address -

1604 Visa Dr. #1
Normal, IL 61761

Thank you,

**Vanessa J. Dudley**
Client Relations/Business
Administrator

Impartial Medical Experts
3296 N. Federal Hwy #11631
Fort Lauderdale, FL 33339 USA

Work: 855-411-6463
Mobile:
Fax: 855-411-6463
Email: vanessadudley@call-ime.com
http://www.linkedin.com/in/vanessadudley1

See who we know in common                                Want a signature like this?

DISCLAIMER: this email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform us of the erroneous delivery by return email. Thank you for your cooperation.

--------- Original Message ---------
Subject: Re: Invoices for DND
From: "Angelica Taylor" <angelica@dnd1.net>
Date: 10/28/15 3:30 pm
To: KingsleyChin@spinefrontier.com
Cc: TaraKendall@thelessinstitute.com, vikki@dnd1.net, imhotspine@aol.com, AdityaHumad@kicventures.com, vanessadudley@call-ime.com

Good afternoon,

Following up regarding the outstanding invoices. When can we expect to receive payment?

Invoice 1665 -- $5600, Invoice 1674 --$2800 and Invoice 1675 -- $4900

SF-ATW-00004288

Your prompt attention to this matter is greatly appreciated.

Angelica Taylor
Administrative Assistant, Definitive NeuroDiagnostics
1604 Visa Dr. #1
Normal, IL 61761
(309) 454-1100

On 10/17/15 6:09 AM, "Dr. Kingsley Chin" wrote:

Hi Angelica

Can you please send me the aging on those invoice numbers ?

Thxs

**Kingsley R. Chin MD**
Chairman & CEO
Chief Technology Officer

Affiliate Professor
Clinical Biomedical Sciences
Charles E. Schmidt College of Medicine
Florida Atlantic University
Boca Raton Florida USA

Board Certified
Less Exposure Surgery Specialist
LESS Institute Outpatient Orthopedics & Spine Surgery
A Team Physician Jamaica Track & Field (JAAA)
Harvard Trained for 10 years

www.spinefrontier.com
www.KICventures.com
P: 978.232.3990
F: 978.232.3991

SF-ATW-00004289

M:

| Fort Lauderdale | Boston |
|---|---|
| 1100 W Oakland Park Blvd Ste 3 | 500 cummings center Ste 3500 |
| Fort Lauderdale FL 33311 US | Beverly MA 01915 USA |

On Oct 15, 2015, at 12:55 PM, Angelica Taylor <angelica@dnd1.net> wrote:

Good Afternoon Tara,

I have not heard from you and wanted to follow up again regarding the past due invoices. Currently I am showing three outstanding invoices, 1665 ($5600), 1674 ($2800) and 1675 ($4900). When can we expect to receive payment?

Your attention to this matter is greatly appreciated.

Thank you for allowing us to service your IONM needs!


Angelica Taylor

Administrative Assistant, Definitive NeuroDiagnostics
1604 Visa Dr. #1
Normal, IL 61761
(309) 454-1100