# Exhibit 1

**Occupants & Vehicles**
KDOT Form 850B page 1 - Rev. 2019

**DRIVER & PASSENGER INFORMATION**
(record pedestrians on supplemental form 854)

Investigating Officer / Badge No.: C. STOKES 2285
Local Case No.: 20C010471
Page of: 2 / 3

| TU# | VIOLATIONS CHARGED | CITATION# | TU# | VIOLATIONS CHARGED | CITATION# |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

More violations in narrative ☐

**OFFICER'S OPINION OF APPARENT CONTRIBUTING CIRCUMSTANCES - ENTER AS MANY AS APPLY TO THIS CRASH (FACTOR TYPE, TU#, CC CODE)**

| D1 | 02 | D1 | 24 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Unit # / Seat Type | DRIVER Last Name / DRIVER First Name | Middle Name / Date of Birth | DRIVER ADDRESS (Number, Street, Suffix, etc.) / City / State / Zip | Personal Phone Number / Work Phone Number | Gender / Age | SE Used / Eject/Trap | Inj Severity / Eject Path | Transpt Unit / Extrication? |
|---|---|---|---|---|---|---|---|---|
| TU 01 / ST 01 | [redacted] | [redacted] | [redacted] | Personal / Work | [redacted] | S / N | N | ☐ |
| TU / ST | | MN / DOB | New address? ☐ Personal / Work | | | | | ☐ |

**TRAFFIC UNIT# 01** (01, 03, N3, X3, etc)
**TRAFFIC UNIT#** (02, 04, N2, X4, etc)

| DL State | Driver's License Number | DL Class | Driving for Employer? | CDL? | DL State | Driver's License Number | DL Class | Driving for Employer? | CDL? |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | ☐ | ☐ | | | | ☐ | ☐ |

| 01 | DR LICENSE COMPLY | RESTRICT COMPLY | COMMERCIAL ENDORSEMENTS | DR LICENSE COMPLY | RESTRICT COMPLY | COMMERCIAL ENDORSEMENTS |
|---|---|---|---|---|---|---|
| | 00 Not licensed | Restrictions? N | 1 2 3 4 | 00 Not licensed | Restrictions? | 1 2 3 4 |
| | 01 Valid License | Driver's Lic Complied? | Z - None | 01 Valid License | Driver's Lic Complied? | Z - None |
| | 02 Suspended | Restrictions Y N | T - Double/Triple Trailer | 02 Suspended | Restrictions Y N | T - Double/Triple Trailer |
| | 03 Revoked | 1 | P - Passenger Vehicle | 03 Revoked | 1 | P - Passenger Vehicle |
| | 04 Expired | 2 | N - Tank Vehicle | 04 Expired | 2 | N - Tank Vehicle |
| | 05 Cancld or Denied | | H - Placarded Haz. Material | 05 Cancld or Denied | | H - Placarded Haz. Material |
| | 06 Disqualified | 3 | X - Combination Tank/HazMat | 06 Disqualified | 3 | X - Combination Tank/HazMat |
| | 07 Restricted | 4 | S - School Bus | 07 Restricted | 4 | S - School Bus |
| | 99 Unknown | | U - Unknown | 99 Unknown | | U - Unknown |

**SUBSTANCE USE** (mark all that apply)

Unit 01:
- ☒ AP - Alcohol ingested
- ☒ AC - Alcohol contributed
- ☐ DP - Illegal drugs ingested
- ☐ DC - Illegal drugs contributed
- ☐ MP - Medication ingested
- ☐ MC - Medication contributed

Unit 02:
- ☐ AP - Alcohol ingested
- ☐ AC - Alcohol contributed
- ☐ DP - Illegal drugs ingested
- ☐ DC - Illegal drugs contributed
- ☐ MP - Medication ingested
- ☐ MC - Medication contributed

**METHOD OF DETERMINATION** (mark all that apply) / **IMPAIRMENT TEST** (mark all that apply)

Unit 01:
ALCOHOL:
- ☐ 00 No evidence of impairment
- ☐ 01 Evidential Test (Breath, Blood, etc)
- ☐ 02 Preliminary Breath Test PBT
- ☐ 03 Behavioral (Tests: HGN, walk-and-turn, one leg stand, etc.)
- ☐ 04 Passive Alcohol Sensor (detects alcohol from driver's mouth)
- ☒ 05 Observed (Odor, staggering, slurred speech, etc)
- ☒ 06 Other (e.g. saliva test)

DRUGS:
- ☒ (checked)

Impairment Test:
- ☐ NG - No Test given
- ☐ TR - Test Refused (Alcohol/Drug)
- ☐ PT - Prelim Positive Test (PBT)
- ☒ TG - Evidentiary Test given
- ☐ RP - Results pending

ALCOHOL:
- ☐ Evidentiary Breath 0.
- ☒ Blood (BAC) 0.171
- ☐ Eye Fluid 0.
- ☐ Other 0.
- Drug screen result: [blank]

Unit 02: (all unchecked)
- Blood (BAC) 0.
- Other 0.

| Unit # / Seat Type | PASSENGER Last Name / PASSENGER First Name | Middle Name / Date of Birth | PASSENGER ADDRESS (Number, Street, Sfx, etc.) / City / State / Zip | Personal Phone Number / Work Phone Number | Gender / Age | SE Used / Eject/Trap | Inj Severity / Eject Path | Transpt Unit / Extrication? |
|---|---|---|---|---|---|---|---|---|
| TU / ST | | MN / DOB | New address? ☐ Personal / Work | | | | | ☐ |
| TU / ST | | MN / DOB | New address? ☐ Personal / Work | | | | | ☐ |
| TU / ST | | MN / DOB | New address? ☐ Personal / Work | | | | | ☐ |
| TU / ST | | MN / DOB | New address? ☐ Personal / Work | | | | | ☐ |

| Transport Unit / EMS Arrived | EMS Time Notified / EMS Time @ Hosp | Injured taken by: / Injured taken to: | Transport Unit / EMS Arrived | EMS Time Notified / EMS Time @ Hosp | Injured taken by: / Injured taken to: |
|---|---|---|---|---|---|
| | | | | | |

Transport Units: A, B, C, ..., N

| Occupants & Vehicles 850B page 2 | VEHICLE # 01 (01, 03, N3, X3, etc) | SPECIAL DATA | VEHICLE # (02, 04, N2, X4, etc) | SPECIAL DATA | Local Case No. 20C010471 | Page of 2 / 3 |
|---|---|---|---|---|---|---|

**Vehicle 01 (left side):**

OWNER Last Name ("Same" if Driver) / OWNER First Name / Middle Name — [REDACTED]

Insurance Company / Policy Number

| SPECIAL CONDITIONS FOR TRAFFIC UNITS | 1: 7 | 2 | 3 | 4 | 5 | Odometer | Fire? ☐ |
|---|---|---|---|---|---|---|---|

1 Hit & Run    2 Non-Contact    3 Stolen    7 Towed away due to damage
4 Legally Parked    5 Pursued by LE    6 Driverless

**01 VEHICLE BODY TYPE** — LARGE / HEAVY VEHICLE (GCVWR over 10,000lbs)

- 01 Automobile
- 02 Motorcycle
- 03 Motor scooter or Moped
- 04 Van
- 05 Pickup truck <10,001 lbs
- 06 Sport utility veh - SUV
- 07 Camper or RV
- 08 Farm machinery
- 09 All-terrain vehicle - ATV
- 10 Single heavy truck >10,000 lbs
- 11 Truck & trailer(s)
- 12 Tractor-trailer(s)
- 13 Cross country bus
- 14 School bus
- 15 Transit (city) bus
- 16 Other bus
- 25 Train
- 88 Other: _____
- 99 Unknown

Calculated speed at impact: _____
Bus Seat Capacity: _____
Power Source: F

**01 VEHICLE USE**
- 01 No special use
- 02 Taxi / Limo
- 03 School bus
- 04 Other bus
- 05 Military
- 06 Police
- 07 Ambulance
- 08 Fire
- 09 Mail/Parcel
- 99 Unknown

**04 VEHICLE DAMAGE**
- 00 None
- 01 Damage (minor)
- 02 Functional
- 03 Disabling
- 04 Destroyed
- 88 Other: _____
- 99 Unknown

**DAMAGE LOCATION AREA**
First Impact: 12    Major Impact: 12

Marked X's: X X X X 4 5 ; 12C 13 6C ; 6B ; X X X X 8 7

- [X] 14 Undercarriage
- [X] 15 Windshield
- [ ] 16 Other windows
- [ ] 99 Unknown
- [ ] 17 Entire vehicle damaged
- [ ] 88 Other: _____
- Trailer: Present / Damaged

**01 VEH. MANU. BEFORE UNSTAB. SIT.**
- 01 Straight/following road
- 02 Left Turn
- 03 Right Turn
- 04 U Turn
- 05 Passing
- 06 Changing lanes
- 07 Avoidance man.
- 08 Merging
- 09 Parking
- 10 Backing
- 11 Stopped awaiting turn
- 12 Stopped in traf
- 13 Illegally parked
- 14 Disabled in roadway
- 15 Slowing or stopping
- 16 Negotiating a curve
- 88 Other: _____
- 99 Unknown

**VEHICLE SEQUENCE OF EVENTS** (List up to 4 per unit in the order of occurence)
1: 27   2: 05   3: 27   4: 02    ☐ The exact sequence is unknown

NON-COLLISION:
- 01 Ran off road right
- 02 Ran off road left
- 03 Crossed centerline
- 04 Overturn/Rollover
- 05 Crossed median
- 06 Fell/Jumped from veh
- 07 Thrown or falling object
- 08 Cargo loss or shift
- 09 Equipment failure (tire, brakes, etc.)
- 10 Downhill runaway
- 11 Trailer swing
- 12 Separation of units
- 13 Jackknife
- 14 Fire
- 15 Explosion
- 16 Immersion in water
- 88 Other event: _____
- 98 Unknown non-coll.

COLLISION WITH:
- 21 Pedestrian
- 22 Motor veh in-transport
- 23 Legally Parked Vehicle
- 24 Train
- 25 Pedal cycle (bike, etc)
- 26 Animal
- 27 Fixed Object
- 28 Other moveable object
- 99 Unknown object

**Vehicle 02 (right side):** — (blank / not filled in)

OWNER Last Name ("Same" if Driver) / OWNER First Name / Middle Name
OWNER ADDRESS (Number, Street)    New address? ☐    Personal Phone
CITY / ST / ZIP / Work Phone
COLOR / YEAR / MAKE / MODEL / BODY STYLE / ST
LICENSE PLATE # / County / Exp YR / Removed by: / MC CCs
VEHICLE IDENTIFICATION NUMBER / Dir of Travel / # Occupants
Insurance Company / Policy Number

SPECIAL CONDITIONS FOR TRAFFIC UNITS: 1 / 2 / 3 / 4 / 5 / Odometer / Fire? ☐

(Same body type, vehicle use, damage, sequence option lists as left side — all blank)

DAMAGE LOCATION AREA diagram: 2 3A 3B 4 5 ; 12B 13 6A ; 12A 6B ; 11 10 9B 9A 8 7

| Crash Narrative<br>KDOT Form 851 - Rev. 2019 | Officer / Witness Statements / Description<br>Additional Information | Investigating Officer / Badge No.<br>C.STOKES   2285 | Local Case No.<br>20C010471 | Page of<br>3 / 3 |
|---|---|---|---|---|

**AOI:**
AOI DETERMINED BY MARKS STATEMENT AND RESTING POINT.

**DRIVER STATEMENT:**
D1 STATED THAT HE WAS DRIVING AND A TIRE BLEW AND HE LOST CONTROL OF THE VEHICLE. HE BELIEVED HE WAS DRIVING EB TOWARDS ROCK RD.

**WITNESSES:**
NONE

**INJURIES:**
NONE

**DAMAGES:**
STREET SIGN DESTROYED BELONGING TO THE CITY OF WICHITA.

UTILITY POLE DESTROYED BELONGING TO EVERGY.

V1 DESTROYED BY SEVERE FRONT END DAMAGE.

**OPINION:**
DUE TO THE TIRE TRACKS AND THE DEBRIS TRAIL. IT APPEARED THAT D1 WAS DRIVING WB N E. 29TH AND STRUCK THE RAISED CENTER MEDIAN. HE STRUCK A SIGN AND CONTINUED OVER THE MEDIAN. THE VEHICLE CONTINUED ACROSS 2 LANES OF ON COMING TRAFFIC AND IT APPEARED TO HAVE WENT OVER THE SOUTH CURB AND EITHER STRUCK A UTILITY POLE OR THE POLE GUIDE WIRE AND SNAPPED THE TOP HALF OF THE POLE OFF. THE VEHICLE WAS TOTALED AND TOWED AWAY AND IMPOUNDED VIA KIDDS TOWING.

D1 SMELLED OF ALCOHOL AND APPEARED INTOXICATED. D1 WAS GIVEN SFST, AND BREATH TEST. D1 WAS BOOKED INTO ADF FOR DUI.

| Crash Narrative<br>KDOT Form 851 - Rev. 2019 | Officer / Witness Statements / Description<br>Additional Information | Investigating Officer / Badge No.<br>C.STOKES   2285 | Local Case No.<br>20C010471 | Page of<br>3 / 3 |
|---|---|---|---|---|