# United States Court of Appeals
## For the First Circuit

No. 25-1283

UNITED STATES,

Appellee,

v.

KINGSLEY R. CHIN,

Defendant - Appellant.

## MANDATE

Entered: May 5, 2025

In accordance with the judgment of April 11, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Alexia R. De Vincentis
Abraham R. George
James R. Hobbs
Donald Campbell Lockhart
Christopher R. Looney
Michael Francis Pabian
Barry Shawn Pollack
Mackenzie Queenin
Joshua Louis Solomon
William D. Weinreb