UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br><br>          Defendant. | No. 1:21-cr-10256-IT |

## STIPULATION

It is hereby stipulated and agreed, by and between the United States of America through its undersigned counsel, and defendant Kingsley Chin through his undersigned counsel, as follows:

SpineFrontier made all disclosures required by the Sunshine Act of monetary payments made by SpineFrontier or IME to doctors in connection with consulting agreements.

| | |
|---|---|
| KINGSLEY CHIN<br><br>By his attorneys,<br><br>/s/ Barry S. Pollack<br>Barry S. Pollack (BBO #642064)<br>Joshua L. Solomon (BBO #657761)<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>(617) 439-9800 | LEAH B. FOLEY<br>United States Attorney<br><br>/s/ Christopher Looney<br>ABRAHAM R. GEORGE<br>CHRISTOPHER LOONEY<br>MACKENZIE A. QUEENIN<br>Assistant U.S. Attorneys<br>1 Courthouse Way<br>John Joseph Moakley U.S. Courthouse<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: May 9, 2025

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that I caused this document to be filed through the ECF system on May 9, 2025.

*Christopher Looney*
CHRISTOPHER LOONEY
