# EXHIBIT A

**Exhibit A**

*Please fax the completed checklist to Helen Santos (978-522-8400) at end of 6-week period*

| Check if applicable | Services | Submitted Hours | Approved Hours |
|---|---|---|---|
|  | Participate in the development, and evaluation of SpineFrontier products or any novel ideas or improvements |  |  |
| ✓ | Provide written/verbal feedback on the design and usability of SpineFrontier products | 1 | 1 |
| ✓ | Assist in the training and education of surgeons and personnel on the clinical use of SpineFrontier products | 1 | 1 |
|  | Assist with clinical trials, data collection and research publications for SpineFrontier products as needed |  |  |
|  | Provide information regarding recent trends, potential new product development projects and business opportunities for SpineFrontier |  |  |
| ✓ | Speak at tradeshows and LES Society meetings or have strategic discussions with employees and surgeons that benefit SpineFrontier | 2 | 2 |
|  | Participate in scheduled meeting of the Clinical Advisors, CAB or SAB to discuss improvements, new concepts and clinical outcomes |  |  |
| **Product Feedback for Improvements and New Development** | | | |
|  | FacetFuse and Applications (MIS Screw system) |  |  |
| ✓ | MISQuito (MIS Percutaneous Pedicle Screw System) | 2 | 2 |
|  | PedFuse ReTurn/ReSpond/ReSet/ReMind (Pedicle Screw System) |  |  |
|  | Invue/ InSet and other plating systems (Anterior Cervical Plate System) |  |  |
| ✓ | InSpan/InSpan Slim (Spinous Process Plate System) | 2 | 2 |
|  | FacetFuse Allo, Allo-Span and Allograft Spacers (Structural Allografts) |  |  |
|  | T-LIFT, P-LIFT, A-LIFT (Lumbar Interbody Spacer Systems) |  |  |
|  | S-LIFT (Sagittal Lumbar Interbody and Lateral Access System) |  |  |
|  | E-LIFT (Extraforaminal Lumbar) and TILT (Trans-Iliac Lateral Approach) |  |  |
|  | Arena-C and applications (Anterior Cervical Interbody) |  |  |
|  | Stand-Alone (Anterior Cervical or Lumbar/Lateral Interbody) |  |  |
| ✓ | DBMPure, DBMForm, and Biologics | 2 | 2 |
|  | Other : _____ |  |  |

Surgeon Name: Dr. Jason Montone       Dated: 5/1/13

Signature: _____      6-weeks ending (mm/dd/yy): 4/30/13

---

**For SpineFrontier Use Only:**

Total Approved Hours/Payment: 10 hours     Signature/Title: [signature], CFO

*SpineFrontier relies on the integrity of its surgeons in completing the documentation for requirements of consulting services provided, but may also conduct a spot check requesting details of Services, which is not to be construed as doubtful of the information completed by the surgeon. This is primarily for our internal records. Confidential, do not distribute.*

EXHIBIT 189

SF-MON-00000094

# IMPARTIAL Medical EXPERTS

## SPINE TECHNOLOGY SERVICES – FORM A

Phone: 1-855-411-6463
Email: info@call-ime.com

**IME Consultant:** Dr. Jason Montone

**Client:** SpineFrontier, Inc.

### CHECK ALL THAT APPLY

| | Submitted time (1/2HR. Increments) | Approved Time |
|---|---|---|
| ☐ Cervical Product/Construct Evaluation | | |
| ☒ Lumbar Product/Construct Evaluation | 20 | 20 |
| ☒ Assist in training with respect to Client products (ortho residents) inspan | 15 | 15 |
| ☒ Assist with research or papers related to Client products  DBMform inspan notes | 15 | 15 |
| ☒ Discussions with Client regarding industry trends | 10 | 10 |
| ☒ Completed Monthly Review with CTO/Engineer for comprehensive feedback on Client's technology portfolio | | |
| **TOTAL TIME** | **60** | **60** |

### CHECK ALL THAT APPLY — CLIENT SYSTEMS EVALUATED:

**Cervical:**
- ☐ Arena-C
- ☐ Invue
- ☐ Invue Max
- ☐ Inset

**Lumbar:**
- ☐ Arena-L
- ☐ Arena-L Allo
- ☐ S-LIFT
- ☐ P-LIFT
- ☐ T-LIFT
- ☐ E-LIFT
- ☐ TILT
- ☒ FacetFuse
- ☐ FacetFuse Allo
- ☐ PedFuse Return
- ☐ PedFuse Respond
- ☐ PedFuse Reset
- ☐ PedFuse Remind
- ☒ MISquito
- ☒ InSpan
- ☒ InSpan Slim
- ☐ Allo-Span

**Biologics:**
- ☒ DBMPure Micro
- ☒ DBMPure Macro
- ☒ Cancellous Chips
- ☒ DBMForm
- ☒ Amniotic Tissue

IME Consultant [To be submitted to IME]
Signature: (See attached) 20 13

Month: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ July ☐ Aug ☐ Sep ☐ Oct ☒ Nov ☐ Dec

**CLIENT USE ONLY** [To be submitted to IME upon approval]
Print: ADITYA HUMAD
Signature: [signed]
Date: 12/20/13

[Client approval received by IME]
Signature: _____  Date: _____

3 Impartial Medical Experts. All rights reserved. Proprietary & Confidential, Do Not Distribute.

EXHIBIT 194

SF-MON-00000108

*Sent via fax. Enclosed form refilled for clarity.*

p.3

Jason Montone D.O.

SpineFrontier, Inc.

orthopaedic
residents     20
InSpan
DBMFORM
DBMForm,     15
Fusion rods,

15

10

60 hrs

Signature: [signed]

| | |
|---|---|
| Arena-C | Arena-L |
| Invue | Arena-L Allo |
| Invue Max | S-LIFT |
| Inset | P-LIFT |
| | T-LIFT |
| | E-LIFT |
| | TILT |
| | X  FacetFuse |
| | FacetFuse Allo |
| | PedFuse Return |
| | PedFuse Respond |
| | PedFuse Reset |
| X DBMPure Micro | Pedfuse Remind |
| X DBMPure Macro | X MISquito |
| X Cancellous Chips | X InSpan |
| X DBMForm | X InSpan Slim |
| X Amniotic Tissue | Allo-Span |

X Nov

SF-MON-00000109



**IMPARTIAL Medical EXPERTS**

View All Timesheets | Logout

🏠 HOME » Feb, 14 » Michael Murray

| Date | Cervical Product/Construct Eval. | Lumbar Product/Construct Eval. | Assist in training with products | Assist with research or papers | Client discussions industry trends |
|---|---|---|---|---|---|
| 10th, Feb | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20th, Feb | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 28th, Feb | 2.00 | 2.00 | 1.00 | 0.00 | 2.00 |
| Total Submitted | 5 | 2 | 1 | 0 | 7 |
| Total Approved | 5 | 2 | 1 | 0 | 7 |

☑ Completed Monthly Review with CTO/Engineer for comprehensive feedback on Clients technology portfolio

| ☐ Cervical | ☐ Biologics | ☐ Lumbar | Other Products |
|---|---|---|---|
| Arena-C | DBMPure Micro | Arena-L | |
| Invue | DBMPure Macro | S-LIFT | |
| Invue Max | Cancellous Chips | P-LIFT | |
| Inset | DBMForm | T-LIFT | |
| | FacetFuse-Allo | E-LIFT | |
| | Allo-Span | TILT | |
| | Arena-L Allo | FacetFuse | |
| | Cervical Allograft | PedFuse Return | |

**EXHIBIT 318**

impartialmedicalexperts.com/spinefrontier/admin-approve-monthly-log.php?consultant_id=22&timesheet_date=2014-02&full_name=Michael Murray  1/2

IMETC-000012-01





PedFuse Remind

MISquito

InSpan

InSpan Slim

You have completed **2** case evaluations this month

Evaluation/Feedback Comments (required):

Example additional comment

| | |
|---|---|
| Total Hours Submitted: | 15 |
| Signature | Michael Murray |
| Submit date | 4th, Apr, 12:00 AM |
| Total Hours approved | 15 |
| Approved on | 9th, Apr, 1:13 PM |

© 2014 IME Impartial Medical Experts. All rights reserved. Proprietary & Confidential. Do Not distribute.

impartialmedicalexperts.com/spinefrontier/admin-approve-monthly-log.php?consultant_id=22&timesheet_date=2014-02&full_name=Michael Murray    2/2

IMETC-000012-02