# EXHIBIT B

| Invoice Number | Invoice Date | Surgeon | Part ID | Product Line |
|---|---|---|---|---|
| 21034 | 11/21/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 21035 | 11/15/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20925 | 11/8/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20925 | 11/8/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20924 | 11/7/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20833 | 10/24/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20833 | 10/24/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20832 | 10/18/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20830 | 10/18/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20831 | 10/17/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20734 | 10/11/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20733 | 10/10/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20721 | 10/4/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20721 | 10/4/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20594 | 9/20/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20593 | 9/19/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20538 | 9/13/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20537 | 9/12/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20536 | 9/5/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20480 | 8/30/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20477 | 8/30/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20480 | 8/30/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20478 | 8/29/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20479 | 8/23/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20479 | 8/23/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20382 | 8/16/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20283 | 8/9/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20282 | 8/9/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20281 | 8/8/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20280 | 8/8/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20279 | 8/7/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20257 | 8/1/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20307 | 7/20/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20090 | 7/14/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20059 | 7/11/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 20023 | 7/5/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 19539 | 4/10/2017 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 18646 | 12/19/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 18646 | 12/19/2016 | Dr. Montone | 7236 | DBMPure Micro |
| 16956 | 5/24/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16957 | 5/24/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16957 | 5/24/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16956 | 5/24/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16911 | 5/18/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16882 | 5/17/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16979 | 5/16/2016 | Dr. Montone | 7236 | DBMPure Micro |

| 16979 | 5/16/2016 | Dr. Montone | 74830 | DBMForm |
|---|---|---|---|---|
| 16868 | 4/27/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16747 | 4/18/2016 | Dr. Montone | 7232R | DBMPure Macro |
| 16393 | 3/29/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16390 | 3/29/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16392 | 3/29/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 16391 | 3/29/2016 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 14644 | 10/26/2015 | Dr. Montone | 7237 | DBMPure Micro |
| 14644 | 10/26/2015 | Dr. Montone | 01-61002-0835 | Inspan |
| 14802 | 9/14/2015 | Dr. Montone | 7236 | DBMPure Micro |
| 14802 | 9/14/2015 | Dr. Montone | 74830 | DBMForm |
| 14802 | 9/14/2015 | Dr. Montone | 74830 | DBMForm |
| 14058 | 9/9/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 14000 | 9/2/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 14000 | 9/2/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13974 | 9/1/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13850 | 8/24/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13850 | 8/24/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13851 | 8/19/2015 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 13790 | 8/18/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13747 | 8/17/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13748 | 8/17/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13748 | 8/17/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13680 | 8/5/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13661 | 8/3/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13634 | 7/27/2015 | Dr. Montone | 74850 | DBMForm |
| 13488 | 7/6/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13488 | 7/6/2015 | Dr. Montone | 7270R | DBMForm |
| 13488 | 7/6/2015 | Dr. Montone | 74850 | DBMForm |
| 13214 | 7/1/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13219 | 6/29/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13158 | 6/23/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 13265 | 6/22/2015 | Dr. Montone | 74850 | DBMForm |
| 13265 | 6/22/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12970 | 6/9/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12902 | 5/18/2015 | Dr. Montone | 74850 | DBMForm |
| 12902 | 5/18/2015 | Dr. Montone | BF-010125 | AMNIOTICS |
| 13131 | 5/18/2015 | Dr. Montone | BF-010125 | AMNIOTICS |
| 12787 | 5/18/2015 | Dr. Montone | BF-010125 | AMNIOTICS |
| 12902 | 5/18/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12662 | 5/6/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12811 | 5/4/2015 | Dr. Montone | 01-61002-0835 | Inspan |
| 12811 | 5/4/2015 | Dr. Montone | 7235 | DBMPure Micro |
| 12811 | 5/4/2015 | Dr. Montone | 7235 | DBMPure Micro |
| 12616 | 4/29/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12614 | 4/29/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12492 | 4/21/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |

| | | | | |
|---|---|---|---|---|
| 12474 | 4/15/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12479 | 4/15/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12409 | 4/8/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12410 | 4/7/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12266 | 3/31/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12240 | 3/25/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12333 | 3/23/2015 | Dr. Montone | 74850 | DBMForm |
| 12333 | 3/23/2015 | Dr. Montone | 74850 | DBMForm |
| 12333 | 3/23/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12333 | 3/23/2015 | Dr. Montone | 74850 | DBMForm |
| 12180 | 3/18/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12070 | 3/15/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12070 | 3/15/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12113 | 3/9/2015 | Dr. Montone | 7237 | DBMPure Micro |
| 12113 | 3/9/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12113 | 3/9/2015 | Dr. Montone | 74850 | DBMForm |
| 12098 | 3/9/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12098 | 3/9/2015 | Dr. Montone | 7235 | DBMPure Micro |
| 12098 | 3/9/2015 | Dr. Montone | 7237 | DBMPure Micro |
| 11853 | 2/16/2015 | Dr. Montone | 7270R | DBMForm |
| 11853 | 2/16/2015 | Dr. Montone | 7270R | DBMForm |
| 11853 | 2/16/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11916 | 2/11/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11915 | 2/10/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11721 | 2/9/2015 | Dr. Montone | BF-010125 | AMNIOTICS |
| 11720 | 2/9/2015 | Dr. Montone | BF-010125 | AMNIOTICS |
| 11721 | 2/9/2015 | Dr. Montone | 74850 | DBMForm |
| 11720 | 2/9/2015 | Dr. Montone | 74850 | DBMForm |
| 11914 | 1/27/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11590 | 1/26/2015 | Dr. Montone | 7270R | DBMForm |
| 11583 | 1/26/2015 | Dr. Montone | 7237 | DBMPure Micro |
| 11583 | 1/26/2015 | Dr. Montone | 01-61002-0835 | Inspan |
| 11590 | 1/26/2015 | Dr. Montone | 7237 | DBMPure Micro |
| 12081 | 1/20/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11913 | 1/20/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11593 | 1/19/2015 | Dr. Montone | BF-010125 | AMNIOTICS |
| 11593 | 1/19/2015 | Dr. Montone | 7271 | DBMForm |
| 12235 | 1/19/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11593 | 1/19/2015 | Dr. Montone | 7270R | DBMForm |
| 11442 | 1/14/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11443 | 1/14/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11375 | 1/12/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11329 | 1/6/2015 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12233 | 12/30/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12231 | 12/17/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12234 | 12/16/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11219 | 12/9/2014 | Dr. Montone | 01-61002-0835 | Inspan |

| | | | | |
|---|---|---|---|---|
| 12232 | 12/9/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11219 | 12/9/2014 | Dr. Montone | 7237R | DBMPure Micro |
| 12232 | 12/9/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 12230 | 12/8/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11025 | 12/3/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11027 | 12/2/2014 | Dr. Montone | BF-010125 | AMNIOTICS |
| 11024 | 12/2/2014 | Dr. Montone | 7237 | DBMPure Micro |
| 11027 | 12/2/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11024 | 12/2/2014 | Dr. Montone | BF-010125 | AMNIOTICS |
| 11027 | 12/2/2014 | Dr. Montone | 74850 | DBMForm |
| 11003 | 12/2/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 11024 | 12/2/2014 | Dr. Montone | 74850 | DBMForm |
| 11026 | 12/1/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10916 | 11/25/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10846 | 11/19/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10847 | 11/18/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10690 | 11/5/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10689 | 11/4/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10687 | 11/3/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10607 | 10/29/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10605 | 10/28/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10605 | 10/28/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10577 | 10/27/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10577 | 10/27/2014 | Dr. Montone | BF-010125 | AMNIOTICS |
| 10577 | 10/27/2014 | Dr. Montone | 7270R | DBMForm |
| 10756 | 10/21/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10465 | 10/16/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10465 | 10/16/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10404 | 10/13/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10405 | 10/13/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10403 | 10/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10218 | 9/22/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10143 | 9/17/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10145 | 9/16/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10144 | 9/15/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10060 | 9/10/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10059 | 9/10/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10061 | 9/9/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10062 | 9/8/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9982 | 9/2/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9951 | 8/27/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9950 | 8/27/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9903 | 8/26/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9902 | 8/26/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10816 | 8/20/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 10817 | 8/19/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9761 | 8/13/2014 | Dr. Montone | 01-61006-1037 | Inspan Slim |

| 9758 | 8/12/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
|------|-----------|-------------|---------------|-------------|
| 9757 | 8/5/2014 | Dr. Montone | 01-61006-1239 | Inspan Slim |
| 9777 | 8/4/2014 | Dr. Montone | 74850 | DBMForm |
| 9777 | 8/4/2014 | Dr. Montone | 7270R | DBMForm |
| 9777 | 8/4/2014 | Dr. Montone | BF-010125 | AMNIOTICS |
| 9797 | 8/4/2014 | Dr. Montone | BF-010125 | AMNIOTICS |
| 9797 | 8/4/2014 | Dr. Montone | 74850 | DBMForm |
| 9797 | 8/4/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9681 | 7/29/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9599 | 7/23/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9601 | 7/22/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9600 | 7/21/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9492 | 7/16/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9408 | 6/30/2014 | Dr. Montone | 7270R | DBMForm |
| 9288 | 6/18/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9286 | 6/18/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9286 | 6/18/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9286 | 6/18/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9457 | 6/17/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9174 | 6/10/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9174 | 6/10/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9174 | 6/10/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9181 | 6/9/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9181 | 6/9/2014 | Dr. Montone | BF-010125 | AMNIOTICS |
| 9181 | 6/9/2014 | Dr. Montone | 7270 | DBMForm |
| 9181 | 6/9/2014 | Dr. Montone | 7271 | DBMForm |
| 9181 | 6/9/2014 | Dr. Montone | 7270R | DBMForm |
| 9181 | 6/9/2014 | Dr. Montone | 74850 | DBMForm |
| 9181 | 6/9/2014 | Dr. Montone | 7270 | DBMForm |
| 9181 | 6/9/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9149 | 6/4/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9149 | 6/4/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9148 | 6/3/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9148 | 6/3/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9079 | 5/28/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9079 | 5/28/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9078 | 5/28/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9031 | 5/27/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9031 | 5/27/2014 | Dr. Montone | 74850 | DBMForm |
| 9031 | 5/27/2014 | Dr. Montone | 7270R | DBMForm |
| 9030 | 5/27/2014 | Dr. Montone | 74850 | DBMForm |
| 8919 | 5/14/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8919 | 5/14/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8919 | 5/14/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8934 | 5/13/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8938 | 5/12/2014 | Dr. Montone | 7270R | DBMForm |
| 8938 | 5/12/2014 | Dr. Montone | 7233 | DBMPure Macro |

| | | | | |
|---|---|---|---|---|
| 9018 | 5/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 9017 | 5/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8787 | 4/30/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8796 | 4/28/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8781 | 4/23/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8782 | 4/23/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8702 | 4/16/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8702 | 4/16/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8706 | 4/16/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8707 | 4/15/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8726 | 4/9/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8641 | 4/9/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8641 | 4/9/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8642 | 4/8/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8642 | 4/8/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8643 | 4/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8638 | 4/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8643 | 4/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8638 | 4/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8638 | 4/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8643 | 4/7/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8564 | 4/2/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8563 | 3/31/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8562 | 3/26/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8341 | 3/12/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8341 | 3/12/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8342 | 3/10/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8342 | 3/10/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8300 | 3/5/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8300 | 3/5/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8265 | 3/3/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8265 | 3/3/2014 | Dr. Montone | 74850 | DBMForm |
| 8105 | 2/19/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8105 | 2/19/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8075 | 2/12/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8074 | 2/10/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7995 | 2/5/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8000 | 2/3/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 8000 | 2/3/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7958 | 1/29/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7956 | 1/29/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7958 | 1/29/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7944 | 1/28/2014 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 8042 | 1/21/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7898 | 1/20/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7898 | 1/20/2014 | Dr. Montone | BF-010125 | AMNIOTICS |
| 7898 | 1/20/2014 | Dr. Montone | 7270R | DBMForm |

| | | | | |
|---|---|---|---|---|
| 7826 | 1/15/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7826 | 1/15/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7826 | 1/15/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7826 | 1/15/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7827 | 1/14/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7825 | 1/14/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7769 | 1/6/2014 | Dr. Montone | 7270R | DBMForm |
| 7767 | 1/6/2014 | Dr. Montone | 7270R | DBMForm |
| 7769 | 1/6/2014 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7680 | 12/30/2013 | Dr. Montone | 7270R | DBMForm |
| 7680 | 12/30/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7646 | 12/16/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7646 | 12/16/2013 | Dr. Montone | 74830 | DBMForm |
| 7559 | 12/11/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7559 | 12/11/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7557 | 12/10/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7556 | 12/9/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7612 | 12/4/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7417 | 12/4/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 7645 | 12/2/2013 | Dr. Montone | 01-61002-0835 | Inspan |
| 7645 | 12/2/2013 | Dr. Montone | 7231 | Cancellous Chip/Crush/Morsel |
| 7262 | 11/18/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7261 | 11/18/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7262 | 11/18/2013 | Dr. Montone | BF-010125 | AMNIOTICS |
| 7261 | 11/18/2013 | Dr. Montone | 74850 | DBMForm |
| 7261 | 11/18/2013 | Dr. Montone | BF-010125 | AMNIOTICS |
| 7262 | 11/18/2013 | Dr. Montone | 74850 | DBMForm |
| 7261 | 11/18/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 7258 | 11/12/2013 | Dr. Montone | 7232 | DBMPure Macro |
| 7263 | 11/12/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7242 | 11/11/2013 | Dr. Montone | 7270 | DBMForm |
| 7242 | 11/11/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7241 | 11/11/2013 | Dr. Montone | 74850 | DBMForm |
| 7241 | 11/11/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7241 | 11/11/2013 | Dr. Montone | 7270R | DBMForm |
| 7171 | 11/6/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7172 | 11/4/2013 | Dr. Montone | 448-10015 | PUTTY AND GEL |
| 7177 | 11/4/2013 | Dr. Montone | 7232 | DBMPure Macro |
| 7829 | 10/30/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7091 | 10/28/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7091 | 10/28/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7028 | 10/23/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7026 | 10/23/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7026 | 10/23/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 7029 | 10/22/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6947 | 10/14/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6934 | 10/14/2013 | Dr. Montone | 7231 | Cancellous Chip/Crush/Morsel |

| 6947 | 10/14/2013 | Dr. Montone | 7270 | DBMForm |
|------|------------|-------------|------|---------|
| 6947 | 10/14/2013 | Dr. Montone | BF-010125 | AMNIOTICS |
| 6934 | 10/14/2013 | Dr. Montone | 01-61002-1037 | Inspan |
| 6834 | 9/30/2013 | Dr. Montone | 7231 | Cancellous Chip/Crush/Morsel |
| 6723 | 9/18/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6699 | 9/17/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6654 | 9/9/2013 | Dr. Montone | BF-010125 | AMNIOTICS |
| 6654 | 9/9/2013 | Dr. Montone | 7270 | DBMForm |
| 6654 | 9/9/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6526 | 8/27/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6525 | 8/21/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6525 | 8/21/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6435 | 8/12/2013 | Dr. Montone | 7270 | DBMForm |
| 6435 | 8/12/2013 | Dr. Montone | 7270 | DBMForm |
| 6435 | 8/12/2013 | Dr. Montone | BF-010125 | AMNIOTICS |
| 6322 | 7/30/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6322 | 7/30/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6331 | 7/29/2013 | Dr. Montone | 01-61006-1239 | Inspan Slim |
| 6330 | 7/29/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6331 | 7/29/2013 | Dr. Montone | 7270R | DBMForm |
| 6330 | 7/29/2013 | Dr. Montone | BF-010125 | AMNIOTICS |
| 6330 | 7/29/2013 | Dr. Montone | IM0036 | FacetFUSE |
| 6330 | 7/29/2013 | Dr. Montone | 7270 | DBMForm |
| 6330 | 7/29/2013 | Dr. Montone | 7270R | DBMForm |
| 6331 | 7/29/2013 | Dr. Montone | 7270 | DBMForm |
| 6332 | 7/24/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6253 | 7/23/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6269 | 7/22/2013 | Dr. Montone | BF-010125 | AMNIOTICS |
| 6269 | 7/22/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6269 | 7/22/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6269 | 7/22/2013 | Dr. Montone | 7270 | DBMForm |
| 6269 | 7/22/2013 | Dr. Montone | 7270R | DBMForm |
| 6210 | 7/17/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6210 | 7/17/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6174 | 7/10/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6167 | 7/8/2013 | Dr. Montone | 7270R | DBMForm |
| 6007 | 6/19/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6007 | 6/19/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 6005 | 6/17/2013 | Dr. Montone | 7270R | DBMForm |
| 6005 | 6/17/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 6006 | 6/17/2013 | Dr. Montone | 01-61002-0835 | Inspan |
| 5920 | 6/11/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5919 | 6/10/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 5919 | 6/10/2013 | Dr. Montone | 448-10023 | PUTTY AND GEL |
| 5919 | 6/10/2013 | Dr. Montone | 7270R | DBMForm |
| 5919 | 6/10/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 5887 | 6/4/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |

| 5887 | 6/4/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
|---|---|---|---|---|
| 5886 | 6/3/2013 | Dr. Montone | 7270R | DBMForm |
| 5886 | 6/3/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 5781 | 5/28/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5770 | 5/22/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 5769 | 5/22/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5770 | 5/22/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 5769 | 5/22/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 5767 | 5/21/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5767 | 5/21/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5768 | 5/21/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5767 | 5/21/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5765 | 5/20/2013 | Dr. Montone | 7270R | DBMForm |
| 5766 | 5/20/2013 | Dr. Montone | 7270R | DBMForm |
| 5765 | 5/20/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 5765 | 5/20/2013 | Dr. Montone | IM0035 | FacetFUSE |
| 5766 | 5/20/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5688 | 5/14/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5688 | 5/14/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5671 | 5/13/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5671 | 5/13/2013 | Dr. Montone | 7270R | DBMForm |
| 5671 | 5/13/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5654 | 5/6/2013 | Dr. Montone | 01-61002-1037 | Inspan |
| 5534 | 4/30/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5491 | 4/23/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5487 | 4/23/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5491 | 4/23/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5491 | 4/23/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5343 | 4/10/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5304 | 4/9/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 5304 | 4/9/2013 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 5304 | 4/9/2013 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 3832 | 10/24/2012 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 3831 | 10/23/2012 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 3761 | 10/19/2012 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 3767 | 10/16/2012 | Dr. Montone | 01-61006-1037 | Inspan Slim |
| 3548 | 9/25/2012 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 3537 | 9/18/2012 | Dr. Montone | 01-61006-0835 | Inspan Slim |
| 3383 | 9/5/2012 | Dr. Montone | 01-61006-0835 | Inspan Slim |

| Unit Price | Invoice Quantity | Total Price |
|---:|---:|---:|
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 2.00 | 13,070.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 2.00 | 13,070.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 2.00 | 13,070.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 2.00 | 13,070.00 |
| 6,535.00 | 2.00 | 13,070.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 2.00 | 13,070.00 |
| 3,000.00 | 1.00 | 3,000.00 |
| 6,535.00 | 2.00 | 13,070.00 |
| 6,535.00 | 1.00 | 6,535.00 |
| 6,535.00 | 2.00 | 13,070.00 |
| 1,500.00 | 2.00 | 3,000.00 |
| 1,500.00 | 2.00 | 3,000.00 |
| 1,087.00 | 2.00 | 2,174.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 1,082.00 | 1.00 | 1,082.00 |

| | | |
|---:|---:|---:|
| 5,175.00 | 1.00 | 5,175.00 |
| 3,217.50 | 6.00 | 19,305.00 |
| 543.00 | 1.00 | 543.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 1,600.00 | 1.00 | 1,600.00 |
| 1,500.00 | 2.00 | 3,000.00 |
| 800.00 | 2.00 | 1,600.00 |
| 4,500.00 | 11.00 | 49,500.00 |
| 4,500.00 | 2.00 | 9,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 1.00 | 5,750.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 5,750.00 | 2.00 | 11,500.00 |
| 5,750.00 | 6.00 | 34,500.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 4.00 | 23,000.00 |
| 4,950.00 | 4.00 | 19,800.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 16.00 | 92,000.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 4,950.00 | 4.00 | 19,800.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 1,500.00 | 2.00 | 3,000.00 |
| 400.00 | 1.00 | 400.00 |
| 400.00 | 1.00 | 400.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |

| | | |
|---:|---:|---:|
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 1.00 | 5,750.00 |
| 5,750.00 | 6.00 | 34,500.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 5,750.00 | 1.00 | 5,750.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 1,600.00 | 1.00 | 1,600.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 1,500.00 | 2.00 | 3,000.00 |
| 500.00 | 1.00 | 500.00 |
| 1,600.00 | 1.00 | 1,600.00 |
| 5,750.00 | 1.00 | 5,750.00 |
| 5,750.00 | 7.00 | 40,250.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 1,600.00 | 1.00 | 1,600.00 |
| 1,500.00 | 2.00 | 3,000.00 |
| 1,600.00 | 1.00 | 1,600.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 4,900.00 | 4.00 | 19,600.00 |
| 6,900.00 | 2.00 | 13,800.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 11.00 | 63,250.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 1,500.00 | 4.00 | 6,000.00 |

| | | |
|---|---|---|
| 3,217.50 | 1.00 | 3,217.50 |
| 1,600.00 | 1.00 | 1,600.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 1,600.00 | 3.00 | 4,800.00 |
| 4,950.00 | 4.00 | 19,800.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 5,750.00 | 12.00 | 69,000.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 5,750.00 | 10.00 | 57,500.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 4,950.00 | 2.00 | 9,900.00 |
| 4,900.00 | 4.00 | 19,600.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |

| | | |
|---:|---:|---:|
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 5,750.00 | 6.00 | 34,500.00 |
| 4,900.00 | 3.00 | 14,700.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 5,750.00 | 1.00 | 5,750.00 |
| 7,500.00 | 3.00 | 22,500.00 |
| 5,750.00 | 3.00 | 17,250.00 |
| 5,750.00 | 5.00 | 28,750.00 |
| 5,750.00 | 3.00 | 17,250.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 3.00 | 9,652.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 4,950.00 | 4.00 | 19,800.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 5,750.00 | 16.00 | 92,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 3.00 | 9,652.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 900.00 | 2.00 | 1,800.00 |

| | | |
|---|---|---|
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 3.00 | 9,652.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 4,950.00 | 2.00 | 9,900.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 4,900.00 | 3.00 | 14,700.00 |
| 5,750.00 | 8.00 | 46,000.00 |

| | | |
|---:|---:|---:|
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 5,750.00 | 8.00 | 46,000.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 5,750.00 | 12.00 | 69,000.00 |
| 4,950.00 | 4.00 | 19,800.00 |
| 4,950.00 | 4.00 | 19,800.00 |
| 4,500.00 | 15.00 | 67,500.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 2,000.00 | 4.00 | 8,000.00 |
| 1,000.00 | 2.00 | 2,000.00 |
| 4,950.00 | 4.00 | 19,800.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 5,750.00 | 12.00 | 69,000.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 5,750.00 | 12.00 | 69,000.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 500.00 | 1.00 | 500.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 6.00 | 34,500.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 5,750.00 | 6.00 | 34,500.00 |
| 4,950.00 | 2.00 | 9,900.00 |
| 5,750.00 | 1.00 | 5,750.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 2,550.00 | 1.00 | 2,550.00 |
| 500.00 | 2.00 | 1,000.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 3,217.50 | 3.00 | 9,652.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 6,500.00 | 4.00 | 26,000.00 |
| 1,000.00 | 1.00 | 1,000.00 |

| | | |
|---|---|---|
| 5,750.00 | 12.00 | 69,000.00 |
| 4,900.00 | 3.00 | 14,700.00 |
| 2,000.00 | 2.00 | 4,000.00 |
| 1,000.00 | 1.00 | 1,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 4,900.00 | 3.00 | 14,700.00 |
| 5,750.00 | 6.00 | 34,500.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 5,750.00 | 1.00 | 5,750.00 |
| 5,750.00 | 5.00 | 28,750.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 4.00 | 12,870.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 5,750.00 | 2.00 | 11,500.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 4,750.00 | 2.00 | 9,500.00 |
| 5,750.00 | 4.00 | 23,000.00 |
| 5,750.00 | 2.00 | 11,500.00 |
| 5,750.00 | 4.00 | 23,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 6,435.00 | 2.00 | 12,870.00 |
| 4,900.00 | 2.00 | 9,800.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 5,750.00 | 10.00 | 57,500.00 |
| 5,750.00 | 2.00 | 11,500.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 6,435.00 | 2.00 | 12,870.00 |
| 5,750.00 | 12.00 | 69,000.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 5,750.00 | 7.00 | 40,250.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 2,000.00 | 4.00 | 8,000.00 |
| 6,435.00 | 2.00 | 12,870.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 950.00 | 1.00 | 950.00 |
| 5,750.00 | 12.00 | 69,000.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 3,217.50 | 1.00 | 3,217.50 |

| | | |
|---|---|---|
| 3,217.50 | 1.00 | 3,217.50 |
| 5,750.00 | 6.00 | 34,500.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 5,750.00 | 6.00 | 34,500.00 |
| 5,750.00 | 6.00 | 34,500.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 4,750.00 | 2.00 | 9,500.00 |
| 6,500.00 | 2.00 | 13,000.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 1.00 | 3,217.50 |
| 6,500.00 | 3.00 | 19,500.00 |
| 5,750.00 | 7.00 | 40,250.00 |
| 6,500.00 | 1.00 | 6,500.00 |
| 2,000.00 | 2.00 | 4,000.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 1.00 | 3,217.50 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 6,435.00 | 2.00 | 12,870.00 |
| 3,217.50 | 2.00 | 6,435.00 |
| 3,217.50 | 2.00 | 6,435.00 |