# EXHIBIT C



February 9, 2018

<u>**Via Hand Delivery**</u>

Patrick Callahan, Assistant U.S. Attorney
United States Attorney's Office
408 Atlantic Avenue, Room 530
Boston, MA  02210

      Re:    <u>SpineFrontier, Inc., Impartial Medical Experts, LLC, and KIC Ventures, LLC</u>

Dear Mr. Callahan:

      I am enclosing with this letter a disc containing SpineFrontier, Inc.'s tenth production of documents in response to the subpoena issued to it. This production includes spreadsheets pertaining to usage of/sales to the ten surgeons you have identified thus far. As you requested, we are producing the spreadsheets in native format. Each spreadsheet bears the next sequential bates number for that particular surgeon. During our last call, you requested the name of the system/database from which these spreadsheets were generated. They were generated through an ERP software system called "Expandable." We are working on getting similar reports for the other surgeons listed in the subpoenas, and we will be in touch with you when we have them.

      I am also enclosing with this letter the privilege log for the first nine productions we have made. This privilege log includes documents withheld in their entirety under a claim of privilege, as well as those that were partially redacted.

      As usual, the enclosed disc is password protected. I have sent you an email with the password, but if you have any difficulties please let me or Meg Cosgrove of this office know. Thank you for your attention to these matters. If you have any questions please do not hesitate to contact me or Meg.

                                        Very truly yours,

                                        Callan G. Stein

Barrett & Singal
One Beacon Street, Suite 1320
Boston, MA 02108–3106
T  617.720.5090
F  617.720.5092
www.barrettsingal.com