✎JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** HHS, FBI, VA

**City** Malden

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf.  yes      Case No. 21-cr-10256-IT
Same Defendant  yes      New Defendant _____
Magistrate Judge Case Number  See Attachments
Search Warrant Case Number  See Attachments
R 20/R 40 from District of  _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name  Kingsley Chin       Juvenile: ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☒ No

Alias Name: _____

Address: _____

Birth date (Yr only): ____    SSN (last 4#): ____    Sex: M    Race: ____    Nationality: ____

**Defense Counsel if known:**  Barry Pollack, Joshua Solomon    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  George, Looney, Queenin    Bar Number if applicable: _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Victims:  ☐ Yes  ☒ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☒ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

Location Status:  on release

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/15/2025    Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 21-cr-10256

**Name of Defendant** Kingsley Chin

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1001 | False Statement | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Related Case Information:

**Search Warrant Case Numbers:**

16-MJ-6192-MPK; 16-MJ-6193-MPK; 16-MJ-6297-MPK; 19-MJ-1045-DLC; 19-MJ-2330-MBB; 19-MJ-8091-JPO (D.Kan.); 19-MJ-8092-JPO (D. Kan.); 19-MJ-8093-JPO (D. Kan);

**Related Criminal Cases:**

United States v. John Balzer, 1:20-cr-10158-WGY

United States v. Jason Montone, 1:20-cr-10159-WGY

**Related Civil Cases:**

USA ex. rel. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12877-RWZ

USA ex. rel. Charles Birchall, et. al. v. Spinefrontier, Inc., et al., 1:15-cv-12908-RWZ