FILED
IN CLERK'S OFFICE
2025 JUN 17 PM 1:03
DISTRICT OF MASS.

Curtis W. Slipman, MD



June 11, 2025

The Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: United States v. Kingsley R. Chin, Case No. 1:21-cr-10256-IT

Dear Judge Talwani,

With deep respect for the Court's consideration, I write to share my perspective on Dr. Kingsley R. Chin, whom I have known professionally and personally since 2003. His extraordinary character, transformative contributions to medicine, and potential to continue serving others compel me to respectfully request leniency in his sentencing.

As Director of the Penn Spine Center from 2003 to 2007, I worked closely with Dr. Chin during his tenure at the University of Pennsylvania. He was a skilled, compassionate surgeon whose dedication to patients was unmatched. After transitioning to private practice, he mentored over 300 surgeons nationwide, elevating standards of care, and published approximately 70 peer-reviewed articles—an exceptional achievement for a non-academic physician. His innovations in minimally invasive spine surgery have reduced recovery times for thousands, reflecting his commitment to patient well-being over personal gain.

One instance stands out vividly. In 2010, Dr. Chin encountered a patient with severe spinal stenosis of the cervical spine, requiring complex decompression surgery. Lacking insurance, she faced dismissal from other providers. Dr. Chin, undeterred, performed the multi-hour procedure pro bono, followed by months of free follow-up care during her recovery. This restored her mobility and dignity, allowing her to return to her family and work. I am personally aware of numerous such acts, where Dr. Chin prioritized patient need over financial reward, often at great personal cost.

Beyond his professional impact, Dr. Chin's empathy and humility define him. I recall him spending late nights counseling a struggling colleague through personal challenges, seeking no recognition. His devotion to his family and community—through supporting local health clinics and mentoring youth—further illustrates his selflessness. While I recognize the gravity of this case, I understand Dr. Chin has expressed sincere remorse and taken steps to make amends, reflecting his integrity and commitment to accountability.

In my 40 years in medicine, I have rarely met a physician so devoted to others. Dr. Chin's plans to expand free surgical training for underserved communities and continue advancing patient care demonstrate his potential to contribute meaningfully if granted leniency. A lenient sentence would enable him to restore lives through his expertise and compassion, benefiting patients, physicians, and society.

Thank you for considering this heartfelt plea. Dr. Chin's life of service, genuine remorse, and capacity for good make him a compelling candidate for mercy.

Respectfully,

Curtis W. Slipman, MD